## AFFIDAVIT OF SERVICE

Job # MIA18636

**Client Info:**

Zermay Law P.A.
Zachary Zermay
3000 Coral Way
1115
Coral Gables, FL  33145

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:**<br>MATTHEW LAROSIERE<br> -versus-<br>**DEFENDANT:**<br>CODY RUTLEDGE WILSON, ET AL | UNITED STATES DISTRICT COURT<br>Court Division: MIDDLE DISTRICT OF FLORIDA<br><br>Court Case # **6:24-CV-1629** |

**Service Info:**

**Received by Zachary Puccio: on September, 17th 2024** at **11:48 AM**
**Service:** I Served **DEFCAD, INC.**
With: **SUMMONS; COMPLAINT; CIVIL COVER SHEET**
by leaving with **Stephen Sheftall, Front Desk, AUTHORIZED TO ACCEPT**

**At Business 2320 DONLEY DRIVE STE C AUSTIN, TX 78758**
On **9/20/2024** at **12:10 PM**
**Manner of Service: CORPORATE**
Corporate Service was performed by delivering a true copy to designated person to accept.

**Served Description:  (Approx)**

Age: **30-40**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' "**, Weight: **170**, Hair: **Black** Glasses: **No**

I **Zachary Puccio** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

*Zach P*

_____
**Zachary Puccio**
PSC # **PSC-22277**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324

Client # Larosiere vs Wilson, et al.: Case No 6:24-cv-01629-WWB-LHP
Ref # H22008




1 of 1

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MATTHEW LAROSIERE | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 6:24-cv-1629 |
| CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC, | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEFCAD, INC.
2320 Donley Drive, Ste C,
Austin, TX 78758

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Zachary Z. Zermay
1200 Fourth Street, #1102
Key West, FL 33040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Sep 09, 2024**

*Hollylovino*

*Signature of Clerk or Deputy Clerk*