United States District Court
Middle District of Florida
Orlando Division

MATTHEW LAROSIERE,

    *Plaintiff,*

v.                                         No.  6:24-cv-1629

CODY RUTLEDGE WILSON,
DEFCAD, Inc.,
DEFENSE DISTRIBUTED, AND
DIOSKOUROI LLC

    *Defendants.*

---

### Unopposed Motion for Special Admission

Charles ("Chad") Flores, Esquire, moves for special admission to represent defendants in this action.

I am not a member in good standing of The Florida Bar. I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Southern District of Texas.  I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in the last thirty-six months in cases in state or federal court in Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides: "Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct."

1

I have paid the fee for special admission or will pay the fee upon special admission. I will register with the Court's CM/ECF system.

I affirm the oath, which states: I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

          Respectfully submitted,

          By: */s/ Chad Flores*
              Chad Flores
              State Bar No. 24059759
              cf@chadflores.law
          Flores Law PLLC
          917 Franklin Street, Suite 600
          Houston, Texas 77002
          (713) 364-6640

          COUNSEL FOR DEFENDANTS

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent the opposing party is unopposed to my special admission.