United States District Court
Middle District of Florida
Orlando Division

| | |
|---|---|
| **MATTHEW LAROSIERE,**<br><br>    Plaintiff,<br><br>vs.<br><br>**CODY RUTLEDGE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED, AND DIOSKOUROI LLC,**<br><br>    Defendants. | Case No: 6:24-cv-1629<br><br>**UNOPPOSED MOTION FOR SPECIAL ADMISSION BY DAVID S. GINGRAS, ESQ.** |

Attorney David S. Gingras, Esq. ("Gingras") moves for special admission to represent Defendants in this matter.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of the following Bars:

- State Bar of California (admitted 2/12/2002)
- State Bar of Arizona (admitted 10/21/2004)
- United States Courts of Appeals
    - Sixth Circuit (admitted 2/10/2012)
    - Ninth Circuit (admitted 3/29/2013)
    - Tenth Circuit (admitted 9/24/2015)
- United States District Courts
    - Central District of California (admitted 10/28/2002)
    - Eastern District of California (admitted 1/18/2007)
    - Northern District of California (admitted 1/26/2009)
    - District of Arizona (admitted 10/2/2006)

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. In the last thirty-six months, I have appeared as counsel of record in <u>one</u> Florida action: *Doe v. Gainesville Console Doctor, LLC, et al.*, Case No. 2021-CA-000960, Eighteenth Judicial Circuit, Seminole County, Florida (as counsel for Defendants).

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party is unopposed to my special admission.

RESPECTFULLY SUBMITTED October 8, 2024.

**Gingras Law Office, PLLC**

/s/ David S. Gingras
David S. Gingras, Arizona Bar #021097;
California Bar #218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23–271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com
Attorney for Defendants