United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
                    Plaintiff

v.                                          No.   6:24-cv-1629

Cody Rutledge Wilson,
DEFCAD, Inc.,
Defense Distributed,
and Dioskouroi LLC,
                    Defendants

_____

**Defendants' Unopposed Motion for Deadline Extension**

**Defendants' Unopposed Motion to Extend the Answer Deadline**

**I.      Relief Requested**

Defendants file this unopposed motion to extend the answer deadline for all Defendants to November 19, 2024.

**II.     Basis for Relief**

Good cause for the requested extension stems in part from Hurricane Milton's interference with Defendants' counsel's personal affairs, as well as from the interest in aligning the answer deadline for all defendants on the same date (without an extension the dates would be staggered).

**III.    Local Rule 3.01(g) Certification**

The movant Defendants conferred with the Plaintiff about this motion. Plaintiff courteously agreed to the requested relief in full.

**Conclusion**

The motion should be granted with an order extending the answer deadline for all Defendants to November 19, 2024.

Respectfully submitted,
/s Chad Flores
Chad Flores
cf@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 364-6640

Counsel for Defendants
*Special Admission Pending*