United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff

v.                                        No. 6:24-cv-1629

Cody Rutledge Wilson,
DEFCAD, Inc.,
Defense Distributed, and
Dioskouroi LLC,
    Defendants

---

**Notice of Appearance & Lead Counsel Designation**

I appear in this case as lead counsel for Defendants Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC. I am specially admitted to practice in this Court for this case.

                                                        Respectfully submitted,

                                                        <u>/s Chad Flores</u>
                                                        Chad Flores
                                                        cf@chadflores.law
                                                        Texas Bar No. 24059759
                                                        Flores Law PLLC
                                                        917 Franklin Street, Suite 600
                                                        Houston, Texas 77002
                                                        Tel (713) 364-6640
                                                        Fax (832) 645-2496

                                                        Lead Counsel for Defendants