United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
        Plaintiff

v.                                                         No.  6:24-cv-1629

Cody Rutledge Wilson,
DEFCAD, Inc.,
Defense Distributed, and
Dioskouroi LLC,
        Defendants

---

## Notice of Appearance

I appear in this case as additional counsel for Defendants Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC.  I am specially admitted to practice in this Court for this case.

                                       Respectfully submitted,

                                       <u>/s F. Andino Reynal</u>
                                       F. Andino Reynal
                                       areynal@frlaw.us
                                       Texas Bar No. 24060482
                                       The Reynal Law Firm, PC
                                       917 Franklin, 6th Floor
                                       Houston, Texas 77002
                                       Tel (713) 228-5900
                                       Fax  (713) 820-6981

                                       Counsel for Defendants