UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

*Defendants*.

_____/

## JOINT MOTION FOR EXTENSION OF TIME AND TO AMEND THE COMPLAINT

Counsel for Plaintiff and for Defendants met and conferred on December 10, 2024 and agreed as follows:

1. That Plaintiff should be granted leave to amend the complaint, the amended complaint is attached to this motion as EXHIBIT A.

2. That Defendants should be allowed until December 27, 2024 to file counterclaims and an answer to the amended complaint.

3. Because Defendants anticipate the possibility of filing an amended set of counterclaims, to preserve judicial resources, the parties agree that Plaintiff's time to file dispositive motions and answer the existing counterclaims (Doc. 29), and to move to strike affirmative defenses should be extended until December 28, 2024.

Counsel for the parties could not reach an agreement as to whether the existing counterclaims (Doc. 29) should be withdrawn.

1

Thus, counsel for Plaintiff and for Defendants jointly move this Honorable Court to grant the motion for leave to amend the complaint; to allow Defendants until December 27th, 2024 to file counterclaims and an answer to the amended complaint; and to extend Plaintiff's deadlines flowing from the counterclaims and answer (Doc. 29), including dispositive motions, motions to strike, and otherwise, until December 28.

DATED:  December 10, 2024

*/s/ Chad Flores*
Chad Flores.
cf@chadflores.law
TX Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, TX 77002
T (713) 364-6640
F (832) 645-2496
*Counsel for Defendants*

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Telephone: (305) 767-3529
*Counsel for Plaintiff*

## **Local 3.01(g) Certification**

Pursuant to M.D. Fla. R. 3.01(g), I hereby certify that I met and conferred telephonically with opposing counsel regarding the substance of the foregoing motion and reached an agreement with respect to most issues herein raised and the relief herein requested.

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*

1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Telephone: (305) 767-3529
*Counsel for Plaintiff*

**EXHIBIT A**

Attachment filed in CM/ECF