# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

        Plaintiff,

v.                                              Case No:   6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED and DIOSKOUROI
LLC,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   JOINT MOTION FOR EXTENSION OF TIME AND TO AMEND THE COMPLAINT (Doc. No. 41)
>
> **FILED:**     December 10, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.[1]

---

[1] The Court notes that the motion fails to comply with Local Rule 3.01(a) because it does not include a memorandum of legal authority in support.  Going forward, future

The parties jointly move for leave for Plaintiff to file an amended complaint, and seek extensions of deadlines related thereto. Doc. No. 41. To the extent that Plaintiff requests leave to amend without opposition from Defendants, the request is **GRANTED**, and Plaintiff shall file the proposed amended complaint (Doc. No. 41-1) as a separate docket entry on or before **December 13, 2024**. Fed. R. Civ. P. 15(a)(1)(B), (2). The deadline for Plaintiff to respond to Defendants' current counterclaims, to the extent appropriate, is extended up to and including **December 30, 2024**.[2] The remaining requests are **DENIED**. Defendants shall respond to the amended complaint by the deadline set forth in the Federal Rules of Civil Procedure. Plaintiff shall respond to any counterclaims asserted by Defendants in response to the amended complaint or file any motion to strike affirmative defenses asserted as set forth in the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Orlando, Florida on December 11, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

---

filings that fail to comply with all applicable Local Rules may be stricken or summarily denied without further notice.

[2] The parties request through December 28, 2024, but December 28, 2024 is a Saturday.

Copies furnished to:

Counsel of Record
Unrepresented Parties