United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____       No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
The Gatalog Foundation, and MAF Corp,
    Counterdefendants.

_____

**Defense Distributed's Response to**

**Counterdefendants John Elik, Josh Stroke, and John Lettman's**

**Motion to Dismiss Defense Distributed's Counterclaims,**

**to Strike, and in the Alternative, for a More Definite Statement**

Defense Distributed files this response to Document 47, Counterdefendants John Elik, Josh Stroke, and John Lettman's Motion to Dismiss Defense Distributed's Counterclaims, to Strike, and in the Alternative, for a More Definite Statement.

## Response

The Document 47 motion addresses Defense Distributed's original responsive pleading, Document 29. Defense Distributed's original responsive has since been superseded by the timely filing of a new responsive pleading, Document 49. This makes the instant Document 47 motion moot.

## Conclusion

The Document 47 motion should be dismissed as moot.

Respectfully submitted,

| | | |
|---|---|---|
| Chad Flores | David S. Gingras | F. Andino Reynal |
| cf@chadflores.law | david@gingraslaw.com | areynal@frlaw.us |
| Texas Bar No. 24059759 | Arizona Bar No. 021097 | Texas Bar No. 24060482 |
| Flores Law PLLC | California Bar No. 218793 | The Reynal Law Firm, PC |
| 917 Franklin Street | Gingras Law Office PLLC | 917 Franklin Street |
| Suite 600 | 4802 E. Ray Rd. #23-271 | 6th Floor |
| Houston, Texas 77002 | Phoenix, Arizona 85044 | Houston, Texas 77002 |
| T (713) 364-6640 | T (480) 264-1400 | T (713) 228-5900 |
| F (832) 645-2496 | F (480) 248-3196 | F (713) 820-6981 |

Counsel for Cody Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC