United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
        Plaintiff

   v.

Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC,
        Defendants

_____      No.  6:24-cv-1629

Defense Distributed,
        Counterplaintiff,

   v.

The Gatalog, Matthew Larosiere, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, The Gatalog Foundation, and MAF Corp,
        Counterdefendants.

_____

## **Uniform Case Management Report**

    This case management report is submitted to "secure the just, speedy, and inexpensive determination of" this action. See Fed. R. Civ. P. 1. Pursuant to Local Rule 3.02(a)(2), the parties to this action conferred on January 2, 2025.

    The parties have agreed on the following dates and discovery plan pursuant to Federal Rule of Civil Procedure 26(f):

1. **Date and Attendees**

   The parties conducted the planning conference on January 2, 2025 date. Andino Reynal, Chad Flores, David Gingras, Matthew Larosiere, Zach Zermay, and Gary De Pury attended the conference.

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

   | Action or Event | Date |
   |---|---|
   | Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 01/30/2025 |
   | Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 02/30/2025 |
   | Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).<br>Plaintiff<br>Defendant<br>Rebuttal | 04/15/2025<br>05/15/2025<br>06/06/2025 |
   | Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 07/27/2025 |
   | Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |
   | Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 09/01/2025 |
   | Deadline for participating in mediation. *See* Local Rules, ch. 4.<br>Enter mediator's name, address, and phone number. | 09/01/2025 |
   | Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 01/01/2026 |

2

| | |
|---|---|
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 01/08/2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 1/15/2026 |
| Month and year of the trial term. | 02/ 2026 |

The trial will last approximately 10 trial days and be

✓ jury, for claims so triable.

☐ non-jury.

### 3. Description of the Action

Plaintiff Larosiere sued Defendants Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC for copyright infringement. Defense Distributed filed a counterclaim against Larosiere and joined counter-defendants The Gatalog, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, The Gatalog Foundation, and MAF Corp. The counterclaim alleges causes of action for civil RICO, Lanham Act, Computer Fraud and Abuse Act, Digital Millenium Copyright Act, tortious interference, trade libel, DUTPA, and spoliation. The case is complex.

### 4. Disclosure Statement

✓ Each party has filed a disclosure statement using the required form.

### 5. Related Action

✓ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

### 6. Consent to a Magistrate Judge

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

✓ The parties do not consent.

7. **Preliminary Pretrial Conference**

   ✓ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

   ✓ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. See Local Rule 3.01(g); Middle District Discovery (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

      ✓ Yes.
      ☐ No; instead, the parties agree to these changes: enter changes.

   B. Discovery may be needed on these subjects:

   Discovery may be needed to address factual matters related to the Plaintiff Matt Larosiere's claims against Defendants as alleged in the Complaint. Discovery may also be needed to address factual matters related to the counterclaims raised by Defendant Defense Distributed.

   C. Discovery should be conducted in phases:

      ✓ No.
      ☐ Yes; describe the suggested phases.

   D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

  ☐ No.
  ✓ Yes; there are issues related to spoliation of evidence that will require the Court's attention.

E. ✓ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

  ✓ No.
  ☐ Yes; describe the stipulation.

## 10. Request for Special Handling

✓ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11. Certification of familiarity with the Local Rules

✓ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12. Signatures

5

Signed this 3rd day of January, 2025,

*/s/ F. Andino Reynal*
F. Andino Reynal
The Reynal Law Firm
917 Franklin St., Suite 600
Houston, Texas 77002
areynal@frlaw.us
713.228.5900
Counsel for Cody R. Wilson, Defense Distributed, DEFCD and Dioskouroi LLC

*/s/ Matthew Larosiere*
Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
561 452 7575
Larosieremm@gmail.com
Lead counsel for John Elik, John Lettman, and Josh Stroke

*/s/ Zachary Zermay,*
Zachary Z. Zermay, Esq.
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Telephone: 239-699-3107
Counsel for Matthew Larosiere

*/s/ Gary De Pury*
Law Offices of Gary De Pury, P.A.
Attorney at Law
Lic. Real Estate Broker
US Army Counterintelligence (Ret.)
Personal Injury – Real Estate – Family Law
21035 Leonard Road, Lutz, Florida 33558
P: 813-607-6404
F: 813-949-3406
Gary@DePury.com
Counsel for Andrew Holladay, The Gatalog Foundation and MAF Corp.