**EXHIBIT D**

**159 PHOTOGRAPHS RELATED TO MPP99 AND AMIGO GRANDE DOWNLOADED
FROM DEFCAD.COM COMPARED TO PLAINTIFF'S REGISTERED WORKS**

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
| --- | --- | --- |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
| --- | --- | --- |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |