## EXHIBIT E

## 159 PHOTOGRAPHS RELATED TO THE MPP99 AND AMIGO GRANDE PURCHASED AND AVAILABLE FOR PURCHASE FROM DEFENSE DISTRIBUTED'S GHOSTGUNS.COM, AND THROUGH DIOSKOROI LLC, COMPARED TO PLAINTIFF'S REGISTERED WORKS

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|



| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
| --- | --- | --- |
|  | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |





| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
| --- | --- | --- |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
| --- | --- | --- |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |
|  |  | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |





| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |





| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
| --- | --- | --- |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |
| | | VA0002381513 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381513 |
|  |  | VA0002381513 |