**<u>EXHIBIT F</u>**

**<u>64 PHOTOGRAPHS RELATED TO BUBAR, KF5, AND SF5 DOWNLOADED FROM DEFCAD.COM COMPARED TO PLAINTIFF'S REGISTERED WORKS</u>**

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |



15

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002381769 |
| | | VA0002381769 |