1

**EXHIBIT G**

**26 PHOTOGRAPHS RELATED TO SF5 AND KF5 PURCHASED FROM DEFENSE DISTRIBUTED'S GHOSTGUNS.COM, AND THROUGH DIOSKOROI LLC, COMPARED TO PLAINTIFF'S REGISTERED WORKS**

Case 6:24-cv-01629-WWB-LHP    Document 53-7    Filed 01/08/25    Page 1 of 8 PageID 902

1



| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |
| | | VA0002381769 |

| Infringing Photograph Purchased from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |
|  |  | VA0002381769 |





