# EXHIBIT H

# 61 PHOTOGRAPHS RELATED TO THE PV4 DOWNLOADED FROM DEFCAD.COM COMPARED TO PLAINTIFF'S REGISTERED WORKS





| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |























| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |