## EXHIBIT I

## 61 PHOTOGRAPHS RELATED TO THE PV4 AVAILABLE FOR PURCHASE FROM DEFENSE DISTRIBUTED'S GHOSTGUNS.COM, AND THROUGH DIOSKOROI LLC, COMPARED TO PLAINTIFF'S REGISTERED WORKS

| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |

| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|



| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |

| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |

8

| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|



| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |

| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |



| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |
| | | VA0002412508 |

| Infringing Photograph Available for Purchase from Defense Distributed's Ghostguns.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002412508 |
|  |  | VA0002412508 |
|  |  | VA0002412508 |
|  |  | VA0002412508 |