# EXHIBIT J

# 63 PHOTOGRAPHS RELATING TO HITCHHIKER DOWNLOADED FROM DEFCAD COMPARED TO PLAINTIFF'S COPYRIGHTED WORKS

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |





| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |
|  |  | VA0002418589 |





| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |
| | | VA0002418589 |

