# **EXHIBIT K**

# **COMPARISON OF 4 SETS OF 3D MODELS DOWNLOADED FROM DEFCAD TO PLAINTIFF'S COPYRIGHTED WORKS**



| View of Infringing 3D Model Downloaded from Defcad.com – MPP99 Infringement | View of Plaintiff's Registered 3D Model | USCO Registration Number |
|---|---|---|
| | | VA0002385899 |
| | | VA0002385899 |
| | Measuring between the same two points results in an identical measurement | VA0002385899 |
| 3D model's file name is "FrameBoi_1201" in both the infringing 3D model and the registered 3D model. Dimensions are identical. 3D model's units are in millimeters in both the infringing 3D model and the registered 3D model. | | |

| View of Infringing 3D Model Downloaded from Defcad.com – SF5 Infringement | View of Plaintiff's Registered 3D Model | USCO Registration Number |
|---|---|---|
| | | VA0002385901 |
| Not Licensed for Commercial Use, Subscription, or Sale.<br><br>Copyright 2023 Matt Larosiere. | Not Licensed for Commercial Use, Subscription, or Sale.<br><br>Copyright 2023 Matt Larosiere. | VA0002385901 |
| | Measuring between the same two points results in an identical measurement | VA0002385901 |

3D model's file name is "SF5 STEP Master" in both the infringing 3D model and the registered 3D model. Dimensions are the same. 3D model's units are in inches in both the infringing 3D model and the registered 3D model. The number of parts shown in the 3D model is the same.



| View of Infringing 3D Model Downloaded from Defcad.com – Pv4 Infringement | View of Plaintiff's Registered 3D Model | USCO Registration Number |
|---|---|---|
|  | With Copyright Notice Visible / With Copyright Notice Hidden | VA0002422527 |
| 14.947 in | Measuring between the same two points results in an identical measurement | VA0002422527 |

3D model's file name is "Plastikov v4 STEP Master" in both the infringing 3D model and the registered 3D model. Dimensions are the same, except for removed Copyright Notice. Color shading scheme, which Matthew Larosiere expressly directed, is exactly copied. 3D model's units are in inches in both the infringing 3D model and the registered 3D model. The number of parts shown in the 3D models is the same, aside from the removed copyright notice.

4

| View of Infringing 3D Model Downloaded from Defcad.com – Hitchhiker Infringement | View of Plaintiff's Registered 3D Model | USCO Registration Number |
|---|---|---|
| (3D model parts) | (3D model parts with text overlay) **With Copyright Notice Visible** / (3D model parts) **With Copyright Notice Hidden** | VA0002418947 |
| How many are the Whataburgers? Upon those streets of Texas. How many lie these Whataburgers? Where our friend evades his taxes. What of the younger ladies? Which our dear friend fancies. Be they in those Whataburgers? Or perhaps escaped to Taiwan. | How many are the Whataburgers? Upon those streets of Texas. How many lie these Whataburgers? Where our friend evades his taxes. What of the younger ladies? Which our dear friend fancies. Be they in those Whataburgers? Or perhaps escaped to Taiwan. *A hidden poem is exactly reproduced* | VA0002418947 |

| View of Infringing 3D Model Downloaded from Defcad.com – Hitchhiker Infringement | View of Plaintiff's Registered 3D Model | USCO Registration Number |
|---|---|---|
|  | Measuring between the same two points results in an identical measurement | VA0002418947 |
| 3D model's file name is "Hitchhiker STEP Master" in both the infringing 3D model and the registered 3D model. Dimensions are the same. 3D model's units are in millimeters in both the infringing 3D model and the registered 3D model. The number of parts shown in the 3D models is the same, aside from the removed copyright notice. | | |

6



| View of Infringing 3D Model Downloaded from Defcad.com – Taxidriver Infringement | View of Plaintiff's Registered 3D Model | USCO Registration Number |
|---|---|---|
| How many are the Whataburgers? Upon those streets of Texas. How many lie these Whataburgers? Where our friend evades his taxes. What of the younger ladies? Which our dear friend fancies. Be they in those Whataburgers? Or perhaps escaped to Taiwan. | How many are the Whataburgers? Upon those streets of Texas. How many lie these Whataburgers? Where our friend evades his taxes. What of the younger ladies? Which our dear friend fancies. Be they in those Whataburgers? Or perhaps escaped to Taiwan.<br><br>A hidden poem is exactly reproduced | VA0002418947 |
| 26.808 mm | 26.808 mm<br><br>Measuring between the same two points results in an identical measurement | VA0002418947 |
| 3D model's dimensions are the same in both the infringing 3D model and the registered 3D model. 3D model's units are in millimeters in both the infringing 3D model and the registered 3D model. | | |