**<u>EXHIBIT L</u>**

**<u>COMPARISON OF ALL TEXTUAL WORKS COPIED BY DEFENDANTS TO
PLAINTIFF'S REGISTERED TEXT</u>**

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **I.    Introduction**<br><br>I've been a huge devotee of the P99-based weapons system for years. For the majority of that time, magazines were a major issue. While available, they were annoyingly expensive and difficult to get. Additionally, there are minor differences between each generation's magazines, and sometimes sub-generations required different magazines.<br><br>After the discontinuation of the P99, the original manufacturer moved towards the PPQ and PDP, without guaranteed magazine support looking backwards. Luckily, though, the lockwork is neigh-on identical between pistols of this series. One can (in most cases) swap slides and other parts between models without issue.<br><br>With this in mind, and with service pistols hitting the parts kit market, I set out to design a frame that had critical dimensions compatible with P99, PPQ, and PDP, but also accepted a more commonly available Austrian-style overmolded gloccazine.<br><br>The downsides here were twofold: one, it would result in the abandonment of the highly superior trigger guard mag release, and two, would necessitate a different slide release. Still, though, the ability to resurrect these highly competent pistols and take the most commonly available magazines around, I feel are worth it.<br><br>In my testing, the pistol has proven to be accurate, dependable, handsome, and polite. It is my sincere hope and wish that it brings you comparable pleasure, joy, and splendor.<br><br>**NB: Other Models** – there are a bunch of licensed copies of the P99 series, including the SW99 (pictured in this guide), one generation of baby desert eagle, and more. You may have some fitting to do for minor variances.<br><br>**NB: PPQ, PDP** – These models use the slide release for a trigger pin. If using one of these kits, you will need either a P99 trigger pin, or a 4mm pin cut to size.<br><br>**NB: Turkish TP9 pistols** – these pistols are straight up knockoffs of the P99 series of self-loading pistols, but there are some external differences. A frame for the TP9 is forthcoming. | **I.    Introduction**<br><br>I've been a huge devotee of the P99-based weapons system for years. For the majority of that time, magazines were a major issue. While available, they were annoyingly expensive and difficult to get. Additionally, there are minor differences between each generation's magazines, and sometimes sub-generations required different magazines.<br><br>After the discontinuation of the P99, the original manufacturer moved towards the PPQ and PDP, without guaranteed magazine support looking backwards. Luckily, though, the lockwork is neigh-on identical between pistols of this series. One can (in most cases) swap slides and other parts between models without issue.<br><br>With this in mind, and with service pistols hitting the parts kit market, I set out to design a frame that had critical dimensions compatible with P99, PPQ, and PDP, but also accepted a more commonly available Austrian-style overmolded gloccazine.<br><br>The downsides here were twofold: one, it would result in the abandonment of the highly superior trigger guard mag release, and two, would necessitate a different slide release. Still, though, the ability to resurrect these highly competent pistols and take the most commonly available magazines around, I feel are worth it.<br><br>In my testing, the pistol has proven to be accurate, dependable, handsome, and polite. It is my sincere hope and wish that it brings you comparable pleasure, joy, and splendor.<br><br>**NB: Other Models** – there are a bunch of licensed copies of the P99 series, including the SW99 (pictured in this guide), one generation of baby desert eagle, and more. You may have some fitting to do for minor variances.<br><br>**NB: PPQ, PDP** – These models use the slide release for a trigger pin. If using one of these kits, you will need either a P99 trigger pin, or a 4mm pin cut to size.<br><br>**NB: Turkish TP9 pistols** – these pistols are straight up knockoffs of the P99 series of self-loading pistols, but there are some external differences. A frame for the TP9 is forthcoming. | TX0009358088 |

As the above page shows, the text was exactly copied. All other pages in Plaintiff's registered work were also copied.

| Sample of Infringing Text Available for Purchase from Ghostguns.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **I.    Introduction**<br><br>I've been a huge devotee of the P99-based weapons system for years. For the majority of that time, magazines were a major issue. While available, they were annoyingly expensive and difficult to get. Additionally, there are minor differences between each generation's magazines, and sometimes sub-generations required different magazines.<br><br>After the discontinuation of the P99, the original manufacturer moved towards the PPQ and PDP, without guaranteed magazine support looking backwards. Luckily, though, the lockwork is neigh-on identical between pistols of this series. One can (in most cases) swap slides and other parts between models without issue.<br><br>With this in mind, and with service pistols hitting the parts kit market, I set out to design a frame that had critical dimensions compatible with P99, PPQ, and PDP, but also accepted a more commonly available Austrian-style overmolded gloccazine.<br><br>The downsides here were twofold: one, it would result in the abandonment of the highly superior trigger guard mag release, and two, would necessitate a different slide release. Still, though, the ability to resurrect these highly competent pistols and take the most commonly available magazines around, I feel are worth it.<br><br>In my testing, the pistol has proven to be accurate, dependable, handsome, and polite. It is my sincere hope and wish that it brings you comparable pleasure, joy, and splendor.<br><br>**NB: Other Models** – there are a bunch of licensed copies of the P99 series, including the SW99 (pictured in this guide), one generation of baby desert eagle, and more. You may have some fitting to do for minor variances.<br><br>**NB: PPQ, PDP** – These models use the slide release for a trigger pin. If using one of these kits, you will need either a P99 trigger pin, or a 4mm pin cut to size.<br><br>**NB: Turkish TP9 pistols** – these pistols are straight up knockoffs of the P99 series of self-loading pistols, but there are some external differences. A frame for the TP9 is forthcoming. | **I.    Introduction**<br><br>I've been a huge devotee of the P99-based weapons system for years. For the majority of that time, magazines were a major issue. While available, they were annoyingly expensive and difficult to get. Additionally, there are minor differences between each generation's magazines, and sometimes sub-generations required different magazines.<br><br>After the discontinuation of the P99, the original manufacturer moved towards the PPQ and PDP, without guaranteed magazine support looking backwards. Luckily, though, the lockwork is neigh-on identical between pistols of this series. One can (in most cases) swap slides and other parts between models without issue.<br><br>With this in mind, and with service pistols hitting the parts kit market, I set out to design a frame that had critical dimensions compatible with P99, PPQ, and PDP, but also accepted a more commonly available Austrian-style overmolded gloccazine.<br><br>The downsides here were twofold: one, it would result in the abandonment of the highly superior trigger guard mag release, and two, would necessitate a different slide release. Still, though, the ability to resurrect these highly competent pistols and take the most commonly available magazines around, I feel are worth it.<br><br>In my testing, the pistol has proven to be accurate, dependable, handsome, and polite. It is my sincere hope and wish that it brings you comparable pleasure, joy, and splendor.<br><br>**NB: Other Models** – there are a bunch of licensed copies of the P99 series, including the SW99 (pictured in this guide), one generation of baby desert eagle, and more. You may have some fitting to do for minor variances.<br><br>**NB: PPQ, PDP** – These models use the slide release for a trigger pin. If using one of these kits, you will need either a P99 trigger pin, or a 4mm pin cut to size.<br><br>**NB: Turkish TP9 pistols** – these pistols are straight up knockoffs of the P99 series of self-loading pistols, but there are some external differences. A frame for the TP9 is forthcoming. | TX0009358088 |
| As the above page shows, the text was exactly copied. All other pages in Plaintiff's registered work were also copied. | | |

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| The SF5<br><br>The SF5 is a 3D printable MP5 receiver set. It is compatible with OEM HK parts, PTR parts, RCM parts, and most of the other clone or US-made MP5 parts.<br>Thanks to it's design, the SF5 is a cost-effective way to get MP5 performance at a discount - because many of the complex and expensive parts of the MP5 are replaced with printed or AR15 parts, the price to complete a build is rather cheap.<br><br>At the core of the SF5's design is its press-fit clambshell barrel mount - a simple, effective way to securely and rigidly attach the barrel and trunnion to the receiver.<br><br>Printed Parts Checklist:<br><br>REFER TO THE "BUILD CHECKLIST" FOLDER AFTER READING THROUGH THE "SHOPPING LIST" SECTION OF THE BUILD TUTORIAL PDF<br><br>Hardware Checklist:<br><br>Refer to the "Shopping List" section of the build tutorial pdf.<br><br>General Print Settings:<br><br>This receiver has been tested to work well in eSun PLA+. In any material similar or superior to PLA+, this receiver should work as well.<br><br>**Note that all STL files are oriented and scaled properly, and changing their scale or orientation may result in your parts not fitting/working properly. Especially with parts like the barrel mount and receivers, orientation is important!**<br>**Some cooling settings/filaments may cause some parts to warp slightly. This is generally acceptable, and will not negatively effect function. If warping seems extreme, refine cooling settings/print speed.**<br>**Note that you should follow these print settings in order to get the best possible results - changing nozzle size or layer height may cause you to have to hand fit things!**<br><br>My print settings for PLA+ were as follows:<br><br>Walls: 8 walls recommended<br>Nozzle: 0.4mm<br>Layer Height: 0.15mm<br>Temp: 230/60C<br>Infill: Ideally 100% - though if you use 8 walls you can use much lower infill - this has been tested at 20% infill and 8 walls, if you are trying to set a low weight record.<br>Supports: On/full (tree supports are ok)<br>No files or models Licensed for Commercial Use, Subscription, or Sale. Copyright 2023 Matt Larosiere. | The SF5<br><br>The SF5 is a 3D printable MP5 receiver set. It is compatible with OEM HK parts, PTR parts, RCM parts, and most of the other clone or US-made MP5 parts.<br>Thanks to it's design, the SF5 is a cost-effective way to get MP5 performance at a discount - because many of the complex and expensive parts of the MP5 are replaced with printed or AR15 parts, the price to complete a build is rather cheap.<br><br>At the core of the SF5's design is its press-fit clambshell barrel mount - a simple, effective way to securely and rigidly attach the barrel and trunnion to the receiver.<br><br>Printed Parts Checklist:<br><br>REFER TO THE "BUILD CHECKLIST" FOLDER AFTER READING THROUGH THE "SHOPPING LIST" SECTION OF THE BUILD TUTORIAL PDF<br><br>Hardware Checklist:<br><br>Refer to the "Shopping List" section of the build tutorial pdf.<br><br>General Print Settings:<br><br>This receiver has been tested to work well in eSun PLA+. In any material similar or superior to PLA+, this receiver should work as well.<br><br>**Note that all STL files are oriented and scaled properly, and changing their scale or orientation may result in your parts not fitting/working properly. Especially with parts like the barrel mount and receivers, orientation is important!**<br>**Some cooling settings/filaments may cause some parts to warp slightly. This is generally acceptable, and will not negatively effect function. If warping seems extreme, refine cooling settings/print speed.**<br>**Note that you should follow these print settings in order to get the best possible results - changing nozzle size or layer height may cause you to have to hand fit things!**<br><br>My print settings for PLA+ were as follows:<br><br>Walls: 8 walls recommended<br>Nozzle: 0.4mm<br>Layer Height: 0.15mm<br>Temp: 230/60C<br>Infill: Ideally 100% - though if you use 8 walls you can use much lower infill - this has been tested at 20% infill and 8 walls, if you are trying to set a low weight record.<br>Supports: On/full (tree supports are ok)<br>No files or models Licensed for Commercial Use, Subscription, or Sale. Copyright 2023 Matt Larosiere. | TX0009358088 |
| As the above page shows, the text was exactly copied, including the copyright notice. | | |

| Sample of Infringing Text Purchased from Ghostguns.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| The SF5<br><br>The SF5 is a 3D printable MP5 receiver set. It is compatible with OEM HK parts, PTR parts, RCM parts, and most of the other clone or US-made MP5 parts.<br>Thanks to it's design, the SF5 is a cost-effective way to get MP5 performance at a discount - because many of the complex and expensive parts of the MP5 are replaced with printed or AR15 parts, the price to complete a build is rather cheap.<br><br>At the core of the SF5's design is its press-fit clamshell barrel mount - a simple, effective way to securely and rigidly attach the barrel and trunnion to the receiver.<br><br>Printed Parts Checklist:<br><br>REFER TO THE "BUILD CHECKLIST" FOLDER AFTER READING THROUGH THE "SHOPPING LIST" SECTION OF THE BUILD TUTORIAL PDF<br><br>Hardware Checklist:<br><br>Refer to the "Shopping List" section of the build tutorial pdf.<br><br>General Print Settings:<br><br>This receiver has been tested to work well in eSun PLA+. In any material similar or superior to PLA+, this receiver should work as well.<br><br>**Note that all STL files are oriented and scaled properly, and changing their scale or orientation may result in your parts not fitting/working properly. Especially with parts like the barrel mount and receivers, orientation is important!**<br>**Some cooling settings/filaments may cause some parts to warp slightly. This is generally acceptable, and will not negatively effect function. If warping seems extreme, refine cooling settings/print speed.**<br>**Note that you should follow these print settings in order to get the best possible results - changing nozzle size or layer height may cause you to have to hand fit things!**<br>My print settings for PLA+ were as follows:<br><br>Walls: 8 walls recommended<br>Nozzle: 0.4mm<br>Layer Height: 0.15mm<br>Temp: 230/60C<br>Infill: Ideally 100% - though if you use 8 walls you can use much lower infill - this has been tested at 20% infill and 8 walls, if you are trying to set a low weight record.<br>Supports: On/full (tree supports are ok)<br>No files or models Licensed for Commercial Use, Subscription, or Sale. Copyright 2023 Matt Larosiere. | The SF5<br><br>The SF5 is a 3D printable MP5 receiver set. It is compatible with OEM HK parts, PTR parts, RCM parts, and most of the other clone or US-made MP5 parts.<br>Thanks to it's design, the SF5 is a cost-effective way to get MP5 performance at a discount - because many of the complex and expensive parts of the MP5 are replaced with printed or AR15 parts, the price to complete a build is rather cheap.<br><br>At the core of the SF5's design is its press-fit clamshell barrel mount - a simple, effective way to securely and rigidly attach the barrel and trunnion to the receiver.<br><br>Printed Parts Checklist:<br><br>REFER TO THE "BUILD CHECKLIST" FOLDER AFTER READING THROUGH THE "SHOPPING LIST" SECTION OF THE BUILD TUTORIAL PDF<br><br>Hardware Checklist:<br><br>Refer to the "Shopping List" section of the build tutorial pdf.<br><br>General Print Settings:<br><br>This receiver has been tested to work well in eSun PLA+. In any material similar or superior to PLA+, this receiver should work as well.<br><br>**Note that all STL files are oriented and scaled properly, and changing their scale or orientation may result in your parts not fitting/working properly. Especially with parts like the barrel mount and receivers, orientation is important!**<br>**Some cooling settings/filaments may cause some parts to warp slightly. This is generally acceptable, and will not negatively effect function. If warping seems extreme, refine cooling settings/print speed.**<br>**Note that you should follow these print settings in order to get the best possible results - changing nozzle size or layer height may cause you to have to hand fit things!**<br>My print settings for PLA+ were as follows:<br><br>Walls: 8 walls recommended<br>Nozzle: 0.4mm<br>Layer Height: 0.15mm<br>Temp: 230/60C<br>Infill: Ideally 100% - though if you use 8 walls you can use much lower infill - this has been tested at 20% infill and 8 walls, if you are trying to set a low weight record.<br>Supports: On/full (tree supports are ok)<br>No files or models Licensed for Commercial Use, Subscription, or Sale. Copyright 2023 Matt Larosiere. | TX0009358088 |
| As the above page shows, the text was exactly copied, including the copyright notice. | | |

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **Preface**<br><br>This is the Schlank Flügelmann 5 (SF5) – a 3D printable MP5 build based on the Kleiner Freund 5 (KF5). Like the KF5, it uses the core parts of the MP5 – the bolt carrier group, trunnion, barrel, and magazine/magazine catch assembly, while relying on cheaper, easier to source parts for the rest. The SF5 opts for buried/hidden fastening methods to hide the "flanges" of the KF5 – making it slimmer. Depending on where you source your parts, you can have an MP5 for under half of what factory builds cost – which is pretty slick.<br><br>This documentation will walk you through the process of building your own SF5. Because the barrel pressing/pinning process is nearly the exact same as on the Amigo Grande (the MP5 is just the smaller, Germanic cousin of the CETME C), you will need to refer to the Amigo Grande build videos to see the video of these steps. The "Pressing and Pinning the Barrel" section in this document is borrowed from the Amigo Grande tutorial for the same reason – it's a nearly identical process.<br><br>You can find the video for the Amigo Grande barrel pressing/pinning here: https://odysee.com/@Ivan's_CAD_Streams:c/CETME-Build-Part-2:1<br><br>You can watch this assembly process on video here: https://odysee.com/@Ivan's_CAD_Streams:c/SF5-Tutorial:c<br><br>Please note that this video shows assembly of one of the eight sub-builds this project covers, but the information within is applicable to all of the builds. The only major difference will be if you are building a 10mm or 40SW gun, in which case only the installation of the magazine catch will be different. Some of the images in this document come from the KF5 build tutorial, so don't worry if your parts look a little different from those shown – the holes will still be in the same places.<br><br>Refer to the README for basic info/print settings for this build!<br><br>I recommend you use this document in conjunction with the video, having text-based steps helps keep things organized, being able to see things in real time helps clear up confusing instructions.<br><br>Do not be intimidated by the length of the build video/tutorial. If you run into issues, the troubleshooting section at the end of this document should help you out.<br><br>If you plan on doing a 40SW or 10mm build, please note that this build does not incorporate the bolt hold open design found on the HK guns. While this may be added at a later date, I really didn't care for how it handled with the prototype designs, and in any event will make the gun less sleek. Also note that 40/10 builds tend to chew up the followers on their mags – especially without a bolt hold open mechanism. Because of this, the "Add-Ons" folder includes a printable follower so that if you are worried about damaging an original one, you can swap it out for a cheap printed one.<br><br>If you have found this tutorial useful, consider sending me Bitcoin to further development of this sort of thing – there is much more to explore in 3D printed guns, DIY guns, DIY ammo, etc.<br><br>https://ctrlpew.com/donate-to-ivanthetroll/<br>No files or models Licensed for Commercial Use, Subscription, or Sale. Copyright 2023 Matt Larosiere. | **Preface**<br><br>This is the Schlank Flügelmann 5 (SF5) – a 3D printable MP5 build based on the Kleiner Freund 5 (KF5). Like the KF5, it uses the core parts of the MP5 – the bolt carrier group, trunnion, barrel, and magazine/magazine catch assembly, while relying on cheaper, easier to source parts for the rest. The SF5 opts for buried/hidden fastening methods to hide the "flanges" of the KF5 – making it slimmer. Depending on where you source your parts, you can have an MP5 for under half of what factory builds cost – which is pretty slick.<br><br>This documentation will walk you through the process of building your own SF5. Because the barrel pressing/pinning process is nearly the exact same as on the Amigo Grande (the MP5 is just the smaller, Germanic cousin of the CETME C), you will need to refer to the Amigo Grande build videos to see the video of these steps. The "Pressing and Pinning the Barrel" section in this document is borrowed from the Amigo Grande tutorial for the same reason – it's a nearly identical process.<br><br>You can find the video for the Amigo Grande barrel pressing/pinning here: https://odysee.com/@Ivan's_CAD_Streams:c/CETME-Build-Part-2:1<br><br>You can watch this assembly process on video here: https://odysee.com/@Ivan's_CAD_Streams:c/SF5-Tutorial:c<br><br>Please note that this video shows assembly of one of the eight sub-builds this project covers, but the information within is applicable to all of the builds. The only major difference will be if you are building a 10mm or 40SW gun, in which case only the installation of the magazine catch will be different. Some of the images in this document come from the KF5 build tutorial, so don't worry if your parts look a little different from those shown – the holes will still be in the same places.<br><br>Refer to the README for basic info/print settings for this build!<br><br>I recommend you use this document in conjunction with the video, having text-based steps helps keep things organized, being able to see things in real time helps clear up confusing instructions.<br><br>Do not be intimidated by the length of the build video/tutorial. If you run into issues, the troubleshooting section at the end of this document should help you out.<br><br>If you plan on doing a 40SW or 10mm build, please note that this build does not incorporate the bolt hold open design found on the HK guns. While this may be added at a later date, I really didn't care for how it handled with the prototype designs, and in any event will make the gun less sleek. Also note that 40/10 builds tend to chew up the followers on their mags – especially without a bolt hold open mechanism. Because of this, the "Add-Ons" folder includes a printable follower so that if you are worried about damaging an original one, you can swap it out for a cheap printed one.<br><br>If you have found this tutorial useful, consider sending me Bitcoin to further development of this sort of thing – there is much more to explore in 3D printed guns, DIY guns, DIY ammo, etc.<br><br>https://ctrlpew.com/donate-to-ivanthetroll/<br>No files or models Licensed for Commercial Use, Subscription, or Sale. Copyright 2023 Matt Larosiere. | TX0009372196 |

As the above page shows, the text was exactly copied, including the copyright notice. All other pages in Plaintiff's registered work were also copied.

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| Plastikov v4<br><br>The Plastikov v4 is a 3D printable AKM-based build. It departs from traditional AK receiver design, and prior versions of the Plastikov, by adopting an enclosed receiver design.<br><br>Printed Parts Checklist:<br><br>REFER TO THE MAIN BUILD DOCUMENT<br><br>Hardware Checklist:<br><br>Refer to the "Shopping List" section of the build tutorial pdf.<br><br>General Print Settings:<br><br>This receiver has been tested to work well in eSun PLA+. In any material similar or superior to PLA+, this receiver should work as well.<br><br>**Note that all STL files are oriented and scaled properly, and changing their scale or orientation may result in your parts not fitting/working properly.**<br>**Some cooling settings/filaments may cause some parts to warp slightly. This is generally acceptable, and will not negatively effect function. If warping seems extreme, refine cooling settings/print speed.**<br>**Note that you should follow these print settings in order to get the best possible results - changing nozzle size or layer height may cause you to have to hand fit things!**<br><br>My print settings for PLA+ were as follows:<br><br>Walls: 8 walls recommended<br>Nozzle: 0.4mm<br>Layer Height: 0.15mm<br>Temp: 230/60C<br>Infill: Ideally 100% - though if you use 8 walls you can use lower infill if desired<br>Supports: On/full (tree supports are ok)<br>Cooling fan: 20% normal, 50% on bridges. Off for the first 20 layers. Keep the fan low to prevent warp (this is a guideline, your settings may vary).<br>Bed Adhesion: gluestick or hairspray - since the big sections of this print have small footprints on the bed, using plenty of gluestick or hairspray is recommended.<br><br>All other settings can/should be left as default or whatever you know works best with your printing setup.<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY AOTHER FILES LICENSED FOR COMMERICAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER.<br>COPYRIGHT 2024 | Plastikov v4<br><br>The Plastikov v4 is a 3D printable AKM-based build. It departs from traditional AK receiver design, and prior versions of the Plastikov, by adopting an enclosed receiver design.<br><br>Printed Parts Checklist:<br><br>REFER TO THE MAIN BUILD DOCUMENT<br><br>Hardware Checklist:<br><br>Refer to the "Shopping List" section of the build tutorial pdf.<br><br>General Print Settings:<br><br>This receiver has been tested to work well in eSun PLA+. In any material similar or superior to PLA+, this receiver should work as well.<br><br>**Note that all STL files are oriented and scaled properly, and changing their scale or orientation may result in your parts not fitting/working properly.**<br>**Some cooling settings/filaments may cause some parts to warp slightly. This is generally acceptable and will not negatively effect function. If warping seems extreme, refine cooling settings/print speed.**<br>**Note that you should follow these print settings in order to get the best possible results - changing nozzle size or layer height may cause you to have to hand fit things!**<br><br>My print settings for PLA+ were as follows:<br><br>Walls: 8 walls recommended<br>Nozzle: 0.4mm<br>Layer Height: 0.15mm<br>Temp: 230/60C<br>Infill: Ideally 100% - though if you use 8 walls you can use lower infill if desired<br>Supports: On/full (tree supports are ok)<br>Cooling fan: 20% normal, 50% on bridges. Off for the first 20 layers. Keep the fan low to prevent warp (this is a guideline, your settings may vary).<br>Bed Adhesion: gluestick or hairspray - since the big sections of this print have small footprints on the bed, using plenty of gluestick or hairspray is recommended.<br><br>All other settings can/should be left as default or whatever you know works best with your printing setup.<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY AOTHER FILES LICENSED FOR COMMERICAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER.<br>COPYRIGHT 2024 | TX0009413646 |

As the above page shows, the text was exactly copied, including the copyright notice.

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **Preface**<br><br>This is the Plastikov V4 – a 3D printable AKM-based build. Like the previous versions of the Plastikov, it uses the core parts of the AKM – the bolt carrier group, trunnion, barrel, and magazine/magazine catch assembly, while relying on a 3D printed receiver to hold everything together. The V4 relies on a significant departure from typical AKM receiver design to allow for a rigid integrated pic rail, slimmer design than previous versions, and increased compatibility with aftermarket stocks. The V4 build is compatible with true AKM-spec parts kits, as well as AK-100 series and RPK-spec kits. When in doubt, compare and contrast how your kit looks compared to the images in this document and the build video linked below.<br><br>You can find parts kits for sale here: https://maf-arms.com/product-category/ak-stuff/<br><br>Note that you won't need some of the parts that can be added on as options – such as the dust cover and rear trunnion – as many parts for a traditional AK build are not required for this build. You will need a fire control group and magazine catch assembly in addition to the headspaced barrel assembly.<br><br>This documentation will walk you through the process of building your own Plastikov V4. Because this build relies on a pre-populated and headspaced barrel assembly, the details of pressing and populating your own barrel will not be found in this document – this information can be found via google searching, and is complex enough to lie outside the scope of these instructions.<br><br>You can watch the assembly process on video here: https://odysee.com/@Ivan's_CAD_Streams:c/PlastikovV4Tutorial:e<br><br>Refer to the README for basic info/print settings for this build!<br><br>I recommend you use this document in conjunction with the video, having text-based steps helps keep things organized, being able to see things in real time helps clear up confusing instructions.<br><br>Do not be intimidated by the length of the build video/tutorial. If you run into issues, the troubleshooting section at the end of this document should help you out.<br><br>If you have found this tutorial useful, consider sending me Bitcoin to further development of this sort of thing – there is much more to explore in 3D printed guns, DIY guns, DIY ammo, etc.<br><br>https://ctrlpew.com/donate-to-ivanthetroll/<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER. COPYRIGHT 2024 | **Preface**<br><br>This is the Plastikov V4 – a 3D printable AKM-based build. Like the previous versions of the Plastikov, it uses the core parts of the AKM – the bolt carrier group, trunnion, barrel, and magazine/magazine catch assembly, while relying on a 3D printed receiver to hold everything together. The V4 relies on a significant departure from typical AKM receiver design to allow for a rigid integrated pic rail, slimmer design than previous versions, and increased compatibility with aftermarket stocks. The V4 build is compatible with true AKM-spec parts kits, as well as AK-100 series and RPK-spec kits. When in doubt, compare and contrast how your kit looks compared to the images in this document and the build video linked below.<br><br>You can find parts kits for sale here: https://maf-arms.com/product-category/ak-stuff/<br><br>Note that you won't need some of the parts that can be added on as options – such as the dust cover and rear trunnion – as many parts for a traditional AK build are not required for this build. You will need a fire control group and magazine catch assembly in addition to the headspaced barrel assembly.<br><br>This documentation will walk you through the process of building your own Plastikov V4. Because this build relies on a pre-populated and headspaced barrel assembly, the details of pressing and populating your own barrel will not be found in this document – this information can be found via google searching, and is complex enough to lie outside the scope of these instructions.<br><br>You can watch the assembly process on video here: https://odysee.com/@Ivan's_CAD_Streams:c/PlastikovV4Tutorial:e<br><br>Refer to the README for basic info/print settings for this build!<br><br>I recommend you use this document in conjunction with the video, having text-based steps helps keep things organized, being able to see things in real time helps clear up confusing instructions.<br><br>Do not be intimidated by the length of the build video/tutorial. If you run into issues, the troubleshooting section at the end of this document should help you out.<br><br>If you have found this tutorial useful, consider sending me Bitcoin to further development of this sort of thing – there is much more to explore in 3D printed guns, DIY guns, DIY ammo, etc.<br><br>https://ctrlpew.com/donate-to-ivanthetroll/<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER. COPYRIGHT 2024 | TX0009403056 |

As the above page shows, the text was exactly copied, including the copyright notice. All other pages in Plaintiff's registered work were also copied.

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **Theory of the Project**<br><br>One of the greatest utilities in printing guns is the positive mental health benefits of building something yourself. However, at the time of this writing, the economy is kind of fucked up. The amount of affordable DIY projects that had objective utility were severely lacking, most requiring a cash investment of at least $300 to wind up with something worth building.<br><br>Then, I saw how cool and popular takedown ultralight backpacking 22s are, and how truly useful they are. However, most of them are hundreds of dollars, and require an extended manipulation to re-load. Even the old cricket single shot 22s require 3 different manipulations to load and fire.<br><br>While thinking about how to make an affordable 22 takedown backpacker, I remembered the oft-misunderstood nature of open bolt firearms under US law. To be clear: there is nothing in the law specifically forbidding open bolt operation, or even open bolt semiautos. The issue lies where a machinegun's parts and design is used, and an extra part simply keeps it from behaving like a machinegun. Something designed from the ground up as a single-shot, even if it auto-ejects and auto-cocks, if it cannot feed from a magazine, cannot be regulable in this fashion.<br><br>I further realized that going with an open bolt single shot design, if I got a little clever with the fire controls, would solve the frustratingly long reload time present in most backpack 22s, as well as provide multiple points of rim contact, thus making ignition more reliable than traditional 22s.<br><br>The result is the Hitchhiker. A gun you only have to cock once. You pull the bolt back, insert a cartridge (which is retained by the combination disconnector), and squeeze the trigger to shoot. The blowback force will re-cock the bolt, the primary sear holding it open, meaning all you have to do is stick in another cartridge and fire again.<br><br>I hope you will enjoy the simplicity of this design, its ease of use, and the relatively quick firing cycle. | **Theory of the Project**<br><br>One of the greatest utilities in printing guns is the positive mental health benefits of building something yourself. However, at the time of this writing, the economy is kind of fucked up. The amount of affordable DIY projects that had objective utility were severely lacking, most requiring a cash investment of at least $300 to wind up with something worth building.<br><br>Then, I saw how cool and popular takedown ultralight backpacking 22s are, and how truly useful they are. However, most of them are hundreds of dollars, and require an extended manipulation to re-load. Even the old cricket single shot 22s require 3 different manipulations to load and fire.<br><br>While thinking about how to make an affordable 22 takedown backpacker, I remembered the oft-misunderstood nature of open bolt firearms under US law. To be clear: there is nothing in the law specifically forbidding open bolt operation, or even open bolt semiautos. The issue lies where a machinegun's parts and design is used, and an extra part simply keeps it from behaving like a machinegun. Something designed from the ground up as a single-shot, even if it auto-ejects and auto-cocks, if it cannot feed from a magazine, cannot be regulable in this fashion.<br><br>I further realized that going with an open bolt single shot design, if I got a little clever with the fire controls, would solve the frustratingly long reload time present in most backpack 22s, as well as provide multiple points of rim contact, thus making ignition more reliable than traditional 22s.<br><br>The result is the Hitchhiker. A gun you only have to cock once. You pull the bolt back, insert a cartridge (which is retained by the combination disconnector), and squeeze the trigger to shoot. The blowback force will re-cock the bolt, the primary sear holding it open, meaning all you have to do is stick in another cartridge and fire again.<br><br>I hope you will enjoy the simplicity of this design, its ease of use, and the relatively quick firing cycle. | TX0009412695 |

As the above page shows, the text was exactly copied. All other pages in Plaintiff's registered work were also copied.

| Sample of Infringing Text Used on Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| This document, all photos, and all related files ©2024 Matthew Larosiere NOT LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION. IF YOU PAID MONEY TO GET THESE FILES, PLEASE CONTACT THE AUTHOR FOR A REWARD. | This document, all photos, and all related files ©2024 Matthew Larosiere NOT LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION. IF YOU PAID MONEY TO GET THESE FILES, PLEASE CONTACT THE AUTHOR FOR A REWARD. | TX0009412695 |
| The copyright disclaimer was also copied. | | |

| Sample of Infringing Text Used on Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **Theory of the Project**<br><br>One of the greatest utilities in printing guns is the positive mental health benefits of building something yourself. However, at the time of this writing, the economy is kind of fucked up. The amount of affordable DIY projects that had objective utility were severely lacking, most requiring a cash investment of at least $300 to wind up with something worth building.<br><br>Then, I saw how cool and popular takedown ultralight backpacking 22s are, and how truly useful they are. However, most of them are hundreds of dollars, and require an extended manipulation to re-load. Even the old cricket single shot 22s require 3 different manipulations to load and fire.<br><br>While thinking about how to make an affordable 22 takedown backpacker, I remembered the oft-misunderstood nature of open bolt firearms under US law. To be clear: there is nothing in the law specifically forbidding open bolt operation, or even open bolt semiautos. The issue lies where a machinegun's parts and design is used, and an extra part simply keeps it from behaving like a machinegun.<br><br>Something designed from the ground up as a single-shot, even if it auto-ejects and auto-cocks, if it cannot feed from a magazine, cannot be regulable in this fashion.<br><br>I further realized that going with an open bolt single shot design, if I got a little clever with the fire controls, would solve the frustratingly long reload time present in most backpack 22s, as well as provide multiple points of rim contact, thus making ignition more reliable than traditional 22s.<br><br>The result is the Hitchhiker. A gun you only have to cock once. You pull the bolt back, insert a cartridge (which is retained by the combination disconnector), and squeeze the trigger to shoot. The blowback force will re-cock the bolt, the primary sear holding it open, meaning all you have to do is stick in another cartridge and fire again.<br><br>I hope you will enjoy the simplicity of this design, its ease of use, and the relatively quick firing cycle. | **Theory of the Project**<br><br>One of the greatest utilities in printing guns is the positive mental health benefits of building something yourself. However, at the time of this writing, the economy is kind of fucked up. The amount of affordable DIY projects that had objective utility were severely lacking, most requiring a cash investment of at least $300 to wind up with something worth building.<br><br>Then, I saw how cool and popular takedown ultralight backpacking 22s are, and how truly useful they are. However, most of them are hundreds of dollars, and require an extended manipulation to re-load. Even the old cricket single shot 22s require 3 different manipulations to load and fire.<br><br>While thinking about how to make an affordable 22 takedown backpacker, I remembered the oft-misunderstood nature of open bolt firearms under US law. To be clear: there is nothing in the law specifically forbidding open bolt operation, or even open bolt semiautos. The issue lies where a machinegun's parts and design is used, and an extra part simply keeps it from behaving like a machinegun. Something designed from the ground up as a single-shot, even if it auto-ejects and auto-cocks, if it cannot feed from a magazine, cannot be regulable in this fashion.<br><br>I further realized that going with an open bolt single shot design, if I got a little clever with the fire controls, would solve the frustratingly long reload time present in most backpack 22s, as well as provide multiple points of rim contact, thus making ignition more reliable than traditional 22s.<br><br>The result is the Hitchhiker. A gun you only have to cock once. You pull the bolt back, insert a cartridge (which is retained by the combination disconnector), and squeeze the trigger to shoot. The blowback force will re-cock the bolt, the primary sear holding it open, meaning all you have to do is stick in another cartridge and fire again.<br><br>I hope you will enjoy the simplicity of this design, its ease of use, and the relatively quick firing cycle. | TX0009412695 |
| As the above page shows, the text was exactly copied in the "About" section that promoted the infringing download. | | |

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| The NS3 Printable Stock/Brace System<br><br>The NS3 is a 3D printable stock/brace system that seeks to offer a durable, rigid, dependable, affordable solution (albeit a bit of a bulky one) for your stock/brace needs.<br><br>Printed Parts Checklist:<br><br>REFER TO THE MAIN BUILD DOCUMENT<br><br>Hardware Checklist:<br><br>Refer to the "Shopping List" section of the build tutorial pdf.<br><br>General Print Settings:<br><br>This build has been tested to work well in eSun PLA+. In any material similar or superior to PLA+, this build should work as well.<br><br>**Note that all STL files are oriented and scaled properly, and changing their scale or orientation may result in your parts not fitting/working properly.**<br>**Some cooling settings/filaments may cause some parts to warp slightly. This is generally acceptable, and will not negatively effect function. If warping seems extreme, refine cooling settings/print speed.**<br>**Note that you should follow these print settings in order to get the best possible results - changing nozzle size or layer height may cause you to have to hand fit things!**<br><br>My print settings for PLA+ were as follows:<br><br>Walls: 8 walls recommended<br>Nozzle: 0.4mm<br>Layer Height: 0.15mm<br>Temp: 230/60C<br>Infill: Ideally 100% - though if you use 8 walls you can use lower infill if desired<br>Supports: On/full (tree supports are ok)<br>Cooling fan: 20% normal, 50% on bridges. Off for the first 20 layers. Keep the fan low to prevent warp (this is a guideline, your settings may vary).<br>Bed Adhesion: gluestick or hairspray - since the big sections of this print have small footprints on the bed, using plenty of gluestick or hairspray is recommended.<br><br>All other settings can/should be left as default or whatever you know works best with your printing setup.<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERICAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER.<br>COPYRIGHT 2024 | The NS3 Printable Stock/Brace System<br><br>The NS3 is a 3D printable stock/brace system that seeks to offer a durable, rigid, dependable, affordable solution (albeit a bit of a bulky one) for your stock/brace needs.<br><br>Printed Parts Checklist:<br><br>REFER TO THE MAIN BUILD DOCUMENT<br><br>Hardware Checklist:<br><br>Refer to the "Shopping List" section of the build tutorial pdf.<br><br>General Print Settings:<br><br>This build has been tested to work well in eSun PLA+. In any material similar or superior to PLA+, this build should work as well.<br><br>**Note that all STL files are oriented and scaled properly, and changing their scale or orientation may result in your parts not fitting/working properly.**<br>**Some cooling settings/filaments may cause some parts to warp slightly. This is generally acceptable, and will not negatively effect function. If warping seems extreme, refine cooling settings/print speed.**<br>**Note that you should follow these print settings in order to get the best possible results - changing nozzle size or layer height may cause you to have to hand fit things!**<br><br>My print settings for PLA+ were as follows:<br><br>Walls: 8 walls recommended<br>Nozzle: 0.4mm<br>Layer Height: 0.15mm<br>Temp: 230/60C<br>Infill: Ideally 100% - though if you use 8 walls you can use lower infill if desired<br>Supports: On/full (tree supports are ok)<br>Cooling fan: 20% normal, 50% on bridges. Off for the first 20 layers. Keep the fan low to prevent warp (this is a guideline, your settings may vary).<br>Bed Adhesion: gluestick or hairspray - since the big sections of this print have small footprints on the bed, using plenty of gluestick or hairspray is recommended.<br><br>All other settings can/should be left as default or whatever you know works best with your printing setup.<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERICAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER.<br>COPYRIGHT 2024 | TX0009429253 |

As the above page shows, the text was exactly copied, including the copyright notice. All other pages in Plaintiff's registered work were also copied.

| Samples of Infringing Text Downloaded from Defcad.com | Samples of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **Step 2: Assembling the Tube**<br>With the cleanup prep work done, we're ready to do the Tube sub assembly. Get your folding tube, button, M3 bolt, and large spring (the 1" long one). Ensure that all brim/support is removed from the button. Remove the print-in-place supports from the folding tube – these supports are required due to the shape of the tube, as automatically generated supports often fail to support the tube. I recommend using a pair of pliers to pry out most of these supports, then use a Dremel tool with a carbide burr (or a metal file) to smooth out the remaining stumps. Once all these supports are removed (four on either side, plus four at the bottom) and smoothed out, take your spring, place it inside the recess on the button, then place the button into the recess in the tube. While holding the button down against spring pressure, insert the M3 bolt to retain the button. You will have to insert this M3 bolt straight in, then thread it into place – the bolt does not need to be tight, but does need to be inserted far enough that it sits flush with the outer face on the tube.<br><br>**Preface**<br>    This is the NS3 – a 3D printable folding stock/brace system. It provides a strong, rigid, and reliable (if a little bulky) way to affordably print a good option for stocks/braces. It has been tested across a wide variety of builds, from 22s to 308s, and has held up well. It was designed to be more resilient to abuse than existing printable options – a 10lb rifle can be picked up from resting flat on the ground using only this system, all without damaging the hinge/lockup of the system. This project draws from several previous projects – notably, Swarmtech's folding stock/brace system and the printable "Nadda" system itself. | **Step 2: Assembling the Tube**<br>With the cleanup prep work done, we're ready to do the Tube sub assembly. Get your folding tube, button, M3 bolt, and large spring (the 1" long one). Ensure that all brim/support is removed from the button. Remove the print-in-place supports from the folding tube – these supports are required due to the shape of the tube, as automatically generated supports often fail to support the tube. I recommend using a pair of pliers to pry out most of these supports, then use a Dremel tool with a carbide burr (or a metal file) to smooth out the remaining stumps. Once all these supports are removed (four on either side, plus four at the bottom) and smoothed out, take your spring, place it inside the recess on the button, then place the button into the recess in the tube. While holding the button down against spring pressure, insert the M3 bolt to retain the button. You will have to insert this M3 bolt straight in, then thread it into place – the bolt does not need to be tight, but does need to be inserted far enough that it sits flush with the outer face on the tube.<br><br>**Preface**<br>    This is the NS3 – a 3D printable folding stock/brace system. It provides a strong, rigid, and reliable (if a little bulky) way to affordably print a good option for stocks/braces. It has been tested across a wide variety of builds, from 22s to 308s, and has held up well. It was designed to be more resilient to abuse than existing printable options – a 10lb rifle can be picked up from resting flat on the ground using only this system, all without damaging the hinge/lockup of the system. This project draws from several previous projects – notably, Swarmtech's folding stock/brace system and the printable "Nadda" system itself. | TX0009429253 |

As the above samples show, the text was exactly copied. All pages in Plaintiff's registered work were copied.

| Sample of Infringing Text Used on Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERICAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER.<br><br>COPYRIGHT 2024 | NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERICAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER.<br><br>COPYRIGHT 2024 | TX0009429253 |
| The copyright disclaimer was also copied. | | |