**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE,

        Plaintiff,

v.                                                    Case No.: 6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON, DEFCAD,
INC., DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

        Defendants/Third
Party Plaintiff,

MAF CORP., JOHN LETTMAN,
MATTHEW LAROSIERE, PETER
CELENTANO, THE GATALOG, JOSH
KIEL STROKE, JOHN ELIK, THE
GATALOG FOUNDATION,
ALEXANDER HOLLADAY, MAF
CORP., THE GATALOG, ALEXANDER
HOLLADAY, JOHN LETTMAN, JOSH
KIEL STROKE, PETER CELENTANO
and JOHN ELIK,

        Third Party
Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Preliminary Injunction (Doc. 53), filed on January 8, 2025. In accordance with Federal Rule of Civil Procedure 65 and Local Rule 6.02, it is **ORDERED** and **ADJUDGED** as follows:

1. Defendants shall file a consolidated response to the Motion for Preliminary Injunction on or before **January 16, 2025**.

2. On or before **January 16, 2025**, Plaintiff and Defendants named in the Motion shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter. Any party requesting an evidentiary hearing shall: (1) identify with particularity all disputed issues of material fact or credibility determinations that are expected to impact the resolution of the Motion; (2) the names of any witnesses that the party anticipates calling at a hearing; and (3) the estimated length of the requested hearing.

3. If the Court determines, after review of the parties' submissions and joint notice, that an evidentiary hearing is necessary for the resolution of the Motion, a hearing will be set by the Court. Otherwise, the Court will issue a ruling based on the parties' written submissions.

**DONE AND ORDERED** in Orlando, Florida on January 10, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record