**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MATTHEW LAROSIERE,

        Plaintiff,

v.                                                               Case No.: 6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON, et al.,

        Defendant.

_____

## ORDER

THIS CAUSE is before the Court on the Case Management Report filed by the parties (Doc. 51). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before **February 18, 2025**.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties