UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

*Defendants*.

_____/

## DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02, Zachary Z. Zermay, Esq. hereby gives notice

of his appearance as lead counsel for Plaintiff Matthew Larosiere in the above

captioned matter.

DATED:  January 17, 2027

Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Telephone: 239-699-3107
*Counsel for Plaintiff*
*Matthew Larosiere*

1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on  January 17, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

_____
Zachary Z. Zermay, Esq.