UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

        *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

        *Defendants*.

Defense Distributed,

        Counterplaintiff/ Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, and MAF Corp.

        Counterdefendants.

_____/

**<u>DESIGNATION OF LEAD COUNSEL</u>**

Pursuant to Local Rule 2.02, Matthew Larosiere, Esq. hereby gives notice of his appearance as lead counsel for Counterdefendants John Elik, Josh Kiel Stroke, and John Lettman in the above-captioned matter.

DATED:  January 17, 2027

/s/Matthew Larosiere_____
Matthew Larosiere, Esq.
6964 Houlton Circle
Lake Worth, FL 33467
Email: larosieremm@gmail.com
Telephone: 561-452-7575
*Lead Counsel for Counterdefendants*
*John Elik, Josh Stroke, and John Lettman*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  January 17, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/Matthew Larosiere_____
Matthew Larosiere, Esq.