UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.

_____/

## NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION

I, being admitted to practice in this Court, appear in this case as lead counsel for Counterdefendants Alexander Holladay and MAF Corp.

Respectfully submitted,

DATED: January 17, 2025

*[signature: Gary C De Pury]*

Gary C. De Pury
Attorney At Law
Florida Bar No: 126588
Law Offices of Gary De Pury, P.A.
21035 Leonard Road
Lutz, Florida 33558
Telephone: 813-607-6404
Email: Gary@DePury.com
*Lead Counsel for Counterdefendants*
*Alexander Holladay and MAF Corp.*