United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____      No. 6:24-cv-1629


Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
and MAF Corp,
    Counterdefendant / Third-Party
    Defendants
_____

**Preliminary Injunction Declaration of Cody Wilson**

I, Cody Wilson, declare and state as follows.

1. I am a competent adult with personal knowledge of what this declaration states and, if called upon to do so, could and would competently testify to all of the facts set forth herein.

2. Exhibit B to the Defendants' Response to Plaintiff's Motion for a Preliminary Injunction is a true and correct copy of Lucas Osborn, *Creativity and Utility: 3D Printable Files and the Boundary Between Copyright and Patent Protection*, in *3D Printing and Beyond: Intellectual Property and Regulation* (Dinusha Mendis, Mark Lemley & Matthew Rimmer eds., Cambridge University Press 2019).

3. I am familiar with all of this action's operative pleadings and major filings, including Document 43, "Plaintiff Larosiere's First Amended Complaint," and Document 53, "Plaintiff Matthew Larosiere's Motion for Preliminary Injunction and Incorporated Memorandum of Law in Support."

4. "DEFCAD" is the website hosted at defcad.com. DEFCAD serves as a web portal, search engine, and third-party platform for digital firearms information. It focuses on the needs of designers and hobbyists who handle 3D printable and other CAD models regarding firearms.

5. DEFCAD operates in compliance with all applicable federal and state laws governing its development and distribution of digital firearms information. In particular, DEFCAD operates in compliance with the "Export Administration Regulations" administered by the Department of Commerce's Bureau of Industry and Security under the Arms Export Control Act of 1976 and the "International Traffic in Arms Regulations" administered by the Department of State's s Directorate of Defense Trade Controls under the Arms Export Control Act of 1976. DEFCAD also operates in compliance with certain state laws being challenged in litigation, such as New Jersey Statute 2C:39-9(*l*)(2).

6. Legal responsibility for DEFCAD has always belonged to Defense Distributed and its subsidiary, Defcad, Inc. Both Defcad, Inc. and Defense Distributed are fully solvent, possess substantial assets, and have an established history of meeting financial obligations.

7.  From January 25, 2025, until the conclusion of this litigation, Defense Distributed and DEFCAD will employ a policy of not distributing via DEFCAD or otherwise intentionally utilizing the photographs and literary works that Plaintiff seeks a preliminary injunction about, *see* Doc. 53 at 1-2, ¶ 1 & n.1, which are specified in the complaint as the photographs and literary works allegedly covered by these United States Copyright numbers:

    | | | |
    |---|---|---|
    | VA0002381513 | TX0009372196 | VA0002418589 |
    | TX0009358088 | VA0002412508 | TX0009412695 |
    | VA0002381769 | TX0009413646 | TX0009429254 |
    | TX0009372199 | TX0009403056 | TX0009429253 |

    This policy is undertaken voluntarily, absolutely, and without qualification. Substantial deliberations warrant this decision, which was arrived at with the advice of counsel after accounting for all material circumstances, including the high likelihood that litigating a motion for a preliminary injunction about both 3D models *and* the many photographs and literary works at issue would quickly outweigh the legal and financial benefit of a favorable ruling.

8.  On September 6, 2024, contemporaneously with Plaintiff Matthew Larosiere's public announcement of the filing of this action, Counterdefendant and alleged Larosiere employee John Elik deleted the entire four-year comment history of Elik's Reddit account. Plaintiff and Elik, as administrators of The Gatalog Rocketchat server, have since Elik's receipt of a litigation hold notice deleted the beta rooms, file transfer histories, and communication records of many of the models they publish in violation of the EAR and ITAR, including that of PLA.boi's "FTN.3," the 3D-printable suppressor used by Luigi Mangione in the assassination of UnitedHealth CEO Brian Thompson in New York City.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DocuSigned by:

*Cody Wilson*
B6DC260D0EDF45E...

Cody Wilson
January 22, 2025



3