UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE DISTRIBUTED, and DIOSKOUROI
LLC,

    *Defendants*.

_____/

**PLAINTIFF MATTHEW LAROSIERE'S MOTION FOR LEAVE TO REPLY**

Plaintiff Matthew Larosiere, by and through undersigned counsel, pursuant to Local Rule 3.01(d), respectfully moves this Honorable Court to grant him leave to reply to Defendants' response to Plaintiff's motion for preliminary injunction (Doc. 74). Plaintiff seeks leave to file a 5-page reply. In support thereof, Plaintiff states:

**ARGUMENT**

Plaintiff filed a Motion for Preliminary Injunction on January 8, 2025 ("the MPI"). (Doc. 53) Defendants responded on January 22, 2025 ("the Response"). (Doc. 74). The Response raised several legal theories for the first time and attached and heavily relied upon a 35-page excerpt from a textbook. (Doc. 53, Ex. B). The Response made several material misstatements of record fact and law that Plaintiff feels were calculated to cause confusion and Plaintiff feels the need to briefly respond to those limited issues of record fact and law. Plaintiff would not advance any new theories of liability nor go beyond what was stated in the Response. Plaintiff believes, in 5 pages or less, he can amply respond

1

to the misstatements of law and fact made by Defendants. Because Plaintiff would raise no new issues, the requested relief is calculated to preserve judicial economy and promote the efficient resolution of this matter.

## CONCLUSION

In light of the foregoing, Plaintiff respectfully moves this Honorable Court to grant him leave to file a reply to the Response, limited to 5 pages, inclusive of all parts, within two business days of the date of this Court's order on this motion.

DATED: January 24, 2025

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Telephone: (305) 767-3529
*Lead Counsel for Plaintiff Matthew Larosiere*

**Local Rule 3.01(g) Certification**

Pursuant to M.D. Fla. R. 3.01(g), I hereby certify that I met and conferred via email with opposing counsel regarding the substance of the foregoing motion, the substance of which was thoroughly discussed over several exchanged emails. Ultimately, Counsel for Defendants indicated they would not consent to the motion because Plaintiff did not request oral argument in this filing. Plaintiff did not feel such was necessary or procedurally proper, and thus Counsel for Defendants indicated they oppose this motion, would object to any new arguments being advanced in reply, and intend to file a response to this motion within 2 business days.

Respectfully submitted,

DATED:  January 24, 2025

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Telephone: (305) 767-3529
*Lead Counsel for Plaintiff Matthew Larosiere*