United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____    No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
and MAF Corp,
    Counterdefendant / Third-Party
    Defendants.

**Joint Notice Regarding Mediator Selection**

1

Plaintiff/Counterdefendant Matthew Larosiere, Counterdefendants John Elik, Josh Stroke, John Lettman, Andrew Holladay, The Gatalog Foundation and MAF Corp., Defendant/Counterplaintiff Defense Distributed, and Defendants Cody Rutledge Wilson, Defcad, Inc., and Dioskouroi LLC file this joint notice regarding mediator selection.

The Court has set a mediation deadline of May 15, 2026, Doc. 58 at 2, and ordered all parties to "confer, and then advise the Court, on the selection of a mediator, on or before February 18, 2025." Doc. 59. The filing parties have conferred in part by supplying a field of proposed mediators but have not yet completed the process of determining whether one of the proposed mediators (or another) may be chosen by agreement. The parties expect their remaining mediator-selection conferral process to be complete within thirty days and intend to advise the Court on the selection of a mediator on or before March 18, 2025.

Respectfully submitted,

/s/ Chad Flores
cf@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-249

Counsel for Cody Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC

/s/Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
larosieremm@gmail.com
Tel: (561) 452-7575

Lead Counsel for Counterdefendants Elik, Stroke, and Lettman

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
Zermay Law, P.A.
1200 Fourth Street, #1102
Key West, FL 33040
zach@zermaylaw.com
Tel: (305) 767-3529

Lead Counsel for Plaintiff/ Counterdefendant Matthew Larosiere

/s/ Gary De Pury
Law Offices of Gary De Pury, P.A.
Attorney at Law
Lic. Real Estate Broker
US Army Counterintelligence (Ret.)
Personal Injury – Real Estate – Family Law
21035 Leonard Road
Lutz, Florida 33558
P: 813-607-6404
F: 813-949-3406
Gary@DePury.com

Counsel for Andrew Holladay, The Gatalog Foundation and MAF Corp.