United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____     No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
and MAF Corp,
    Counterdefendant / Third-Party
    Defendants.

**Declaration of Cody Wilson**

**February 26, 2025**

I, Cody Wilson, declare and state as follows.

1. I am a competent adult with personal knowledge of what this declaration states and, if called upon to do so, could and would competently testify to all of the facts set forth herein.

2. Before this action began, Counterdefendant John Elik maintained an online social media account at Reddit as "IvanTTroll" that included substantial content regarding material issues related to this litigation. On the same day that Plaintiff Larosiere filed this lawsuit, Elik deleted the entire publication history of his "IvanTTroll" Reddit account, leaving behind essentially none of his prior Reddit publications and none of those prior Reddit publications' thousands of comments:



3. Before this action began, Counterdefendant Peter Celentano maintained an online social media account at X (Twitter) as "@Freeman13372" that included substantial content regarding material issues related to this litigation. On September 20, 2024, hours after receiving a litigation hold letter for this litigation, Celentano deleted his X account entirely:

2

Docusign Envelope ID: D146A408-89B9-4922-97FF-2F80E58F6BE7



A social media post by Joshua Meyers, published in the same time frame as Celentano's social media account deletion, confirms that Celentano deleted his social media and Rocketchat accounts in response to this litigation:





3

A social media post by Counterdefendant Josh Stroke (publishing as "IAmArizona"), published in the same time frame as Celentano's social media account deletion, confirms that Celentano deleted his social media accounts and Rocketchat access in response to this litigation:

**Freeman arrested, Gatalog reportedly comprom...**
77 upvotes • 59 comments

 IAmArizona • 18m

1. Reddit.
2. You are all literally posting openly on Reddit.
3. The Deterrence Dispensed Rocket Chat is not "compromised"
4. Rocket Chat has always been a non end to end encrypted venue, with the understanding that you are posting to at your own risk, with your own security being your responsibility.
5. Freeman is not the IT guy, and he burned his accounts, severing all access he had, as soon as he was served with a litigation hold by Cody Wilson, well before his arrest.
6. By panicking, you are playing directly into Cody Wilson's desire to create a chilling effect in the 3D2A sphere.

jny is the IT guy

 Reply     8

4. Before this action began, Defendant Alex Holladay maintained the Gatalog's published publication policies at gitlab.deterrencedispensed.com. In response to this litigation, Holladay altered the Gatalog's publication policy at gitlab.deterrencedispensed.com to support Larosiere's copyright claims:



Holladay here posts as "CtrlPew" to edit the Deterrence Dispensed / Gatalog wiki by changing their five-year-long policy on licensing files. Before, the published policy stated that files did not need licenses unless a developer wanted to protect the files. After the *Larosiere* suit was filed, the policy was changed to state that files are presumed to have copyright and other rights unless the developer makes a positive license to give rights away.

5. Counterdefendant Alex Holladay maintained all of the following content regarding the "Gatalog University" before deleting it on November 26, 2024:

Docusign Envelope ID: D146A408-89B9-4022-97FF-2F80E58F6BE7



Holladay had both hosted and then deleted the series announcement at his website CtrlPew, Odysee.com and on X/Twitter.

6. The Gatalog's former and current Rocketchat administrator is an individual known as "UberClay." *Before* being mentioned by Defense Distributed's discovery materials as a material witness, this individual maintained an account with the buymeacoffee.com financial transactions platform at https://buymeacoffee.com/fr7hwjqzb7m:

6



Immediately *after* being mentioned by Defense Distributed's discovery materials, the former and current Gatalog Rocketchat administrator that goes by "UberClay" deleted this buymeacoffee.com account.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Cody Wilson
February 26, 2025