Case 6:24-cv-01629-WWB-LHP   Document 84   Filed 03/18/25   Page 2 of 3 PageID 1273

Case 6:24-cv-01629-WWB-LHP  Document 84  Filed 03/18/25  Page 3 of 3 PageID 1274