United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____       No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
and MAF Corp,
    Counterdefendant / Third-Party
    Defendants.

_____

**Notice Regarding Mediator Selection**

1

Defendant/Counterplaintiff Defense Distributed, and Defendants Cody Rutledge Wilson, Defcad, Inc., and Dioskouroi LLC file this notice regarding mediator selection.

The Court has set a mediation deadline of May 15, 2026, Doc. 58 at 2, and ordered all parties to "confer, and then advise the Court, on the selection of a mediator, on or before February 18, 2025." Doc. 59. The filing parties have completed the process of conferring about proposed mediators. The parties are unable to agree upon a mediator.

Defendant/Counterplaintiff Defense Distributed, and Defendants Cody Rutledge Wilson, Defcad, Inc., and Dioskouroi LLC proposed the following persons as mediators:

- Jesse Panuccio of Boies Schiller Flexner LLP

  https://www.bsfllp.com/people/jesse-panuccio.html

- Kenneth F. Florek of Florek & Endres PLLC

  http://www.feiplaw.com/attorney/kenneth-f-florek/

Plaintiff and Counterdefendants proposed the following persons as mediators:

- Gregory P. Holder of Zinober Diana & Monteverde P.A.

  https://www.zinoberdiana.com/attorney/holder-gregory-p/

- Curt Truitt of Curtright C. Truitt, P.A

  https://truittlegal.com/attorneys/curt-truitt-curtright-c-truitt/

- Aaron S. Weiss of Carlton Fields, P.A

2

https://www.carltonfields.com/team/w/aaron-s-weiss

No suggested mediator received the agreement of all parties.

                                  Respectfully submitted,

/s/ Chad Flores
cf@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-249

F. Andino Reynal
areynal@frlaw.us
Texas Bar No. 24060482
The Reynal Law Firm, PC
917 Franklin
6th Floor
Houston, Texas 77002
T (713) 228-5900
F (713) 820-6981

Counsel for Defense Distributed, Cody Wilson, DEFCAD, Inc., and Dioskouroi LLC