United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi
LLC,
    Defendants.

No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiffs

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John
Lettman, The Gatalog Foundation, and
MAF Corp,
    Counterdefendants.

---

## MOTION FOR ENTRY OF DEFAULT JUDGMENT
## AS TO PETER CELENTANO

Counterplaintiff Defense Distributed by and through their undersigned attorney, F. Andino Reynal and in support of its request for entry of default as to Peter Celentano states:

Counterplaintiff filed its third-party complaint on November 19, 2024. A copy of the complaint was served on Peter Celentano (hereinafter "Mr. Celentano") on or about November 28, 2024 through Deputy Sheriff Shawver at the Niagara County Jail located at 5526 Niagara St Ext , Lockport, NY 14095 as Mr. Celentano was incarcerated there at the time . See Affidavit of Service attached hereto as Exhibit A.

Mr. Celentano is of full age, not otherwise incapacitated, not serving overseas as an active duty service member. See Affidavit of F. Andino Reynal in Support of Request for Entry of Default attached hereto as Exhibit B.

Although amended complaints were filed on December 27, 2024, and January 3, 2025, Counterplaintiff is not required to serve Mr. Celentano with the amended complaints as they do not contain any additional claims against Mr. Celentano. See *Campbell v. Bennett*, 47 F.4th 1362, 1366 (11th Cir. 2022)(service of an amended pleading on a party in default is not necessary unless there is a new claim brought in the amended complaint against the defaulted party.); *see also* Fed. R. Civ. P. 5(a)(2); Affidavit of F.

Andino Reynal in Support of Request for Entry of Default attached hereto as Exhibit B.

Peter Celentano has failed to answer or otherwise respond to the third party complaint within 21 days of service as required by Federal Rule of Civil Procedure 12(a)(1)(A) and is therefore in default.

WHEREFORE, Counterplaintiff Defense Distributed requests that the clerk enter a default judgment against Peter Celentano as to the third party complaint in the above entitled matter.

Respectfully submitted this 10th day of April, 2025.

F. Andino Reynal
The Reynal Law Firm
917 Franklin St., 6th Floor
Houston, Texas 77002
T. 713.228.5900
areynal@frlaw.us
Admitted Pro Hoc Vice

Counsel for Cody Wilson, Defense Distributed, DEFCAD Inc., and Dioskouri, LLC.

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been served on all counsel of record through the Court's electronic filing system.

*/s/ F. Andino Reynal*
F. Andino Reynal
The Reynal Law Firm