United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
       Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi
LLC,
       Defendants.

_____        No.  6:24-cv-1629

Defense Distributed,
       Counterplaintiffs

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John
Lettman, The Gatalog Foundation, and
MAF Corp,
       Counterdefendants.

---

EXHIBITS TO MOTION FOR ENTRY OF DEFAULT JUDGMENT

AS TO PETER CELENTANO

**EXHIBIT A**

United States District Court

| | |
|---|---|
| **Plaintiff / Petitioner:** | **AFFIRMATION OF SERVICE** |
| Matthew Larosiere | Index No: |
| **Defendant / Respondent:** | **6:24-CV-01628:WWB-LHP** |
| Cody Rutledge Wilson, Defcad Inc, Defense Distributed, Dioskouroi LLC | |

The undersigned hereby affirms: I am not a party herein, I am over 18 years of age , I reside in the <u>State of New York</u>.   That on <u>11/28/2024</u> at <u>12:36 PM</u> at <u>5526 Niagara St Ext , Lockport, NY 14095</u> I served the within <u>Large Civil Rico Complaint And Summons</u> on <u>Peter Salvatore Centano</u>

☐    **Individual:** by delivering a true copy of each to said defendant, personally; I knew the person so served to be the person described as said defendant therein.

☐    **Corporation:** _____ a Defendant, therein named, by delivering a true copy of each to _____ personally, I knew said corporation so served to be the corporation described, and knew said individual to be the _____ thereof.

☒    **Suitable Person:** by delivering thereat, a true copy of each to <u>Deputy Sheriff Shawver</u> a person of suitable age and discretion.

☐    **Affixing to Door:** by affixing a true copy of each to the door thereof, I was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

_____

☐    **Mailing:** I also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at Peter Salvatore Centano 's last known residence, <u>5526 Niagara St Ext , Lockport, NY 14095</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☒    **Military Service:** I asked the person spoken to whether Defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Age: | 50-60 | Ethnicity: | Light | Gender: | Male | Weight: | 160 |
| Height: | 6ft | Hair: | Black | Eyes: | | Relationship: | Deputy Sheriff |
| Other | | | | | | | |

_Anthony Crowley_

Anthony Crowley

WNY Security & Process Service Pros
525 Wheatfield Street, Suite 40
North Tonawanda NY 14120

I affirm this 12/28/2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



**EXHIBIT B**

United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
                Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi
LLC,
                Defendants.

_____          No.  6:24-cv-1629


Defense Distributed,
                Counterplaintiffs

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John
Lettman, The Gatalog Foundation, and
MAF Corp,
                Counterdefendants.

_____

AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT AS TO PETER
CELENTANO

State of Texas)
County of Houston)


F. Andino Reynal being of full age and duly sworn states:

1. I am the attorney of record for Counterplaintiff Defense Distributed in the above-entitled matter. I have been admitted Pro Hac Vice to practice before this Court in this matter and am therefore fully knowledgeable of the facts and circumstances therein.

2. Counterplaintiff filed its third party complaint on November 14, 2024.

3. Peter Celentano (hereafter "Mr. Celentano") was served with a copy of the complaint on November 28, 2024 through Deputy Sheriff Shawver at the Niagara County Jail located at 5526 Niagara St Ext , Lockport, NY 14095 as Mr. Celentano was incarcerated there at the time . See Affidavit of Service attached hereto as Exhibit A.

4. Upon information and belief Mr. Celentano is of full age and not otherwise incapacitated.

5. Similarly, upon information and belief, Mr. Celentano is not serving in the active military overseas.

6. Although amended complaints were filed on December 27, 2024, and January 3, 2025, Counterplaintiff is not required to serve Mr. Celentano with the amended complaints as they do not contain any additional claims against Mr. Celentano. See *Campbell v. Bennett,* 47 F.4th 1362, 1366 (11th Cir. 2022)(service of an amended pleading on a party in default is not necessary unless there is a new claim brought

in the amended complaint against the defaulted party.) See also

Federal Rule of Civil Procedure 5.

7. Mr. Celentano has therefore failed to file an answer or otherwise

respond to the third party complaint within 21 days as required by

Federal Rules of Civil Procedure 12(a)(1)(A).

Dated April 10th, 2025

F. Andino Reynal
The Reynal Law Firm
917 Franklin St., 6th Floor
Houston, Texas 77002
T. 713.228.5900
areynal@frlaw.us
Admitted Pro Hoc Vice

Counsel for Cody Wilson, Defense
Distributed, DEFCAD Inc., and
Dioskouri, LLC.

# NOTARY ACKNOWLEDGMENT

State of Texas }

County of Houston }

Before me, _Maria Del Carmen Cardenas_ , on this day personally appeared F. Andino Reynal, known to me to be the person whose name is subscribed to the foregoing instrument or conveyance and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _10th_ day of _April_ , in the year _2025_ .


_____
Notary Public
Print _Maria D. Cardenas_
My commission expires: _4/15/2027_

(Seal)

Maria Del Carmen Cardenas
My Commission Expires
4/15/2027
Notary ID 130191567
NOTARY PUBLIC STATE OF TEXAS

Page 1