**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE,

   Plaintiff,

v.            Case No: 6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED and DIOSKOUROI
LLC,

   Defendants
/Third Party Plaintiff,

MAF CORP., JOHN LETTMAN,
MATTHEW LAROSIERE, PETER
CELENTANO, THE GATALOG,
JOSH KIEL STROKE, JOHN ELIK,
THE GATALOG FOUNDATION,
ALEXANDER HOLLADAY, MAF
CORP., THE GATALOG,
ALEXANDER HOLLADAY, JOHN
LETTMAN, JOSH KIEL STROKE,
PETER CELENTANO and JOHN
ELIK,

   Third Party
   Defendants.

## ORDER

Before the Court is a Motion for Entry of Default Judgment as to Peter Celentano, filed by Counter-Plaintiff Defense Distributed as it relates to Mr.

Celentano's failure to respond to the amended third-party complaint. Doc. No. 87; *see also* Doc. No. 52. Upon review, the motion (Doc. No. 87) is **DENIED without prejudice**. First, the motion fails to comply with Local Rules 3.01(a) and 3.01(g). Second, the motion fails to adequately address, with citation to legal authority, that Mr. Celentano was properly served. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served). Finally, the motion also appears to be untimely, which Defense Distributed does not address. *See* Local Rule 1.10(b); *see also* Local Rule 1.10(a).

Defense Distributed shall file a renewed motion within **seven (7) days** of this Order, in full compliance with the Local Rules, and addressing the issues identified herein.

**DONE** and **ORDERED** in Orlando, Florida on April 11, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties