**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE,

    Plaintiff,

v.                                                       Case No. 6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON, ET AL.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on periodic review of the case. The Court entered an Order directing the parties to advise the Court on the selection of a mediator on or before February 18, 2025 (Doc. 59). As of today, the parties have not complied, and a mediator has not been selected.

Therefore, it is **ORDERED** that Donna M. Doyle is appointed as Mediator in this case.

**DONE AND ORDERED** in Orlando, Florida on April 15, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties