United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
  Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi
LLC,
  Defendants.

_____    No. 6:24-cv-1629

Defense Distributed,
  Counterplaintiffs

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John
Lettman, The Gatalog Foundation, and
MAF Corp,
  Counterdefendants.

---

EXHIBIT TO DEFENSE DISTRIBUTED'S MOTION TO EXTEND THE TIME FOR SERVICE UPON COUNTERDEFENDANT PETER CELENTANO AND MEMORANDUM IN SUPPORT

**EXHIBIT A**

|  |  |
|---|---|
| **Plaintiff / Petitioner:**<br>Matthew Larosiere<br>**Defendant / Respondent:**<br>Cody Rutledge Wilson, Defcad Inc, Defense Distributed, Dioskouroi LLC | **AFFIRMATION OF SERVICE**<br>Index No:<br>6:24-CV-01628:WWB-LHP |

The undersigned hereby affirms: I am not a party herein, I am over 18 years of age , I reside in the <u>State of New York</u>.   That on <u>11/28/2024</u> at <u>12:36 PM</u> at <u>5526 Niagara St Ext , Lockport, NY 14095</u> I served the within <u>Large Civil Rico Complaint And Summons</u> on <u>Peter Salvatore Centano</u>

☐ **Individual:** by delivering a true copy of each to said defendant, personally; I knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a Defendant, therein named, by delivering a true copy of each to _____ personally, I knew said corporation so served to be the corporation described, and knew said individual to be the _____ thereof.

☒ **Suitable Person:** by delivering thereat, a true copy of each to <u>Deputy Sheriff Shawver</u> a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, I was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** I also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at Peter Salvatore Centano 's last known residence, <u>5526 Niagara St Ext , Lockport, NY 14095</u>, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☒ **Military Service:** I asked the person spoken to whether Defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the Defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**

| Age: | 50-60 | Ethnicity: | Light | Gender: | Male | Weight: | 160 |
|---|---|---|---|---|---|---|---|
| Height: | 6ft | Hair: | Black |  | Eyes: | Relationship: | Deputy Sheriff |
| Other |  |  |  |  |  |  |  |

*Anthony Crowley* (signature)

Anthony Crowley

WNY Security & Process Service Pros
525 Wheatfield Street, Suite 40
North Tonawanda NY 14120

I affirm this 12/28/2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

