# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

        Plaintiff,

v.                            Case No:   6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED and DIOSKOUROI LLC,

        Defendants /Third Party Plaintiff,

MAF CORP., JOHN LETTMAN, MATTHEW LAROSIERE, PETER CELENTANO, THE GATALOG, JOSH KIEL STROKE, JOHN ELIK, THE GATALOG FOUNDATION, ALEXANDER HOLLADAY, MAF CORP., THE GATALOG, ALEXANDER HOLLADAY, JOHN LETTMAN, JOSH KIEL STROKE, PETER CELENTANO and JOHN ELIK,

        Third Party Defendants.

_____

## ORDER

Before the Court is Defense Distributed's Motion to Extend the Time for Service Upon Counterdefendant Peter Celentano and Memorandum in Support. Doc. No. 92. On review, the motion (Doc. No. 92) is **GRANTED**.[1] The deadline for Defense Distributed to effect service of process on Counter-Defendant Peter Celentano is extended up to and including **May 15, 2025**. Defense Distributed shall file proof of service on or before that date.

**DONE** and **ORDERED** in Orlando, Florida on April 18, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court does not require a response from the appearing Defendants to rule on the motion. However, the Court cautions Defense Distributed that its obligations under Local Rule 3.01(g) require conference with all parties appearing in the case.