UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.

_____/

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiff Matthew Larosiere respectfully moves this Court for leave to file a supplemental memorandum and limited supporting exhibits in further support of his Motion for Preliminary Injunction (Doc. 53), and states as follows:

1. Since the filing of the Motion for Preliminary Injunction, Defendants have engaged in additional acts of copyright infringement, including the unauthorized reproduction and distribution of additional works owned by Plaintiff.

2. Specifically, on or about April 28, 2025, Defendants began offering for download on their commercial website unauthorized reproductions of at least three additional written works and twenty-five photographic works owned by Plaintiff.

3. Plaintiff first became aware of the infringement on April 28, 2025. A declaration of Plaintiff and documentary exhibits evidencing this infringement are included in the proposed supplement.

1

4. This new infringement is directly relevant to the pending motion. In their opposition brief, Defendants claimed the injunctive relief was unnecessary and moot, stating they had ceased some, but not all infringing conduct as of January 25, 2025 (Doc. 74 at 2). This new infringement, occurring in April 2025, directly contradicts Defendants' assertions and underscores Plaintiff's showing of irreparable harm and the need for injunctive relief.

5. Because these facts occurred after the original motion and reply were filed, Plaintiff respectfully seeks leave to file a short supplemental memorandum (attached hereto as Exhibit 1), along with supporting exhibits (Exhibits N–P), including screenshots, a sworn declaration, and other evidence of Defendants' ongoing infringement.

6. This request is made promptly, in good faith, and for the purpose of ensuring the Court has the most complete and current record when ruling on the pending motion. Defendants will not be prejudiced, and supplementation will promote the interests of justice.

## **CONCLUSION**

In light of the foregoing, Plaintiff respectfully requests that this Honorable Court grant leave to file the attached Supplemental Memorandum and Exhibits in further support of his Motion for Preliminary Injunction.

Respectfully submitted,

DATED:  May 4, 2025

                                             */s/ Zachary Z. Zermay*
                                             Zachary Z. Zermay, Esq.
                                             Fla. Bar № 1002905
                                             *Zermay Law, P.A.*
                                             1200 Fourth Street, #1102
                                             Key West, FL 33040
                                             Email: zach@zermaylaw.com
                                             Telephone: (305) 767-3529
                                             *Lead Counsel for Plaintiff Matthew Larosiere*

## **Local Rule 3.01(g) Certification**

Pursuant to M.D. Fla. R. 3.01(g), I hereby certify that I met and conferred telephonically with opposing counsel regarding the substance of the foregoing motion. Counsel for Defendants oppose this motion.

DATED:  May 4, 2025

                                             */s/ Zachary Z. Zermay*
                                             Zachary Z. Zermay, Esq.
                                             Fla. Bar № 1002905
                                             *Zermay Law, P.A.*
                                             1200 Fourth Street, #1102
                                             Key West, FL 33040
                                             Email: zach@zermaylaw.com
                                             Telephone: (305) 767-3529
                                             *Lead Counsel for Plaintiff Matthew Larosiere*