**EXHIBIT N – COMPARISON OF PLAINTIFF'S TEXTUAL WORKS TO WORKS DOWNLOADED FROM DEFENDANTS' DEFCAD.COM**

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| Introducing: The Regular 10/22 by YZY Prints and internetpizza<br>Remixed from parts by IvanTheTroll & Laff Dynamics<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SUBSCRIP<br>COPYRIGHT 2025<br><br>This package is free of charge for download on Odysee.com.<br><br>Please contact yeezyprints@protonmail.com if you have paid money for this package.<br><br>Friends don't let friends use DEFCAD.<br><br>The owner of DEFCAD, Cody Wilson, is a convicted pedophile.<br><br>## Description<br><br>The Regular 10/22 was designed and packaged by YZY Prints & internetpizza in early 2023. It is a design that utilizes OEM Ruger 10/22 parts, a 3D printed receiver, and a 3D printed buttstock.<br><br>The Regular 10/22 was designed out of necessity - there are dozens of tried and true rifle designs that utilize Ruger 10/22 OEM parts, but for the most part they resemble Star Wars set pieces. This package was designed to be a lightweight, sleek and streamlined rifle that is both minimalist and ergonomic while using as few additional parts as possible. With a 15 round mag and a Romeo 5 red dot, the build in the cover photo weighs in under 4 pounds - with an 18" barrel!<br><br>The Regular 10/22 was designed using the LX-22 chassis by Laff Dynamics as a jumping off point, the 10/22 3D Printable Receiver uploaded to TheGatalog by IvanTheTroll, and a custom designed butt stock designed by both YZY Prints and internetpizza. All of Laff's LX-22 parts ecosystem should be compatible with this buttstock.<br><br>As of late Summer 2024, the design has been tested well past 1,000 rounds without any signs of imminent failure.<br><br>## Materials Required<br><br>You will need a set of each below for each [x] you make.<br>1x Ruger 10/22 Rifle Bolt, factory pins + factory buffer pin | Introducing: The Regular 10/22 by YZY Prints and internetpizza<br>Remixed from parts by IvanTheTroll & Laff Dynamics<br><br>NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SU<br>COPYRIGHT 2025<br><br>This package is free of charge for download on Odysee.com.<br><br>Please contact yeezyprints@protonmail.com if you have paid money for this package.<br><br>Friends don't let friends use DEFCAD.<br><br>The owner of DEFCAD, Cody Wilson, is a convicted pedophile.<br><br>## Description<br><br>The Regular 10/22 was designed and packaged by YZY Prints & internetpizza in early 2023. It is a design that utilizes OEM Ruger 10/22 parts, a 3D printed receiver, and a 3D printed buttstock.<br><br>The Regular 10/22 was designed out of necessity - there are dozens of tried and true rifle designs that utilize Ruger 10/22 OEM parts, but for the most part they resemble Star Wars set pieces. This package was designed to be a lightweight, sleek and streamlined rifle that is both minimalist and ergonomic while using as few additional parts as possible. With a 15 round mag and a Romeo 5 red dot, the build in the cover photo weighs in under 4 pounds - with an 18" barrel!<br><br>The Regular 10/22 was designed using the LX-22 chassis by Laff Dynamics as a jumping off point, the 10/22 3D Printable Receiver uploaded to TheGatalog by IvanTheTroll, and a custom designed butt stock designed by both YZY Prints and internetpizza. All of Laff's LX-22 parts ecosystem should be compatible with this buttstock.<br><br>As of late Summer 2024, the design has been tested well past 1,000 rounds without any signs of imminent failure.<br><br>## Materials Required<br><br>You will need a set of each below for each [x] you make.<br>1x Ruger 10/22 Rifle Bolt, factory pins + factory buffer pin | Pending, "Readme.txt" first published April 4, 2025 |
| As the above sample shows, the text was exactly copied, including the copyright notice. | | |



| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER. COPYRIGHT 2025 This package is *free of charge for download on Odysee.com*. Please contact yeezyprints@protonmail.com if you have paid money for this package. Friends don't let friends use DEFCAD. The owner of DEFCAD, Cody Wilson, is a convicted pedophile. | NO IMAGES, INSTRUCTIONS, DOCUMENTS, NOR ANY OTHER FILES LICENSED FOR COMMERCIAL USE, SUBSCRIPTION DOWNLOAD, OR ANY PAID DISTRIBUTION WHATSOEVER. COPYRIGHT 2025 This package is *free of charge for download on Odysee.com*. Please contact yeezyprints@protonmail.com if you have paid money for this package. Friends don't let friends use DEFCAD. The owner of DEFCAD, Cody Wilson, is a convicted pedophile. | Pending, "Regular 1022 Documentation" |
| As the above page shows, the text was exactly copied, including the copyright notice. As sampled below, the other pages were also exactly copied. |||

| Sample of Infringing Text Downloaded from Defcad.com | Sample of Plaintiff's Registered Text | USCO Registration Number |
|---|---|---|
| **PAGE \|3**<br><br>**INTRODUCTION:**<br><br>**THE REGULAR 10/22** was designed and packaged by YZY Prints & internetpizza in early 2023. It is a design that utilizes OEM Ruger 10/22 parts, a 3D printed receiver, and a 3D printed buttstock.<br><br>**THE REGULAR 10/22** was designed out of necessity – there are dozens of tried and true rifle designs that utilize Ruger 10/22 OEM parts, but for the most part they resemble Star Wars set pieces. This package was designed to be a lightweight, sleek and streamlined rifle that is both minimalist and ergonomic while using as few additional parts as possible. With a 15 round mag and a Romeo 5 red dot, the build in the cover photo weighs in under 4 pounds – with an 18" barrel!<br><br>**THE REGULAR 10/22** was designed using the LX-22 chassis by *Laff Dynamics* as a jumping off point, the 10/22 3D Printable Receiver uploaded to TheGatalog by *IvanTheTroll*, and a custom designed butt stock designed by both *YZY Prints* and *internetpizza*. All of Laff's LX-22 parts ecosystem should be compatible with this buttstock.<br><br>As of Spring 2025, the design has been tested well past 2,000 rounds without any signs of imminent failure. | **PAGE \|3**<br><br>**INTRODUCTION:**<br><br>**THE REGULAR 10/22** was designed and packaged by YZY Prints & internetpizza in early 2023. It is a design that utilizes OEM Ruger 10/22 parts, a 3D printed receiver, and a 3D printed buttstock.<br><br>**THE REGULAR 10/22** was designed out of necessity – there are dozens of tried and true rifle designs that utilize Ruger 10/22 OEM parts, but for the most part they resemble Star Wars set pieces. This package was designed to be a lightweight, sleek and streamlined rifle that is both minimalist and ergonomic while using as few additional parts as possible. With a 15 round mag and a Romeo 5 red dot, the build in the cover photo weighs in under 4 pounds – with an 18" barrel!<br><br>**THE REGULAR 10/22** was designed using the LX-22 chassis by *Laff Dynamics* as a jumping off point, the 10/22 3D Printable Receiver uploaded to TheGatalog by *IvanTheTroll*, and a custom designed butt stock designed by both *YZY Prints* and *internetpizza*. All of Laff's LX-22 parts ecosystem should be compatible with this buttstock.<br><br>As of Spring 2025, the design has been tested well past 2,000 rounds without any signs of imminent failure. | Pending, "Regular 1022 Documentation" |

As the above sample page shows, the text was exactly copied.