**EXHIBIT O – COMPARISON OF PLAINTIFF'S PHOTOGRAPHIC WORKS TO WORKS DOWNLOADED FROM DEFENDANTS' DEFCAD.COM**

O-1

O-2

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | Pending |
| | | Pending |
| | | Pending |
| | | Pending |



| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | Pending |
|  |  | Pending |
|  |  | Pending |

O-3

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | Pending |
|  |  | Pending |
|  |  | Pending |
|  |  | Pending |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
|  |  | Pending |
|  |  | Pending |
|  |  | Pending |
|  |  | Pending |

O-5

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | Pending |
| | | Pending |
| | | Pending |
| | | Pending |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | Pending |
| | | Pending |
| | | Pending |
| | | Pending |

| Infringing Photograph Downloaded from Defcad.com | Plaintiff's Registered Photograph | USCO Registration Number |
|---|---|---|
| | | Pending |
| | | Pending |