**EXHIBIT A – REYNAL'S APRIL 15 REFUSAL**



**Matthew Larosiere** <l...    Apr 11, 2025, 5:15 PM
to Andino, Zachary, Chad, Stephanie

Dino, Zach and i are both out of town. Can you email us courtesy copies of all the documents you served today so we can more expediently prepare for a call soon?



**Andino Reynal**    Apr 15, 2025, 1:05 PM
to me, Zachary, Chad, Stephanie

Matt,
  They are already in your inbox.
Best,

## F. Andino Reynal
The Reynal Law Firm LLP