**<u>EXHIBIT B – THE BLOG POST</u>**

> Sage counsel from the space's most prodigious poster of felonies, offered in that spirit of detachment and courtesy for which The Gatalog has become so known. It's as if simple kennings like "felony-poster" or "fudd-buster" alone could protect the gang from the much larger NFA investigation of *their own* server.
>
> Reading Holladay, we see the knowledge of his trauma isn't something to be disavowed. He instead recruits it to help him publicly disavow *the real* of that same knowledge. I'll give a better example.
>
> When DigitalOcean just last month notified Holladay that they had turned over the entire Gatalog Rocketchat in response to a federal subpoena, he made no public comment. And why would he need to? His private knowledge of the facts is all the protection he or anyone on the server needs. The structure works something like this: "We know very well that The Gatalog's beta rooms have been dumped, and that users like UberClay are identified, and that's why we can forget about it."

*The Blog Post as of April 29th, unchanged since April 25th.*

> Sage counsel from the space's most prodigious poster of felonies, offered in that spirit of detachment and courtesy for which The Gatalog has become so known. It's as if simple kennings like "felony-poster" or "fudd-buster" alone could protect the gang from the much larger ATF investigation of *their own* server.
>
> Reading Holladay, we see the knowledge of his trauma isn't something to be disavowed. He instead recruits it to help him publicly disavow *the real* of that same knowledge. The structure works something like this: "We know very well that The Gatalog's beta rooms have been dumped, and that users like UberClay are identified, and that's why we can forget about it."

*The Blog Post as of April 30th.*