EXHIBIT F

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.

_____

### Declaration of John Elik

1. My name is John Elik. I am over the age of eighteen and competent to testify to the matters stated herein. I am a Counterdefendant in the above-captioned matter.

2. I make this declaration in support of the Emergency Motion to Quash Improper Subpoenas, for a Protective Order, to Stay Discovery, and for Sanctions.

3. I was a user of the Rocketchat server identified in the DigitalOcean subpoena. As a user, I was able to view the user panel, which showed that the server contained over 23,000 individual user accounts.

4. As an engineer, I used the server to engage in discussions concerning the development of proprietary technologies. These discussions were held in private channels and were not intended for public dissemination.

5. I am concerned that the subpoena to Digital Ocean has exposed personally identifying information and confidential content related to me and other users. I have already been contacted by multiple individuals who have expressed concern after reading Defendant Wilson's blog post.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2025.

_____
John Elik

F-1