EXHIBIT H

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.

_____

## **Declaration of Matthew Larosiere**

1. My name is Matthew Larosiere. I am over the age of eighteen and competent to testify to the matters stated herein. I am Plaintiff and a Counterdefendant in the above-captioned matter, and also counsel of record for certain Counterdefendants.

2. I make this declaration in support of the Emergency Motion to Quash Improper Subpoenas, for a Protective Order, to Stay Discovery, and for Sanctions.

3. On April 25, 2025, while reviewing the public blog of Defendant Cody Wilson at https://ddlegio.com/blog/, I discovered a blog post stating that Defense Distributed had received the full contents of the Gatalog Rocketchat server in response to a federal subpoena served on Digital Ocean.

4. I continued to monitor the blog post on April 29 and April 30. A copy of the post as it appeared on those dates is attached as Exhibit B to the motion.

5. Following the April 29 conference, counsel for Defendants admitted to editing the blog post. This acknowledgment was made in an email correspondence included as Exhibit D.

6. This blog post was the first and only notice I received regarding the existence or content of the subpoena to Digital Ocean. I had not been served or informed of the subpoena by any other means.

7. I certify that, up to and including the present day, I am unsure what subpoenas Defendants have served upon third parties.

8. I certify that I have read the Emergency Motion to Quash Improper Subpoenas, for a Protective Order, to Stay Discovery, and for Sanctions to which



EXHIBIT H

this declaration is filed in support of. I further certify that any statements made therein concerning my actions, things I said, things I wrote, did, or believed are all true and accurate.

9. My hourly rate, and that of my co-counsel Zachary Zermay, is $650 per hour. This rate is reasonable given our experience and the complexity of the litigation.

10. I have read the Declaration of Zachary Zermay, and I certify that any statements made therein about me and the hours I have spent on this matter are true and accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 11, 2025.

_____
Matthew Larosiere