Chad Flores <cf@chadflores.law>

## Re: Digital Ocean Subpoena

**Andino Reynal** <areynal@frlaw.us>   Wed, Apr 30, 2025 at 10:39 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>, Chad Flores <cf@chadflores.law>, Stephanie Bagnall <sbagnall@frlaw.us>

Dear Matt,

 I have discussed the issue with my client, and I can affirm that the subpoena results have not been shared beyond the core litigation team. Furthermore, my client is in the process of removing any reference to the subpoena from the public domain. If you have a draft of a protective order that you'd like to enter in this case, please circulate it for our review.

Sincerely,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

 I'm using Inbox When Ready to protect my focus.

On Tue, Apr 29, 2025 at 5:11 PM Matthew Larosiere <larosieremm@gmail.com> wrote:
> Hey Andino,
>
> The bigger issue is how your client is already planning to abuse the information that he acquired. Can you provide corrective measures to guard against downstream distribution of this information from your client, and identify anyone your client has already distributed it to? That may avoid motion practice and we would offer concessions in return if.
>
> On Tue, Apr 29, 2025, 6:07 PM Andino Reynal <areynal@frlaw.us> wrote:
>> Gentlemen,
>>  After our conference this afternoon, I went back and checked my email, and I don't see where I sent you a copy of the Digital Ocean subpoena. A copy is attached to this email for your records. As a corrective measure, we agree not to use the records produced by Digital Ocean in response to this subpoena.
>> Sincerely yours,
>> F. Andino Reynal
>> The Reynal Law Firm LLP
>> 917 Franklin, Sixth Floor
>> Houston, Texas 77002
>> O: 713.228.5900
>> F: 713.820.6981
>> https://calendly.com/areynal-frlaw/30min
>>
>> I'm using Inbox When Ready to protect my focus.