# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

          Plaintiff,

v.                                                                                    Case No:   6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED and DIOSKOUROI
LLC,

          Defendants
/Third Party Plaintiff,

MAF CORP., JOHN LETTMAN,
MATTHEW LAROSIERE, PETER
CELENTANO, THE GATALOG,
JOSH KIEL STROKE, JOHN ELIK,
THE GATALOG FOUNDATION,
ALEXANDER HOLLADAY, MAF
CORP., THE GATALOG,
ALEXANDER HOLLADAY, JOHN
LETTMAN, JOSH KIEL STROKE,
PETER CELENTANO and JOHN
ELIK,

          Third Party
          Defendants.

## ORDER TO STRIKE

This cause comes before the Court *sua sponte*. At 12:18 a.m. on May 28, 2025, Defendant Defense Distributed filed a "Response to the Emergency Motions

Regarding Discovery and Emergency Objections to Magistrate Judge Hoffman Price's May 12, 2015 Order." Doc. No. 101. On review, the filing (Doc. No. 101) is **ORDERED stricken**. First, the filing improperly imbeds both a response to a motion and a response to an objection to an Order in one filing. Local Rule 3.01(b). Second, the filing is untimely, without explanation. *See* Doc. No. 97.

It is **ORDERED** that on or before **close of business today, May 28, 2025,** Defense Distributed shall file, as separate documents, its response to Plaintiff's motion to quash (Doc. No. 96) and its response to Plaintiff's emergency objection to the Order entered thereon (Doc. No. 99). Any filing made after this deadline will result in the striking of such late filing, and the underlying motion and/or objection being treated as unopposed. Local Rule 3.01(c).

**DONE** and **ORDERED** in Orlando, Florida on May 28, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -