

Chad Flores <cf@chadflores.law>

## Larosiere v. Wilson, No. 6:24-cv-01629-WWB-LHP (M.D. Fla) - Subpoenas

**Chad Flores** <cf@chadflores.law>  Thu, May 15, 2025 at 2:25 PM
To: Zachary Zermay <zach@zermaylaw.com>, Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>
Cc: Andino Reynal <areynal@frlaw.us>, Stephanie Bagnall <sbagnall@frlaw.us>, Geraldine Phillips <info@zermaylaw.com>, David Gingras <david@gingraslaw.com>
Bcc: Chad Flores <cf@chadflores.law>

Gentlemen,

As promised, we double-checked our records to determine which subpoenas had been issued and whether notice in fact was supplied. Here is that report.

To date for our clients (Defense Distributed and the other defendants), ten total subpoenas have been issued. One of the ten is the subpoena for Digital Ocean LLC that has been discussed in detail already. The other nine subpoenas were preceded by advance notice to each of you via email without discrepancy. Copies of the noticing email bodies are attached.

1. Paypal, Inc.
Notice supplied via email from Andino Reynal on February 27, 2025.

2. Odysee.com
Notice supplied via email from Andino Reynal on February 27, 2025.

3. Buymeacoffee.com
Notice supplied via email from Andino Reynal on February 27, 2025.

4. Aves Engineering
Notice supplied via email from Andino Reynalon March 5, 2025.

5. Firearms Policy Coalition
Notice supplied via email from Andino Reynal on March 5, 2025.

6. Parts Dispensed
Notice supplied via email from Andino Reynal on March 5, 2025.

7. Reddit.com
Notice supplied via email from Andino Reynal on March 19, 2025.

8. Coinbase Global Inc.
Notice supplied via email from Andino Reynal on March 19, 2025.

9. Odysee.com
Notice supplied via email from Andino Reynal on April 2, 2025.

10. DigitalOcean, LLC
Notice supplied via email from Andino Reynal on April 29, 2025.

With due diligence showing no other subpoenas having been issued and no reason to suspect any other discrepancies, the report is concluded.

_____
Chad Flores
cf@chadflores.law
(512) 589-7620

**7 attachments**

- 📄 **2025-03-19 Zermay.pdf**
  138K
- 📄 **2025-03-05.pdf**
  138K
- 📄 **2025-03-19 DePury.pdf**
  157K
- 📄 **2025-02-27.pdf**
  139K
- 📄 **2025-03-19 Larosiere.pdf**
  200K
- 📄 **2025-04-29.pdf**
  139K
- 📄 **2025-04-02.pdf**
  311K

 Chad Flores <cf@chadflores.law>

## NOTICE of 3rd Party subpoenas
1 message

**Andino Reynal** <areynal@frlaw.us>  Thu, Feb 27, 2025 at 3:20 PM
To: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>
Cc: Chad Flores <cf@chadflores.law>

Gentlemen
  Please see attached 3rd Party Subpoenas pursuant to Rule 45.
Sincerely,
F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981


 I'm using Inbox When Ready to protect my focus.

**3 attachments**

- **2025_2_ 27_Paypal_subpoena.pdf**
  246K

- **2025_02_27_Odysee_Subpoena.pdf**
  4430K

- **2025_02_27_Buymeacoffee.com Subpoena.pdf**
  4519K

                                                                                      Chad Flores <cf@chadflores.law>

## Subpoenas to FPC, Aves Engineering, Parts Dispensed
1 message

**Andino Reynal** <areynal@frlaw.us>                                                         Wed, Mar 5, 2025 at 1:57 PM
To: Gary De Pury <Gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>, Zachary Zermay <zach@zermaylaw.com>
Cc: Chad Flores <cf@chadflores.law>

> Please see attached.
> # F. Andino Reynal
> The Reynal Law Firm LLP
> 917 Franklin, Sixth Floor
> Houston, Texas 77002
> O: 713.228.5900
> F: 713.820.6981
>
>   I'm using Inbox When Ready to protect my focus.

**3 attachments**

 **Aves Subpoena.pdf**
649K

**FPC Subpoena.pdf**
584K

**Parts Dispensed Subpoena.pdf**
645K



**Chad Flores <cf@chadflores.law>**

## Re: RFP to Holladay and MAF
1 message

**Andino Reynal** <areynal@frlaw.us>  Wed, Apr 2, 2025 at 11:23 AM
To: Gary De Pury <Gary@depury.com>
Cc: Chad Flores <cf@chadflores.law>, Stephanie Bagnall <sbagnall@frlaw.us>

Mr. De Pury,

 Please find attached Defense Distributed's 2nd Set of RFPs as well as a new subpoena.

Sincerely,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

 I'm using Inbox When Ready to protect my focus.

On Tue, Apr 1, 2025 at 4:34 PM Andino Reynal <areynal@frlaw.us> wrote:
> Mr. De Pury,
>  Your answers to these requests are long overdue. Please let me know when I can expect them.
> Sincerely,
>
> F. Andino Reynal
> The Reynal Law Firm LLP
> 917 Franklin, Sixth Floor
> Houston, Texas 77002
> O: 713.228.5900
> F: 713.820.6981
> https://calendly.com/areynal-frlaw/30min

 I'm using Inbox When Ready to protect my focus.

On Thu, Feb 20, 2025 at 10:52 AM Andino Reynal <areynal@frlaw.us> wrote:
> Mr. Dupuy,
>
> Please find attached Defense Distributed's first request for production to Alexander Holladay and MAF.
>
> Sincerely,
>
> F. Andino Reynal
> The Reynal Law Firm LLP
> 917 Franklin, Sixth Floor
> Houston, Texas 77002
> O: 713.228.5900
> F: 713.820.6981

I'm using Inbox When Ready to protect my focus.

---

**2 attachments**

📄 **2025_4_1_Wilson_Cody_Odysee_second_subpoena_draft.pdf**
325K

📄 **2025_04_02_Wilson_2nd_RFP_Holladay_Alex - Google Docs.pdf**
199K

Case 6:24-cv-01629-WWB-LHP    Document 103-1    Filed 05/28/25    Page 6 of 14 PageID 1436

I'm using Inbox When Ready to protect my focus.

 **Chad Flores <cf@chadflores.law>**

## Re: Request for Rule 3.01(g) Conference Regarding Defense Distributed's First Request for Production
1 message

---

**Andino Reynal** <areynal@frlaw.us>  Wed, Apr 2, 2025 at 11:21 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Stephanie Bagnall <sbagnall@frlaw.us>, Chad Flores <cf@chadflores.law>

Matt,

Please elaborate. Additionally, I am attaching a letter responding to your objections, new requests for production, and a new subpoena.
Sincerely,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

 I'm using Inbox When Ready to protect my focus.

On Tue, Apr 1, 2025 at 5:12 PM Matthew Larosiere <larosieremm@gmail.com> wrote:
> Dino,
>
> We have never been properly served with any discovery request.
>
> Thanks.
>
> On Tue, Apr 1, 2025, 5:32 PM Andino Reynal <areynal@frlaw.us> wrote:
>> Dear Matt,
>>   I have served you approximately 60 RFPs for each client, not hundreds. I understand that you have concerns about the requests (overbreadth, privilege, etc.). I'd like to arrange a time to discuss your concerns by telephone and reach an agreement. That is what the rules require and it makes good sense. When would be a good time for you?
>> Best,
>> F. Andino Reynal
>> The Reynal Law Firm LLP
>> 917 Franklin, Sixth Floor
>> Houston, Texas 77002
>> O: 713.228.5900
>> F: 713.820.6981
>> https://calendly.com/areynal-frlaw/30min
>>
>> I'm using Inbox When Ready to protect my focus.
>>
>> On Tue, Apr 1, 2025 at 4:17 PM Matthew Larosiere <larosieremm@gmail.com> wrote:
>>> Hey Dino,

As you are well aware, it is incumbent upon us to meet and confer in good faith in person or via telephone on all discovery disputes. The middle district requires that we substantively discuss all of these matters. Your simple demand for "everything," which was met with a substantial opposition for each defendant, cannot be carried forward by your request that we confer over "all" of our objections to your hundreds of requests for production. Respectfully, this is as unsubstantive as it is unreasonable. In this district, we draft meet and confer letters that specify our positions in detail ahead of our conferences. Mere exchanges of ultimatums or general demands for more, as in your case, are not sufficient.

Florida courts (along with court's around the country) have held that mere written correspondence does "not [constitute] a meaningful conference" of parties as contemplated by discovery rules. This is because "[p]arties are far more likely to resolve a dispute if they speak to each other directly" regarding the issues. See DeepGulf, Inc. v. Moszkowski, 330 F.R.D. 600, 612 (N.D. Fla. 2019); Summit Chase Condominium Ass'n, Inc. v. Protean Investors, Inc., 421 So. 2d 562 (Fla. 3d DCA 1982) ("It is inherent in the present rules of discovery that lawyers, out of respect for the adversary system, should make good faith efforts to comply with one another's reasonable discovery requests without constant recourse to the trial courts."); Townsend v. Superior Court (1998) 61 CA 4th 1431-1439 (" [A] reasonable and good faith attempt at informal resolution entails something more than bickering with [opposing] counsel . . . Rather, the law requires that counsel attempt to talk the matter over, compare their views, consult, and deliberate."); Obregon v. Superior Court (1998) 67 CA4th 424, 431 (**A single brief letter with no explanation why the discovery was proper does not constitute a reasonable and good faith attempt at informal resolution**.).

Please provide me the who, what, where, when, and why for each position you disagree with so we can meaningfully confer.

Yours,
Matt

On Mon, Mar 31, 2025 at 9:01 AM Andino Reynal <areynal@frlaw.us> wrote:
> Just moving this back to the top of your inbox.
>
> ### F. Andino Reynal
> The Reynal Law Firm LLP
> 917 Franklin, Sixth Floor
> Houston, Texas 77002
> O: 713.228.5900
> F: 713.820.6981
> https://calendly.com/areynal-frlaw/30min
>
>  I'm using Inbox When Ready to protect my focus.
>
> On Wed, Mar 26, 2025 at 6:18 AM Andino Reynal <areynal@frlaw.us> wrote:
>> Likewise, Matt. We will need to talk about all of our requests. Would you prefer we schedule separate meetings for each of your clients?
>> Best,
>>
>> ### F. Andino Reynal
>> The Reynal Law Firm LLP
>> 917 Franklin, Sixth Floor
>> Houston, Texas 77002
>> O: 713.228.5900
>> F: 713.820.6981
>> https://calendly.com/areynal-frlaw/30min
>>
>>  I'm using Inbox When Ready to protect my focus.
>>
>> On Mon, Mar 24, 2025 at 2:15 PM Matthew Larosiere <larosieremm@gmail.com> wrote:
>>> Hey Dino, hope you're doing well.
>>>
>>> I'll be happy to confer with you.

> Naturally given the breadth of topics, subjects, and individuals requested, we need to be prepared to discuss the specific issues.
>
> In addition to the general objections which cover all of your requests, please identify the requests by number for each of my clients that you feel the need to confer about. This will enable me to prepare for a meaningful discussion.
>
> Yours,
> Matt
>
> On Mon, Mar 24, 2025 at 11:43 AM Andino Reynal <areynal@frlaw.us> wrote:
>
>> Dear Mr. Larosiere,
>>
>> This email is to formally request a Rule 3.01(g) conference to talk about the blanket and specific objections filed by your clients in response to Defense Distributed's First Request for Production.
>>
>> As you know, the *Middle District Discovery* handbook emphasizes the importance of courtesy and cooperation among counsel and requires a good faith effort to resolve disputes before involving the Court. We have reviewed your clients' responses and would like to discuss the objections in more detail and explore potential avenues for resolving the current discovery issue.
>>
>> Specifically, we would like to talk about the objections raised about the scope and particularity of our requests, the definitions used, the format for ESI production, and your clients' assertions regarding burden and potential privilege.
>>
>> I've included a scheduling link in my signature block for your convenience.
>>
>> F. Andino Reynal
>> The Reynal Law Firm LLP
>> 917 Franklin, Sixth Floor
>> Houston, Texas 77002
>> O: 713.228.5900
>> F: 713.820.6981
>> https://calendly.com/areynal-frlaw/30min
>>
>>   I'm using Inbox When Ready to protect my focus.

**3 attachments**

📄 **2025_04_02_Wilson_2nd_RFP_Elik_John - Google Docs.pdf**
193K

📄 **2025_4_1_Wilson_Cody_Odysee_second_subpoena_draft.pdf**
325K

📄 **2025_04_02_Wilson_Letter_Larosiere_Conference_Discovery - Google Docs.pdf**
81K

 **Chad Flores &lt;cf@chadflores.law&gt;**

## Outgoing Subpoenas (Coinbase & Reddit)
1 message

**Andino Reynal** &lt;areynal@frlaw.us&gt;  **Wed, Mar 19, 2025 at 1:49 PM**
To: Zachary Zermay &lt;zach@zermaylaw.com&gt;, Matthew Larosiere &lt;larosieremm@gmail.com&gt;, Gary De Pury &lt;Gary@depury.com&gt;, Geraldine Phillips &lt;info@zermaylaw.com&gt;
Cc: Alejandra Aguirre &lt;alejandra@frlaw.us&gt;, Chad Flores &lt;cf@chadflores.law&gt;, Stephanie Bagnall &lt;sbagnall@frlaw.us&gt;

Please see attached.

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981

 I'm using Inbox When Ready to protect my focus.

**2 attachments**


2025_3_19_Wilson_Cody_Reddit subpoena draft (1).pdf
632K

2025_3_19_Wilson_Cody_Coinbase_subpoena_draft.pdf
640K



Chad Flores <cf@chadflores.law>

## Re: Request for Rule 3.01(g) Conference Regarding Defense Distributed's First Request for Production to Matthew Larosiere
1 message

**Andino Reynal** <areynal@frlaw.us>  Wed, Apr 2, 2025 at 11:15 AM
To: Zachary Zermay <zach@zermaylaw.com>
Cc: Chad Flores <cf@chadflores.law>, Geraldine Phillips <info@zermaylaw.com>, Stephanie Bagnall <sbagnall@frlaw.us>

Dear Zach,

Please find attached a letter discussing your objections, a new request for production to your client, and a new subpoena that will go out next week.

Sincerely,
F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min


  I'm using Inbox When Ready to protect my focus.

On Tue, Apr 1, 2025 at 5:06 PM Zachary Zermay <zach@zermaylaw.com> wrote:
> Good afternoon,
>
> As you are well aware, it is incumbent upon us to meet and confer in good faith in person or via telephone on all discovery disputes. The Middle District requires that we substantively discuss all of these matters. The scope of your discovery requests—both in volume and vagueness—is deeply troubling. Your simple demand for "everything," which was met with a substantial opposition for each defendant, cannot be carried forward by your request that we confer over "all" of our objections to your hundreds of requests for production. Respectfully, this is as unsubstantive as it is unreasonable. In this district, we draft meet and confer letters that specify our positions in detail ahead of our conferences. Mere exchanges of ultimatums or general demands for more, as in your case, are not sufficient.
>
> Florida courts (along with court's around the country) have held that mere written correspondence does "not [constitute] a meaningful conference" of parties as contemplated by discovery rules. This is because "[p]arties are far more likely to resolve a dispute if they speak to each other directly" regarding the issues. *See DeepGulf, Inc. v. Moszkowski*, 330 F.R.D. 600, 612 (N.D. Fla. 2019); *Summit Chase Condominium Ass'n, Inc. v. Protean Investors, Inc.*, 421 So. 2d 562 (Fla. 3d DCA 1982) ("It is inherent in the present rules of discovery that lawyers, out of respect for the adversary system, should make good faith efforts to comply with one another's reasonable discovery requests without constant recourse to the trial courts."); *Townsend v. Superior Court* (1998) 61 CA 4th 1431-1439 ("[A] reasonable and good faith attempt at informal resolution entails something more than bickering with [opposing] counsel . . . Rather, the law requires that counsel attempt to talk the matter over, compare their views, consult, and deliberate."); *Obregon v. Superior Court* (1998) 67 CA4th 424, 431 (A single brief letter with no explanation why the discovery was proper does not constitute a reasonable and good faith attempt at informal resolution.).
>
> To that end, please send a letter detailing your client's position so we may prepare to have a substantive discussion. Thank you in advance.
>
> Sincerely,
> Zachary Z. Zermay, Esq.
>
> **Zermay Law**
>
> P (305) 767-3529  |  W zermaylaw.com  |  E zach@zermaylaw.com |

A  3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Tue, Apr 1, 2025 at 5:33 PM Andino Reynal <areynal@frlaw.us> wrote:

> Mr. Zermaay,
>
>  I haven't heard back from you. When would be a good time to talk?
>
> Sincerely,
>
> F. Andino Reynal
> The Reynal Law Firm LLP
> 917 Franklin, Sixth Floor
> Houston, Texas 77002
> O: 713.228.5900
> F: 713.820.6981
>
> https://calendly.com/areynal-frlaw/30min

 I'm using Inbox When Ready to protect my focus.

On Mon, Mar 24, 2025 at 10:37 AM Andino Reynal <areynal@frlaw.us> wrote:

> Dear Mr. Zermay,
>
> This email is to formally request a Rule 3.01(g) conference to talk about the blanket and specific objections filed by your client, Matthew Larosiere, in response to Defense Distributed's First Request for Production.
>
> As you know, the *Middle District Discovery* handbook emphasizes the importance of courtesy and cooperation among counsel and requires a good faith effort to resolve disputes before involving the Court. We have looked over your client's response and would like to discuss the objections in more detail and explore potential avenues for resolving the current impasse regarding discovery.
>
> Specifically, we would like to talk about the objections raised about the scope and particularity of our requests, the definitions used, the format for ESI production, and your client's assertions regarding burden and potential privilege.
>
> I've included a scheduling link in my signature block for your convenience.
>
> Sincerely,
>
> F. Andino Reynal
> The Reynal Law Firm LLP
> 917 Franklin, Sixth Floor
> Houston, Texas 77002
> O: 713.228.5900
> F: 713.820.6981
>
> https://calendly.com/areynal-frlaw/30min

 I'm using Inbox When Ready to protect my focus.

**3 attachments**

📄 **2025_04_02_Wilson_2nd_RFP_Larosiere_Matthew - Google Docs.pdf**
212K

📄 **2025_04_02_Wilson_Letter_Zermay_Conference_Discovery - Google Docs.pdf**
81K

📄 **2025_4_1_Wilson_Cody_Odysee_second_subpoena_draft.pdf**
325K

    **Chad Flores <cf@chadflores.law>**

## Digital Ocean Subpoena
1 message

---

**Andino Reynal** <areynal@frlaw.us>    Tue, Apr 29, 2025 at 6:06 PM
To: Matthew Larosiere <larosieremm@gmail.com>, Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>
Cc: Chad Flores <cf@chadflores.law>, Stephanie Bagnall <sbagnall@frlaw.us>

Gentlemen,

After our conference this afternoon, I went back and checked my email, and I don't see where I sent you a copy of the Digital Ocean subpoena. A copy is attached to this email for your records. As a corrective measure, we agree not to use the records produced by Digital Ocean in response to this subpoena.

Sincerely yours,

### F. Andino Reynal

The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min


   I'm using Inbox When Ready to protect my focus.

---

📄 **2025_02_26_Digital_Ocean_Subpoena**
4167K