Gmail **Chad Flores <cf@chadflores.law>**

## Re: NOTICE of 3rd Party subpoenas

**Zachary Zermay** <zach@zermaylaw.com>     Mon, Mar 10, 2025 at 12:58 PM
To: Chad Flores <cf@chadflores.law>, Andino Reynal <areynal@frlaw.us>, David Gingras <david@gingraslaw.com>, Andino Reynal <andino.reynal@gmail.com>
Cc: Gary De Pury <Gary@depury.com>, Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Good evening,

Do you have some time to meet and confer about joint motions for a protective order and/or to quash your clients' subpoenas? Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

## Zermay Law

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Thu, Feb 27, 2025 at 3:20 PM Andino Reynal <areynal@frlaw.us> wrote:
> Gentlemen
>   Please see attached 3rd Party Subpoenas pursuant to Rule 45.
> Sincerely,
>
> F. Andino Reynal
> The Reynal Law Firm LLP
> 917 Franklin, Sixth Floor
> Houston, Texas 77002
> O: 713.228.5900
> F: 713.820.6981

  I'm using Inbox When Ready to protect my focus.