United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,
    Defendants.

_____       No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiffs

v.

The Gatalog, Matthew Larosiere, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, The Gatalog Foundation, and MAF Corp,
    Counterdefendants.

_____

## REQUEST FOR ENTRY OF DEFAULT JUDGMENT AS TO PETER CELENTANO

Counterplaintiff Defense Distributed by and through their undersigned attorney, F. Andino Reynal, and in support of its request for entry of default as to Peter Celentano, states:

Counterplaintiff filed its Amended Third-party Complaint on January 3, 2025. (Dkt 52). Counterplaintiff was granted an Extension of Time to serve Peter Celentano on April 18, 2025. (Dkt 93). A copy of the Amended Third-party Complaint was served on Peter Celentano (hereinafter "Mr. Celentano") via personal service on May 1, 2025, by Sheriff's Deputy Joseph DeVoe at 5526 Niagara Street, Ext., Pod 4, Lockport, NY 14094, as Mr. Celentano is currently incarcerated there. See Affidavit of Service attached hereto as Exhibit A. The Affidavit of Service was filed on May 5, 2025 in compliance with Rule 1.10(a), which requires proof of service to be filed within 21 days of service (Dkt. 95).

Mr. Celentano is of full age, not otherwise incapacitated, and not serving overseas as an active duty service member, as in the Affidavit of Service, Sheriff's Deputy Joseph DeVoe stated that when asked if he was serving in the military, Mr. Celentano said no. See Exhibit A; See also Affidavit of F. Andino Reynal in Support of Request for Entry of Default attached hereto as Exhibit B.

The Middle District of Florida has previously found that "[a]. . return of service is presumed to be valid and satisfies a plaintiff's initial prima facie burden, absent strong and convincing evidence presented to the contrary." *Mybusinessloan.com, LLC v. F. Networking Events, Inc.,* No. 8:15-CV-2739-T-36JSS, 2016 WL 3919484, at *3 (M.D. Fla. June 10, 2016), report and recommendation adopted, No. 8:15-CV-2739-T-36JSS, 2016 WL 3906959 (M.D. Fla. July 19, 2016). Additionally, the Middle District of Florida has found that "Federal Rule of Civil Procedure 4(e) provides that an individual may be served by delivering a copy of the summons and the complaint to the individual personally." *United States v. Joseph,* No. 8:23-CV-1015-KKM-JSS, 2023 WL 8261327, at *2 (M.D. Fla. Nov. 8, 2023), report and recommendation adopted, No.8:23-CV-1015-KKM-JSS, 2023 WL 8254359 (M.D. Fla. Nov. 29, 2023).

In the present case, the Amended Third-party Complaint and Summons were delivered to Mr. Celentano personally by Sheriff's Deputy Joseph DeVoe in the housing unit where he is incarcerated, which meets the requirements of Fed. R. Civ. P. 4(e)(2)(A). Furthermore, this Request for Entry of Default is made within the 28-day deadline outlined in the Middle District of Florida Local Rules 1.10(b).

Peter Celentano has failed to answer or otherwise respond to the

Amended Third-party complaint within 21 days of service as required by Federal Rule of Civil Procedure 12(a)(1)(A) and is therefore in default.

WHEREFORE, Counterplaintiff Defense Distributed requests that the clerk enter a default judgment against Peter Celentano as to the Amended Third-party Complaint in the above-entitled matter.

Respectfully submitted this 2nd day of June, 2025.

_____
F. Andino Reynal
The Reynal Law Firm
917 Franklin St., 6th Floor
Houston, Texas 77002
T. 713.228.5900
areynal@frlaw.us
Admitted Pro Hoc Vice
Counsel for Cody Wilson, Defense Distributed, DEFCAD Inc., and Dioskouri, LLC.

## LOCAL RULE 3.01(g) CERTIFICATION

I certify that I have attempted to communicate with Peter Celentano through his attorney of record in his pending federal criminal case, James S. Wolford, on May 27, 29, and 30 in compliance with Local Rule 3.01(g).

_____
F. Andino Reynal

## CERTIFICATE OF SERVICE

I certify that a copy of this document has been served on all counsel of record through the Court's electronic filing system.

_____
F. Andino Reynal
The Reynal Law Firm
917 Franklin St., 6th Floor
Houston, Texas 77002
T. 713.228.5900
areynal@frlaw.us
Admitted Pro Hoc Vice
Counsel for Cody Wilson, Defense Distributed, DEFCAD Inc., and Dioskouri, LLC.