United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____      No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiffs

v.

The Gatalog, Matthew Larosiere, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, The Gatalog Foundation, and MAF Corp,
    Counterdefendants.

---

# EXHIBITS IN SUPPORT OF DEFENSE DISTRIBUTED'S REQUEST FOR ENTRY OF DEFAULT JUDGMENT AS TO PETER CELENTANO

**EXHIBIT A**

Case 6:24-cv-01629-WWB-LHP   Document 105-1   Filed 06/02/25   Page 2 of 7 PageID 1548

United States District Court for the Middle District of Florida Court

Sheriff File Number – 25000962

County of   State of New York

| Defense Distributed |
| vs. |
| The Gatalog, Matthew Larosiere, John Elik, Alexander Hollday, Peter Celentano, Josh Kiel Stroke, John Letterman, The Gatalog Foundation and MAF Corp |

Affidavit/Certificate of Service
Index No 6:24-cv-1629
Out of State Summons

State of New York - County of

I, Deputy Sheriff Joseph DeVoe, being duly sworn, deposes and says: that he/she is not a party to this action, is over 18 years of age and is a resident of the state of New York.  That on 5/1/2025 at 8:48 AM, at 5526 Niagara Street Ext Pod 4 Lockport, NY 14094 deponent served the within Out of State Summons on Peter Celentano, the defendant named therein, in the following manner:

PERSONAL SERVICE

By delivering to and leaving with Peter Celentano personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein.

NON-MILITARY

At the time of service Peter Celentano was asked if he was in the Military Service of the U.S. Government and Peter Celentano replied no.

DESCRIPTION

The person served was approximately: Race: White, Hair Color: Brown, Gender: Male, 5' 8", Weight: 265, Age: 36

SERVICE ATTEMPTS

Sworn to before me on Thursday, May 01, 2025

_____
Notary Public

Tami N Alt
Notary Public, State of New York
Registration No 01AL6343753
Qualified in Niagara County
Commission Expires June 20, 2028

_____
Joseph DeVoe, Deputy Sheriff

©SoftCode, Inc. - NY_Niagara_AffidavitPS_NoBadge#

**EXHIBIT B**

Case 6:24-cv-01629-WWB-LHP    Document 105-1    Filed 06/02/25    Page 4 of 7 PageID 1550

United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed and Dioskouroi LLC,
    Defendants.

_____

No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiffs

v.

The Gatalog, Matthew Larosiere, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, The Gatalog Foundation, and MAF Corp,
    Counterdefendants.

---

## AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT AS TO PETER CELENTANO

State of Texas)
County of Houston)


F. Andino Reynal, being of full age and duly sworn states:

1. I am the attorney of record for Counterplaintiff Defense Distributed in the above-entitled matter. I have been admitted Pro Hac Vice to practice before this Court in this matter and am therefore fully knowledgeable of the facts and circumstances therein.

2. Counterplaintiff filed its amended third-party complaint on January 3, 2025. (Dkt 52).

3. Counterplaintiff was granted an extension of time to serve the Summons and Complaint on April 18, 2025. (Dkt. 93).

4. Peter Celentano (hereafter "Mr. Celentano") was served via personal service with a copy of the Summons and Amended Third-party Complaint on May 1, 2025, by Sheriff's Deputy Joseph DeVoe at 5526 Niagara Street, Ext., Pod 4, Lockport, NY 14094, as Mr. Celentano is currently incarcerated there. See Affidavit of Service attached hereto as Exhibit A.

5. The Affidavit of Service was filed on May 5, 2025 in compliance with Rule 1.10(a), which requires proof of service to be filed within 21 days of service (Dkt. 95).

6. Upon information and belief, Mr. Celentano is of full age and not otherwise incapacitated.

7. Similarly, upon information and belief, Mr. Celentano is not serving in the active military overseas, as Sheriff's Deputy Joseph DeVoe stated in the Affidavit of Service that when asked if he was serving in the military, Mr. Celentano replied no.

8. Mr. Celentano has therefore failed to file an answer or otherwise respond to the third-party complaint within 21 days as required by Federal Rules of Civil Procedure 12(a)(1)(A).

Dated June 2___, 2025

_____
F. Andino Reynal
The Reynal Law Firm
917 Franklin St., 6th Floor
Houston, Texas 77002
T. 713.228.5900
areynal@frlaw.us
Admitted Pro Hoc Vice
Counsel for Cody Wilson, Defense Distributed, DEFCAD Inc., and Dioskouri, LLC.