**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE,

        Plaintiff,

v.                        Case No:   6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED and DIOSKOUROI
LLC,

        Defendants
/Third Party Plaintiff,

MAF CORP., JOHN LETTMAN,
MATTHEW LAROSIERE, PETER
CELENTANO, THE GATALOG,
JOSH KIEL STROKE, JOHN ELIK,
THE GATALOG FOUNDATION,
ALEXANDER HOLLADAY, MAF
CORP., THE GATALOG,
ALEXANDER HOLLADAY, JOHN
LETTMAN, JOSH KIEL STROKE,
PETER CELENTANO and JOHN
ELIK,

        Third Party
        Defendants.

_____

## ORDER

Before the Court is a Request for Entry of Default Judgment as to Peter Celentano, filed by Third Party Plaintiff Defense Distributed. Doc. No. 105. On review, the motion (Doc. No. 105) is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g). Although the motion states that Defense Distributed has attempted to communicate with Mr. Celentano's counsel, the motion does not state the outcome of such attempts, nor does the motion otherwise include the position of the remaining parties in this case. *See id.* at 5. Defense Distributed shall file a renewed motion within **seven (7) days** of the date of this Order, in full compliance with the Local Rules.

**DONE** and **ORDERED** in Orlando, Florida on June 3, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties