## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

### CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | **6:24-cv-1629-WWB-LHP** | **DATE:** | **June 13, 2025** |
| **HONORABLE LESLIE HOFFMAN PRICE** | | **INTERPRETER:** | |
| **MATTHEW LAROSIERE**<br><br>v.<br><br>**CODY RUTLEDGE WILSON, et al.** | | **LANGUAGE:** | |
| | | **PLAINTIFF COUNSEL:**<br>**Matthew Larosiere**<br>**Zachary Z. Zermay**<br>**Gary De Pury** | |
| | | **DEFENSE COUNSEL:**<br>**Charles Flores**<br>**Federico Andino Reynal** | |
| **COURT REPORTER:    DIGITAL** | | **DEPUTY CLERK:** | **Edward Jackson** |
| **TIME** | **10:05-11:21** | **COURTROOM** | **5D** |
| | **TOTAL:**<br>**1 hour/16 minutes** | | |

**PROCEEDINGS: MOTION HEARING [96]**

(✓)    Case called; appearances taken; procedural setting by the Court.

(✓)    Issues were addressed.

(✓)    The motion at Doc. No. 96 was granted in part, denied in part. Order to be entered.