United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____       No.  6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
and MAF Corp,
    Counterdefendant / Third-Party
    Defendants.

_____

**Defense Distributed's Notice of Compliance with the
Magistrate Judge's June 13 Order Regarding Discovery**

## Notice

Defendant/Counterplaintiff Defense Distributed and Defendants Cody Rutledge Wilson, DEFCAD, Inc., Dioskouri LLC file this notice. The Magistrate Judge's June 13 Order directed that "Defendants shall return all documents received in response to the subpoena to Digital Ocean and file a notice of compliance with the Court" within seven days. Doc. 111 at 2-3. Defendants have now timely complied in full, returning all of those documents as directed.

Respectfully submitted,

F. Andino Reynal
areynal@frlaw.us
Texas Bar No. 24060482
The Reynal Law Firm, PC
917 Franklin, 6th Floor
Houston, Texas 77002
T (713) 228-5900
F (713) 820-6981

Chad Flores
cf@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-2496

Counsel for Cody Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC