United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____     No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
and MAF Corp,
    Counterdefendant / Third-Party
    Defendants.

---

# NOTICE OF
# MUTUAL CONFIDENTIALITY AGREEMENT

## Notice of Mutual Confidentiality Agreement

Plaintiff/Counterdefendant Matthew Larosiere, Counterdefendants John Elik, Josh Stroke, John Lettman, Andrew Holladay, The Gatalog Foundation and MAF Corp., Defendant/Counterplaintiff Defense Distributed, and Defendants Cody Rutledge Wilson, Defcad, Inc., and Dioskouroi LLC  file this joint notice of their mutual confidentiality agreement.

The Magistrate Judge's June 13 Order issued the following decision about the issue of a mutual confidentiality agreement:

> 6.    It is **ORDERED** that within **fourteen (14) days** of this Order, the parties are **DIRECTED** to conduct a substantive meet and confer on the issue of entering into a mutual confidentiality agreement.  **On or before expiration of this deadline**, the parties shall either file: (1) a fully executed version of their mutual confidentiality agreement; or (2) a notice stating that the parties could not reach agreement.   If the parties are unable to reach an agreement, the Court will enter a confidentiality order on its own accord.

Doc. 111 at 4.

The undersigned parties conducted the meet and confer and arrived at a mutual confidentiality agreement.  A fully executed version of their mutual confidentiality agreement is appended to this notice.

|  | Respectfully submitted, |
|---|---|
| /s/  Chad Flores | /s/Matthew Larosiere |
| cf@chadflores.law | Matthew Larosiere, Esq. |
| Texas Bar No. 24059759 | Florida Bar. No. 1005581 |
| Flores Law PLLC | The Law Offices of Matthew Larosiere |
| 917 Franklin Street | |
| Suite 600 | 6964 Houlton Circle |
| Houston, Texas 77002 | Lake Worth, FL 33467 |
| T (713) 364-6640 | larosieremm@gmail.com |
| F (832) 645-249 | Tel: (561) 452-7575 |

/s/  Chad Flores
cf@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-249

F. Andino Reynal
areynal@frlaw.us
Texas Bar No. 24060482
The Reynal Law Firm, PC
917 Franklin
6th Floor
Houston, Texas 77002
T (713) 228-5900
F (713) 820-6981

Counsel for Cody Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC

/s/Matthew Larosiere
Matthew Larosiere, Esq.
Florida Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
larosieremm@gmail.com
Tel: (561) 452-7575

Counsel for Counterdefendants Elik, Stroke, and Lettman

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Florida Bar № 1002905
Zermay Law, P.A.
1200 Fourth Street, #1102
Key West, FL 33040
zach@zermaylaw.com
Tel: (305) 767-3529

Counsel for Plaintiff/ Counterdefendant Matthew Larosiere

/s/ Gary De Pury
Law Offices of Gary De Pury, P.A.
Attorney at Law
21035 Leonard Road
Lutz, Florida 33558
P: 813-607-6404
F: 813-949-3406
Gary@DePury.com

Counsel for Andrew Holladay, The Gatalog Foundation and MAF Corp

/s/  Chad Flores
cf@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-249

F. Andino Reynal
areynal@frlaw.us
Texas Bar No. 24060482
The Reynal Law Firm, PC
917 Franklin
6th Floor
Houston, Texas 77002
T (713) 228-5900
F (713) 820-6981

Counsel for Cody Wilson, DEFCAD, Inc., Defense Distributed, and Dioskouroi LLC

Respectfully submitted,

/s/Matthew Larosiere
Matthew Larosiere, Esq.
Florida Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
larosieremm@gmail.com
Tel: (561) 452-7575

Counsel for Counterdefendants Elik, Stroke, and Lettman

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Florida Bar № 1002905
Zermay Law, P.A.
1200 Fourth Street, #1102
Key West, FL 33040
zach@zermaylaw.com
Tel: (305) 767-3529

Counsel for Plaintiff/ Counterdefendant Matthew Larosiere

/s/ Gary De Pury
Law Offices of Gary De Pury, P.A.
Attorney at Law
21035 Leonard Road
Lutz, Florida 33558
P: 813-607-6404
F: 813-949-3406
Gary@DePury.com

Counsel for Andrew Holladay, The Gatalog Foundation and MAF Corp