UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW LAROSIERE,**

      **Plaintiff,**

v.                                **Case No: 6:24-cv-1629-WWB-LHP**

**CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED and DIOSKOUROI
LLC,**

      **Defendants.**

_____

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against Counterdefendant **PETER CELENTANO** in Orlando, Florida on the 1st day of July, 2025.

ELIZABETH M. WARREN, CLERK

s/EJ, Deputy Clerk

Copies furnished to:

Counsel of Record