United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____        No.  6:24-cv-1629

Defense Distributed,
    Counterplaintiffs

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
The Gatalog Foundation, and MAF Corp,
    Counterdefendants.

---

## **DEFENSE DISTRIBUTED'S NOTICE OF ISSUE REGARDING DEFAULT JUDGMENT AS TO PETER CELENTANO**

Defense Distributed files this Notice of Issue regarding Default Judgment as to Peter Celentano in accordance with Local Rule 1.10(c) and states:

Several codefendants answered Counterplaintiff Defense Distributed's counterclaim in this case, and at least some of them maintain that there is a

possibility of inconsistent judgments regarding liability, which the Middle District of Florida disfavors. *Mayan v. Mayan*, No. 615CV2183ORL18TBS, 2016 WL 11578431, at *4 (M.D. Fla. Oct. 11, 2016), report and recommendation adopted, No. 615CV2183ORL18TBS, 2016 WL 11578432 (M.D. Fla. Nov. 7, 2016). Therefore, to avoid unnecessary litigation, the other aspects of the case should be further adjudicated at least in part before the Court entertains a motion to enter the default judgment against Peter Celentano.  See *Malloy v. Casey*, No. 2:09-CV-801-FtM-36DNF, 2011 WL 13294626, at *1 (M.D. Fla. Dec. 13, 2011).

Respectfully submitted this 5th day of August 2025

_____

F. Andino Reynal
The Reynal Law Firm
917 Franklin St., 6th Floor
Houston, Texas 77002
T. 713.228.5900
areynal@frlaw.us
Admitted Pro Hoc Vice
Counsel for Cody Wilson, Defense Distributed, DEFCAD Inc., and Dioskouri, LLC

l

## CERTIFICATE OF SERVICE

I certify that on the 5th day of August, 2025 I served a copy of the foregoing Motion on Counterdefendants' counsels of record via the electronic CM/EMF filing system.

_____
F. Andino Reynal