EXHIBIT A: COMMUNICATIONS CONCERNING LATE PRODUCTION

                                                      Matthew Larosiere <larosieremm@gmail.com>

## Urgent Conference Regarding Rolling Production of Documents
5 messages

---

**Andino Reynal** <areynal@frlaw.us>                                                      Sun, Aug 24, 2025 at 6:22 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Chad Flores <cf@chadflores.law>

Mr. Larosiere,

I am requesting your position on allowing Mr. Wilson additional time to produce documents responsive to Mr. Elik's request for production. In order to fully comply with our duties, we are searching through the entirety of Defense Distributed's ESI, including its Slack. Defense Distributed's Slack alone contains more than 1.5 million messages, 1.7 million channel messages, 200,000 attachments, and 500,000 files. I hope you can appreciate that this is not a small undertaking. We have already provided you with many thousands of pages of records and communication, and intend to produce more tomorrow.

**Our specific request is that you agree to allow us to complete the remainder of our production on a rolling basis until September 25th, 2025.** This matter is urgent because our production is due tomorrow, and **if you do not agree, we will have to seek protection from the Court.**

Sincerely yours,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

> I'm using Inbox When Ready to protect my focus.

---

**Matthew Larosiere** <larosieremm@gmail.com>                                                      Sun, Aug 24, 2025 at 7:03 PM
To: Andino Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>

Men,

I understand the predicament. Do you think we might be able to kill two birds with one stone and condition this on your providing complete responses to the interrogatories to Defense Distributed, and complete responses to the RFAs in a reasonable time?

Let me know and I'll ask for a green light.

Yours,
Matt

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>                                                      Mon, Aug 25, 2025 at 7:54 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Chad Flores <cf@chadflores.law>

Mr. Larosiere,
I understand your position is that Defense Distributed's responses to Elik's RFA and RROGs are incomplete, and we have scheduled a meet and confer on Friday to discuss your position in detail.

If I agree with you after speaking on Friday, I will amend. I assure you that the last thing I want is take up the Court's time with a motion to compel.

At this time, however, the question is whether your client will agree to the rolling production?

Given that the Discovery Deadline is not until May 1, 2026, it is hard to see how Mr. Elik would be prejudiced. That being said, if you can't agree now, I would like to have a brief telephone call with you today to see if we can talk through it.

Sincerely,
Andino Reynal

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>　　　　　　　　　　　　　　　　　　　Mon, Aug 25, 2025 at 8:42 AM
To: Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>

I've an extraordinarily hectic schedule today and do not have time for a phone call. Recall that when I asked you for conference dates, you tersely put me off. I'd rather use this as an opportunity to show you civility, but the timing is simply not possible today. I'm sorry.

Also, forgive me, but it would be impossible for me not to notice the sudden change in tone of your email. I'm sorry, but it seems suspicious to me.

Even still, I'm offering an olive branch. Your counting of interrogatories was disingenuous and your responses to RFAs were manifestly incomplete. You are experienced enough to know how to respond to contention interrogatories and that unparticularized general denials are inappropriate in response to an RFA.

You had 30 days to see this issue with your responses. I'm sure you can understand that I suspect this request is either because you failed to take the same discovery obligations you gleefully thrust upon my clients seriously, or because something else underhanded is occurring. The rules are designed to protect us from that.

The only opportunity I can offer is to mutually release us of the problems you alone have created by a mutual solution. If you agree to provide full responses to the DD interrogatories within seven days (subject to whatever objections, just as we provided full responses to yours), and complete responses to RFAs (just as we provided complete responses to yours), I'm sure my client will agree.

This is the most basic compromise conceivable. It's also an opportunity for us to turn around what has to-date been vicious litigation.

If you can compromise, I'm sure I can get consent from my client. If not, I'm sorry, but rules are rules.

Let me know.

[Quoted text hidden]

  Matthew Larosiere <larosieremm@gmail.com>

## Cody Wilson's responses to John Elik's discovery requests
7 messages

---

**Federico Reynal** <areynal@frlaw.us>  Mon, Aug 25, 2025 at 4:00 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Chad Flores <cf@chadflores.law>

Mr. Larosiere,
Please see attached. You will be receiving links to download the first tranche of discovery shortly.
Sincerely,
F. Andino Reynal

**3 attachments**

 **2025_08_25 FINAL Wilson Responses to Eliks RFA.pdf**
153K

 **2025_08_25 FINAL Wilson Responses to Eliks ROGS.pdf**
323K

**2025_08_25 FINAL Wilson Responses to Eliks RFP.pdf**
204K

---

**Matthew Larosiere** <larosieremm@gmail.com>  Mon, Aug 25, 2025 at 4:21 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Thanks Dino and Chad.

Looping in the other counsel for our Friday conference.

I notice again there are unqualified categorical denials, and also complete refusal to answer many interrogatories. Please be prepared to discuss these responses Friday.

Please let me know what your plan is for the production of documents. Are you going to do your best to provide them today, or were you planning to just ignore the deadline? I am considering offering yet another, this time unconditional, olive branch.

Thanks,
Matt

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>  Mon, Aug 25, 2025 at 4:24 PM
To: Matthew Larosiere <larosieremm@gmail.com>, Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>

I am available on Friday. Let me know what time so I can calendar it.

Sincerely,

*Gary C. De Pury*, Esq.
**Law Offices of Gary De Pury, P.A.**
**Attorney at Law**

**Lic. Real Estate Broker**
**US Army Counterintelligence (Ret.)**

Personal Injury – Real Estate – Family Law

21035 Leonard Road, Lutz, Florida 33558

P: 813-607-6404

F: 813-949-3406

Gary@DePury.com

**Confidentiality Notice:**
**This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com**

***FDCPA NOTICE:***

THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>                                    Mon, Aug 25, 2025 at 4:43 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Mr. Larosiere,
 Thank you. I will provide the first tranche of documents responsive to Elik's Requests for Production today and the rest on a rolling basis over the next month. Is that agreeable?
Sincerely,
F. Andino Reynal

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                              Mon, Aug 25, 2025 at 5:13 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Dino, this message makes me feel like you didn't read any of our earlier communications. I am disappointed. For all of the reasons I stated in our earlier email, no, it is not.

That said, what I can do is offer an informal extension until next Monday, September 1, to comply with the discovery obligations you have known of for 30 days now. This will give us time to discuss the matter on Friday, along with the deficiencies in all of your discovery responses. If we can come to some agreements, and you can articulate that this is not being sought for improper purpose, we can discuss an unopposed motion to extend it for a longer period.

This is all I can offer at this time. Please let me know if you agree to this informal extension by 6:00PM EST today.

Yours,
Matt

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>                                         Mon, Aug 25, 2025 at 5:20 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Mr. Larosiere,
 Thank you for agreeing to extend our discovery deadline until next week. Your message came in just as we filed our motion for protection. Hopefully, we can resolve our differences on Friday and I can withdraw the motion.
Sincerely,
Andino Reynal

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>                                 Mon, Aug 25, 2025 at 5:24 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Mr. Reynal,

Worry not, we will be responding to the motion.

[Quoted text hidden]