UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

        *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

        *Defendants*.

_____

Defense Distributed,

        Counterplaintiff/ Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, and MAF Corp.

        Counterdefendants.

_____/

**COUNTERDEFENDANT JOHN ELIK'S SHORT-FORM MOTION TO COMPEL COMPLETE RESPONSES TO INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 26, 33, and 37, Local Rule 3.01(g), and this Court's standing order on discovery, Counterdefendant John Elik moves to compel full responses from Cody Wilson and Defense Distributed to certain interrogatories. The parties conferred telephonically but Defendants insisted their provided responses were compliant. Copies of the requests and responses are attached.

## ARGUMENT

## GLOBAL DEFICIENCIES

Defendants' responses share recurring defects, including: (1) boilerplate objections lacking specificity, in violation of Rule 33(b)(4); (2) evasive and incomplete answers, contrary to Rules 37(a)(4) and 33(b)(3); (3) conclusory statements or incorporation by reference in place of substantive answers; and (4) conclusory assertions of irrelevance unsupported by Rule 26(b)(1)'s standard; and (5) counting of interrogatories inconsistent with Rule 33(a)(1).

## SPECIFIC INTERROGATORIES

Counterdefendant John Elik respectfully moves this Honorable Court to compel Defendants to provide complete, compliant responses to the following interrogatories:

**With Respect to Defense Distributed**

- No.4: Seeks details of alleged cyberattacks. Response devoid of required detail.
- No.5: Seeks details of alleged money laundering. Response omits required detail.
- No.6: Seeks details of alleged CFAA violations. Response is conclusory and omits required detail.
- No.12: Seeks basis of alleged FDUTPA violations. Defendant refused to answer.
- No.13: Seeks factual and documentary basis of subsidiary claim. Response is conclusory and incomplete.
- No.15: Seeks basis of alleged RICO proceeds. Response refers to non-compliant response to No.5.

**With Respect to Cody Rutledge Wilson**

- No. 2: Seeks identities, powers, and acquisition of authority for DEFCAD, Inc. Answer provides only names/addresses.

- No. 3: Seeks the same for Defense Distributed. Answer omits required detail.

- No. 8: Seeks cryptocurrency wallet information. Defendant asserts blanket "irrelevant" objection and provides nothing.

- No. 16: Seeks details of sale of Texas property. Answer provides no information.

- No. 17: Seeks identification of DEFCAD agents/members. Defendant redefined "agents" to "employees" and omitted roles/responsibilities.

- No. 18: Seeks same for Defense Distributed. Answer incomplete; names three managers only.

- No. 19: Seeks same for Dioskouroi LLC. Answer gives only "Tom Odom."

- No. 22: Seeks real property since 2016. Asserts boilerplate objections with no answer.

- No. 23: Seeks information concerning web security. Defendant, without objection, improperly refers generically to documents without addressing substance of interrogatory.

## REQUESTED RELIEF

Counterdefendant John Elik respectfully requests this Honorable Court overrule the boilerplate objections asserted by Defendants and compel complete responses to his interrogatories within 14 days of the Court's order; to award John Elik the

reasonable expenses including attorney's fees in pursuing this relief under Rule 37(a)(5); and any further relief this Court deems just and proper.

## Local Rule 3.01(g) Certification

Pursuant to M.D. Fla. R. 3.01(g), I hereby certify that I met and conferred with opposing counsel regarding the substance of the foregoing motion via Zoom teleconference on August 29, 2025. While the parties were able to reach limited agreement as to matters not now before the Court, Counsel for Defendants-Counterplaintiffs insisted that all their provided responses to interrogatories were compliant and therefore oppose this motion.

Respectfully submitted,

DATED:  September 4, 2025

/s/Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of
Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email:
Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Counterdefendants Elik, Stroke, and Lettman*