UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

        *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

        *Defendants*.

_____


Defense Distributed,

        Counterplaintiff/ Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, and MAF Corp.

        Counterdefendants.

_____ /

## JOHN ELIK'S FIRST SET OF INTERROGATORIES TO CODY WILSON

To: Defendant, Cody Wilson, through his attorney of record, Chad Flores, Flores Law PLLC, 917 Franklin Street, Suite 600, Houston, Texas 77002.

Counterdefendant John Elik serves Interrogatories on Cody Wilson, as authorized by Federal Rule of Civil Procedure 33. As required by Rule 33(b) and Doc. 111, Wilson must respond to these interrogatories within 30 days via email to Elik's counsel at Larosieremm@gmail.com.

# **INTERROGATORIES**

1. Describe in detail all interactions you have had, either on your own behalf or on behalf of any business entity, with service providers based in Iran, including providers of servers, data hosting, domain brokers, and internet service providers.

2. Describe, in detail, who else besides yourself exerts control over the business, financial, operational, or other actions of Defcad Inc.? Your response must include:

    a. The identity and contact information of any individual or entity that you claim exerts any control of Defcad Inc.;

    b. What powers and responsibilities that individual or entity has with regard to Defcad Inc.;

    c. When that individual or entity gained the power you assert exists;

    d. How that individual or entity gained the power you assert exists.

3. Describe, in detail, who else besides yourself exerts control over the business, financial, operational, or other actions of Defense Distributed? Your response must include:

    a. The identity and contact information of any individual or entity that you claim exerts any control of Defense Distributed;

    b. What powers and responsibilities that individual or entity has with regard to Defense Distributed;

    c. When that individual or entity gained the power you assert they have with regard to Defense Distributed;

    d. How that individual or entity gained the power you assert they have with regard to Defense Distributed.

4. Describe, in detail, who else besides yourself exerts control over the business, financial, operational, or other actions of Dioskouroi LLC? Your response must include:

    a. The identity and contact information of any individual or entity that you claim exerts any control of Dioskouroi LLC;

    b. What powers and responsibilities that individual or entity has with regard to Dioskouroi LLC;

    c. When that individual or entity gained the power you assert they have with regard to Dioskouroi LLC;

    d. How that individual or entity gained the power you assert they have with regard to Dioskouroi LLC.

5. Describe all interactions you have had with law enforcement, excluding minor traffic violations, from 2018 to present.

6. Identify all persons or entities who authored or contributed any content to the "Black Flag White Paper".

7. Identify in detail, for each of the alleged infringements of the copyrighted works listed in the Complaint and subsequent pleadings, the date on which you, CODY WILSON, became personally aware that each work was copyrighted or claimed to be copyrighted, whichever is sooner. Your response must include the date you were aware of the copyrighted status of the works bearing the registration numbers:

    a. TX0009358088;

    b. VA0002385899;

c. VA0002381513;

d. TX0009372196;

e. TX0009372199;

f. VA0002385901;

g. VA0002381769;

h. TX0009403056;

i. TX0009413646;

j. VA0002422527;

k. VA0002412508;

l. TX0009403054;

m. TX0009417973;

n. VA0002415259;

o. TX0009412695;

p. VA0002418947;

q. VA0002418589;

r. TX0009429254;

s. TX0009429253;

t. VA0002449545;

u. VA0002449520;

v. TX0009509700;

w. TX0009509692;

x. VA0002449526;

y. TX0009503785.

8. Identify all cryptocurrency accounts/wallets/addresses you have control over—"control" being the ability to remove or send cryptocurrencies from the account, even if others share access, and where other entities or individuals share that access, identify them to the extent known.

9. Describe, in detail, all interactions you have had in any capacity with Defcad user "Cyan" (https://defcad.com/users/Cyan/).

10. Describe all interactions you have had in any capacity with Kieran Philo.

11. Describe in detail the creation, operation, and current control of PrecursorParts.com, including domain ownership, hosting, funding sources, and content publication authority.

12. Describe in detail the creation, operation, and current control of FEDCAD.com, including domain ownership, hosting, funding sources, and content publication authority.

13. Describe in detail the creation, operation, and current control of Defcad.com, including domain ownership, hosting, funding sources, and content publication authority.

14. Identify the person(s) or entity(ies) that operate the webserver located at 194.147.222.183.

15. Identify the person(s) or entity(ies) that operate the webserver located at 65.109.192.74.

16. Describe your sale of the property and real estate at 18209 MARSHALLS POINT DR BLDG 3, TX 78645 to Cheyenne Morgan. Your response must include:

    a. Why the property was sold;

    b. How much it was sold for;

    c. Why you continued to maintain this address as the registered address for one of your businesses after the sale.

17. Identify all agents and members of Defcad Inc., along with their roles and responsibilities.

18. Identify all agents and members of Defense Distributed, along with their roles and responsibilities.

19. Identify all agents and members of Dioskouroi, along with their roles and responsibilities.

20. Identify the complete contents of any packages sent from you or your companies (including packages sent from the 2320 Donley Drive Suite C Austin, TX 78758) which were addressed to counterdefendant John Elik between the dates of June 1st, 2024 and June 30th, 2024.

21. Explain the purpose of any packages sent from you or your companies (including packages sent from 2320 Donley Drive Suite C Austin, TX 78758) which were addressed to counterdefendant John Elik between the dates of June 1st, 2024 and June 30th, 2024.

22. Identify any and all real estate or other real property in which you, either directly or indirectly—including through a non-publicly traded business entity you had direct or indirect control of, and through straw or nominee transactions—have had any ownership interest in from January 1, 2016 onward. Include both property in which you gained AND property in which you already held ownership interest from January 1, 2016.

23. Identify all instances where security vulnerabilities with defcad.com have been detected, addressed, or corrected. Include details about how these vulnerabilities were detected, what data could have been accessed by an intruder who used them, what measures were taken to correct the vulnerabilities, and what compensation, if any, was given to those responsible for either finding, addressing, or correcting any such vulnerabilities.

24. Describe in detail the corporate governance policies of Defense Distributed, Defcad, and FEDCAD as of the time the files were uploaded, including how content was selected for publication.

25. Identify each individual who assisted in uploading or approving the upload of CAD files authored by any Counterdefendant, and describe your relationship to each individual.

Respectfully submitted,

DATED:  July 25, 2025

/s/Matthew Larosiere
Matthew Larosiere, Esq.
Fla. Bar. No. 1005581
The Law Offices of Matthew Larosiere
6964 Houlton Circle
Lake Worth, FL 33467
Email: Larosieremm@gmail.com
Tel: (561) 452-7575
*Lead Counsel for Counterdefendants Elik, Stroke, and Lettman*

**Certificate of Service**

I hereby certify that the foregoing was served on Cody Wilson's attorney of record via email on Friday, July 25, 2025.

*/s/ Matthew Larosiere*