United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____      No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter
Celentano, Josh Kiel Stroke, John Lettman,
and MAF Corp,
    Counterdefendant / Third-Party
    Defendants.

---

**Declaration of Garret Walliman**
**September 4, 2025**

I, Garret Walliman, declare and state as follows.

1. I am a competent adult with personal knowledge of what this declaration states and, if called upon to do so, could and would competently testify to all of the facts set forth herein.

## The Gatalog Rocket.Chat

2. Rocket.Chat is an open-source team communication and collaboration platform designed for instant messaging, file sharing, and voice and video calls. It serves as an alternative to tools like Slack or Microsoft Teams, but unlike these tools, it is capable of being self-hosted on privately owned servers, to prevent third party access to team chat or file data.

3. "The Gatalog Rocket.Chat" is the Rocket.Chat instance hosted at chat.deterrencedispensed.com. It is utilized by Matthew Larosiere, John Elik, Alexander Holladay, Josh Stroke, John Lettman and others.

4. Rocket.Chat supports features like public and private chat channels ("rooms"), direct messaging and robust administrative controls. Rocket.Chat can be configured to encrypt user messages, although the Gatalog's Rocket.Chat does not appear to have this encryption enabled, meaning that anyone with access to Gatalog's Rocket.Chat server can read all Rocket.Chat message data.

5. Rocket.Chat administrators control evidence preservation and destruction within the system. They control the server's deletion / preservation policies, and they can also grant themselves special permission to override these policies. They can delete any messages or files across public and private rooms regardless of user-level restrictions or permissions. Similarly, administrators can delete any room or user, deleting entire message histories along with. These deletions can be performed without anyone's knowledge or consent. Alternatively, after the receipt of a litigation hold letter, an administrator can also configure Rocket.Chat to disallow any message edits or deletions, preserving all evidence for future discovery.

6. Rocket.Chat can be configured to support a wide variety of policies related to data retention or deletion. Administrators can grant users permission to edit or delete their own messages, or any message. Admins can also remove these permissions, or limit them by defining a time limit after which

2

a message cannot be edited or deleted. Similar permissions control whether a user can delete a room they created, or their own user account.

7. If users are granted permission to delete their own accounts, administrators can configure Rocket.Chat to either delete or preserve that account's message history. Administrators can grant themselves, or other users, a special "force-delete-message" privilege that overrides all other system protections, enabling immediate and permanent removal of evidence even when standard deletion controls would otherwise prevent or preserve it.

8. Most of the pertinent retention / deletion settings for the Gatalog's Rocket.Chat server can be found via querying its public API. A review of these settings shows that the Gatalog's Rocket.Chat server is configured to facilitate the destruction of evidence. Every setting that would allow users to destroy their own data, and to obscure this evidence destruction from review, has been activated.

9. Rocket.Chat's manual deletion capabilities enable administrators to systematically destroy evidence on both small and large scales, ranging from surgical elimination of individual incriminating messages to removal of entire channels, workspaces, or document repositories, erasing months or years of communications in moments.

10. Administrators can selectively target specific conversations, file uploads, or communication threads while leaving benign content intact, creating the appearance of normal operations while systematically destroying litigation-relevant evidence. Bulk deletion features allow administrators to eliminate entire categories of electronically stored information — such as all communications from specific time periods, all communications from specific users, or all files shared in particular channels.

11. Once administrators execute these deletion commands, the targeted content vanishes immediately from all user interfaces and becomes irretrievable unless those same administrators previously implemented backup systems, which they control and can also manipulate or destroy to ensure permanent evidence elimination.

12. Gatalog's Rocket.Chat server is currently set to automatically prune all files older than 30 days, obliterating historic evidence of illegal file transfers. Furthermore, we find evidence that at least one room pertinent to Defense Distributed's claims has been set to automatically destroy, on a rolling basis,

messages older than seven days. This same automatic pruning could be enabled in other pertinent hidden rooms, continuously destroying ESI with every passing day.

13. Some versions of Rocket.Chat contain a comprehensive audit logging system, which creates detailed forensic trails of all deletion activities, user actions, and system modifications. These audit logs, when they exist and remain unaltered, provide irrefutable evidence of the timing, scope, and intent behind evidence destruction, including precise timestamps showing deletions occurring immediately after litigation hold notices and detailed records of which administrators performed bulk evidence elimination.

14. Administrators can upgrade to a Rocket.Chat Enterprise version and enable audit logging at any time. However, the Gatalog Rocket.Chat software has been maintained on a version that does not feature audit logging. Lacking these audit logs, it is extremely difficult to determine the full scope of spoliation or to reconstruct what evidence existed before its destruction. While other analyses we have conducted reveal portions of this scope, Gatalog administrators' widespread evidence destruction and their decisions regarding deletion and preservation policies mean that we will likely never be able to produce a complete record of their spoliation.

15. In addition to the power exercised by Rocket.Chat administrators, even greater power over deletion and preservation of records is wielded by webserver administrators. Webserver administrators have direct access to the "backend" computer systems on which the Rocket.Chat software is running. This includes the Rocket.Chat software's main database, and a webserver admin's direct access allows them to view, edit and delete every piece of data sent and stored in Rocket.Chat, regardless of any other access controls.

16. Webserver administrators can also easily create and safeguard copies or backups of this database for preservation and compliance with litigation holds. Creating regular database backups is a standard best practice for webserver administrators. If these backups do not exist, they were either intentionally destroyed, or a choice was made to disregard universal best practices to avoid producing discoverable records.

17. The evidence destruction described above ensures that deleted files, messages, rooms and users are irrecoverable through most recovery methods. Enterprise versions of Rocket.Chat do, in some cases, allow for

recovery of deleted messages for sake of compliance, but Gatalog has maintained their Rocket.Chat on a Community version which does not include this recovery function

18. Some deleted messages may be recoverable by webserver administrators, but this is limited to a subset of deleted messages whose method of destruction matches certain requirements. Without further insight into Gatalog Rocket.Chat's configuration, we cannot be certain how many deleted messages, if any, can be recovered by a webserver administrator. This said, our analysis suggests that at a minimum all messages deleted by any administrator, and all messages deleted by retention policies / pruning, have been purged even from the underlying database and are truly irrecoverable.

## Spoliation

19. Before September 2024, the Gatalog Rocket.Chat housed massive troves of electronically stored information that should have been preserved in the anticipation and conduct of this litigation.

20. After September 2024, widespread and systemic spoliation of the Gatalog Rocket.Chat's electronically stored information occurred. Over 73,000 messages were deleted and at least 89 "beta rooms" were deleted. Deleted matters relate to the design and development of firearms technologies by Matthew Larosiere, John Elik, Alexander Holladay and others.

21. Specifically, since January 12th, 2025, Gatalog Rocket.Chat administrators—whom the Counterdefendants have declared can only be themselves—have deleted or failed to preserve at least 21 of the Gatalog Rocket.Chat's rooms. These 21 rooms are:

    beta.ctrlpew.TacDaddy

    beta.Ivan.CM-1

    beta.ImmortalRevolt.ROGUE-9

    beta.ImmortalRevolt.REBEL-9

    beta.szeth.SBAD22

    beta.Baconman121.COVID-22

5

Docusign Envelope ID: AAD399F7-FA08-4640-A661-8F0FF95B61B9

  beta.tjb556_Merlin

  beta.generalscotty_trudeau-sks-mag

  beta.timbrewslice_bidenbuybackblaster

  beta.American762_PartyPopper

  beta.space_privateer_SPACEJUNKV2

  beta.hotsauce.FGC9_Stingray_Edition

  beta.chairmanwon_bigpp95

  beta.VanguardArms_Pathfinder.SingleShot22

  beta.bad_face.epsilon-08

  beta.digitalnimbus.InvaderPDW

  beta.CJwelcome_SaberToothMac-9

  beta.foobadoo_GGGR

  beta.vogels.Vuurwapen_HMC9

  beta.NTTH_AssaultDolphin9

  gen.ghostgunner

These deleted rooms contained at least 14,586 messages, now all deleted.

22. In addition to these 21 rooms, other rooms such as beta.Ze_Carioca.Urutau (perhaps renamed to model.Urutau) have been kept but wiped, and configured to automatically delete ("prune") all posted messages older than a certain age. This pruning functionality was introduced following receipt of the Counterdefendants' litigation hold letters.

23. A different method of analyzing the Gatalog Rocket.Chat finds 68 additional deleted rooms. Gatalog administrators previously advertised these rooms, which were deleted since 11/11/2024:

  beta.nguyenkvvn_PS522

beta.nguyenkvvn_MERP

beta.gerald.katz_Tomkatz.3032 (or beta.gerald.katz_Tomkatz)

beta.ImmortalRevolt.FGC22

beta.ImmortalRevolt.FGC9_RIP

beta.broletariat.Boring_ecm

beta.ImmortalRevolt.V2_FGC_Triggergroup

beta.truandjust_Truger.SR22

beta.advanced.payment.MPC

beta.kelli.blue.Groovy_Rocket_Flare

beta.kelli.blue.tripwire

beta.nguyenkvvn_dd42.1

beta.orneryordnance.FSA_Trigger

beta.Shit_on_Wheels.YEET22

beta.mrbumpysbigigloo.FGC-9_EVO_Modification

beta.GlenTheTimeless.OTC15

beta.Kukitan.Morgan22

beta.photon19.ClampChamp22

beta.DogScience.LPPDW

beta.gerald.katz.Kitty_Kan

beta.alfred.deuse.Ruger_MKX

beta.bigfoot_goes_boom.PacMac

beta.jimothy.perkins.RadialLizard

beta.defualtt.SKS_Mag

beta.lukesau.FRTE

beta.UberClay.Styrmir

beta.mprtech1.UMP11_9

beta.S3kt0r.Nightvision

beta.UberPoor.Sigxty_Nine

beta.RiptideRails.RiptideHolsters

beta.RICECUTTA.komodaru

beta.bella.rudd.Winniethepew

beta.DBfirearms.CzechNine

beta.krinky.dink.37_40mm_shells

beta.nguyenkvvn.PPPX-open

beta.rsmith28.ExtendedECMbarrelsV2

beta.Atmac.Bigpointv2

beta.pla.boi.FTN.3

beta.pembie000industries.kneel_son_device

beta.altpersonalitty.FLOsuppressor

beta.nikolai.romanov.SYSTEMA

beta.pembie000industries.KurtGoBang

beta.unseenkiller.LiberHATEr

beta.UberClay.Hornet

beta.pembie000industries.SloppySeconds

8

  beta.dakkax3.bearingdelay

  beta.Remnants.MAC_FRT

  beta.Remnants.CZAR_V3_SuperSafety

And this method of analyzing the Gatalog Rocket.Chat also finds the following rooms to have been deleted:

  beta.c0ld_d8rk_h8nd.ecm_skunkworks

  beta.freecity17_TheLopez_colt_25r_mag

  beta.freeman1337_FannyBlaster-v2-stipples

  beta.freeman1337_Wooly_Bully

  beta.freeman1337_FOSS_Cannon

  beta.geraldkatz_bobkatz.21a

  beta.Hellreaver.Chelada

  beta.ivan.3011

  beta.Klaviermeister_Invisiboogle-16

  beta.mrbumpysbigigloo.kb_57

  beta.nguyenkvvn_SW9

  beta.nguyenkvvn_KAP9

  beta.nguyenkvvn_S709

  beta.nguyenkvvn_TMS-509

  beta.suckboytony.Plasma_musket

  beta.TimBrewSlice_92PDW

  beta.TyrannicalTy.Cobra_40

    beta.zucc_this_glock_gen4_5

    beta.Ivan.Amigo_Grande_CETME_C

    beta.MattLaAtLaw.P99

  These 68 deleted rooms include two rooms for files at issue in the current complaint (beta.Ivan.Amigo_Grande_CETME_C, beta.MattLaAtLaw.P99). Conversely, the room beta.Fuddbusters.Hitchhiker, also representing a file at issue, appears to still exist but is hidden, and given the treatment of rooms like model.Urutau, we find it likely that its contents have been pruned.

24. In addition to the messages deleted along with the rooms above, since 8/17/2024, 11,424 messages were deleted from rooms / channels which remain open. 9,842 of the 11,424 messages mentioned above were deleted after January 12th, 2025.

25. The sum total of all deleted messages calculated using the various methods of analysis is: (a) 11,424 messages deleted from open public rooms, (b) 14,586 messages deleted when the 21 rooms listed above were deleted, and (c) 47,192 messages extrapolated from the 68 rooms listed above. The overall total exceeds 73,000.

26. Matthew Larosiere utilized the Gatalog Rocket.Chat with username "MattLaAtLaw" and had administrative privileges sufficient to preserve some or all of its recently deleted electronically stored information. The Gatalog Rocket.Chat's server hosting bills are invoiced to the registered address of MAF Corp. (the Florida company that Larosiere is an officer and director of).

27. John Elik utilized the Gatalog Rocket.Chat with username "Ivan", and had and still has administrative privileges sufficient to preserve some or all of its recently deleted electronically stored information.

28. Alex Holladay utilized the Gatalog Rocket.Chat with username ""ctrlpew" and had and still has administrative privileges sufficient to preserve some or all of its recently deleted electronically stored information. On October 22, 2024, Alex Holladay as Gatalog Rocket.Chat user "ctrlpew" advertised that the leadership of The Gatalog would at that time begin deleting evidence in the Rocket.Chat:



29. John Lettman utilized X/Twitter with username "jny the human." On October 22, 2024, John Lettman as X/Twitter user "jny the human" advised followers to destroy evidence that is the subject of this action.





Garret Walliman

September 4, 2025

11