**United States District Court**
**Middle District of Florida**
**Orlando Division**

Matthew Larosiere,
 Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
  Defendants.

_____   No. 6:24-cv-1629

Defense Distributed,
 Counterplaintiff /
 Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay,
Peter Celentano, Josh Kiel Stroke,
John Lettman, and MAF Corp,
 Counterdefendant /
 Third-Party Defendants.

_____

**Defense Distributed's**
**Rule 41(a)(1)(A)(i) Notice of Dismissal**

**Rule 41(a)(1)(A)(i) Notice of Dismissal**

Rule 41 provides that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," and confirms that this "applies to a dismissal of any counterclaim, crossclaim, or third-party claim." Fed. R. Civ. P. 41(a)(1)(A)(i), (c). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defense Distributed hereby voluntarily dismisses without prejudice all of its counterclaims, crossclaims, and/or third-party claims. *See* Doc. 52 (Defense Distributed's live pleading).

> Respectfully submitted,
>
> /s/ Chad Flores
> Chad Flores
> cf@chadflores.law
> Texas Bar No. 24059759
> Flores Law PLLC
> 917 Franklin Street
> Suite 600
> Houston, Texas 77002
> T (713) 364-6640
> F (832) 645-2496
>
> Counsel for Defense Distributed