**United States District Court**
**Middle District of Florida**
**Orlando Division**

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____       No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
    Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay,
Peter Celentano, Josh Kiel Stroke,
John Lettman, and MAF Corp,
    Counterdefendant /
    Third-Party Defendants.

_____

**Defense Distributed and Cody Wilson's Response to**
**Former Counterdefendant John Elik's Short-Form Motion to Compel**
**Complete Responses to Interrogatories**

    The motion to compel discovery responses, Doc. 121, should be denied. Once Defense Distributed voluntarily dismissed without prejudice all of its claims against movant John Elik, Doc. 123, their former controversy became moot and Elik lost the "party" status that discovery demands require. *See, e.g.*, Fed. R. Civ.

P. 26(b)(1) ("*Parties* may obtain discovery…" (emphasis added); Fed. R. Civ. P. 37(a)(1) ("a *party* may move for an order compelling disclosure or discovery" (emphasis added). A Rule 41(a)(1) dismissal "strips the court of jurisdiction and leaves it without power to make legal determinations on the merits." *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1275 (11th Cir. 2012).

## Conclusion

The motion should be denied because John Elik is no longer a party to this litigation.

Respectfully submitted,

s/ F. Andino Reynal
F. Andino Reynal
areynal@frlaw.us
Texas Bar No. 24060482
The Reynal Law Firm, PC
917 Franklin
6th Floor
Houston, Texas 77002
T (713) 228-5900
F (713) 820-6981

Counsel for Defense Distributed

Certificate of Service

I certify that a true and correct copy of this response was served on opposing counsel by the Court's CM/ECF system.

s/ F. Andino Reynal
F. Andino Reynal