United States District Court
Middle District of Florida
Orlando Division

| | |
|---|---|
| Matthew Larosiere,<br><br>     Plaintiff,<br><br>vs.<br><br>Cody Wilson, *et al*.,<br><br>     Defendants.<br><br>And Related Claims. | Case No: 6:24-cv-1629<br><br>MOTION TO WITHDRAW<br>WITH CLIENT CONSENT |

Pursuant to Florida Middle District Local Rule 2.02(c), undersigned counsel David S. Gingras, Esq. moves for an order permitting him to withdraw from this matter as co-counsel for Defendants Cody Wilson, *et al.*

To be clear – this motion only seeks leave for the withdrawal of undersigned counsel (David S. Gingras), and this request is made with client consent. Assuming this request is granted, Defendants will continue to be represented by their current co-counsel, Charles (Chad) Flores and Federico Andino Reynal. This request does not apply to any other counsel of record other than David S. Gingras.

### Certification

Pursuant to Local Rule 2.02(c)(1)(B), I certify Defendants Cody Wilson, et al., consent to this withdrawal, and therefore the 14-day notice period of the rule

does not apply. In addition, Defendants will continue to be represented by their current counsel of record in this matter, so Local Rule 2.02(c)(1)(B)(ii) (requiring disclosure of a *pro se* litigant's contact information) does not apply.

Pursuant to Local Rule 3.01(g) I have conferred with the opposing party and represent the opposing party takes no position with respect to this motion.

RESPECTFULLY SUBMITTED Sept. 8, 2025.

**Gingras Law Office, PLLC**

/s/ David S. Gingras
David S. Gingras, Esq.
Admitted *Pro Hac Vice*
Arizona Bar #021097;
California Bar #218793
**Gingras Law Office, PLLC**
4802 E. Ray Road, #23–271
Phoenix, AZ 85044
Tel.: (480) 264-1400
David@GingrasLaw.com