# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

        Plaintiff,

v.                                                    Case No:   6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED and DIOSKOUROI
LLC,

        Defendants
/Third Party Plaintiff,

MAF CORP., JOHN LETTMAN,
MATTHEW LAROSIERE, PETER
CELENTANO, THE GATALOG,
JOSH KIEL STROKE, JOHN ELIK,
THE GATALOG FOUNDATION,
ALEXANDER HOLLADAY, MAF
CORP., THE GATALOG,
ALEXANDER HOLLADAY, JOHN
LETTMAN, JOSH KIEL STROKE,
PETER CELENTANO and JOHN
ELIK,

        Third Party
        Defendants.

**ORDER**

Before the Court is a Motion to Withdraw with Client Consent, seeking the

withdrawal of David S. Gringas, Esq. as counsel for Defendants.   Doc. No. 126.

Plaintiff takes no position on the motion.   *Id.* at 2.   On review, the motion (Doc.

No. 126) is **GRANTED**.   Attorney Gringas is hereby **TERMINATED** as counsel for

Defendants.   Defendants remain represented by Charles (Chad) Flores, Esq. and

Federico Andino Reynal, Esq.   *See* Doc. Nos. 13, 21.

**DONE** and **ORDERED** in Orlando, Florida on September 8, 2025.

_____

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record