**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MATTHEW LAROSIERE,

      Plaintiff,

v.                                    Case No.: 6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON, DEFCAD,
INC., DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

      Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on Counter and Third-Party Defendant Defense Distributed's Rule 41(a)(1)(A)(i) Notice of Dismissal (Doc. 123). Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), all counter and third-party claims asserted in the Second Amended Answer with Counterclaims (Doc. 52) are **DISMISSED without prejudice**. Counterdefendants' Consolidated Motion to Dismiss Counterclaims (Doc. 71) is **DENIED as moot**. The Clerk is directed to terminate all counter and third-party parties in this matter and amend the case style accordingly.

**DONE AND ORDERED** at Orlando, Florida on September 11, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record