fsaUNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.

_____/

**JOHN ELIK'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL (DOC. 121)**

Former Counterdefendant John Elik, by and through his undersigned counsel, in accordance with this Honorable Court's September 8, 2025 Order (Doc. 127) hereby gives notice of withdrawal of his September 4, 2025 Motion to Compel Complete Responses to Interrogatories (Doc. 121).

Respectfully submitted,

DATED: September 11, 2025

    /s/Matthew Larosiere
    Matthew Larosiere, Esq.
    Fla. Bar. No. 1005581
    The Law Offices of
    Matthew Larosiere
    6964 Houlton Circle
    Lake Worth, FL 33467
    Email: Larosieremm@gmail.com
    Tel: (561) 452-7575
    *Counsel for John Elik*

2

**Certificate of Service**

I hereby certify that a copy of the foregoing was served on all parties to this action by CM/ECF.

/s/ Matthew Larosiere
Matthew Larosiere