UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                    Case No: 6:24-CV-01629

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Leia V. Leitner, of Wilson Elser Moskowitz Edelman & Dicker LLP, hereby enters her appearance on behalf of Defendants, **Cody Rutledge Wilson** and **DEFCAD, Inc.**, Individually in the above-captioned action.

DATED this 19th day of September, 2025.

                Respectfully submitted,

                **WILSON ELSER MOSKOWITZ**
                    **EDELMAN & DICKER LLP.**

By:  *s/Leia V. Leitner*
       Leia V. Leitner
       Florida Bar No: 105621
       111 North Orange Avenue
       Suite 1200
       Orlando, FL 32801
       Telephone:    407-423-7287
       Facsimile: 407-648-1376

Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Counsel for Defendants*
*Cody Rutledge Wilson and*
*DEFCAD, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of September, 2025 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com.

*s/Leia V. Leitner*
Leia V. Leitner