UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                                                            Case No: 6:24-CV-01629

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

**NOTICE OF ENTRY OF APPEARANCE**

    PLEASE TAKE NOTICE that Jura C. Zibas, of Wilson Elser Moskowitz Edelman & Dicker LLP, hereby enters her appearance on behalf of Defendants, **Cody Rutledge Wilson** and **DEFCAD, Inc.**, Individually in the above-captioned action.

    DATED this 19th day of September, 2025.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ**
   **EDELMAN & DICKER LLP.**

By: *s/Jura C. Zibas*
    Jura C. Zibas, Esq.
    Florida Bar No: 124571
    2063 Main Street - Suite 100
    Sarasota, FL 34237
    Telephone: 941-866-8561
    Facsimile: 941-210-5979

Jura.Zibas@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Counsel for Defendants*
*Cody Rutledge Wilson and*
*DEFCAD, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 19th day of September, 2025 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com.

　　　　　　　　　　　　　　　　　　　*s/Jura C. Zibas*
　　　　　　　　　　　　　　　　　　　Jura C. Zibas