United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

_____      No. 6:24-cv-1629

Defense Distributed,
    Counterplaintiff /
Third-Party Plaintiff,

v.

The Gatalog, Matthew Larosiere,
John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, and MAF Corp,
    Counterdefendant / Third-Party Defendants.

## Declaration of Garret Walliman
### September 19, 2025

I, Garret Walliman, declare and state as follows.

1. I am a competent adult with personal knowledge of what this declaration states and, if called upon to do so, could and would competently testify to all of the facts set forth herein.

2. The following image is a screenshot of a sequence of communication in a Gatalog Rocket.Chat room titled "beta.Ivan.CM-1", between John Elik and other Gatalog members. It was captured June 11th, 2025. The captured conversation was deleted no later than June 18th, 2025.

    The "[beta.Ivan.CM](beta.Ivan.CM)-1" room was used by John Elik, using the pseudonym "Ivan", to facilitate the development, testing and release of the "CM-1", a project substantially similar to the putatively copyrighted files at issue in this lawsuit.

    The screenshot shows a small subset of the communication that took place in this "beta room"; what communications are visible show that the "CM-1" project was broadly shared among fellow room members prior to its putative "publication", and further shows that the development of this project was a collaborative effort between several individuals.

    The last message in the screenshot, posted by Elik, expresses his intent to delete the beta room "[beta.Ivan.CM](beta.Ivan.CM)-1". The dates in this screenshot show that Elik's message was posted well after the commencement of the current lawsuit, and well after Elik's receipt of the litigation hold letter. Just as Elik promised, the room and all communications contained were subsequently deleted.

Docusign Envelope ID: D271E322-4716-473B-AF88-93D1404D0439



3

3. The following image is a screenshot of a sequence of communication in a Gatalog Rocket.Chat room titled "beta.Ivan.CM-1", between John Elik and other Gatalog members. It was captured June 11th, 2025. The captured conversation was deleted no later than June 18th, 2025.

   This screenshot shows a continuation of the conversation provided in the previous screenshot. It was captured using a slightly different method which displays additional details about the participants in the conversation, including "role tags" next to users' pseudonyms. The role tag next to Elik's pseudonym indicates that he is a full administrator of the Gatalog Rocket.Chat, with total control over content preservation policies, audit logs, and the power to delete any evidence on the Rocket.Chat server.

   

4. The following image is a screenshot of a conversation in the "general" channel of the Gatalog Rocket.Chat server between Alex Holladay and several other Gatalog members. The conversation took place on October 22nd, 2024 and was captured that same day.

   In this conversation, Holladay (using the pseudonym "ctrlpew") identifies Matthew Larosiere (using the pseudonym "fuddbusters") as a "fellow admin" of the Gatalog Rocket.Chat server.

   Holladay is an employee of Matthew Larosiere and is an administrator of the Gatalog Rocket.Chat server, as can be seen by the "Admin" role tag next to his username. This means he has total control over content preservation policies, audit logs, and the power to delete any evidence on the Rocket.Chat server.



5. The following image is a screenshot of a conversation in the "general" channel of the Gatalog Rocket.Chat server between "gerald.katz", a Gatalog administrator, and other Gatalog members. The conversation took place on January 28th, 2024 and was captured on September 18th, 2025.

This screenshot shows a Gatalog member requesting access to the "beta room" for the Hitchhiker. He is advised by "gerald.katz" to send a direct message to Matthew Larosiere (identified by his pseudonym "MattLaAtLaw") to request this access.

For Matthew Larosiere to meaningfully respond to this access request, he would have to both log into the Gatalog Rocket.Chat and utilize administrative functionality to grant this user access to the Hitchhiker beta room. The fact that other Gatalog administrators are recommending that users send Larosiere access requests indicates that Larosiere is regularly performing these actions.

"gerald.katz" also mentions the name of the Hitchhiker beta room, "beta.Fuddbusters.Hitchhiker." The Rocket.Chat server's user interface formats this text as a link, indicating that it corresponds to an actually existing room.



6. The following image is a screenshot of a conversation in the "general" channel of the Gatalog Rocket.Chat server between several Gatalog members. The conversation took place on January 29th, 2024 and was captured on September 18th, 2025.

This screenshot shows Gatalog members discussing obtaining access to the "beta room" of the Hitchhiker project. A user with pseudonym "Shootergs1" states that he is waiting to be granted access to this room, then ten hours later states that he received this access.

"Shootergs1" recommends that other users send a "DM" (direct message) to Matthew Larosiere, using his pseudonym "MattLaAtLaw", to similarly be granted access. This indicates that Larosiere actually granted "Shootergs1"'s access request, meaning that Larosiere was actively logging in to the Rocket.Chat server at this time, and was utilizing administrative privileges to grant access requests.



7. The following image is a screenshot of a conversation in the "general" channel of the Gatalog Rocket.Chat server between several Gatalog

6

members. The conversation took place on January 30th, 2024 and was captured on September 18th, 2025.

This screenshot shows Gatalog members discussing obtaining access to the "beta room" of the Hitchhiker project. A user with pseudonym "robert102" states that he wants to be granted access to this "beta room." In response, a user with pseudonym "ethan.hall" recommends that this user send a direct message to Matthew Larosiere, using his pseudonym "MattLaAtLaw".

The fact that other Gatalog users are recommending that users send Larosiere access requests on the Rocket.Chat platform indicates that Larosiere was actively logging in to the Rocket.Chat server at this time, and was utilizing administrative privileges to grant access requests.



8. The following image is a screenshot of a conversation in the "general" channel of the Gatalog Rocket.Chat server between John Lettman (identified by his pseudonym "jny"), Matthew Larosiere (identified by his pseudonym "MattLaAtLaw") and other Gatalog members. The conversation took place on October 18th, 2021 and was captured on September 18th, 2025.

The screenshot shows Larosiere advertising the launch of the "beta room" for his "P99" project, one of the putatively copyrighted files at issue in this case. Larosiere invites users to "DM" (direct message) him to request access to this beta room, where he will share the putatively copyrighted files with them and will invite them to collaborate with him on further development of these files.

As with the screenshots related to the "Hitchhiker" project above, this screenshot indicates that Larosiere was actively logging into the Gatalog

7

Rocket.Chat server and was utilizing administrative powers to manage a "beta room."

This screenshot also shows Lettman granting Larosiere administrative power over the Gatalog Rocket.Chat's "general" channel. Larosiere's message immediately following Lettman's delegation of power shows a "Moderator" role tag next to Larosiere's username, indicating that these powers were successfully granted.

The fact that this role tag is still visible when the screenshot was captured on September 18th, 2025 indicates that Larosiere still possesses this role. This role grants him a heightened level of control over evidence preservation and deletion in the Gatalog Rocket.Chat "general" channel, and possibly other channels as well.



9. The following image is a screenshot of a conversation in the "off_topic" channel of the Gatalog Rocket.Chat server between Alexander Holladay (identified by his pseudonym "ctrlpew") and other Gatalog members. The conversation took place on October 22nd, 2024 and was captured on September 19th, 2025.

In this conversation, Gatalog member "crafty_waffle" suggests to Holladay that Holladay implement various automated technologies to destroy evidence. Holladay responds that they are intending to "take this into account" for future software updates to the Rocket.Chat server. This conversation took place a month after the initiation of the current lawsuit, well after Holladay received a litigation hold letter.

Holladay is an employee of Matthew Larosiere and is an administrator of the Gatalog Rocket.Chat server, as can be seen by the "Admin" tag next to his username. This means he has total control over content preservation policies, audit logs, and the power to delete any evidence on the Rocket.Chat server.

Holladay also has the ability to perform "software updates" of the nature he describes to facilitate automatic evidence destruction.



10. The following image is a screenshot of a post on Twitter / X by John Lettman, using the pseudonym "jny the human". This post was made on October 22nd, 2024 and was captured the same day.

In his post, Lettman uses coded language to advocate to his audience that they destroy evidence related to the ongoing lawsuit.

Lettman has in other venues self-identified as "the IT guy" for the Gatalog Rocket.Chat, giving him maximal access to configure the Rocket.Chat server to allow users to delete evidence. He himself also maintains the power to delete any evidence on this server, either via Rocket.Chat administrative interfaces or via direct access to the webserver. This power is verified by the presence of an "Admin" tag next to his pseudonym in Screenshot #8, above.





Garret Walliman

September 19, 2025

10