United States District Court
Middle District of Florida
Orlando Division

| | |
|---|---|
| Matthew Larosiere, Plaintiff, v. Cody Wilson, et al., Defendants | Case No. 6:24-cv-1629 <br><br> **Motion to withdraw with client consent.** |

Pursuant to Florida Middle District Local Rule 2.02(c), undersigned counsel Federico Reynal moves for an order permitting him to withdraw from this matter as co-counsel for defendants Cody Wilson, *et a*l.

This motion only seeks leave for the withdrawal of undersigned counsel (Federico Reynal), and this request is made with client consent. Assuming this request is granted, defendants will continue to be represented by their current co-counsels. This request does not apply to any other counsel of record other than Federico Reynal.

### Certification

Pursuant to Local Rule 2.02(c)(1)(B), I certify that defendants Cody Wilson, et al., consent to this withdrawal, and therefore the 14-day notice period of the rule does not apply. In addition, defendants will continue to be represented by their current counsel of record in this matter. So local rule

2.02 (c)(1)(B) (ii) (requiring disclosure of a pro se litigant's contact information) does not apply.

Pursuant to Local Rule 3.01 (g), I have conferred with the opposing party, and represent the opposing party takes no position with respect to this motion.

Respectfully submitted September 25, 2025,

/s/ F. Andino Reynal
The Reynal Law Firm, P.C.
917 Franklin Street, 6th Floor.
Houston, Texas 77002
Tel. 713228.5900
areynal@frlaw.us
