## AFFIDAVIT OF JOHN LETTMAN

1. I am John Lettman, a resident of the Commonwealth of Pennsylvania.

2. I have previously been party to this action as a counterdefendant and I am continually referenced in Mr. Cody Wilson's filings despite not being party; however, I aim to provide a perspective without the aforementioned coloring my analysis.

3. I am an Embedded Software Engineer and Site Reliability Engineer with 13 years of experience in related fields, particularly in the design, management, programming, deployment, and maintenance of computer software systems.

4. I am intimately familiar with the Rocket Chat software at the core of this affidavit as a user, administrator, and server maintainer for various instances.

5. Mr. Garret Walliman asserts to have analyzed "the Gatalog Rocket.Chat;" however I know it as the Deterrence Dispensed Chat, identifiable in the domain chat.deterrencedispensed.com.

6. I have administrative access to Deterrence Dispensed Chat.

7. The Deterrence Dispensed Chat operates on the Rocket Chat software.

8. Rocket Chat does not provide any user interface function that publicly displays the number of messages within a channel, particularly when those channels are private and accessible only to members authorized by the channel owner.

1

9. Because Mr. Walliman fails to disclose the means or methods by which he reached his conclusions, beyond "[a] different method of analyzing the Gatalog Rocket.Chat" (Doc 136 Ex. B p. 6), "this method" (Doc 136 Ex. B p. 9), or "the various methods of analysis" (Doc 136 Ex. B p. 10), I can only infer the likely origin of his claims.

10. Rocket Chat includes a separate system called a "web API," or just "API," a technical interface designed for programmers and advanced users.

11. To access it, a person must already have permission to log in to a Rocket Chat server and generate a "Personal Access Token" (PAT).

12. This PAT functions like a key: it does not unlock new information, but instead allows the user to access information they already have permission to view through a different, automated, and machine-readable method. A user may typically use this alternative means of access for special software, bots, and tools.

13. One of the available API tools is located at the URL path "/api/v1/channels.info?roomName=XYZ", where "XYZ" is replaced with the actual name of the channel.

14. When this path is visited with a valid PAT, it returns details about that channel in a machine-readable format, including the number of messages it contains.

15. However, and this is critical, the same response also includes the full text of the channel's messages themselves.

16. Thus, Rocket Chat never supplies a "message count" on its own; the only way to obtain it is in a format bundled together with the actual message content.

17. Accordingly, Mr. Walliman's implication that he could determine the number of messages in a channel without also having access to the content is misleading. Both the standard user interface and the web API deliver message counts only in a way that necessarily exposes the underlying conversations. In either case, a user who can see the count can also see the content.

18. I reviewed materials from Defendant in support of his assertion that the material was spoilated, in particular "nikolai-and-elik-conversation-on-jstark-and-the-gatalog-payments-pt.-2_tagged.png" produced in response to John Elik's Request for Production to Defense Distributed, Request 12:

[screenshot of Rocket Chat-style conversation log with messages from Ivan, sparquah, UberClay, ctrlnew, nikolai.romanov, and PaganGiraffe, dated 2024-03-02 through 2024-03-05, discussing Fedcad, gatalog, Stark, MK2, and related matters]

19. The image makes it clear that Mr. Wilson, Mr. Walliman, or another employee of Defense Distributed is using the web API.

20. Rocket Chat never produces messages in the pictured format.

21. This is the format of custom software.

4

22. Given Defendant is using custom software that functions via the Rocket Chat web API, he is exposed to the full contents of the channel.

23. Any lack of visibility into those full contents of the channel would necessarily need to be a deliberate choice made by the custom software Defendant is using.

24. It is also important to note the stark contrast between the Deterrence Dispensed Chat and DEFCAD's internal Slack.

25. The Deterrence Dispensed Chat is a public, hobbyist social media platform built for a community of firearms designers. At the time of writing, it has approximately 24,300 users.

26. By contrast, DEFCAD's Slack is a closed, private corporate communications tool, limited to its corporate participants (typically, employees).

27. The Deterrence Dispensed Chat empowers its members in much the same way as other social media platforms such as X, Facebook, Telegram, or Signal. Users can create or delete rooms, send messages, start private conversations, and configure features such as message auto-pruning or end-to-end encryption. These functions are controlled entirely by the users themselves.

28. These features have always existed and were always available to users in the Deterrence Dispensed Chat, including prior to the litigation.

29. To alter or prevent these user-level features would require significant and fundamental modifications to the Rocket Chat software itself.

30. Doing so would disrupt ordinary communication and run contrary to the platform's privacy-first principles. The administrators of the Deterrence Dispensed Chat do not change these settings arbitrarily.

31. Importantly, many private channels are used for responsible purposes: for example, "beta" or experimental designs are tested and vetted by users who can demonstrate safe practices to the design owner before the project is made public.

32. The channels cited in Mr. Walliman's analysis appear to include projects unrelated to this case and not connected to either the counter-defendants or the original copyright claim.

33. Users of the Deterrence Dispensed Chat follow informal naming conventions, particularly for "beta" projects. Such channels are often named in the format "beta.USER.PROJECT" or "beta.USER_PROJECT," where "USER" identifies the developer and "PROJECT" identifies the design.

34. I examined the list of channels provided by Mr. Walliman according to this informal naming convention.

35. All of the beta channels and all of the users mentioned are **not** involved with this action.

36. The following usernames appear to belong to third parties who are not parties to this action: Ivan, ImmortalRevolt, szeth, Baconman121, tjb556, generalscorry, timbrewslice, American762, space_privateer, hotsauce, chairmonwon, sevenperforce, VanguardArms, bad_face, digitalnimbus, CJwelcome, foobadoo, vogels, Ze_Carioca, and NTTH.

37. Additionally, many of the associated projects are never named in the copyright pleadings or referenced in Mr. Wilson's counterclaim or discovery requests. These include: TacDaddy, CM-1, ROGUE-9, REBEL-9, SBAD22, COVID-22, Merlin, trudeau-sks-mag, bidenbuybackblaster, PartyPopper, SPACEJUNKV2, FGC9_Stingray_Edition, bigpp95, ChuckleButton, SingleShot22, epsilon-08, InvaderPDW, SaberToothMac-9, GGGR, Vuurwapen_HMC9, AssaultDolphin9, and Urutau.

38. Given the lack of service or notice to these third parties, it would be unreasonable to expect them to preserve data, particularly where the projects are not related to this case.

39. Many may not even know this case exists.

40. The administrators of the Deterrence Dispensed Chat must be invited to unencrypted user private channels or use a special tool and technique to enter them and view their contents.

41. Where channels are encrypted, no special tool or technique can reveal the contents of messages to administrators.

7

42. Without entering a channel, the administrators are never exposed to the contents of channels.

43. Many administrators and moderators with power to override content decisions are not party to this case and may independently take content moderation actions, particularly where abusive or harmful content is uploaded to the Deterrence Dispensed Chat.

44. Indeed **no** administrators are party to this case.

45. Due to Mr. Walliman's assertions regarding Mr. Matthew Larosiere, I decided to inspect Mr. Larosiere's account on the Deterrence Dispensed Chat instance.

46. I learned that Mr. Larosiere does participate in a private administrator channel; however, Mr. Larosiere *does not* have administrator privileges for the Deterrence Dispensed Chat instance, despite my mistaken belief that he did due to his aforementioned presence in the private administrator channel.

47. According to server-side logs available to me, there has been no role changes for Mr. Larosiere's account. He has always been a "user."

48. Rocket Chat uses a database for information called MongoDB.

49. Information in MongoDB can be queried to quickly ascertain details in ways not available or easy on the Rocket Chat interface.

50. MongoDB separates information into "collections." For example, information about rooms/channels may have a "channel" collection and information about users may have a "user" collection.

51. Within collections, there are "columns" which store bits of information for each object. For example, a "user" may have a "username" or "email" associated with them on their row.

52. Rocket Chat stores ownership information for channels under the "u" column inside the "rocketchat_room" collection.

53. For example, to find all channels owned by the user with the username "ctrlpew," I am able to search MongoDB with the text: *find { "t": "c", "u.username": "ctrlpew"}*



54. When I searched for all channels owned by the Mr. Larosiere, who has the username "MattLaAtLaw," I found that he owned no channels:



55. Mr. Walliman states I granted Mr. Larosiere "administrative power" over the "general" channel, yet displays a picture where I gave him "moderator" privileges to the "general" channel (136, Ex. I p. 8) as demonstrated by the text *"jny set MattLaAtLaw as moderator."*

56. Mr. Walliman implies a "moderator" in a channel is a "moderator" for the entire instance and "possibly other channels" (136, Ex. I p. 8). It is not.

57. Mr. Walliman asserts the name of a role always carries certain privileges. It does not.

58. Rocket Chat enables fine-grained controls for what each role does.

59. For example, a server administrator could create a role called "administrator" that does nothing more than a "user" does.

60. This may not be intuitive, but Rocket Chat enables administrators to define custom roles with custom powers in an abundance of flexibility to support any number of creative implementations for different communities.

61. Mr. Larosiere has not logged in to the Deterrence Dispensed Chat instance since July 27, 2024:



62. Mr. Walliman uses the e-mail address bb.msf.dd@gmail.com with multiple variations, such as bb.msf.dd+2@gmail.com and bb.msf.dd+3@gmail.com.

63. Mr. Walliman's e-mail address is evinced by his public software code commits to Defense Distributed's public GitHub projects. For example, his account makes commit "b42f8e4" on the "grbl1v1g_GG3_GrBLDC3v0" at https://github.com/Defdist/grbl1v1g_GG3_GrBLDC3v0/commit/b42f8e461506e75b2d0b5d9014e64c323a49608d



13

64. According to information and belief, the "GW" username stands for "Garret Walliman."

65. On the Deterrence Dispensed Chat, Mr. Walliman possesses three separate accounts:

    1. Username "gw", real name "GW", e-mail bb.msf.dd@gmail.com, created January 13 2021, last logged in April 9 2021.

    2. Username "gw2", real name "gw", e-mail bb.msf.dd+2@gmail.com, created January 15 2021, last logged in May 23 2022.

    3. Username "gw3", real name "G W", e-mail bb.msf.dd+3@gmail.com, created May 24 2022, last logged in September 9 2025.

66. The suffix in the e-mail "+2" and "+3" is called "sub-addressing." It permits variations of the same e-mail address that will still be delivered to the same account.

67. As a result, all three accounts use the same e-mail address with sub-addressing.

68. All three accounts were verified via e-mail.

69. The latest account, "gw3", was active during this action.

70. Mr. Walliman also created a Personal Access Token for use with the "gw3" account.

14

71. Scraping the contents of channels via the web API with a Personal Access Token creates a distinct signature in the database with numerous "user join" messages (using the shorthand "uj").

72. It is likely Mr. Walliman wrote his software to quickly join channels, scrape their contents, and leave using his account and a Personal Access Token.

73. As a means of determining what changes, one would need to observe the state of channels at two points in time.

74. Mr. Walliman's software programming choices provide insight into these two points in time Defendant chose.

75. I queried for user joins from Mr. Walliman and limited my scope to relevant a relevant time period for this action and rapid-succession joins consistent with computer software automation using the query as follows: {"u.username": "gw3", "t": "uj"}

76. This revealed two significant events where Mr. Wallimans account rapidly joined a large number of channels:



77. On October 31 2024 at 6:59:55 PM UTC until 7:05:41 PM UTC, Mr. Walliman joined 39 channels. This is *event 1*.

78. That is 5 minutes and 46 seconds for 39 channels or 8.872 seconds per channel.

79. Joining a channel is a cheap operation for a computer system to perform, but serving their entire contents could explain the extra time required per channel.

16

80. On July 23 2025 at 9:29:45 PM UTC until 9:38:14 PM UTC, Mr. Walliman joined 10 channels. This is *event 2*.

81. That is 8 minutes and 29 seconds for 10 channels or 50.9 seconds per channel.

82. Once again, the extra time required per channel seems to suggest quite a bit more activity for this programmatic operation than simply joining.

83. I have reproduced event 1 below with a table of channels and the time they were joined by Mr. Walliman:

| Channel | Join Time |
| --- | --- |
| Model.RecessionRuger | 2024-10-31T18:59:55.551Z |
| beta.aveees.DDxx.3-a | 2024-10-31T19:00:03.336Z |
| Model.Ruger_P95 | 2024-10-31T19:00:12.208Z |
| beta.dakkax3.Spring_Winder | 2024-10-31T19:00:22.926Z |
| beta.spooky.spectre.Spitfire22 | 2024-10-31T19:01:12.742Z |
| beta.spookyspectre_thunderbolt | 2024-10-31T19:01:16.069Z |
| Model.waffle.mag | 2024-10-31T19:01:21.318Z |
| gen.3d_fdm_printing | 2024-10-31T19:02:01.856Z |
| gen.3d_resin_printing | 2024-10-31T19:02:21.646Z |
| gen.Launchers_37mm | 2024-10-31T19:02:28.468Z |
| gen.armor | 2024-10-31T19:02:41.819Z |
| gen.bounty | 2024-10-31T19:02:46.313Z |

| | |
|---|---|
| gen.cad101 | 2024-10-31T19:02:51.532Z |
| gen.california | 2024-10-31T19:03:01.919Z |
| gen.casting | 2024-10-31T19:03:07.806Z |
| gen.development | 2024-10-31T19:03:14.443Z |
| gen.ecm_rifling | 2024-10-31T19:03:18.824Z |
| gen.ministry_of_propaganda | 2024-10-31T19:03:39.511Z |
| gen.process-talk | 2024-10-31T19:03:47.944Z |
| gen.release | 2024-10-31T19:04:01.632Z |
| gen.vendors_deals_classifieds | 2024-10-31T19:04:08.678Z |
| gen.weekend_gunit | 2024-10-31T19:04:31.312Z |
| gen.wip_QA | 2024-10-31T19:04:35.519Z |
| gen.wip_photos | 2024-10-31T19:04:38.823Z |
| model.1022 | 2024-10-31T19:04:51.472Z |
| model.AK | 2024-10-31T19:04:56.369Z |
| model.accessory | 2024-10-31T19:05:03.104Z |
| model.ar10 | 2024-10-31T19:05:06.947Z |
| model.ar15 | 2024-10-31T19:05:15.532Z |
| model.diy-able | 2024-10-31T19:05:19.874Z |
| model.mac | 2024-10-31T19:05:27.279Z |
| model.magazines | 2024-10-31T19:05:31.381Z |
| model.semiautopistol | 2024-10-31T19:05:36.547Z |
| model.silencer | 2024-10-31T19:05:41.708Z |

84. The alphabetical order of the joined channels demonstrates the computer automation present in this activity.

85. I have reproduced event 2 below with a table of channels and the time they were joined by Mr. Walliman:

| Channel | Join Time |
| --- | --- |
| Beta.decimal.dot.CoreVent | 2025-07-23T21:29:45.620Z |
| Model.CAPI | 2025-07-23T21:29:58.755Z |
| Model.PocketPleaser | 2025-07-23T21:35:41.129Z |
| Model.Triton_9 | 2025-07-23T21:35:54.519Z |
| beta.Mr.Orkin.TheRyno | 2025-07-23T21:36:10.875Z |
| beta.UberClay.Akuto | 2025-07-23T21:36:14.389Z |
| beta.UberClay.OkZoomerV2 | 2025-07-23T21:36:25.290Z |
| beta.UberClay.MooreDakkaV2 | 2025-07-23T21:36:33.924Z |
| beta.UberClay.PlisskensPlinker | 2025-07-23T21:37:13.262Z |
| beta.decimal.dot.Decimator22V3 | 2025-07-23T21:38:14.226Z |

86. As with event 1, the alphabetical order of the joined channels demonstrates the computer automation present in this activity.

87. The channels are not relevant to the action, containing works by other third party users or general conversations on a variety of topics.

88. Importantly, when a channel becomes private after being public or is archived by administrators, the message from the web API is the same as if it were

deleted. For an inexperienced programmer using a Personal Access Token, there is no way to ascertain the difference. It can lead to catastrophic misstatements of fact, as Mr. Walliman may now be aware of.

89. Where two events are required to compare the state of channels, it is telling that Mr. Walliman chose to scrape irrelevant channels after Defense Distributed received it's first Requests for Production asking for the evidence of spoilation they asserted many months prior.

Under penalty of perjury, under the laws of the United States, I swear that the foregoing statement is true.

DATED THIS 25th day of September, 2025.

_____
JOHN LETTMAN

20