

Matthew Larosiere <larosieremm@gmail.com>

---

# Meet and confer re: motion to compel disclosure Re: Defense Distributed's Responses to John Elik's Interrogatories
9 messages

---

**Matthew Larosiere** <larosieremm@gmail.com>      Thu, Aug 21, 2025 at 8:01 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Hey guys, please provide dates of availability to meet and confer regarding:

1) A motion to strike the "Notice of Issue" filed, which presented itself as a motion, which was not the subject of conference, and the misrepresentations made to the court regarding the positions of other parties to the suit.

2) Your refusal to answer the interrogatories (rogs which direct what a response must include may not be counted separately unless the information is not logically related to the interrogatory).

3) The other objections asserted and whether you are withholding information Subject to these objections.

Thanks!

On Thu, Aug 21, 2025, 7:36 PM Federico Reynal <areynal@frlaw.us> wrote:
> Mr. Larosiere,
> Attached are Defense Distributed's responses to your client John Elik's discovery requests. The responsive documents will be mailed to you tomorrow in a harddrive unless you let me know that you prefer a digital file transfer.
> Sincerely,
> Andino Reynal

---

**Matthew Larosiere** <larosieremm@gmail.com>      Thu, Aug 21, 2025 at 8:13 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Oh, sorry, add your general denials in response to our requests for admission as a subject of discussion. As you know, the Rule 36(a)(4) requires that any response that is not an unqualified admission must specifically and fairly respond to the substance of the matter.

Thanks!
[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>      Fri, Aug 22, 2025 at 12:02 AM
To: Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Updated list of issues to discuss in the coming conference:

1) A motion to strike the "Notice of Issue" filed, which presented itself as a motion, which was not the subject of conference, and the misrepresentations made to the court regarding the positions of other parties to the suit.

2) Your refusal to answer the interrogatories (rogs which direct what a response must include may not be counted separately unless the information is not logically related to the interrogatory).

3) The other objections asserted and whether you are withholding information Subject to these objections.

4) Your general denials in response to our requests for admission as a subject of discussion. As you know, the Rule 36(a)(4) requires that any response that is not an unqualified admission must specifically and fairly respond to the substance of the matter.

5) Your failure to timely comply with our requests for production.

[Quoted text hidden]

---

**Chad Flores** <cf@chadflores.law>  Fri, Aug 22, 2025 at 9:54 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>, Federico Reynal <areynal@frlaw.us>

Counsel,

May we plan to have this conference on 8/29? I'm in an out-of-town jury trial through 8/28.

_____

Chad Flores
cf@chadflores.law
(512) 589-7620

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>  Fri, Aug 22, 2025 at 9:55 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Mr. Larosiere,
 At **your** request, we are arranging for a digital file transfer rather than mailing you a hard drive, so your complaints about the timing of our production is not well taken.
In so far as a meet and confer, I would suggest a global conference next Thursday at 4pm Eastern to discuss the shortcomings in your discovery response as well as the items you identify below.
Sincerely,
Andino Reynal

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Fri, Aug 22, 2025 at 10:31 AM
To: Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>, Gary De Pury <gary@depury.com>

Mr. Reynal, as your side has gleefully pressed upon us in the past, and as we just did for you, please identify all matters to be discussed with sufficient detail to prepare if you seek a global conference. As your side has done in the past, we will not discuss any matters not flagged more than 3 days ahead of the conference. So please reply to this email chain with matters you want to have prepared for global conference.

Whether you intended to be late in mailing the information as indicated in your email or be late in providing it digitally is not a point of legal significance. What matters is your failure to comply. Unless I am wrong? Let's talk about it next Thursday.

Next Thursday works for me, I'll wait for others to confirm.

Thanks!

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>  Fri, Aug 22, 2025 at 10:35 AM
To: Matthew Larosiere <larosieremm@gmail.com>, Federico Reynal <areynal@frlaw.us>
Cc: Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>

I'm currently at Fort Stewart, GA but when I can check my calendar, I will respond as to Thursday.

Gary De Pury

---

**From:** Matthew Larosiere <larosieremm@gmail.com>
**Sent:** Friday, August 22, 2025 10:31:08 AM
**To:** Federico Reynal <areynal@frlaw.us>
**Cc:** Chad Flores <cf@chadflores.law>; Zachary Z. Zermay (Zach@ZermayLaw.com) <zach@zermaylaw.com>; Gary De Pury

<Gary@DePury.com>
**Subject:** Re: Meet and confer re: motion to compel disclosure Re: Defense Distributed's Responses to John Elik's Interrogatories

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>   Fri, Aug 22, 2025 at 12:31 PM
To: Gary De Pury <Gary@depury.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>

Please see message from Chad regarding conference for **next Friday, August 29.**

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>   Fri, Aug 22, 2025 at 7:20 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Gary De Pury <Gary@depury.com>, Chad Flores <cf@chadflores.law>, "Zachary Z. Zermay (Zach@ZermayLaw.com)" <zach@zermaylaw.com>

I can do Friday provided we can also confer on any deficiencies in your responses to the requests due on the 26th. Sounds more efficient.

[Quoted text hidden]



Matthew Larosiere <larosieremm@gmail.com>

---

## Special Master
12 messages

---

**Andino Reynal** <areynal@frlaw.us>  Fri, Aug 29, 2025 at 6:51 PM
To: Zachary Zermay <zach@zermaylaw.com>, Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>

Mr. Larosiere and Mr. Zermay,

Following our conversation and given the significant differences in our positions on various issues, as well as our serious concerns regarding your discovery responses, I am writing to inquire about your clients' position on the Court's suggestion of appointing a special master to oversee discovery in this case. Given the allegations that have gone back and forth, including the bar complaints against me and attorney Gingras, we believe it is desirable.

I'm available anytime to discuss this request by phone, including anytime next week, if you believe such conference is necessary to comply with the local rules.

Sincerely,

F. Andino Reynal

### F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

---

**Matthew Larosiere** <larosieremm@gmail.com>  Fri, Aug 29, 2025 at 7:24 PM
To: Andino Reynal <areynal@frlaw.us>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>

Mr. Reynal,

My clients suspect you are attempting to force the appointment of a special master because of the disparity in financial resources between your client(s) and ours. Your recalcitrance has only grown since the Magistrate first threatened appointing one. Your client can afford this, mine cannot.

Additionally, scarcely more than 30 minutes ago you indicated you were not presently seeking any discovery motions. When you identified an issue, as evident in our email chains, we immediately agreed to resolve it.

It is my clients' position that the discovery issues in this case are overwhelmingly caused by your client and thus that we should not be penalized by having to shoulder the costs of a special master and will oppose all efforts from your side in forcing such a result.

Bear in mind that, without consent of the parties, a special master may not be appointed without notice and an opportunity to be heard. The factors to be assessed in considering such an appointment under exceptional circimstances squarely contemplate situations where a party attempts to use the mechanism to harass or impose needless costs upon others.

We would much prefer both sides faithfully execute their discovery obligations.

Yours,
Matt
[Quoted text hidden]

---

**Andino Reynal** <areynal@frlaw.us>  Fri, Aug 29, 2025 at 7:34 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>

Mr. Larosiere, I couldn't disagree more. Please let me know when you are not available Tuesday or Wednesday next week, I will make myself available to conference with you and your colleagues. We believe this issue must be raised with the court at the

earliest opportunity and certainly in conjunction with any discovery related motion.
Sincerely,

## F. Andino Reynal

The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>          Fri, Aug 29, 2025 at 7:53 PM
To: Andino Reynal <areynal@frlaw.us>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>

Mr. Reynal,

What is the subject of the conference? A motion to...? Please let us know so we can be prepared. We will also want to discuss your designation of "highly confidential" materials in response to the Wilson RFPs, which I see slipped our minds during today's meeting.

My colleagues and I will reply with availability as soon as possible.

Thanks,
Matt
[Quoted text hidden]

---

**Andino Reynal** <areynal@frlaw.us>          Sun, Aug 31, 2025 at 11:50 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>, Chad Flores <cf@chadflores.law>

Mr. Larosiere, Zermay, and De Pury,
   We are available for a conference on Tuesday between 12:00 and 4:00 pm EST or Wednesday between 10:00 am and 3:00 pm EST.
Topics

- Motion to appoint special master
- Designation of Confidential Materials
- Motion pursuant to Federal Rule of Civil Procedure 37(e)(1) and (e)(2). *See* Doc. 49 at 65-70.

Sincerely,

## F. Andino Reynal

The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min


   I'm using Inbox When Ready to protect my focus.
[Quoted text hidden]

---

**Andino Reynal** <areynal@frlaw.us>          Wed, Sep 3, 2025 at 11:48 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>, Chad Flores <cf@chadflores.law>

We are available to meet and confer at any time tomorrow.
Sincerely,

## F. Andino Reynal

The Reynal Law Firm LLP

917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

I'm using Inbox When Ready to protect my focus.

[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>  Wed, Sep 3, 2025 at 11:51 AM
To: Andino Reynal <areynal@frlaw.us>, Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

I am available after 1 tomorrow.

Sincerely,

*Gary C. De Pury*, Esq.
**Law Offices of Gary De Pury, P.A.**
**Attorney at Law**

**Lic. Real Estate Broker**
**US Army Counterintelligence (Ret.)**

Personal Injury – Real Estate – Family Law

21035 Leonard Road, Lutz, Florida 33558

P: 813-607-6404

F: 813-949-3406

Gary@DePury.com

**Confidentiality Notice:**
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at **Gary@DePury.com**

**FDCPA NOTICE:**

THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>  Wed, Sep 3, 2025 at 1:30 PM
To: Gary De Pury <Gary@depury.com>

Ex. E: COMPOSITE OF EMAILS BETWEEN COUNSEL

Cc: Matthew Larosiere <larosieremm@gmail.com>, Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Please add to the topics of discussion, Matthew Larosiere and John Elik's failure to produce John Elik's employment agreement or the transfer agreements related to the files at issue in this case.

> On Sep 3, 2025, at 10:51 AM, Gary De Pury <Gary@depury.com> wrote:
>
> I am available after 1 tomorrow.
>
> Sincerely,
>
> *Gary C. De Pury*, Esq.
> **Law Offices of Gary De Pury, P.A.**
> **Attorney at Law**
> **Lic. Real Estate Broker**
> **US Army Counterintelligence (Ret.)**
> Personal Injury – Real Estate – Family Law
> 21035 Leonard Road, Lutz, Florida 33558
> P: 813-607-6404
> F: 813-949-3406
> Gary@DePury.com
>
> **Confidentiality Notice:**
> **This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com**
>
> *FDCPA NOTICE:*
> *THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.*
>
> [Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Wed, Sep 3, 2025 at 1:58 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Mr. Reynal, thanks for your email.

I have reviewed your requests for production and I cannot find any request that such would have been responsive to. However, we will be happy to informally provide such documents as expected under the local handbook. To avoid any confusion, please start a separate email chain with counsel for the parties you seek information from and make said request.

Please add the following topics of discussion for the conference:

-The notice concerning your client's additional infringements (we skipped this on our last conference).

As for dates, I can speak for myself and Zach that we are currently working out availability and can let you know likely by tonight. Aside from tomorrow, what other availability do you have and how much time do you need?

Yours,
Matt

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>     Wed, Sep 3, 2025 at 2:55 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Mr. Reynal, Zach and I can do tomorrow at 1pm. Can you circulate a zoom link?

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>     Wed, Sep 3, 2025 at 3:30 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Zoom link for 1pm EST will be circulated shortly.

[Quoted text hidden]

---

**Chad Flores** <cf@chadflores.law>     Thu, Sep 4, 2025 at 11:43 AM
To: Federico Reynal <areynal@frlaw.us>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>

Counsel,

Here's the gist of the Rule 37 relief request we need positions on.

_____
Chad Flores
cf@chadflores.law
(512) 589-7620

[Quoted text hidden]

---

**2 attachments**

**IMG_2566.jpeg**
305K

**IMG_2565.jpeg**
292K



Matthew Larosiere <larosieremm@gmail.com>

---

**TIME SENSITIVE REQUEST: YOUR POSITION ON MOTION TO STAY CELENTANO DEFAULT**
7 messages

---

**Andino Reynal** <areynal@frlaw.us>  Wed, Jul 30, 2025 at 5:13 AM
To: Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Geraldine Phillips <info@zermaylaw.com>
Cc: Chad Flores <cf@chadflores.law>

Mssrs Larosiere, De Pury and Zermay,
 What is your position on the court staying its ruling on Peter Celentano's Default to avoid having to litigate any potential *Frow* problem at this stage? This seems to be the preferred route in cases such as this one, with multiple co-defendants.
Sincerely,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min


  I'm using Inbox When Ready to protect my focus.

---

**Gary De Pury** <Gary@depury.com>  Wed, Jul 30, 2025 at 5:32 AM
To: Andino Reynal <areynal@frlaw.us>, Matthew Larosiere <larosieremm@gmail.com>, Zachary Zermay <zach@zermaylaw.com>, Geraldine Phillips <info@zermaylaw.com>
Cc: Chad Flores <cf@chadflores.law>

I'll speak with counsel later today & get back with you.

Gary De Pury

---

**From:** Andino Reynal <areynal@frlaw.us>
**Sent:** Wednesday, July 30, 2025 5:13:26 AM
**To:** Matthew Larosiere <larosieremm@gmail.com>; Gary De Pury <Gary@DePury.com>; Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
**Cc:** Chad Flores <cf@chadflores.law>
**Subject:** TIME SENSITIVE REQUEST: YOUR POSITION ON MOTION TO STAY CELENTANO DEFAULT

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>  Thu, Jul 31, 2025 at 11:15 AM
To: Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Geraldine Phillips <info@zermaylaw.com>
Cc: Chad Flores <cf@chadflores.law>

Just bringing this back to the top of your inboxes.
[Quoted text hidden]

---

**Zachary Zermay** <zach@zermaylaw.com>  Fri, Aug 1, 2025 at 7:55 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>, Geraldine Phillips <info@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Counsel,

Respectfully, we oppose the requested relief.

As you know, a motion for default judgment is like a reverse motion to dismiss for failure to state a claim, and because it is our position that your client failed to state a claim, there are no issues under case law or the applicable rules that merit amending deadlines at this time. *See Surtain v. Hamlin Terrace Found.*, 789 F.3d 1239, 1242 (11th Cir. 2015) ("Conceptually, then, a motion for default judgment is like a reverse motion to dismiss for failure to state a claim.").

We are happy to get on a call and flesh out our position further if you wish to confer further. But our position regarding the defects in your client's pleadings is thoroughly articulated in our motion to dismiss. Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529  |  W zermaylaw.com  |  E zach@zermaylaw.com |
A  **3000 Coral Way, Suite 1115, Coral Gables, FL 33145**



[Quoted text hidden]

---

**Chad Flores** <cf@chadflores.law>  Fri, Aug 1, 2025 at 8:50 PM
To: Zachary Zermay <zach@zermaylaw.com>
Cc: Federico Reynal <areynal@frlaw.us>, Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <gary@depury.com>, Geraldine Phillips <info@zermaylaw.com>

Zachary,

Whose position is this? Just your client's or more?

_____
Chad Flores
cf@chadflores.law
(512) 589-7620
[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>  Fri, Aug 1, 2025 at 8:55 PM
To: Chad Flores <cf@chadflores.law>
Cc: Zachary Zermay <zach@zermaylaw.com>, Federico Reynal <areynal@frlaw.us>, Gary De Pury <gary@depury.com>, Geraldine Phillips <info@zermaylaw.com>

My clients are in accord with Herr Zermay and add that there is no Frow problem because of 1) the structure of your claims and 2) even if the claims were structured differently, Frow solves, rather than complicates, the matter.

On this, we can see no legitimate reason for the requested relief.

Yours,
Matt
[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>  Fri, Aug 1, 2025 at 9:19 PM
To: Chad Flores <cf@chadflores.law>, Zachary Zermay <zach@zermaylaw.com>
Cc: Federico Reynal <areynal@frlaw.us>, Matthew Larosiere <larosieremm@gmail.com>, Geraldine Phillips <info@zermaylaw.com>

Not only am I in agreement with my fellow counsel but I feel it would be wrong to stipulate on several grounds.

We evaluated the procedural and substantive implications of a potential Frow issue in this context. The courts may, in certain circumstances, defer default rulings involving co-defendants to avoid inconsistent judgments, we are not presently inclined to stipulate to a stay of the Court's ruling without further clarification of your position and any case-specific authority you intend to rely upon.

Please provide the specific procedural posture you envision if the stay were granted, including whether you propose to revisit the issue **post-resolution** of claims against the remaining defendants, and whether you are contemplating any motion practice in support of such relief.

My client declines at this time to stipulate, but we appreciate the opportunity to come to some resolution.

Sincerely,

*Gary C. De Pury*, Esq.
**Law Offices of Gary De Pury, P.A.**
**Attorney at Law**

**Lic. Real Estate Broker**
**US Army Counterintelligence (Ret.)**

Personal Injury – Real Estate – Family Law

21035 Leonard Road, Lutz, Florida 33558

P: 813-607-6404

F: 813-949-3406

Gary@DePury.com

**Confidentiality Notice:**
**This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com**

*FDCPA NOTICE:*

THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

[Quoted text hidden]