UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

*Defendants*.

_____/

### FORMER COUNTERDEFENDANTS MATTHEW LAROSIERE, JOHN ELIK, ALEXANDER HOLLADAY, JOSH KIEL STROKE, JOHN LETTMAN, AND MAF CORP'S CONSOLIDATED REQUEST FOR AN EVIDENTIARY HEARING AND ORAL ARGUMENT ON THEIR MOTION FOR FEES AND COSTS AGAINST DEFENSE DISTRIBUTED, FEDERICO REYNAL, CHAD FLORES, AND DAVID GINGRAS

Former Counterdefendants Matthew Larosiere, John Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp (collectively, "movants"), pursuant to Local Rule 3.01(h), respectfully request oral argument and an evidentiary hearing on their motion for sanctions pursuant to §1927, the Lanham Act, and the Court's inherent authority. Movants are unsure as to the total hearing time, as much will depend on the respondents, but Movants expect two hours would suffice.

1

Respectfully submitted,

DATED: September 25, 2025

| /s/ Gary C. De Pury | /s/Matthew Larosiere | /s/ Zachary Z. Zermay |
|---|---|---|
| Gary C. De Pury | Matthew Larosiere, Esq. | Zachary Z. Zermay, Esq. |
| Florida Bar No: 126588 | Fla. Bar. No. 1005581 | Fla. Bar № 1002905 |
| Law Offices of Gary De Pury, P.A. | The Law Offices of Matthew Larosiere | *Zermay Law, P.A.* |
| 21035 Leonard Road | 6964 Houlton Circle | 1200 Fourth Street, #1102 |
| Lutz, Florida 33558 | Lake Worth, FL 33467 | Key West, FL 33040 |
| Tel: (813) 607-6404 | Email: Larosieremm@gmail.com | Email: zach@zermaylaw.com |
| Email: Gary@DePury.com | Tel: (561) 452-7575 | Tel: (305) 767-3529 |
| *Lead Counsel for Counterdefendant Alex Holladay and MAF Corp.* | *Lead Counsel for Counterdefendants Elik, Stroke, and Lettman* | *Lead Counsel for Plaintiff/Counterdefendant Matthew Larosiere* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 25th day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

*/s/ Zachary Z. Zermay*

Zachary Z. Zermay, Esq.
Fla. Bar № 1002905