# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

        Plaintiff,

v.                                                  Case No:   6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED and DIOSKOUROI
LLC,

        Defendants

---

## ORDER

Before the Court is a Motion to Withdraw with Client Consent, seeking the withdrawal of Federico Reynal, Esq. as counsel for Defendants. Doc. No. 137. Plaintiff takes no position on the motion. *Id.* at 2. On review, the motion (Doc. No. 137) is **GRANTED**. Attorney Reynal is hereby **TERMINATED** as counsel for Defendants. Defendants remain represented by other counsel of record. *See* Doc. No. 13; *see also* Doc. Nos. 133–35.

The Court notes that shortly after Attorney Reynal moved to withdraw, Plaintiff and former CounterDefendants filed a motion for sanctions under 28 U.S.C. § 1927 and 15 U.S.C. § 1117(a) against Defense Distributed and its counsel,

Attorney Reynal, Chad C. Flores, and David S. Gingras, with such sanctions under § 1927 to be awarded jointly and severally.  Doc. No. 138.  The present order allowing Attorney Reynal to withdraw as counsel does not moot the motion for sanctions as it pertains to Attorney Reynal, and the Court will retain jurisdiction over Attorney Reynal for the purpose of resolving the sanctions motion and/or any other related motions that may subsequently be filed.

Because Attorney Reynal and Attorney Gingras are no longer counsel of record, neither of them will receive notices of electronic filing in this case.   In other words, service of any filings via CM/ECF will not be effective as to these counsel.  Accordingly, and particularly in light of the service issues that have permeated this case to date, the parties are **DIRECTED** to ensure that service of all filings – including the motion for sanctions (Doc. No. 138) – are made in accordance with Federal Rule of Civil Procedure 5, as it relates to non-parties or attorneys no longer in the case, and that any certificates of service filed with the Court reflect in detail the manner of service.

**DONE** and **ORDERED** in Orlando, Florida on September 26, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record