UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

        *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

        *Defendants*.

_____/

**MATTHEW LAROSIERE, JOHN ELIK, ALEXANDER HOLLADAY, JOSH KIEL STROKE, JOHN LETTMAN, AND MAF CORP'S CONSOLIDATED MOTION FOR LEAVE TO REPLY TO DAVID S. GINGRAS' DOC. 141 RESPONSE IN OPPOSITION**

With consent of opposing parties, former Counterdefendants Matthew Larosiere, John Elik, Alexander Holladay, Josh Stroke, John Lettman, and MAF Corp. ("movants"), by and through undersigned counsel, pursuant to Local Rule 3.01(d), respectfully moves this Honorable Court to grant them leave to reply to David S. Gingras' response to Movants' motion for sanctions (Doc. 141). Movants seek leave to file a 5-page reply. In support thereof, movants state:

### ARGUMENT

Movants filed a Motion for Sanctions on September 25, 2025. (Doc. 138) Former counsel for Defendants David S. Gingras responded on October 1, 2025 ("the Response"). (Doc. 141). The Response introduced evidence that had not been produced before and attached a 22-page Declaration with integrated exhibits. (Doc. 141, Attachment 1). Movants respectfully request this Court grant them leave to file a brief

1

reply. Specifically, movants wish to 1) identify points of agreement given the new materials to streamline the issues requiring this Court's resolution; 2) briefly address a misstatement of law; and 3) address a specific allegation made in the Response which may be misleading absent reply. Movants would not advance any new theories of liability nor go beyond what was stated in the Response. Movants believe, in 5 pages or less, they can amply identify points of accord and address those two issues. Because the Reply would narrow issues, the requested relief is calculated to preserve judicial economy and promote the efficient resolution of this matter.

## CONCLUSION

In light of the foregoing, Movants respectfully move this Honorable Court to grant them leave to file a reply to the Response, limited to 5 pages, inclusive of all parts, within three business days of the date of this Court's order on this motion.

Respectfully submitted,

DATED:  October 1, 2025

| /s/ Gary C. De Pury | /s/Matthew Larosiere | /s/ Zachary Z. Zermay |
|---|---|---|
| Gary C. De Pury | Matthew Larosiere, Esq. | Zachary Z. Zermay, Esq. |
| Florida Bar No: 126588 | Fla. Bar. No. 1005581 | Fla. Bar № 1002905 |
| Law Offices of Gary De Pury, P.A. | The Law Offices of Matthew Larosiere | Zermay Law, P.A. |
| 21035 Leonard Road | 6964 Houlton Circle | 3000 Coral Way Ste 1115 |
| Lutz, Florida 33558 | Lake Worth, FL 33467 | Coral Gables, FL 33145 |
| Tel: (813) 607-6404 | Email: Larosieremm@gmail.com | Email: zach@zermaylaw.com |
| Email: Gary@DePury.com | Tel: (561) 452-7575 | Tel: (305) 767-3529 |
| *Lead Counsel for Alex Holladay and MAF Corp.* | *Lead Counsel for Elik, Stroke, and Lettman* | *Lead Counsel for Plaintiff Matthew Larosiere* |

2

**Local Rule 3.01(g) Certification**

Pursuant to M.D. Fla. R. 3.01(g), I hereby certify that I met and conferred via email with opposing counsel regarding the substance of the foregoing motion, and opposing counsel consented to this request.

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 1st day of October, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing. I further certify that today a copy of this motion was served via e-mail to David S. Gingras, who kindly agreed to be served by email under Rule 5(b)(E). I further certify that today a courtesy copy of this motion was e-mailed to Federico A. Reynal, and that a copy of this motion was served to him via U.S. mail under Rule 5(b)(2)(C).

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905

DATED: October 1, 2025