UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

      Plaintiff,

vs.                                                              Case No:  6:24-CV-01629

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

      Defendants.
_____/
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

      PLEASE TAKE NOTICE that Amaris C. Gyebi, of Wilson Elser Moskowitz Edelman

& Dicker LLP, hereby enters her appearance as Co-Counsel on behalf of Defendant,

**Defense Distributed** in the above-captioned action.

      DATED this 2nd day of October, 2025.

                      Respectfully submitted,

                      **WILSON ELSER MOSKOWITZ**
                      **EDELMAN & DICKER LLP.**

      By:  *s/Amaris C. Gyebi*
             Amaris C. Gyebi, Esq.
             Florida Bar No:  1019361
             2063 Main Street - Suite 100
             Sarasota, FL 34237
             Telephone:   941-210-5961
             Facsimile:    941-210-5979
             Amaris.Gyebi@wilsonelser.com
             Cheryl.Kujawski@wilsonelser.com

             *Co-Counsel for Defendants*
             *Cody Rutledge Wilson*
             *DEFCAD, Inc., and*
             *Defense Distributed*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of October, 2025,  a true and correct copy

of the foregoing document has been electronically filed with the Clerk of the Court using

the  CM/ECF E-Filing Portal, which will send electronic filing to all counsel of record.

*s/Amaris C. Gyebi*
Amaris C. Gyebi