UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                      Case No: 6:24-CV-01629

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jura C. Zibas, of Wilson Elser Moskowitz Edelman & Dicker LLP, hereby enters her appearance as Co-Counsel on behalf of Defendant, **Defense Distributed** in the above-captioned action.

DATED this 2nd day of October, 2025.

                        Respectfully submitted,

                    **WILSON ELSER MOSKOWITZ**
                        **EDELMAN & DICKER LLP.**
                By:  *s/Jura C. Zibas*
                      Jura C. Zibas, Esq.
                      Florida Bar No: 124571
                      2063 Main Street - Suite 100
                      Sarasota, FL 34237
                      Telephone:   941-866-8561
                      Facsimile:    941-210-5979
                      Jura.Zibas@wilsonelser.com
                      Cheryl.Kujawski@wilsonelser.com

                      *Co-Counsel for Defendants*
                      *Cody Rutledge Wilson*
                      *DEFCAD, Inc. and*
                      *Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of October, 2025, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will send electronic filing to all counsel of record.

*s/Jura C. Zibas*
Jura C. Zibas