UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                Case No: 6:24-CV-01629

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Leia V. Leitner, of Wilson Elser Moskowitz Edelman & Dicker LLP, hereby enters her appearance as Co-Counsel on behalf of Defendant, **Defense Distributed** in the above-captioned action.

DATED this 2nd day of October, 2025.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP.**

By: *s/Leia V. Leitner*
Leia V. Leitner
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and*
*Defense Distributed*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of October, 2025, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will send electronic filing to all counsel of record.

*s/Leia V. Leitner*
Leia V. Leitner