United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.                                    No. 6:24-cv-1629

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

---

### Defendants' Notice of Pendency of Other Actions

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

    __ X __ IS     related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below.

*Defense Distributed, et. al. v. John Elik et al.*, No. 9:25-cv-81197-DMM in the United States District Court for the Southern District of Florida, West Palm Beach Division.

    _____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

|  | Respectfully submitted, |
|---|---|
| Leia V. Leitner, Esq.<br>Leia.Leitner@wilsonelser.com<br>Cheryl.Kujawski@wilsonelser.com<br>Florida Bar No. 105621<br>111 North Orange Avenue<br>Suite 1200<br>Orlando, Florida 32801<br>T (407) 423-7287<br>F (407)648-1376<br><br>Jura C. Zibas, Esq.<br>Jura.Zibas@wilsonelser.com<br>Cheryl.Kujawski@wilsonelser.com<br>Florida Bar No. 124571<br>Amaris C. Gyebi, Esq.<br>amaris.gyebi@wilsonelser.com<br>Cheryl.Kujawski@wilsonelser.com<br>Florida Bar No. 1019361<br>2063 Main Street - Suite 100<br>Sarasota, Florida 34237<br>T (941) 866-8561<br>F (941) 210-5979<br><br>Co-Counsel for Defendants<br>Cody Rutledge Wilson,<br>DEFCAD, Inc., and<br>Defense Distributed | /s/ Chad Flores<br>Chad Flores<br>cf@chadflores.law<br>Texas Bar No. 24059759<br>Flores Law PLLC<br>917 Franklin Street<br>Suite 600<br>Houston, Texas 77002<br>T (713) 364-6640<br>F (832) 645-2496<br><br>Lead Counsel for Defendants<br>Cody Rutledge Wilson,<br>DEFCAD, Inc.,<br>Defense Distributed, and<br>Dioskouroi LLC |