## AFFIDAVIT OF JOHN LETTMAN

I, John Lettman, state as follows:

1. I am John Lettman, a resident of the Commonwealth of Pennsylvania.

2. I do not live in North Carolina. I have never resided in North Carolina.

3. I do not think I have ever spent time in North Carolina beyond driving through it to another destination.

4. I have never used a Virtual Private Network ("VPN") or other networked computer system that terminated or operated in North Carolina.

5. I am a former Counterdefendant in this action.

6. I am an Embedded Software Engineer and Site Reliability Engineer with 13 years of experience in related fields, particularly in the design, management, programming, deployment, and maintenance of computer software systems.

### Unicode Diacritical Marks

7. As a result of my experience with computer programming, I am intimately familiar with text encoding systems.

8. Computer systems process information as numbers.

9. Every natural language symbol, or "character," requires a representation, or "encoding," for the computer to process and represent natural language text.

10. As a result, every character in a writing script requires a numeric value to represent each character. This includes characters such as spaces, tabs, accents, new lines, and other "whitespace" and "modifier" symbols.

11. We refer to this as an "encoding."

12. "Unicode" or "The Unicode Standard" is an extremely common encoding standard designed to support the use of text in all the world's writing systems and languages.

13. In Unicode, each character has a number associated with it called a "code point."

14. A "diacritical mark" (also called a "diacritic" or "combining mark") is a small sign added to a character, such as an accent (e.g., "é").

15. Unicode represents such letters in two separate ways:

   1. **Precomposed:** one code point that includes the accent; example: "é" -- "Latin Small Letter E With Acute" -- code point U+00E9

   2. **Decomposed:** multiple code points, a plain letter plus a separate accent modifier

      e -- "Latin Small Letter E" -- code point U+0065 AND

      ́ -- "Combining Acute Accent" -- code point U+0301

2

16. The separate accent in the decomposed form is a "diacritical mark," or sometimes referred to as a "combining mark." It visually "sticks" to the character before it (the "base character"), but it is still its own code point.

17. What a person sees as a single character can be multiple code points. To the user it is one character; to the computer it may be two or more.

18. There are no limits to the amount of diacritical marks for a single base character.

19. Furthermore, accents may visually "stack" in height above the base character.

20. Diacritical marks often ignore the boundaries of text fields. They may render beyond the limits of a character or paragraph.

21. The result may make the text look broken, creepy, glitchy, or unreadable. The characters may stretch vertically with random marks above, below, and through the letters.

22. It is valid Unicode text, but visually chaotic. Each mark is a valid Unicode symbol, just repeated. To a computer, it is no different from an extremely long word.

23. Computer text rendering systems will draw all characters, as they would draw the characters I am typing now.

24. "Hacking," in both computer-science and legal contexts involves unauthorized access, manipulation, or control of a computer system or data that the user is not permitted to use or modify.

25. Diacritic marks do not bypass security, gain unauthorized access, or exploit software vulnerabilities. It simply uses the character encoding system in a way the system allows.

26. Technically, it is no different than posting a long series of emojis or typing an absurdly long word. It may cause visual confusion, but it is still input within design parameters.

27. This document uses The Unicode Standard.

28. Here, I have recreated a very light form of diacritical spam on the character "e" -- ȩ̸̈

29. There is nothing to fear from this letter "e." It will not harm your computer system. This document is not "hacked," I have merely inserted extra accent marks.

30. Diacritic spam can be a more extreme version of my example, stacking accent characters far beyond the boundaries of a text box or comment field.

31. It may be annoying, but it is not unauthorized access.

4

**Avatars on Mr. Gingras' Blog**

32. Mr. Gingras states his blog[1] will not show a "profile picture" beside the comment, except in instances when he makes a post. (ECF No.: 141-1 ¶15)

33. This misstates how his blog appears to function. When an individual enters an e-mail address, his blog utilizes the popular Gravatar[2] service to source a profile picture.

34. Gravatar is a portmanteau of "globally recognized avatar" and a service that links an e-mail address to a profile picture stored on Gravatar servers.

35. When an individual uses the same e-mail address on websites that support Gravatar, particularly WordPress blogs, the site automatically pulls and shows the chosen e-mail for that e-mail.

36. It works as a universal avatar that can be carried across numerous platforms, tied to one's e-mail address.

37. Gravatar is a service provided by Automattic[3], the same organization behind the WordPress platform.

38. Mr. Gingras' "website is based on [...] WordPress." (ECF No. 141-1 ¶11)

---

[1] https://gingraslaw.com/home/blog/
[2] https://gravatar.com/
[3] "We're the people behind WordPress.com, WooCommerce, Tumblr, Simplenote, Jetpack, Longreads, Day One, Pocket Casts, and more." https://automattic.com/about/

39. In an archived version of the post Mr. Gingras alleges contained offensive comments from others, I identified avatars linking to Gravatar servers in the source code.

40. Below is a demonstration of these avatars with annotations pointing out the linkage to Gravatar servers:



41. It is apparent through Mr. Gingras' Declaration (ECF. No. 141-1), his blog did not require the registration of an account to post a comment.

42. Because Mr. Gingras' blog does not appear to require an account or e-mail validation, it appears any individual could insert any name and e-mail address into a comment without verification.

43. Combined with his blog's usage of the Gravatar service, this unvalidated information from a user may pull the avatar associated with the provided e-mail address.

44. This unfortunate mixture of circumstances arising from the way Mr. Gingras configured his WordPress blog appears to have created the conditions whereby an individual could easily appear to be posting as other individuals or Mr. Gingras himself in the comments.

## North Carolina

45. As stated in ¶2, ¶3, and ¶4, I have virtually no connection to North Carolina.

46. Mr. Gingras refers to an IP address, "69.132.198.80" (ECF No.: 141-1 ¶16, 30), often shown in each example of offensive comments posted to his blog.

47. My Internet Service Provider ("ISP") is Breezeline. My IP address is vastly different and geolocates in Bradford, Pennsylvania.

48. I did not post any of the WordPress comments in Mr. Gingras' Declaration.

49. My reference to "big doinks" were making fun of the large diacritic My amusement at the chaotic nature of the comments does not make an admission to posting those comments.

50. To intercept the obvious bad faith misinterpretation that may arise from this affidavit: my comments here are merely an ex-post analysis based on publicly available information, as described.

Under penalty of perjury, under the laws of the United States, I swear that the foregoing statement is true.

DATED THIS 10th day of October, 2025.

_____
JOHN LETTMAN