UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.

---

### NON-PARTY DECLARATION OF SEAN P. MARTIN, ESQ. IN SUPPORT OF COUNTERDEFENDANTS' MOTION FOR SANCTIONS

1. My name is Sean P. Martin. I am a citizen of the Unites States of America, a resident of the State of Ohio, am over the age of 18 years, and if called to testify in court or other proceedings I could and would give the following testimony which is based on my own personal knowledge.

2. I am an attorney licensed to practice in the State of Ohio since June of 2014.

3. I am an active member in good standing before the Supreme Court of Ohio with the Attorney Registration Number of: 0091537.

4. I am the owner of Martin Media Ohio, LLC which is responsible for creating content for a channel on YouTube (a video hosting website) that is titled "Potentially Criminal"[1]

5. The YouTube Channel mainly focuses on contemporary legal topics that concern criminal law, novel or humorous lawsuits, and/or involve topics pertaining to the Second Amendment of the United States Constitution.

---

[1] The channel can be found at: https://www.youtube.com/@PotentiallyCriminal

1

6. The intent of the channel is to explain complex legal topics in a way that allows the layperson to learn about the American legal system in a way that is informative and amusing. The hope is to foster a more educated and savvy populace when it comes to digesting and understanding legal issues.

7. To further the objective of the channel, I often use intentionally irreverent language so as to make legal topics seem more approachable to the average person.

8. I have seen the declaration authored by Attorney Gingras, dated September 30, 2025 (ECF No.: 141) as well as Attachment #1 (ECF No.: 141-1).

9. I feel that Attorney Gingras on Page 12 of the aforementioned declaration, and Page 11 of the accompanying attachment, uses my channel name to insinuate I am somehow a criminal. Contrary to this, I am not a criminal and do not encourage criminal actions.

10. The screenshot proffered by Attorney Gingras is from a recording of a livestream[2] that was posted to the Potentially Criminal YouTube Channel on November 22, 2024.

11. The title of this livestream was "Fuddbusters v. DEFCAD - Cody Hires the WORST Lawyer[3] Possible."

12. I invited the Plaintiff, Matthew Larosiere, to join me and comment on what I believe to be laughably absurd allegations in the counterclaim filed by the Defendants.

---

[2] The livestream can be found at: https://www.youtube.com/watch?v=9ICNpBwGatU
[3] Through other legal reporting, I am aware of Attorney Gingras' representation of a woman who attempted to defraud a wealthy man by falsely claiming to be pregnant with his children. While that may not be humorous to the parties involved, my audience has been entertained by the coverage.

2

13. When discussing the absolute frivolity of the claims averred by Mr. Wilson and Attorney Gingras at approximately the 1:44:00 mark of the aforementioned livestream, I made the comment "When we get to the hacking part" and, without warning, put up the image of the comment at the 1:44:08 mark.

14. My intention in showing the image was to mock the idea that the image somehow constituted evidence of hacking, as Mr. Wilson's counsel appeared to suggest.

15. Mr. Larosiere laughed and asked me "Can you read it?" and I responded that "I can't even read it."

16. Mr. Larosiere then waves his hands in a mocking nature and states "This is hacking."

17. The nature of the banter between myself and Mr. Larosiere was humorous and lighthearted as we discussed how the legal filings from Mr. Wilson and his counsel were facially and objectively frivolous.

18. In contemporary parlance, Mr. Larosiere and myself were engaged in "dragging"[4] Mr. Wilson and his counsel for the frivolous and baseless accusations made in their filings.

---

[4] The term "dragged" is also a colloquialism used on social media and internet forums to indicate when someone is being disrespected or humiliated in a humorous way. https://www.microsoft.com/en-us/microsoft-365-life-hacks/writing/is-it-dragged-or-drug#:~:text=Depending%20on%20how%20online%20you,up%20late%20to%20the%20movie.

19. At no point did I ever interpret the actions of Mr. Larosiere or the Counterdefendants, specifically Mr. Lettman, to be any kind of admission that they had engaged, facilitated, condoned, supported, or otherwise participated in any sort of hacking or illegal activity involving Attorney Gingras' website/blog.[5]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United State of America and the State of Ohio that the foregoing is true and correct. Executed on October 10, 2025.

Respectfully Submitted,

_____
Sean P. Martin (0091537)
Martin Law Office, LLC
P.O. Box 716
Willoughby, OH 44096
P: 440-309-5218
F: 440-359-5233
E: seanpmartinlaw@outlook.com

---

[5] Upon information and belief, I did not at the time, and still do not believe that Mr. Larosiere or the Counterdefendant parties named in the Counterclaim would have engaged in any sort of violative actions that would have defaced Attorney Gingras' website/blog. Any such allegations are baseless and preposterous.