# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

      Plaintiff,

v.                                    Case No:   6:24-cv-1629-WWB-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED, DIOSKOUROI LLC,
DAVID SCOTT GINGRAS,
FEDERICO REYNAL and CHARLES
FLORES,

      Defendants

## ORDER

Before the Court is Defense Distributed's Motion for Rule 37(e) Spoliation Relief with Appointment of a Special Master.  Doc. No. 136.  Plaintiff responds in opposition.  Doc. No. 146.  On review, the Court finds a reply brief from Defense Distributed appropriate.

Accordingly, it is **ORDERED** that within **fourteen (14) days** of the date of this Order, Defense Distributed shall file a reply brief, not to exceed **seven (7) pages** in length, addressing the issues raised by Plaintiff's response.  *See* Doc. No. 146. Defense Distributed is reminded of its obligation to continue to confer with Plaintiff

regarding this dispute, and to notify the Court if the motion is resolved in whole or in part.   *See* Doc. No. 61 ¶ 8.

**DONE** and **ORDERED** in Orlando, Florida on October 20, 2025.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record