| | |
|---|---|
| **Subject:** | Fwd: Activity in Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson et al Order |
| **Date:** | Wednesday, October 29, 2025 at 10:49:32 PM Central Daylight Time |
| **From:** | Chad Flores <cf@chadflores.law> |
| **To:** | Zachary Zermay <zach@zermaylaw.com>, Geraldine Phillips <info@zermaylaw.com> |
| **CC:** | Zibas, Jura C. <jura.zibas@wilsonelser.com>, Leitner, Leia V. <leia.leitner@wilsonelser.com>, amaris.gyebi@wilsonelser.com <amaris.gyebi@wilsonelser.com> |
| **BCC:** | Chad Flores <cf@chadflores.law> |

Dear Mr. Zermay,

To ensure that we've still fully conferred about relief requested by Document 136, *see* Doc. 151 at 1, could you please confirm for us the Plaintiff's position on the following two matters? The motion proceeded on some key understandings that we wanted to be extra certain of before supplying the next requested filing:

> 1. Does Plaintiff currently possess any of the Gatalog Rocket.Chat's ESI? Examples would be the ESI described by Document 136-02's paragraphs 21-23. In light of Document 146, we still understand Plaintiff's position to be that no - he does not possess any such ESI. The point to confirm here is just the issue of ESI *possession* (not separate matters like deletion or preservation obligations that we think are quite satisfactorily spelled out already).

> 2. Did Plaintiff possess any of the Gatalog Rocket.Chat's ESI at or after September 6, 2024? In light of Document 146, we understand Plaintiff's position to be that no - he never possessed any such ESI in that period. Again the point to confirm is just the issue of *possession*.

If for whatever reason these understandings about ESI possession are inaccurate, we would most certainly want to update the court accordingly to be sure that the presented dispute reflects everyone's current positions.

We realize the case has other fronts demanding attention. So we really do mean for these confirming inquiries to be simple ones that don't require much beyond what your side already did to provide Document 146. Feel free to call or follow-up via email if clarification would be helpful.

_____
Chad Flores
cf@chadflores.law
(512) 589-7620


---------- Forwarded message ---------
From: <cmecf_flmd_notification@flmd.uscourts.gov>
Date: Mon, Oct 20, 2025 at 12:48 PM
Subject: Activity in Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson et al Order
To: <cmecf_flmd_notices@flmd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 10/20/2025 at 1:47 PM EDT and filed on 10/20/2025

**Case Name:**           Larosiere v. Wilson et al
**Case Number:**         [6:24-cv-01629-WWB-LHP](6:24-cv-01629-WWB-LHP)
**Filer:**
**Document Number:** [151](151)

**Docket Text:**
**ORDER re [136] MOTION for Sanctions *with Appointment of a Special Master*. It is ORDERED that within fourteen (14) days of the date of this Order, Defense Distributed shall file a reply brief, not to exceed seven (7) pages in length, addressing the issues raised by Plaintiff's response. Signed by Magistrate Judge Leslie Hoffman Price on 10/20/2025. (ECJ)**


**6:24-cv-01629-WWB-LHP Notice has been electronically mailed to:**

Donna Marie Canina Doyle      [admin@mediatefirstinc.com](admin@mediatefirstinc.com)

Leia Villasenor Leitner      [leia.leitner@wilsonelser.com](leia.leitner@wilsonelser.com), [alejandra.boscan@wilsonelser.com](alejandra.boscan@wilsonelser.com), [leiavleitner@gmail.com](leiavleitner@gmail.com)

Jura Christine Zibas      [jura.zibas@wilsonelser.com](jura.zibas@wilsonelser.com), [cheryl.kujawski@wilsonelser.com](cheryl.kujawski@wilsonelser.com)

Amaris Lilly-Joy Chris Gyebi      [amaris.gyebi@wilsonelser.com](amaris.gyebi@wilsonelser.com), [Cheryl.Kujawski@wilsonelser.com](Cheryl.Kujawski@wilsonelser.com), [amarisgyebi@yahoo.com](amarisgyebi@yahoo.com)

Gary Charles De Pury      [gary@depury.com](gary@depury.com)

Zachary Z. Zermay      [zach@zermaylaw.com](zach@zermaylaw.com)

Matthew Larosiere      [larosieremm@gmail.com](larosieremm@gmail.com)

Charles (Chad) Flores     cf@chadflores.law, chad-flores-7646@ecf.pacerpro.com, service@chadflores.law

David S. Gingras (Terminated)     david@gingraslaw.com

**6:24-cv-01629-WWB-LHP Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=10/20/2025] [FileNumber=26331731
-0] [1ab74b9461d496e0a9b381dc54dbada31956c8c50c3c05722ff885cd77c87a088
b41e6bc2967d828ed2d74305548ecab669dd6b5d24cfe2a2a1e367af4b2bfd4]]