# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

      Plaintiff,

v.                                                   Case No:   6:24-cv-1629-AGM-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED, DIOSKOUROI LLC,
DAVID SCOTT GINGRAS,
FEDERICO REYNAL and CHARLES
FLORES,

      Defendants

## ORDER

Before the Court is Plaintiff Larosiere's Short-Form Motion to Overrule Meritless Objections and Compel Complete Responses to Interrogatories and Requests for Production. Doc. No. 156. Defendants Cody Wilson, Defcad, Inc., and Defense Distributed respond in opposition. Doc. No. 158. On review, and for the reasons next discussed, ruling on the motion will be deferred pending compliance with this Order.

Specifically, it is not entirely clear from the motion what discovery requests are at issue. Plaintiff points to interrogatories and requests for production served

on each Defendant on September 28, 2025 and Defendants' responses thereto, but in the motion says "certain" responses are deficient, without identifying which ones. Doc. No. 156, at 1. Other portions of Plaintiff's motion seem to suggest that *all* of Defendants' discovery responses are at issue. *Id.* at 4. And although Plaintiff addresses categories of objections, Plaintiff does not state to which interrogatories or requests these objections apply, seemingly suggesting that the Court cull through all of the attachments to figure it out for itself. *Id.* at 2–3. Defendants argue as much by their response. Doc. No. 158. Defendants also argue that Plaintiff failed to substantively meet and confer in good faith prior to filing the motion. *Id.*

Given the lack of clarity in Plaintiff's motion, Defendants' position on conferral, and the attachments demonstrating that the parties appear to have an inability to effectively and cooperatively communicate in this case, the Court will require the parties to further confer regarding this motion, as set forth in this Order, and to file additional briefing with the Court. As set forth below, and upon consideration of the history of this case, the Court will further require the conferral to take place in-person in Orlando in the presence of a certified court reporter.

Accordingly, it is **ORDERED** as follows:

1. Within **fourteen (14) days** of the date of this Order, the parties shall meet and confer, **in person at an agreed location in Orlando, Florida**, to

conduct a substantive conferral on Plaintiff's motion (Doc. No. 156). The parties must retain a court reporter for the conferral, the expense to be borne equally by Plaintiff and Defendants Cody Wilson, Defcad, Inc., and Defense Distributed.

2. At the conferral, the parties must substantively discuss the discovery at issue, and the matters raised by the motion to compel. *See* Doc. Nos. 156, 156-1 through 156-6. Within **seven (7) days** of the conferral, the parties must file a joint status report, not to exceed **fifteen (15) pages** in length, which must address the following:

a. The date, time, and length of the conferral.

b. The progress and result of the conferral efforts, to include, **by reference to the specific interrogatory or request for production by number**, the specific issues that remain for resolution by the Court.

c. A brief recitation of each parties' position on the issues that remain for resolution, supported by citation to legal authority in support.

**The joint status report shall include as an attachment a copy of the court reporter's transcript of the meet and confer.**

3. On or before the close of business on **Monday November 17, 2025**, the parties shall file a joint notice setting forth the date, time, and location of the

forthcoming conferral, which must also include the name of the retained court reporting agency.

4.      Alternatively, on or before **Monday November 17, 2025**, Plaintiff may withdraw the motion to compel (Doc. No. 156), so that the parties can attempt to civilly and cooperatively resolve the dispute amongst themselves.  *See* Middle District Discovery (2021) § (I)(A).

**DONE** and **ORDERED** in Orlando, Florida on November 12, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record