UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

        *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

        *Defendants*.

_____/

**JOINT NOTICE REGARDING IN-PERSON CONFERENCE (DOC. 162)**

The parties have agreed to meet and confer on Monday, November 25, 2025, at 11:00 a.m. at Wilson Elser's Orlando office. The parties have retained Veritext as the court reporting firm.

DATED:  November 17, 2025

        */s/ Zachary Z. Zermay*
        Zachary Z. Zermay, Esq.
        Fla. Bar № 1002905
        *Zermay Law, P.A.*
        3000 Coral Way Ste 1115
        Coral Gables, FL 33145
        Email: zach@zermaylaw.com
        Tel: (305) 767-3529
        *Lead Counsel for Plaintiff Matthew Larosiere*