UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.

_____/

## AMENDED JOINT NOTICE REGARDING IN-PERSON CONFERENCE (DOC. 162)

Pursuant to the Court's Order dated November 18, 2025, *see e.g.,* Doc 166, the parties were ordered to clarify the date and time for the upcoming conferral on Plaintiff's Motion to Compel to Overrule Meritless Objections and Compel Complete Responses to Interrogatories and Request for Production, Doc. 156, and, in support, states as follows:

1. The parties have agreed to meet and confer on Monday, November 24, 2025, at 11:00 a.m. at Wilson Elser's Orlando office located at 111 North Orange Avenue, Suite 1200, Orlando, FL 32801.

2. The parties have retained Veritext as the court reporting firm and the court reporter for this meeting.

Dated: November 18, 2025

| | |
|---|---|
| **Zermay Law, P.A.** | **Wilson Elser Moskowitz Edelman & Dicker LLP** |
| *s/Zachary Z. Zermay* | By: *s/Leia V. Leitner* |
| Zachary Z. Zermay, Esq. | Leia V. Leitner, Esq. |
| Florida Bar No: 1002905 | Florida Bar No: 105621 |

1

| | |
|---|---|
| 1200 Fourth Street, #1102<br>Key West, Florida  33040<br>Telephone:  305-767-3529<br>Zach@Zermaylaw.com<br>info@zermaylaw.com<br><br>*Counsel for Plaintiff* | 111 North Orange Avenue<br>Suite 1200<br>Orlando, Florida  32801<br>Telephone:  407-423-7287<br>Facsimile:   407-648-1376<br>Leia.Leitner@wilsonelser.com<br>Cheryl.Kujawski@wilsonelser.com<br><br>Jura C. Zibas, Esq.<br>Florida Bar No:  124571<br>Amaris C. Gyebi, Esq.<br>Florida Bar No:  1019361<br>2063 Main Street - Suite 100<br>Sarasota, Florida 34237<br>Telephone:  941-866-8561<br>Facsimile:    941-210-5979<br>Jura.Zibas@wilsonelser.com<br>Amaris C. Gyebi, Esq.<br>Cheryl.Kujawski@wilsonelser.com<br><br>*Co-Counsel for Defendants*<br>*Cody Rutledge Wilson*<br>*DEFCAD, Inc. and*<br>*Defense Distributed*<br><br>    -    AND  -<br><br>Charles (Chad) Flores, Esq.<br>917 Franklin Street<br>Suite 600<br>Houston, Texas  77002<br>Telephone:  713-364-6440<br>CF@ChadFlores.law<br>chad-flores-7646@ecf.pacerpro.com<br>service@chadflores.law<br><br>*Counsel for Defendants* |

2

*Cody Rutledge Wilson,*
*DEFCAD, Inc.,*
*Defense Distributed and*
*Dioskouroi LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 18th day of November, 2025 a true and correct copy of the foregoing document has been served by email to the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/Leia V. Leitner*
Leia V. Leitner