UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

        *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

        *Defendants*.

_____/

## PLAINTIFF'S NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), the undersigned hereby identifies and described a related action pending in the Middle District.

*Larosiere v. Wilson, et. al.*, No. 6:25-cv-02112 is currently pending, and concerns Defendants' additional acts of copyright infringement which took place after the close of pleadings in the instant action.

Respectfully submitted,
DATED:  November 18, 2025

                                             /s/ Zachary Z. Zermay
                                             Zachary Z. Zermay, Esq.
                                             Fla. Bar № 1002905
                                             *Zermay Law, P.A.*
                                             3000 Coral Way Ste 1115
                                             Coral Gables, FL 33145
                                             Email: zach@zermaylaw.com
                                             Telephone: (305) 767-3529
                                             *Lead Counsel for Plaintiff Matthew Larosiere*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of November, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Zachary Z. Zermay*

Zachary Z. Zermay, Esq.
Fla. Bar № 1002905