UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.

_____/

## SECOND AMENDED JOINT NOTICE REGARDING IN-PERSON CONFERENCE

Pursuant to the Parties Amended Notice Regarding In Person Conference (Dkt. 167), the parties met and conferred on Monday, November 24, 2025, at 11:00 a.m. at Wilson Elser's Orlando office. However, the parties were unable to complete their conferral by 5:00 pm, the cut off time for the retained court reporter. The parties have agreed to continue their conferral on Tuesday, November 25, 2025 at 10:00 am at Wilson Elser's Orlando office. The parties have retained Veritext as the court reporting firm for the continued conferral.

Dated: November 24, 2025

| | |
|---|---|
| **Zermay Law, P.A.** | **Wilson Elser Moskowitz Edelman & Dicker LLP** |
| *s/ Zachary Z. Zermay* | By: *s/Amaris C. Gyebi* |
| Zachary Z. Zermay, Esq. | Leia V. Leitner, Esq. |
| Florida Bar No: 1002905 | Florida Bar No: 105621 |

1

1200 Fourth Street, #1102
Key West, Florida 33040
Telephone: 305-767-3529
Zach@Zermaylaw.com
info@zermaylaw.com

*Counsel for Plaintiff*

111 North Orange Avenue
Suite 1200
Orlando, Florida 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas, Esq.
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, Florida 34237
Telephone: 941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris C. Gyebi, Esq.
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and*
*Defense Distributed*

  -   AND  -

Charles (Chad) Flores, Esq.
917 Franklin Street
Suite 600
Houston, Texas 77002
Telephone: 713-364-6440
CF@ChadFlores.law
chad-flores-7646@ecf.pacerpro.com
service@chadflores.law

*Counsel for Defendants*
*Cody Rutledge Wilson,*
*DEFCAD, Inc.,*
*Defense Distributed and*

2

*Dioskouroi LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 24th day of November, 2025 a true and correct copy of the foregoing document has been served by email to the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

                                                *s/Amaris C. Gyebi*
                                                Amaris C. Gyebi