UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD,
Inc., DEFENSE DISTRIBUTED, and
DIOSKOUROI LLC,

*Defendants*.

_____/

## PLAINTIFF'S TIME SENSITIVE MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT (Dkt. 162)

Plaintiff moves the Court to extend the deadline for the parties to file the joint status report ordered in Docket Number 162. In support of this motion, Plaintiff states:

In the course of the conferral, which is ongoing, Defendants have agreed to produce some additional documents by December 1. This coincides with the date this Court ordered the parties to identify which issues remain outstanding. Additionally, being the conference is extensive, Plaintiff is concerned about the ability to obtain a complete transcript of the conferral by the date this Court ordered the status report with attached transcript.

Finally, the additional agreed productions are likely to resolve some of the disputed requests. Because some of the issues that remain unresolved, Plaintiff

cannot know at this time, and will not know until December 1, which of the requests are resolved.

Therefore, to preserve judicial resources and facilitate a more efficient resolution of the motion, Plaintiff respectfully requests this Court extend the deadline to file the joint status report by 14 days.

DATED:  November 25, 2025                Respectfully Submitted,
                                         **ZERMAY LAW, P.A.**
                                         _____
                                         Zachary Z. Zermay, Esq.
                                         Florida Bar №: 1002905
                                         3000 Coral Way, Suite 1115
                                         Coral Gables, FL 33145
                                         Email: zach@zermaylaw.com
                                         Telephone: (305) 767-3529

### Local 3.01(g) Certification

Pursuant to M.D. Fla. R. 3.01(g), I hereby certify that I met and conferred in person with opposing counsel on November 25, 2025 regarding the substance of the foregoing motion. Counsel for Defendants take no position.

                                         _/s/Zachary Z. Zermay_