UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

*Defendants*.

_____/

**MATTHEW LAROSIERE, JOHN ELIK, ALEXANDER HOLLADAY, JOSH KIEL STROKE, JOHN LETTMAN, AND MAF CORP'S NOTICE OF WITHDRAWAL OF REQUEST FOR LANHAM ACT PREVAILING-PARTY FEES**

Upon review of their pending filings, Movants Matthew Larosiere, John Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp. hereby give notice that they withdraw and no longer pursue their request for attorney's fees under the Lanham Act's prevailing-party provision, 15 U.S.C. § 1117(a), as requested in Doc. 138, pp. 22-23.

Movants continue to seek relief as set forth in their Motion for an Award of Reasonable Attorneys' Fees and Related Expenses pursuant to 28 U.S.C. § 1927 and the Court's inherent authority.

This notice is filed to narrow the issues before this Court and preserve judicial economy.

Respectfully submitted,

1

DATED: December 12, 2025

| | | |
|---|---|---|
| */s/ Gary C. De Pury* <br> Gary C. De Pury <br> Florida Bar No: 126588 <br> Law Offices of Gary De Pury, P.A. <br> 21035 Leonard Road <br> Lutz, Florida 33558 <br> Tel: (813) 607-6404 <br> Email: Gary@DePury.com <br> *Lead Counsel for Alex Holladay and MAF Corp.* | */s/Matthew Larosiere* <br> Matthew Larosiere, Esq. <br> Fla. Bar. No. 1005581 <br> The Law Offices of Matthew Larosiere <br> 6964 Houlton Circle <br> Lake Worth, FL 33467 <br> Email: Larosieremm@gmail.com <br> Tel: (561) 452-7575 <br> *Lead Counsel for Elik, Stroke, and Lettman* | */s/ Zachary Z. Zermay* <br> Zachary Z. Zermay, Esq. <br> Fla. Bar № 1002905 <br> Zermay Law, P.A. <br> 3000 Coral Way Ste 1115 <br> Coral Gables, FL 33145 <br> Email: zach@zermaylaw.com <br> Tel: (305) 767-3529 <br> *Lead Counsel for Plaintiff Matthew Larosiere* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 12th day of December, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing, including Defense Distributed, David S. Gingras, and Charles Flores, who all receive Notices of Electronic Filing. I further certify that today I have caused a courtesy copy of this motion to be e-mailed to Federico A. Reynal, and that a copy of this motion was served to him via U.S. mail under Rule 5(b)(2)(C).

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905

DATED: December 12, 2025

2