# Leitner, Leia V.

| | |
|---|---|
| **From:** | Gyebi, Amaris |
| **Sent:** | Tuesday, November 25, 2025 8:19 PM |
| **To:** | Zachary Zermay; Geraldine Phillips |
| **Cc:** | Leitner, Leia V.; Zibas, Jura C. |
| **Subject:** | Larosiere v. Wilson et al - Follow Up to 11.25.25 Meet and Confer |

Mr. Zermay-

During today's meet and confer, we advised we would provide further response as to Mr. Wilson's individual capacity objection in connection with Plaintiff's First Set of Interrogatories, RFP No. 17 issued to Defense Distributed and RFP No. 20 issued to DEFCAD. In connection with Mr. Wilson's responses to Plaintiff's First Set of Interrogatories, we will be withdrawing the objection based on Mr. Wilson not having information in his individual capacity. The same will be included in his forthcoming amended response. With respect to the RFPs, please allow us until tomorrow to follow up.

Thanks,

Amaris Gyebi
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street Suite 100
Sarasota, FL 34237
941.210.5961 (Direct)
407.616.6006 (Cell)
941.210.5980 (Main)
941.210.5979 (Fax)
amaris.gyebi@wilsonelser.com