DEFENDANTS' APPENDIX "A"

| No. | Category | Description of Requests | Core Deficiencies |
|---|---|---|---|
| Interrogatories Nos. 1–7 | Personal asset-finding and history | Interrogatories seeking all crypto wallets since 2018, all real estate since 2016, aliases, residential addresses, LLC ownership changes, and details of a private home sale | No nexus to liability or damages; resembles post-judgment asset discovery; no pleaded alter-ego, veil-piercing, or fraudulent transfer theory |
| RFP Nos. 1–3, 22–27, 87–99, 100–107 | Financial/tax/hosting dragnet | RFPs demanding transfers to family, complete real-estate histories, all current assets, corporate governance across multiple entities, server IPs/domains/mirrors/foreign logs, and full tax returns/bank statements and income since 2018 | Untethered to the works at issue; disproportionate; invades sensitive personal and third-party information; seeks global, historical financials despite limited claims; "gross revenue" under 17 U.S.C. § 504(b) does not open limitless discovery |
| RFP Nos. 4–8, 32–38, 63–66, 73–74 | Untailored "all documents" on copyright/DMCA | RFPs for every document mentioning "copyright," materials about blog posts, any removal of copyright notices, and whether each work is protected | Not limited to pleaded works, custodians, systems, or timeframe; intrudes on privileged legal analyses and mental impressions. |
| RFPs Nos. 5, 9, 19–21, 33–35, 48, 50–52, 55–62, 75–81, 89–91, 108–114 | Media/reputational/community monitoring | RFPs for "all communications" concerning registration numbers/works, various online personas and third parties, "hostility" or "harm" toward Plaintiff, journalist/third-party outreach, and inventories of accounts/handles | Minimally probative; harassment-leaning; raises First Amendment and associational concerns; intrusive and untethered to pleaded issues. |
| RFP Nos. 10–18, 28–31, 39–47, 82–86, 92–97 | Investigators/global communications/governance sprawl | RFPs for private investigator materials; years of communications with investigators, journalists, and professionals; compensation records for "any files" on | Not confined to pleaded works, custodians, or period; implicates privilege and work product; |

DEFENDANTS' APPENDIX "A"

| No. | Category | Description of Requests | Core Deficiencies |
|---|---|---|---|
| | | DEFCAD, Inc.; all board minutes/resolutions across entities; bitcoin histories; staffing/termination records | disproportionate breadth and sensitivity |
| RFP Nos. 49, 66–72 | Workflow, technical logs, and device imaging | RFPs for governance policies at upload-time; exhaustive uploader/reviewer/approver/editor identities with PII; technical logs and IP/browser data; forensic images of Mr. Wilson's personal and business devices | Vastly overbroad; invades nonparty privacy; demands device-level discovery without a predicate; not proportional to the needs of the case; appropriate scope is targeted, server-side collections under a protocol tied to works and timeframe. |