Declaration of the Owner of Duncan Manufacturing

1. I operate the website available at https://www.etsy.com/shop/duncanmfg/.
2. On December 4, 2025, I became aware for the first time that Cody Wilson was attempting to obtain my personal and financial information through the use of a subpoena.
3. I learned of Cody Wilson's attempt to obtain my personal information via subpoena when the Plaintiff in this case contacted me to ask whether I knew why Cody Wilson would be seeking my information in connection with this lawsuit.
4. Prior to December 4, 2025, I had no personal dealings or interactions with the Plaintiff in this matter.
5. I have no relationship to the works at issue in this action and possess no non-public information relating to them.
6. I have publicly expressed criticism of the Defendant in this action, Cody Wilson, regarding his copyright violations and privacy concerns related to his behavior.
7. I am aware that Cody Wilson has previously published at least one blog post in which he stated his intention to use this lawsuit as a means to deanonymize people he believes to be associated with online communities that discuss 3D printed firearms.
8. I firmly believe that Cody Wilson is attempting to obtain my personal information for the purpose of harassing me.
9. I am aware that Cody Wilson has a history of making threats against individuals who criticize him.
10. I am aware that Cody Wilson has employed private investigators as a means of harassing his critics.
11. I am aware that Cody Wilson routinely seeks to provoke journalists into publishing negative articles about individuals who oppose him.
12. I am aware that Cody Wilson has initiated meritless lawsuits against his critics for the purpose of harassment.
13. I am aware that Cody Wilson has previously posted the personal information of his detractors on his websites in an effort to encourage others to participate in harassing them.
14. In the past, I served as a moderator of an online reddit community known as "r/fosscad."
15. Because of Cody Wilson's past violations of individuals' privacy and his history of copyright infringement, I made posts on r/fosscad advising others to avoid him and his websites.
16. It is my genuine belief that, given my lack of any connection to the Plaintiff, the alleged conduct in this case, or any party to this action other than as described above, Cody Wilson seeks my information solely to facilitate harassment against me.
17. I am personally fearful that, if Cody Wilson were to obtain my personal information, he would subject me to some or all of the forms of harassment described herein.
18. I am concerned for my personal safety and well-being, as I do not wish to receive threats from or be harassed by Cody Wilson.

19. I am concerned about my privacy and do not want Cody Wilson to use private investigators or journalists to harass me.
20. I am additionally concerned for my privacy because I do not want Cody Wilson to encourage third parties to harass me by publishing my personal information on his websites.
21. I do not have the financial means to retain an attorney to intervene on my behalf to protect my personal information from Cody Wilson.
22. For these reasons, I requested that the Plaintiff submit this affidavit in support of a motion to quash the subpoena at issue.
23. I declare under penalty of perjury that the foregoing statements are true and correct.

Scott Duncan — Name (Printed)

_[signature]_ — Signature

12/20/2025 — Date