Declaration of the Owner of Romanov Mashina Zavod

1. I maintain and operate the website found at https://zavod69.com/.
2. On December 4, 2025, I became aware for the first time that Cody Wilson was attempting to obtain my personal and financial records by issuing a subpoena.
3. I learned of Cody Wilson's subpoena seeking my personal information after the Plaintiff in this matter contacted me to ask whether I had any understanding of why my information was being requested in connection with this case.
4. Before December 4, 2025, my only interactions with the Plaintiff were polite and amicable exchanges concerning the subject of 3D-printed firearms.
5. I have no connection to the works that are the subject of this lawsuit and do not hold any private or confidential information regarding them.
6. I have publicly criticized the Defendant, Cody Wilson, for copyright violations, for the sexual assault of a minor, and for privacy-related issues arising from his business activities.
7. I have also publicly stated objections to Cody Wilson's appropriation of works I created—none of which are relevant to this lawsuit—which he sold without my permission.
8. I am aware that Cody Wilson has previously authored and published at least one blog post expressing his intent to use this lawsuit as a mechanism to identify and remove the anonymity of individuals he believes are connected to online communities focused on 3D-printed firearms.
9. I firmly believe that Cody Wilson's efforts to obtain my personal information are intended to harass me.
10. I am aware that Cody Wilson has a past pattern of threatening individuals who speak critically about him.
11. I am aware that Cody Wilson has retained private investigators for the purpose of harassing his critics.
12. I am aware that Cody Wilson routinely attempts to instigate journalists into writing unfavorable or negative stories about those who oppose him.
13. I am aware that Cody Wilson has brought lawsuits lacking merit against his critics as a means of harassment.
14. I am aware that Cody Wilson has previously published the personal identifying information of his critics on his websites in an effort to encourage others to harass them.
15. At one point in the past, I was employed by a company owned or operated by Cody Wilson.
16. Because of Cody Wilson's violations of others' privacy and his sexual assault of a minor, I decided to end my association with him and resigned from that employment.
17. It is my sincere belief that, given that I have no involvement with the Plaintiff, the alleged conduct at issue in this case, or any party to this action beyond what is stated above, Cody Wilson seeks my information solely for the purpose of enabling harassment against me.

18. I am personally afraid that if Cody Wilson were to gain access to my personal information, he would subject me to some or all of the harassing conduct described herein.
19. I am concerned for my personal safety and overall well-being, as I do not wish to be threatened or harassed by Cody Wilson.
20. I am concerned about my privacy and do not want Cody Wilson to deploy private investigators or journalists to harass me.
21. I am additionally concerned about my privacy because I do not want Cody Wilson to invite or encourage third parties to harass me by publishing my personal information on his websites.
22. I do not have the financial ability to retain legal counsel to intervene on my behalf to protect my personal information from Cody Wilson.
23. For these reasons, I requested that the Plaintiff submit this affidavit in support of a motion to quash the subpoena in question.
24. I affirm under penalty of perjury that the statements above are true and correct.

_____ Signature    Signature ( Print) : <u>Nikolai Romanov</u>

12/20/2025 _____ Date