## Declaration of the Owner of GunCAD Index LLC

1. I am the owner of "GunCAD Index LLC" registered in Harrisonville, MO.
2. I became aware of Cody Wilson seeking my personal information by use of a subpoena on December 14, 2025.
3. I became aware of Cody Wilson seeking my personal information by use of a subpoena because the Plaintiff in this action reached out to me, asking whether I knew why Cody Wilson might be seeking my information for this lawsuit.
4. I have not had personal interactions with the Plaintiff in this action prior to December 14, 2025.
5. I have no relation to nor any non-public information concerning the works at issue in this action.
6. I have publicly criticized the Defendant in this action, Cody Wilson, for a variety of reasons including: Cody Wilson's sexual misconduct involving a child, Cody Wilson's violations of copyright in general, as well as my criticism of Cody Wilson's history of using personal information he collects through Defcad.com to harass individuals.
7. I am aware that Cody Wilson has previously published at least one blog post where he communicated his plans to use this lawsuit to obtain the identities of individuals who are unrelated to the copyright action itself.
8. I am certain that Cody Wilson is seeking my personal information with the intent to harass me.
9. I am aware that Cody Wilson has threatened his detractors in the past.
10. I am aware that Cody Wilson has paid individuals, such as Gary LeFleur (aka "FDMArms"), to harass his detractors.
11. I am aware that Cody Wilson has hired private investigators to harass his detractors.
12. I am aware that Cody Wilson regularly attempts to cause journalists to write negative things about his detractors.
13. I am aware that Cody Wilson has filed baseless lawsuits against his detractors in order to harass them.
14. I am aware that Cody Wilson has previously published the personal information of his detractors on his websites in a bid to have others join in the harassment.
15. On or about April 30th, 2025, Cody Wilson attempted to give money to GunCAD Index LLC in order to claim some sort of sponsorship or association.
16. Because of Cody Wilson's history of harassment, copyright infringement, and sexual misconduct, I rejected this money.
17. It is my sincere belief that, in light of the fact that I have no connection to Plaintiff, the conduct alleged in this action, or connection to any party in this action aside from those identified herein, that Cody Wilson seeks my information solely to enable harassment against me.
18. I am personally concerned that Cody Wilson would engage in any or all of these methods of harassment against me if he were to obtain my personal information.
19. I am concerned for my safety and well-being, as I do not want to receive threats or be the subject of harassment from Cody Wilson.
20. I am concerned about my privacy, as I do not want Cody Wilson to have private investigators or journalists harass me.
21. I am further concerned about my privacy because I do not want Cody Wilson to invite third parties to harass me by posting my personal information on his websites.
22. I am unable to afford a lawyer to intervene on my behalf to protect my personal information from Cody Wilson.
23. Because of these concerns, I have asked plaintiff to submit this affidavit in support of a motion to quash this subpoena.
24. I hereby certify under penalty of perjury that the foregoing is true and correct.

The Shiftinator                                     Printed Name

*[signature]*                                       Signature

12/24/2025                                          Date