# EXHIBIT A[1]

---

[1] On December 30, 2025, during the parties' meet and confer on Defendants' Motion for Leave to Amend, Plaintiff's Counsel represented he would provide a redacted copy of the Protected Materials. Once received, Defendants will supplement the Motion with the redacted copy of the Protective Materials.