# EXHIBIT D

**Leitner, Leia V.**

---

| | |
|---|---|
| **From:** | Zachary Zermay <zach@zermaylaw.com> |
| **Sent:** | Monday, December 29, 2025 10:27 AM |
| **To:** | Leitner, Leia V. |
| **Cc:** | Geraldine Phillips; Gyebi, Amaris; Zibas, Jura C.; Chad Flores; Kujawski, Cheryl A. |
| **Subject:** | Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g) |

> EXTERNAL EMAIL - This email originated from outside the organization.

We got the court reporter, so we can accommodate your request to confer at 10:00 tomorrow.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Mon, Dec 29, 2025 at 10:18 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Dear Mr. Zermay:
>
> As you know, we met and conferred on November 25, 2025, in person, to discuss Plaintiff's position on Defendants' Motion for Leave to Amend Defendants' Answer and Affirmative Defenses ("Motion"). At the meeting, Plaintiff requested to see a copy of the Motion before providing his opinion on whether he is opposed or unopposed to the Motion. On December 18, 2025, we provided a copy of the Motion and proposed Answer and Affirmative Defenses. At which point, the Plaintiff had not provided his position on the Motion.
>
> On December 19, 2025, and again on December 23, 2025, we followed up to request Plaintiff's position on whether he is opposed or unopposed to the Motion. On December 24, 2025, you suggested meeting and confer on December 26, 2025, on the outstanding issues, including this Motion, which I then suggested on December 26, 2025, at 10:00 a.m. However, you then sent an email stating you were no longer available to meet on December 26, 2025, because you were producing documents responsive to Defendant Cody Wilson's Request for Production, which was served on October 15, 2025.

We would simply like to meet on the Defendants' Motion per the local rules. Thus, please provide your availability to meet and confer on the Motion today or tomorrow at 10:00 a.m. There is no court order requiring the parties to meet on Motions on the pleadings. Please advise.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200

Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



---

**From:** Leitner, Leia V.
**Sent:** Thursday, December 18, 2025 5:20 PM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>; 'Geraldine Phillips' <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; 'Chad Flores' <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

I accidentally forgot to attach Exhibit A to the Motion; please see the attachment.

Thanks,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)

407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Leitner, Leia V.
**Sent:** Thursday, December 18, 2025 5:14 PM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>; 'Geraldine Phillips' <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; 'Chad Flores' <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

As previously discussed, we intend to file a Motion for Leave to Amend Defendants' Answer to Plaintiff's First Amended Complaint ("Motion") in the above-referenced matter.  I have attached the Motion and proposed Answer and Affirmative Defenses for your review.  Please let us know whether Plaintiff is opposed or unopposed to the relief sought by **Monday, December 22, 2025**.  I am free to discuss this further by phone anytime on December 22, 2025.  Please advise.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Leitner, Leia V.
**Sent:** Wednesday, November 26, 2025 12:25 PM
**To:** Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

As we discussed yesterday, we intend to file a Motion for Leave to Amend Defendants' Answer to Plaintiff's First Amended Complaint ("Motion") in the above-referenced matter. The basis of the Motion is to add additional affirmative defense(s), including, but not limited to, copyright validity and unclean hands, in light of the recent documents received from Plaintiff this week. Please let us know whether Plaintiff is opposed or unopposed to the relief sought in the instant Motion. We are happy to discuss this further during the parties' meet-and-confer on December 2, 2025, at 10:00 a.m. EST via Zoom.

Thank you and happy Thanksgiving!

Sincerely,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
```

the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.