---

One tap mobile
+13052241968,,84958495000#,,,,*690361# US
+13017158592,,84958495000#,,,,*690361# US (Washington DC)

Join instructions
https://thomassonpllc.zoom.us/meetings/84958495000/invitations?signature=O6ph-glgPyOp-WhKL3wi19wECuLkYq7QiHDJag7NzJk


Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Wed, Dec 31, 2025 at 5:49 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Yes; Friday at 10:00 a.m. EST works. Please circulate a calendar invite with a Zoom or Teams link to this effect.
>
>
> Leia V. Leitner
> Attorney At Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 111 North Orange Avenue Suite 1200
> Orlando, FL 32801
> 407.423.7287 (Direct)
> 407.973.2111 (Cell)
> 407.203.7599 (Main)
> 407.648.1376 (Fax)
> leia.leitner@wilsonelser.com
>
>
> **From:** Zachary Zermay <zach@zermaylaw.com>
> **Sent:** Wednesday, December 31, 2025 5:13 PM
> **To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
> **Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
> **Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g)

> EXTERNAL EMAIL - This email originated from outside the organization.

Okay, I have secured a court reporter for Friday January 2, 2026. Are you available at 10:00 AM that day?

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Wed, Dec 31, 2025 at 4:55 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Dear Mr. Zermay:
>
> We provided Defendants' position with respect to the Motion for Leave to Amend, which is that we are asserting new affirmative defenses in Defendants' Answer based on newly discovered evidence that we received on November 25, 2025. We stated that the documents do not establish a proper chain of title to the subject copyrights-in-suit. For purposes of this Motion, we do not need to go into the weeds as to why the documents are invalid. Simply put, the issue is whether you agree to allow us to amend based on new evidence. As for the documents, Plaintiff may redact them as he sees fit, as I requested below, and send them to us by noon on Friday so we can timely file the exhibits with the Court and attach them to the Motion.
>
> You are mischaracterizing our position on Plaintiff's Motion for Reconsideration. We are not refusing to give the Defendants' position on the Motion for Reconsideration. I stated below that we do not agree because Plaintiff has been uncooperative with the meet-and-confer for this Motion, as it has taken over a month to schedule and discuss the meet-and-confer. We finally received the Plaintiff's position on Defendant's Motion for Leave to Amend; however, Plaintiff has unnecessarily made it contingent on Defendants' providing a substantive position on their affirmative defenses on validity. This is not proper. Again, to confer on Plaintiff's Motion for Reconsideration, the parties are to do so by phone, in person, or in a remote setting (i.e., Zoom, Teams, etc.), per the local rules, which have not been done.
>
> To reiterate below, I am available on Friday for a call at any time to discuss this further. Thank you.

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
[111 North Orange Avenue Suite 1200](#)
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
[leia.leitner@wilsonelser.com](mailto:leia.leitner@wilsonelser.com)

---

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Wednesday, December 31, 2025 4:36 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g)

> EXTERNAL EMAIL - This email originated from outside the organization.

Good afternoon,

As discussed at the conference that you neglected to mention in your motion, you stated that you would advise as to what defects you believe are in the agreement. You still have not provided that information so that we can tailor the redactions to suit your purported needs.

If you fail to provide that information as promised, we will be forced to redact it as we see fit.

You have not given us your position on our motion for reconsideration. Please provide your position or we will have to notify the Court that you're refusing to provide one as required to do so under LR 3.01(g). Thanks.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**

P **(305) 767-3529** | W **zermaylaw.com** | E zach@zermaylaw.com

A  3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Wed, Dec 31, 2025 at 4:26 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Mr. Zermay:

We have noted Plaintiff's position with respect to the Motion for Leave to Amend in our conferral provision accurately, which is that Plaintiff is opposed to the Motion.

However, as to the work-for-hire agreement/assignment that Defendants received on November 25, 2025, we provided notice to Plaintiff that Defendants intend to attach these documents as an exhibit to the Motion on December 18, 2025. At the meet and confer, we asked if Plaintiff intended to file a Motion to Seal or de-designate these documents so that we can file the same with the Court. In response, Plaintiff stated that he would provide redacted copies of the same once Defendants discussed how the documents were invalid under the *Reed* factors. This is not our burden.

Per the parties' Stipulated Protective Order, Local Rule 1.11, and the Middle District's Standing Order on Motions to Seal, the party that designated the document as "Protective Material" has the burden to file a motion to seal and explain why it should be held to this standard. Defendants have previously articulated that these documents are relevant to Plaintiff's copyright claims and the designation is unnecessary. Thus, we ask that you provide the redacted copy to us by **noon on Friday, January 2, 2026**; otherwise, we will have no choice but to file the documents unsealed and to advise that Plaintiff continues to be uncooperative, as required under the court's local rules.

If this needs further discussion, I am available by phone anytime on Friday, January 2, 2026. Thank you,

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

From: Zachary Zermay <zach@zermaylaw.com>
Sent: Wednesday, December 31, 2025 3:32 PM
To: Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
Cc: Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
Subject: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g)

EXTERNAL EMAIL - This email originated from outside the organization.

Good afternoon,

Can you please give me your position on our motion to reconsider the magistrate judge's order requiring us to confer (ECF 178)?

Grounds are that we did confer with a court reporter, and the court would have known that if you had included that in a LR 3.01(g) certificate.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Mon, Dec 29, 2025 at 10:52 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Great. We are requesting to meet and confer on Defendants' Motion for Leave to Amend Defendants' Answer and Affirmative Defenses for tomorrow, December 30, 2025, at 10:00 a.m. To this end, I have circulated a calendar invite with a Zoom link to your attention, and provided it below:
>
> Join Zoom Meeting
> https://wilsonelser.zoom.us/j/86272796522?pwd=vpvBbzlmvJ40Zb7fNaGTRH0bEGogPI.1

Meeting ID: 862 7279 6522
Passcode: 172660

If you would like to discuss other issues, I have provided my availability in a separate email.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Monday, December 29, 2025 10:27 AM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

> EXTERNAL EMAIL - This email originated from outside the organization.

We got the court reporter, so we can accommodate your request to confer at 10:00 tomorrow.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Mon, Dec 29, 2025 at 10:18 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

As you know, we met and conferred on November 25, 2025, in person, to discuss Plaintiff's position on Defendants' Motion for Leave to Amend Defendants' Answer and Affirmative Defenses ("Motion").  At the meeting, Plaintiff requested to see a copy of the Motion before providing his opinion on whether he is opposed or unopposed to the Motion. On December 18, 2025, we provided a copy of the Motion and proposed Answer and Affirmative Defenses.   At which point, the Plaintiff had not provided his position on the Motion.

On December 19, 2025, and again on December 23, 2025, we followed up to request Plaintiff's position on whether he is opposed or unopposed to the Motion.  On December 24, 2025, you suggested meeting and confer on December 26, 2025, on the outstanding issues, including this Motion, which I then suggested on December 26, 2025, at 10:00 a.m.  However, you then sent an email stating you were no longer available to meet on December 26, 2025, because you were producing documents responsive to Defendant Cody Wilson's Request for Production, which was served on October 15, 2025.

We would simply like to meet on the Defendants' Motion per the local rules.  Thus, please provide your availability to meet and confer on the Motion today or tomorrow at 10:00 a.m.  There is no court order requiring the parties to meet on Motions on the pleadings.  Please advise.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200

Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Leitner, Leia V.
**Sent:** Thursday, December 18, 2025 5:20 PM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>; 'Geraldine Phillips' <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; 'Chad Flores' <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

I accidentally forgot to attach Exhibit A to the Motion; please see the attachment.

Thanks,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Leitner, Leia V.
**Sent:** Thursday, December 18, 2025 5:14 PM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>; 'Geraldine Phillips' <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; 'Chad Flores' <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

As previously discussed, we intend to file a Motion for Leave to Amend Defendants' Answer to Plaintiff's First Amended Complaint ("Motion") in the above-referenced matter. I have attached the Motion and proposed Answer and Affirmative Defenses for your review. Please let us know whether Plaintiff is opposed or unopposed to the relief sought by **Monday, December 22, 2025**. I am free to discuss this further by phone anytime on December 22, 2025. Please advise.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Leitner, Leia V.
**Sent:** Wednesday, November 26, 2025 12:25 PM
**To:** Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>;

Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

As we discussed yesterday, we intend to file a Motion for Leave to Amend Defendants' Answer to Plaintiff's First Amended Complaint ("Motion") in the above-referenced matter. The basis of the Motion is to add additional affirmative defense(s), including, but not limited to, copyright validity and unclean hands, in light of the recent documents received from Plaintiff this week. Please let us know whether Plaintiff is opposed or unopposed to the relief sought in the instant Motion. We are happy to discuss this further during the parties' meet-and-confer on December 2, 2025, at 10:00 a.m. EST via Zoom.

Thank you and happy Thanksgiving!

Sincerely,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.

You should NEVER wire money to any bank account that Wilson Elser

Moskowitz Edelman & Dicker LLP provides to you either in the body

of this or any email or in an attachment without first speaking

with the attorney in our office who is handling your transaction.

Further, DO NOT accept emailed wire instructions from anyone else

without voice verification. Even if an email looks like it has come

from this office or someone involved in your transaction,

CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE

to verify the information before wiring any money.

Failure to do so is at your own risk.

Be particularly wary of any request to change wire instructions

you have already received.

```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.
```

---------- Forwarded message ----------
From: Zachary Zermay <zach@zermaylaw.com>
Date: Thu, 01 Jan 2026 22:43:34 -0500
Subject: Fwd: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson: Third Party Subpoenas -Meet and Confer - Third Day Request

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



---------- Forwarded message ---------
From: **Leitner, Leia V.** <Leia.Leitner@wilsonelser.com>
Date: Mon, Dec 29, 2025 at 10:25 AM
Subject: RE: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson: Third Party Subpoenas -Meet and Confer - Third Day Request

To: Zachary Zermay <zach@zermaylaw.com>
Cc: Geraldine Phillips <info@zermaylaw.com>, Chad Flores <cf@chadflores.law>, Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>, Zibas, Jura C. <Jura.Zibas@wilsonelser.com>, Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>, chad-flores-7646@ecf.pacerpro.com <chad-flores-7646@ecf.pacerpro.com>, service@chadflores.law <service@chadflores.law>

Dear Mr. Zermay,

As to Defendants' third-party subpoenas, please provide a copy of the proposed Motion or the case law discussing Plaintiff's standing to challenge these subpoenas. In addition, we will need a court reporter to discuss these discovery issues. Please confirm that the court reporter is available tomorrow at 10:00 a.m., as you indicated below.

If the court reporter is no longer available tomorrow at 10:00 a.m., please let us know if you are available to discuss Plaintiff's Motion to Quash Defendants' Third Party Subpoenas. I am also available to meet on Plaintiff's Motion to Quash on the following dates/times below:

- January 2, 2025, 9:00 a.m.-3:00 p.m.
- January 5, 2025, anytime
- January 6, 2025, anytime.

Please advise the date/time you are available to meet and confer on Plaintiff's Motion to Quash, given the times/dates provided above. Thank you.

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

---

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Friday, December 26, 2025 3:50 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson: Third Party Subpoenas -Meet and Confer - Third Day Request

EXTERNAL EMAIL - This email originated from outside the organization.

Counsel,

You recently declared that Plaintiff's has refused "to proceed with the meet-and-confer is inconsistent with the local rules and our obligations to confer in good faith." As you must know, this is simply not true. You unilaterally set a time to confer on New Years Eve, and then the same day, unilaterally declared the hour of a conference without clearing it with me or my support staff. That is not a good faith attempt to jointly coordinate a conference of counsel to resolve issues. Please do not do that again.

We need a court reporter because your written correspondence attempting to impose a burden on my office to specifically refute an incorrect record that you keep attempting to backfill or suggest that I acquiesced to it.

Indeed, you have now declared your intentions to falsely represent to the Court that "that the parties met and conferred on December 5, 2025, via Zoom, based on Plaintiff's failure to produce timely documents and continual refusal to meet his discovery obligations." If you file a motion without a compliant conference of counsel, we will file a declaration under penalty of perjury that: 1) that did not happen, and 2) you knew that did not happen because of your unilateral attempts to set the dates and times regarding this topic in the middle of the holidays. As you also must know, federal courts (along with state court's around the country) have held that mere written correspondence does "not [constitute] a meaningful conference" of parties as contemplated by discovery rules. See *DeepGulf, Inc. v. Moszkowski*, 330 F.R.D. 600, 611-612 (N.D. Fla. 2019).This is because "[p]arties are far more likely to resolve a dispute if they speak to each other directly" regarding the issues. See *id*. at 611, n.11; *Summit Chase Condominium Ass'n, Inc. v. Protean Investors, Inc.*, 421 So. 2d 562 (Fla. 3d DCA 1982) ("It is inherent in the present rules of discovery that lawyers, out of respect for the adversary system, should make good faith efforts to comply with one another's reasonable discovery requests without constant recourse to the trial courts."); *Townsend v. Superior Court* (1998) 61 CA 4th 1431-1439 ("[A] reasonable and good faith attempt at informal resolution entails something more than bickering with [opposing] counsel . . . Rather, the law requires that counsel attempt to talk the matter over, compare their views, consult, and deliberate."); *Obregon v. Superior Court* (1998) 67 CA4th 424, 431 (A single brief letter with no explanation why the discovery was proper does not constitute a reasonable and good faith attempt at informal resolution.).

As you should know, I do not use artificial intelligence, like Harvey, to draft emails, and thus, it is more efficient to have an independent record of what actually occurred by way of a court reporter. As I wrote earlier, we are working on the document production, and your barrage of argumentative emails is hindering my ability to make the production.

We have asked the court reporter whether she is available on December 30, 2025 at 10:00 am EST to accommodate your self proclaimed "1-hour window to make [yourself] available[.]" Although, if you are not available at any other time to accommodate anyone else's schedules, I would request a reason why none of the other ~1,300 attorneys at your firm or Mr. Flores can make themselves available outside of that window (between then and the New Year Day) to confer. I would suspect the reason why is because your side is intentionally harassing my client, myself, and Geraldine over the holidays to gain a perceived litigation advantage.

Indeed, I distinctly remember you and your firm's unavailability to confer for roughly a three (3) week period of time around late October 2025 through early November 2025 because of an IP Law Conference and a "partner retreat" despite the fact that your firm has legions of associates who were purportedly available to litigate this matter.

I will now get back to the document production. Thanks.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Fri, Dec 26, 2025 at 9:39 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Dear Mr. Zermay:
>
> This is the exact opposite of what was communicated two days ago.
>
> On Wednesday, December 24, 2025, at 10:47 a.m., you emailed proposing that we set a time to meet and confer on the Motion "after the holiday? Such as Friday December 26, 2025?" In response, I agreed to that date and confirmed my availability on December 26, 2025, at 10:00 a.m., as suggested. You have now indicated that you are no longer available today.  As you will recall, we met and conferred in person on November 25, 2025, to discuss Defendants' Motion for Leave to Amend, and we followed that meeting with a copy of the Motion. We would like to meet and confer regarding the proposed Motion and Answer, and by all accounts, we had agreed upon and scheduled a time to do so. Your refusal to proceed with the meet-and-confer is inconsistent with the local rules and our obligations to confer in good faith.
>
> On Wednesday, December 24, 2025, at 8:42 a.m., you emailed stating that "[w]e've had technical difficulties getting the production over and that we're working on it and will have it to you before Friday." Plaintiff's production is now 41 days overdue.  It is important to note that during our meet-and-confer sessions in October and November 2025, Mr. Larosiere represented that he would produce all documents without "boilerplate objections" by November 15, 2025.  Yet Plaintiff has still refused to produce documents in response to Defendants' Request for Production and in accordance with the court-ordered deadline.  If Plaintiff does not produce the document today, we will proceed with filing Defendants' Motion to Compel, asserting that the parties met and conferred on December 5, 2025, via Zoom, based on Plaintiff's failure to produce timely documents and continual refusal to meet his discovery obligations.
>
> Please confirm your availability to meet and confer today as previously scheduled, or give your availability on Tuesday, December 30, 2025, at 10:00 a.m. EST (as I have a 1-hour window to make myself available again), so we can quickly complete the conference.  You also indicate "we are not available," and we would like to know who else is attending the meet and confer aside from yourself.  If this requires a court reporter, Plaintiff should reserve one.

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

---

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Thursday, December 25, 2025 7:43 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson: Third Party Subpoenas -Meet and Confer - Third Day Request

> EXTERNAL EMAIL - This email originated from outside the organization.

10am does not work for us, and yes, the depositions will need to be rescheduled, in large part because the few addresses you provided were incorrect and due to your non-production. Plus, we intend to be flexible with the non-parties schedules, and of course, we will provide you links when they are scheduled since you requested them.

We will need all of Friday to get you the discovery responses you need, and we will provide you a draft MTQ plus the declarations of the non-parties Friday. Please provide more dates, and will you be securing a court reporter for this meeting, or do we need to?

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Wed, Dec 24, 2025 at 8:42 PM Zachary Zermay <zach@zermaylaw.com> wrote:

> We've had technical difficulties getting the production over and that we're working on it and will have it to you before Friday.
>
> Sincerely,
>
> Zachary Z. Zermay, Esq.
>
> **Zermay Law**
> P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
> A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145
>
> 
>
> On Wed, Dec 24, 2025 at 10:58 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:
>
>> Dear Mr. Zermay:
>>
>> Understood. I thought you might be available for a meet and confer this week, given the several depositions you scheduled for last week and this week, which we presume aren't moving forward since the deposition subpoenas appear to have gone unserved. That said, Friday, **December 26, 2025, at 10:00 a.m. EST** works to discuss Plaintiff's Motion to Quash, Defendants' Motion for Leave to Amend, and Plaintiff's outstanding discovery issues. I will send a calendar invite to this effect shortly.
>>
>> Thank you,
>>
>> Leia V. Leitner
>> Attorney At Law
>> Wilson Elser Moskowitz Edelman & Dicker LLP
>> 111 North Orange Avenue Suite 1200
>> Orlando, FL 32801
>> 407.423.7287 (Direct)
>> 407.973.2111 (Cell)
>> 407.203.7599 (Main)
>> 407.648.1376 (Fax)
>> leia.leitner@wilsonelser.com
>>
>> **From:** Zachary Zermay <zach@zermaylaw.com>
>> **Sent:** Wednesday, December 24, 2025 10:47 AM

**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson: Third Party Subpoenas -Meet and Confer - Third Day Request

> EXTERNAL EMAIL - This email originated from outside the organization.

Good morning,

Today is Christmas Eve.

Can you please provide other dates after the holiday? Such as Friday December 26, 2025?

Sincerely,

Zachary Z. Zermay, Esq.



Zermay Law
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Wed, Dec 24, 2025 at 8:05 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Mr. Zermay:
>
> I am available today at any time for a call. How about today at 11:00 a.m.?
>
> Thank you,
>
> Leia V. Leitner, Esq.

- Sent from my iPhone.

On Dec 24, 2025, at 1:50 AM, Zachary Zermay <zach@zermaylaw.com> wrote:

> EXTERNAL EMAIL - This email originated from outside the organization.

You have sent a lot of emails this Christmas holiday. When do you want to meet on all open issues?

Sincerely,

Zachary Z. Zermay, Esq.



Zermay Law
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Tue, Dec 23, 2025 at 1:07 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Dear Mr. Zermay:
>
> I am following up on the below regarding scheduling the Meet and Confer on Defendants' Motion for Leave to file an Amended Answer and Affirmative Defenses ("Motion"). Please note that this is the third day of requesting a meet-and-confer on the Defendants' Motion. Please advise.
>
> Thank you,
>
> Leia V. Leitner
> Attorney At Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 111 North Orange Avenue Suite 1200
> Orlando, FL 32801
> 407.423.7287 (Direct)
> 407.973.2111 (Cell)
> 407.203.7599 (Main)