# COMPOSITE EXHIBIT A

# COPYRIGHT ASSIGNMENT AGREEMENT

2/27/2022

This Copyright Assignment Agreement ("Agreement") is made and entered into as of the date of execution below by and between:

John Elik, an individual residing in ▆▆▆▆▆▆▆▆ ("Assignor"), and

Matthew Michael Larosiere, an individual residing in ▆▆▆▆▆▆▆▆ ("Assignee").

## I. ASSIGNMENT OF COPYRIGHT

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby irrevocably sells, assigns, transfers, and conveys to Assignee all right, title, and interest in and to the following works of authorship (the "Works"), including all copyrights and all rights of renewal and extension thereof, throughout the world:

    a. One document which describes and details the assembly and other musings about a firearm known as the "AMIGO GRANDE".
    b. One document which provides and overview of a firearm known as the "AMIGO GRANDE".
    c. The STEP design files/technical drawings for the "AMIGO GRANDE".
    d. 100 Photographs which depict a firearm and parts of a firearm known as the "AMIGO GRANDE".

## II. EMPLOYMENT ACKNOWLEDGEMENT & CONFIRMATORY ASSIGNMENT

The Assignor and Assignee acknowledge that the Works subject to this Agreement were originally created by Assignor in the course and scope of Assignor's employment with Assignee pursuant to an employment agreement between the parties (the "Employment Agreement"). It was and remains the parties' mutual understanding and intent that, under the Employment Agreement and applicable law, all right, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, vested automatically in Assignee at the time of creation as works made for hire or otherwise under the Employment Agreement.

However, to the extent that the Employment Agreement or any other instrument may be deemed insufficient to fully vest ownership in Assignee, or to the extent that

Assignor may now or in the future be deemed to hold any residual rights, title, or interest in any of the Works, Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all such rights, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, throughout the world and for the entire term of such rights (and any extensions or renewals thereof), to ensure Assignee's complete and undisputed ownership thereof.

### III. SCOPE OF RIGHTS TRANSFERRED

This assignment includes all rights under copyright which Assignor may still retain despite his understanding that the works were created as works for hire, including but not limited to the exclusive rights to reproduce, prepare derivative works, distribute copies, publicly perform, and publicly display the Works, in all formats and media, now known or later developed, including all causes of action and rights to recover for past, present, and future infringements.

### IV. CONSIDERATION

As consideration for this transfer, Assignee shall pay Assignor the sum of one dollar ($1.00), the receipt and sufficiency of which are hereby acknowledged.

### V. EFFECTIVE DATE

This assignment shall be effective as of 2/27/22.

### VI. WARRANTIES

Assignor represents and warrants that:

  a. Assignor affirms that the Works were created in the course and scope of employment and intended as works made for hire;
  b. The Works are original and do not infringe any third party's rights;
  c. Assignor has full power and authority to enter into this Agreement and to assign the rights granted herein; and
  d. The rights, if any, applicable to this document concerning the Works have not been previously assigned, transferred, or licensed to any third party.

### VII. FURTHER ASSURANCES

Assignor agrees to execute and deliver such other instruments and take such further actions as may be reasonably necessary to effectuate the purposes of this Agreement, including assisting with enforcement actions if requested.

## VIII. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the Great State of Florida, without regard to its conflict of law principles.

## IX. COUNTERPARTS AND ELECTRONIC SIGNATURES:

This Agreement may be executed in counterparts and by electronic means, each of which shall be deemed an original.

## X. ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between the parties and supersedes all prior agreements, representations, or understandings, whether written or oral, concerning its subject matter. This Agreement may not be amended except in a writing signed by both parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date(s) set forth below.

ASSIGNOR:

*/s/ John Elik*

John Theodore Elik

DATED: 2/27/22

ASSIGNEE:

*/s/ Matthew Larosiere*

Matthew Michael Larosiere

DATED: 2/27/2022

3

# COPYRIGHT ASSIGNMENT AGREEMENT

3/25/2023

This Copyright Assignment Agreement ("Agreement") is made and entered into as of the date of execution below by and between:

John Elik, an individual residing in ▮▮▮▮▮▮ ("Assignor"), and

Matthew Michael Larosiere, an individual residing in ▮▮▮▮▮▮ ("Assignee").

## I. ASSIGNMENT OF COPYRIGHT

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby irrevocably sells, assigns, transfers, and conveys to Assignee all right, title, and interest in and to the following works of authorship (the "Works"), including all copyrights and all rights of renewal and extension thereof, throughout the world:

a. One document which describes and details the assembly and other musings about a firearm known as the "KF5".
b. One document which provides and overview of a firearm known as the "KF5".
c. The STEP design files/technical drawings for the "KF5".
d. 44 Photographs which depict a firearm and parts of a firearm known as the "KF5".

## II. EMPLOYMENT ACKNOWLEDGEMENT & CONFIRMATORY ASSIGNMENT

The Assignor and Assignee acknowledge that the Works subject to this Agreement were originally created by Assignor in the course and scope of Assignor's employment with Assignee pursuant to an employment agreement between the parties (the "Employment Agreement"). It was and remains the parties' mutual understanding and intent that, under the Employment Agreement and applicable law, all right, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, vested automatically in Assignee at the time of creation as works made for hire or otherwise under the Employment Agreement.

However, to the extent that the Employment Agreement or any other instrument may be deemed insufficient to fully vest ownership in Assignee, or to the extent that

1

Assignor may now or in the future be deemed to hold any residual rights, title, or interest in any of the Works, Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all such rights, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, throughout the world and for the entire term of such rights (and any extensions or renewals thereof), to ensure Assignee's complete and undisputed ownership thereof.

### III. SCOPE OF RIGHTS TRANSFERRED

This assignment includes all rights under copyright which Assignor may still retain despite his understanding that the works were created as works for hire, including but not limited to the exclusive rights to reproduce, prepare derivative works, distribute copies, publicly perform, and publicly display the Works, in all formats and media, now known or later developed, including all causes of action and rights to recover for past, present, and future infringements.

### IV. CONSIDERATION

As consideration for this transfer, Assignee shall pay Assignor the sum of one dollar ($1.00), the receipt and sufficiency of which are hereby acknowledged.

### V. EFFECTIVE DATE

This assignment shall be effective as of 3/25/23.

### VI. WARRANTIES

Assignor represents and warrants that:

    a. Assignor affirms that the Works were created in the course and scope of employment and intended as works made for hire;
    b. The Works are original and do not infringe any third party's rights;
    c. Assignor has full power and authority to enter into this Agreement and to assign the rights granted herein; and
    d. The rights, if any, applicable to this document concerning the Works have not been previously assigned, transferred, or licensed to any third party.

### VII. FURTHER ASSURANCES

Assignor agrees to execute and deliver such other instruments and take such further actions as may be reasonably necessary to effectuate the purposes of this Agreement, including assisting with enforcement actions if requested.

## VIII. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the Great State of Florida, without regard to its conflict of law principles.

## IX. COUNTERPARTS AND ELECTRONIC SIGNATURES:

This Agreement may be executed in counterparts and by electronic means, each of which shall be deemed an original.

## X. ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between the parties and supersedes all prior agreements, representations, or understandings, whether written or oral, concerning its subject matter. This Agreement may not be amended except in a writing signed by both parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date(s) set forth below.

ASSIGNOR:

*/s/ John Elik*

John Theodore Elik

DATED: 3/25/2023

ASSIGNEE:

*/s/ Matthew Larosiere*

Matthew Michael Larosiere

DATED: 3/25/2023

3

# COPYRIGHT ASSIGNMENT AGREEMENT

10/28/2023

This Copyright Assignment Agreement ("Agreement") is made and entered into as of the date of execution below by and between:

John Elik, an individual residing in ▮▮▮▮ ("Assignor"), and

Matthew Michael Larosiere, an individual residing in ▮▮▮▮ ("Assignee").

## I. ASSIGNMENT OF COPYRIGHT

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby irrevocably sells, assigns, transfers, and conveys to Assignee all right, title, and interest in and to the following works of authorship (the "Works"), including all copyrights and all rights of renewal and extension thereof, throughout the world:

   a. One document which describes and details the assembly and other musings about a firearm known as the "SF5".
   b. One document which provides and overview of a firearm known as the "SF5".
   c. The STEP design files/technical drawings for the "SF5".
   d. 24 Photographs which depict a firearm and parts of a firearm known as the "SF5".

## II. EMPLOYMENT ACKNOWLEDGEMENT & CONFIRMATORY ASSIGNMENT

The Assignor and Assignee acknowledge that the Works subject to this Agreement were originally created by Assignor in the course and scope of Assignor's employment with Assignee pursuant to an employment agreement between the parties (the "Employment Agreement"). It was and remains the parties' mutual understanding and intent that, under the Employment Agreement and applicable law, all right, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, vested automatically in Assignee at the time of creation as works made for hire or otherwise under the Employment Agreement.

However, to the extent that the Employment Agreement or any other instrument may be deemed insufficient to fully vest ownership in Assignee, or to the extent that

Assignor may now or in the future be deemed to hold any residual rights, title, or interest in any of the Works, Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all such rights, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, throughout the world and for the entire term of such rights (and any extensions or renewals thereof), to ensure Assignee's complete and undisputed ownership thereof.

### III. SCOPE OF RIGHTS TRANSFERRED

This assignment includes all rights under copyright which Assignor may still retain despite his understanding that the works were created as works for hire, including but not limited to the exclusive rights to reproduce, prepare derivative works, distribute copies, publicly perform, and publicly display the Works, in all formats and media, now known or later developed, including all causes of action and rights to recover for past, present, and future infringements.

### IV. CONSIDERATION

As consideration for this transfer, Assignee shall pay Assignor the sum of one dollar ($1.00), the receipt and sufficiency of which are hereby acknowledged.

### V. EFFECTIVE DATE

This assignment shall be effective as of 10/28/23.

### VI. WARRANTIES

Assignor represents and warrants that:

a. Assignor affirms that the Works were created in the course and scope of employment and intended as works made for hire;
b. The Works are original and do not infringe any third party's rights;
c. Assignor has full power and authority to enter into this Agreement and to assign the rights granted herein; and
d. The rights, if any, applicable to this document concerning the Works have not been previously assigned, transferred, or licensed to any third party.

### VII. FURTHER ASSURANCES

Assignor agrees to execute and deliver such other instruments and take such further actions as may be reasonably necessary to effectuate the purposes of this Agreement, including assisting with enforcement actions if requested.

## VIII. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the Great State of Florida, without regard to its conflict of law principles.

## IX. COUNTERPARTS AND ELECTRONIC SIGNATURES:

This Agreement may be executed in counterparts and by electronic means, each of which shall be deemed an original.

## X. ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between the parties and supersedes all prior agreements, representations, or understandings, whether written or oral, concerning its subject matter. This Agreement may not be amended except in a writing signed by both parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date(s) set forth below.

**ASSIGNOR:**

*/s/ John Elik*

John Theodore Elik

DATED: 10/28/2023

**ASSIGNEE:**

*/s/ ML*

Matthew Michael Larosiere

DATED: 10/28/2023

3

# COPYRIGHT ASSIGNMENT AGREEMENT

4/30/2024

This Copyright Assignment Agreement ("Agreement") is made and entered into as of the date of execution below by and between:

John Elik, an individual residing in ▮▮▮▮▮▮▮▮ ("Assignor"), and

Matthew Michael Larosiere, an individual residing in ▮▮▮▮▮▮▮▮ ("Assignee").

## I. ASSIGNMENT OF COPYRIGHT

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby irrevocably sells, assigns, transfers, and conveys to Assignee all right, title, and interest in and to the following works of authorship (the "Works"), including all copyrights and all rights of renewal and extension thereof, throughout the world:

a. One document which describes and details the assembly and other musings about a firearm known as the "PLASTIKOV V4".
b. One document which provides and overview of a firearm known as the "PLASTIKOV V4".
c. The STEP design files/technical drawings for the "PLASTIKOV V4".
d. 61 Photographs which depict a firearm and parts of a firearm known as the "PLASTIKOV V4".

## II. EMPLOYMENT ACKNOWLEDGEMENT & CONFIRMATORY ASSIGNMENT

The Assignor and Assignee acknowledge that the Works subject to this Agreement were originally created by Assignor in the course and scope of Assignor's employment with Assignee pursuant to an employment agreement between the parties (the "Employment Agreement"). It was and remains the parties' mutual understanding and intent that, under the Employment Agreement and applicable law, all right, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, vested automatically in Assignee at the time of creation as works made for hire or otherwise under the Employment Agreement.

However, to the extent that the Employment Agreement or any other instrument may be deemed insufficient to fully vest ownership in Assignee, or to the extent that

1

Assignor may now or in the future be deemed to hold any residual rights, title, or interest in any of the Works, Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all such rights, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, throughout the world and for the entire term of such rights (and any extensions or renewals thereof), to ensure Assignee's complete and undisputed ownership thereof.

### III. SCOPE OF RIGHTS TRANSFERRED

This assignment includes all rights under copyright which Assignor may still retain despite his understanding that the works were created as works for hire, including but not limited to the exclusive rights to reproduce, prepare derivative works, distribute copies, publicly perform, and publicly display the Works, in all formats and media, now known or later developed, including all causes of action and rights to recover for past, present, and future infringements.

### IV. CONSIDERATION

As consideration for this transfer, Assignee shall pay Assignor the sum of one dollar ($1.00), the receipt and sufficiency of which are hereby acknowledged.

### V. EFFECTIVE DATE

This assignment shall be effective as of 4/30/24.

### VI. WARRANTIES

Assignor represents and warrants that:

a. Assignor affirms that the Works were created in the course and scope of employment and intended as works made for hire;
b. The Works are original and do not infringe any third party's rights;
c. Assignor has full power and authority to enter into this Agreement and to assign the rights granted herein; and
d. The rights, if any, applicable to this document concerning the Works have not been previously assigned, transferred, or licensed to any third party.

### VII. FURTHER ASSURANCES

Assignor agrees to execute and deliver such other instruments and take such further actions as may be reasonably necessary to effectuate the purposes of this Agreement, including assisting with enforcement actions if requested.

2

## VIII. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the Great State of Florida, without regard to its conflict of law principles.

## IX. COUNTERPARTS AND ELECTRONIC SIGNATURES:

This Agreement may be executed in counterparts and by electronic means, each of which shall be deemed an original.

## X. ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between the parties and supersedes all prior agreements, representations, or understandings, whether written or oral, concerning its subject matter. This Agreement may not be amended except in a writing signed by both parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date(s) set forth below.

ASSIGNOR:

*[signature: John Elik]*

John Theodore Elik
DATED: 4/30/2024

ASSIGNEE:

*[signature]*

Matthew Michael Larosiere
DATED: 4/30/2024

3

RFP-1-12

# COPYRIGHT ASSIGNMENT AGREEMENT

8/3/2024

This Copyright Assignment Agreement ("Agreement") is made and entered into as of the date of execution below by and between:

John Elik, an individual residing in ▮▮▮▮▮ ("Assignor"), and

Matthew Michael Larosiere, an individual residing in ▮▮▮▮▮ ("Assignee").

## I. ASSIGNMENT OF COPYRIGHT

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Assignor hereby irrevocably sells, assigns, transfers, and conveys to Assignee all right, title, and interest in and to the following works of authorship (the "Works"), including all copyrights and all rights of renewal and extension thereof, throughout the world:

a. One document which describes and details the assembly and other musings about a firearm known as the "NS3".
b. One document which provides and overview of a firearm known as the "NS3".
c. The STEP design files/technical drawings for the "NS3".
d. 61 Photographs which depict a firearm and parts of a firearm known as the "NS3".

## II. EMPLOYMENT ACKNOWLEDGEMENT & CONFIRMATORY ASSIGNMENT

The Assignor and Assignee acknowledge that the Works subject to this Agreement were originally created by Assignor in the course and scope of Assignor's employment with Assignee pursuant to an employment agreement between the parties (the "Employment Agreement"). It was and remains the parties' mutual understanding and intent that, under the Employment Agreement and applicable law, all right, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, vested automatically in Assignee at the time of creation as works made for hire or otherwise under the Employment Agreement.

However, to the extent that the Employment Agreement or any other instrument may be deemed insufficient to fully vest ownership in Assignee, or to the extent that

1

Assignor may now or in the future be deemed to hold any residual rights, title, or interest in any of the Works, Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all such rights, title, and interest in and to the Works, including all copyrights and copyrightable subject matter therein, throughout the world and for the entire term of such rights (and any extensions or renewals thereof), to ensure Assignee's complete and undisputed ownership thereof.

### III. SCOPE OF RIGHTS TRANSFERRED

This assignment includes all rights under copyright which Assignor may still retain despite his understanding that the works were created as works for hire, including but not limited to the exclusive rights to reproduce, prepare derivative works, distribute copies, publicly perform, and publicly display the Works, in all formats and media, now known or later developed, including all causes of action and rights to recover for past, present, and future infringements.

### IV. CONSIDERATION

As consideration for this transfer, Assignee shall pay Assignor the sum of one dollar ($1.00), the receipt and sufficiency of which are hereby acknowledged.

### V. EFFECTIVE DATE

This assignment shall be effective as of 8/3/24.

### VI. WARRANTIES

Assignor represents and warrants that:

a. Assignor affirms that the Works were created in the course and scope of employment and intended as works made for hire;
b. The Works are original and do not infringe any third party's rights;
c. Assignor has full power and authority to enter into this Agreement and to assign the rights granted herein; and
d. The rights, if any, applicable to this document concerning the Works have not been previously assigned, transferred, or licensed to any third party.

### VII. FURTHER ASSURANCES

Assignor agrees to execute and deliver such other instruments and take such further actions as may be reasonably necessary to effectuate the purposes of this Agreement, including assisting with enforcement actions if requested.

## VIII. GOVERNING LAW

This Agreement shall be governed by and construed in accordance with the laws of the Great State of Florida, without regard to its conflict of law principles.

## IX. COUNTERPARTS AND ELECTRONIC SIGNATURES:

This Agreement may be executed in counterparts and by electronic means, each of which shall be deemed an original.

## X. ENTIRE AGREEMENT

This Agreement constitutes the entire understanding between the parties and supersedes all prior agreements, representations, or understandings, whether written or oral, concerning its subject matter. This Agreement may not be amended except in a writing signed by both parties.

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date(s) set forth below.

ASSIGNOR:

*/s/ John Elik*

John Theodore Elik
DATED: 8/3/2024

ASSIGNEE:

*/s/ Matthew Larosiere*

Matthew Michael Larosiere
DATED: 8/3/2024

3

RFP-1-15

## FIREARMS DEVELOPMENT EMPLOYMENT AGREEMENT

Beginning this first day of May, 2021, John Elik ("Employee") and Matthew Larosiere ("Employer") enter into the following employment agreement:

### 1: Scope of Employment

At the direction of Employer, Employee will design firearms and firearm accessories to meet certain parameters set by Employer ("the covered work"). In addition, at the direction of Employer, Employee will produce written documentation and photographs for the purpose of facilitating use, promotion, or assembly of the covered work.

Each covered work, be it physical, a three-dimensional model, a photograph, or written document, shall be produced only with the tools and mechanisms provided by or approved by Employer. Employer will regularly review the progress of covered work and Employee will comply with all directions of Employer as to the processes, quality, and any other facet of the creation or final product in any covered work.

Employee shall, unless otherwise relieved, devote three hours each Saturday evening, between 8:00PM and 11:00PM to produce the covered work under the supervision of Employer. Employee may, at his will, elect to work other hours, subject to prior approval by Employer.

Employee may not use the help of any third party or other contractors in the production of the covered work. If outside services are required, Employer has sole discretion and authority to procure it.

### 2: Compensation

Employee shall be compensated as follows:

- As an initial sign-on bonus, Employee receives: [REDACTED]

- Every week: [REDACTED]

- For every covered work: [REDACTED]

- o One peppercorn.

▪ As benefits of employment:

### 3: Ownership of the Covered Work

Employer and Employee agree and intend that all covered work will be the sole property of Employer, and that Employer receives sole ownership of any and all copyright in the covered work under state, federal, and tribal law.

### 4: At-Will Relationship, Termination

The relationship formed under this agreement is one at-will, and may be terminated at any time for any or no reason by either party.

AGREED this first day of May, 2021, by:

_____     _____
Matthew Larosiere                    John Elik
"Employer"                           "Employee"