# EXHIBIT D

**Leitner, Leia V.**

| | |
|---|---|
| **From:** | Zachary Zermay <zach@zermaylaw.com> |
| **Sent:** | Friday, January 2, 2026 11:18 PM |
| **To:** | Leitner, Leia V. |
| **Cc:** | Geraldine Phillips; Gyebi, Amaris; Zibas, Jura C.; Chad Flores; Kujawski, Cheryl A. |
| **Subject:** | Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g) |
| **Attachments:** | Larosiere v. Wilson Assignment and Employment Docs.pdf |

> EXTERNAL EMAIL - This email originated from outside the organization.

Good evening,

Enclosed is a redacted copy of the Protective Material. Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Fri, Jan 2, 2026 at 3:12 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:


Just so we are on the same page, you represented today that Plaintiff is producing redacted copies of the Protective Materials today to attach to Defendants' Motion for Leave to Amend. The unredacted portions of the Protective Material will be filed with the public docket and, as such, cannot be designated as Highly Confidential-AEO.  Is it Plaintiff's position that the redacted copies of the Protective Materials are subject to a Highly Confidential-AEO designation?  Please confirm.


You are also mischaracterizing Defendant's position on the reasons Defendants intend to attach the Protective Materials as Exhibit A to Defendants' Motion for Leave to Amend.  Defendants' Counsel has not refused to provide a basis for filing the Protective Materials with the Court.  As previously indicated in the Motion and during the parties' meet and confer conferences, Defendants are now raising copyright validity issues because the Protective Materials received on November 25, 2025, include documents that purportedly show that Plaintiff owns the subject copyrights-in-suit.  The Protective Materials are central to this action and form the basis of

Defendants' validity challenge to Plaintiff's claim to ownership of the copyrights-in-suit. The Plaintiff, however, insists on knowing which *Reed* factor, which Defendants' Counsel articulated today, this information extends to the mental impressions of counsel and defense strategy. This is unnecessary, as Plaintiff continues to delay the completion of filing Defendants' Motion for Leave to Amend and the resolution of these issues by the Court.

That said, we still have not received the redacted copies of the Protective Material. Please provide the redacted copies by close of business today, as the Plaintiff's Counsel represented during the parties' meet and confer conference today.

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Friday, January 2, 2026 1:39 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g)

EXTERNAL EMAIL - This email originated from outside the organization.

Good afternoon,

This is another incorrect recitation of a conference we had. This is why I brought a court reporter, and will continue to endeavor to bring a court reporter to conferences of counsel in this litigation. Without acquiescing to whatever else you wrote, for example, I at no point agreed to "de-designating the Protective Material as 'AEO – Highly Confidential[.]'" Merely

2

that we are providing a redacted copy to you that you insist you need, despite your continued refusal to tell us why you need them to be filed with the Court so we can narrowly tailor the redactions.

As discussed in prior emails, I cannot keep correcting misrepresentations about what I said in front of a court reporter.. The conferral transcripts speak for themselves, and will be provided to the Court. Thanks.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Fri, Jan 2, 2026 at 12:51 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

As per the parties' meeting and conference today via Zoom Conference, the parties discussed a) Plaintiff's overall position on Defendants' Motion for Leave to Amend the Defendants' Answer and Affirmative Defenses ("Motion for Leave to Amend"), *see* e.g., Doc. 177; b) the Plaintiff's position on producing the Plaintiff's work-for-hire agreement/assignments for the copyrights-in-suit ("Protected Material"), as Exhibit A to Defendants' Motion for Leave to Amend; and c) Plaintiff's Motion for Reconsideration on the Court's Order on Defendant's Motion for Leave to Amend (Doc. 178). In this regard, it is the Defendants' position that the parties completed their discussion on the Motion for Leave to Amend today when Plaintiff's Counsel indicated that Plaintiff is opposed to the Motion for Leave to Amend. Plaintiff also represented that he will be de-designating the Protective Material as "AEO – Highly Confidential" and is providing a redacted copy of the Protective Material today so that Defendants can timely file the documents as Exhibit A, see e.g., Doc. 177–1, Ex. A. on or before January 7, 2026.

As to Plaintiff's Motion for Reconsideration of the Court's Order ("Plaintiff's Motion"), *see e.g.,* Doc. 178, Defendants are opposed to the Plaintiff's Motion because it is Defendants' position that during the parties' meet and confer on Defendants' Motion for Leave to Amend, Plaintiff conflated their need to file a motion to seal for the Protective Material with their position on Defendants' Motion for Leave to Amend, it took nearly a month to provide

3

Plaintiff's position on Defendants' Motion for Leave to Amend, and seemingly tried to dodge scheduling of the meet and confer on Defendants' Motion for Leave to Amend on December 26, 2025 because Plaintiff was busy producing documents in response to Mr. Wilson's Request for Production served on October 15, 2025.  That said, in good faith, Defendants' Counsel met with Counsel today to complete the meet and confer on Defendants' Motion for Leave to Amend regarding the relief sought, including, on the Motion itself, the filing of the Protective Material received on November 25, 2025.

Thus, as to Plaintiff's Motion, it is Defendants' position that Plaintiff's delay tactics and uncooperative behavior leading up to the parties' meet-and-confer form the basis of Defendants' opposition to Plaintiff's Motion for Reconsideration.  The emails Defendants attached to Defendants' Motion for Leave to Amend, *see, e.g., Doc. 177–4*, and the transcript from the meet-and-confer support this and otherwise speak for themselves.  As such, if Plaintiff still intends to file a Motion for Reconsideration, please note that Defendants are opposed based on the reasons provided above, and will respond accordingly.  Thank you.

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Wednesday, December 31, 2025 6:03 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g)

EXTERNAL EMAIL - This email originated from outside the organization.

Zachary Zermay is inviting you to a scheduled Zoom meeting.

Topic: Zachary Zermay's Zoom Meeting
Time: Jan 2, 2026 10:00 AM Eastern Time (US and Canada)
Join Zoom Meeting
https://thomassonpllc.zoom.us/j/84958495000?pwd=Jia4JFIO86F9fAW7XjfwqLTeWkMn9K.1

Meeting ID: 849 5849 5000
Passcode: 690361

---

One tap mobile
+13052241968,,84958495000#,,,,*690361# US
+13017158592,,84958495000#,,,,*690361# US (Washington DC)

Join instructions
https://thomassonpllc.zoom.us/meetings/84958495000/invitations?signature=O6ph-glgPyOp-WhKL3wi19wECuLkYq7QiHDJag7NzJk


Sincerely,

Zachary Z. Zermay, Esq.




Zermay Law
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145


On Wed, Dec 31, 2025 at 5:49 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Yes; Friday at 10:00 a.m. EST works.  Please circulate a calendar invite with a Zoom or Teams link to this effect.
>
>
> Leia V. Leitner
> Attorney At Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 111 North Orange Avenue Suite 1200
> Orlando, FL 32801
> 407.423.7287 (Direct)
> 407.973.2111 (Cell)

407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

---

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Wednesday, December 31, 2025 5:13 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g)

> EXTERNAL EMAIL - This email originated from outside the organization.

Okay, I have secured a court reporter for Friday January 2, 2026. Are you available at 10:00 AM that day?

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Wed, Dec 31, 2025 at 4:55 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Dear Mr. Zermay:

6

We provided Defendants' position with respect to the Motion for Leave to Amend, which is that we are asserting new affirmative defenses in Defendants' Answer based on newly discovered evidence that we received on November 25, 2025. We stated that the documents do not establish a proper chain of title to the subject copyrights-in-suit. For purposes of this Motion, we do not need to go into the weeds as to why the documents are invalid. Simply put, the issue is whether you agree to allow us to amend based on new evidence. As for the documents, Plaintiff may redact them as he sees fit, as I requested below, and send them to us by noon on Friday so we can timely file the exhibits with the Court and attach them to the Motion.

You are mischaracterizing our position on Plaintiff's Motion for Reconsideration. We are not refusing to give the Defendants' position on the Motion for Reconsideration. I stated below that we do not agree because Plaintiff has been uncooperative with the meet-and-confer for this Motion, as it has taken over a month to schedule and discuss the meet-and-confer. We finally received the Plaintiff's position on Defendant's Motion for Leave to Amend; however, Plaintiff has unnecessarily made it contingent on Defendants' providing a substantive position on their affirmative defenses on validity. This is not proper. Again, to confer on Plaintiff's Motion for Reconsideration, the parties are to do so by phone, in person, or in a remote setting (i.e., Zoom, Teams, etc.), per the local rules, which have not been done.

To reiterate below, I am available on Friday for a call at any time to discuss this further. Thank you.

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Wednesday, December 31, 2025 4:36 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g)

> EXTERNAL EMAIL - This email originated from outside the organization.

Good afternoon,

As discussed at the conference that you neglected to mention in your motion, you stated that you would advise as to what defects you believe are in the agreement. You still have not provided that information so that we can tailor the redactions to suit your purported needs.

If you fail to provide that information as promised, we will be forced to redact it as we see fit.

You have not given us your position on our motion for reconsideration. Please provide your position or we will have to notify the Court that you're refusing to provide one as required to do so under LR 3.01(g). Thanks.

Sincerely,

Zachary Z. Zermay, Esq.



**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Wed, Dec 31, 2025 at 4:26 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Mr. Zermay:
>
> We have noted Plaintiff's position with respect to the Motion for Leave to Amend in our conferral provision accurately, which is that Plaintiff is opposed to the Motion.

However, as to the work-for-hire agreement/assignment that Defendants received on November 25, 2025, we provided notice to Plaintiff that Defendants intend to attach these documents as an exhibit to the Motion on December 18, 2025.  At the meet and confer, we asked if Plaintiff intended to file a Motion to Seal or de-designate these documents so that we can file the same with the Court.  In response, Plaintiff stated that he would provide redacted copies of the same once Defendants discussed how the documents were invalid under the *Reed* factors.  This is not our burden.

Per the parties' Stipulated Protective Order, Local Rule 1.11, and the Middle District's Standing Order on Motions to Seal, the party that designated the document as "Protective Material" has the burden to file a motion to seal and explain why it should be held to this standard.  Defendants have previously articulated that these documents are relevant to Plaintiff's copyright claims and the designation is unnecessary.  Thus, we ask that you provide the redacted copy to us by **noon on Friday, January 2, 2026**; otherwise, we will have no choice but to file the documents unsealed and to advise that Plaintiff continues to be uncooperative, as required under the court's local rules.

If this needs further discussion, I am available by phone anytime on Friday, January 2, 2026.  Thank you,

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Wednesday, December 31, 2025 3:32 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Reconsideration of Order (ECF 178)- Local Rule 3.01(g)

9

> EXTERNAL EMAIL - This email originated from outside the organization.

Good afternoon,

Can you please give me your position on our motion to reconsider the magistrate judge's order requiring us to confer (ECF 178)?

Grounds are that we did confer with a court reporter, and the court would have known that if you had included that in a LR 3.01(g) certificate.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Mon, Dec 29, 2025 at 10:52 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Great. We are requesting to meet and confer on Defendants' Motion for Leave to Amend Defendants' Answer and Affirmative Defenses for tomorrow, December 30, 2025, at 10:00 a.m. To this end, I have circulated a calendar invite with a Zoom link to your attention, and provided it below:

Join Zoom Meeting
https://wilsonelser.zoom.us/j/86272796522?pwd=vpvBbzImvJ40Zb7fNaGTRH0bEGogPl.1
Meeting ID: 862 7279 6522
Passcode: 172660

If you would like to discuss other issues, I have provided my availability in a separate email.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Monday, December 29, 2025 10:27 AM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

EXTERNAL EMAIL - This email originated from outside the organization.

We got the court reporter, so we can accommodate your request to confer at 10:00 tomorrow.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529  |  W zermaylaw.com  |  E zach@zermaylaw.com |

A  3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Mon, Dec 29, 2025 at 10:18 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

As you know, we met and conferred on November 25, 2025, in person, to discuss Plaintiff's position on Defendants' Motion for Leave to Amend Defendants' Answer and Affirmative Defenses ("Motion").  At the meeting, Plaintiff requested to see a copy of the Motion before providing his opinion on whether he is opposed or unopposed to the Motion. On December 18, 2025, we provided a copy of the Motion and proposed Answer and Affirmative Defenses.   At which point, the Plaintiff had not provided his position on the Motion.

On December 19, 2025, and again on December 23, 2025, we followed up to request Plaintiff's position on whether he is opposed or unopposed to the Motion.  On December 24, 2025, you suggested meeting and confer on December 26, 2025, on the outstanding issues, including this Motion, which I then suggested on December 26, 2025, at 10:00 a.m.  However, you then sent an email stating you were no longer available to meet on December 26, 2025, because you were producing documents responsive to Defendant Cody Wilson's Request for Production, which was served on October 15, 2025.

We would simply like to meet on the Defendants' Motion per the local rules.  Thus, please provide your availability to meet and confer on the Motion today or tomorrow at 10:00 a.m.  There is no court order requiring the parties to meet on Motions on the pleadings.  Please advise.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200

Orlando, FL 32801

407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Leitner, Leia V.
**Sent:** Thursday, December 18, 2025 5:20 PM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>; 'Geraldine Phillips' <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; 'Chad Flores' <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

I accidentally forgot to attach Exhibit A to the Motion; please see the attachment.

Thanks,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Leitner, Leia V.
**Sent:** Thursday, December 18, 2025 5:14 PM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>; 'Geraldine Phillips' <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; 'Chad Flores' <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

As previously discussed, we intend to file a Motion for Leave to Amend Defendants' Answer to Plaintiff's First Amended Complaint ("Motion") in the above-referenced matter. I have attached the Motion and proposed Answer and Affirmative Defenses for your review. Please let us know whether Plaintiff is opposed or unopposed to the relief sought by **Monday, December 22, 2025**. I am free to discuss this further by phone anytime on December 22, 2025. Please advise.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Leitner, Leia V.
**Sent:** Wednesday, November 26, 2025 12:25 PM
**To:** Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
**Cc:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson - Motion for Leave to Amend - Local Rule 3.01(g)

Dear Mr. Zermay:

As we discussed yesterday, we intend to file a Motion for Leave to Amend Defendants' Answer to Plaintiff's First Amended Complaint ("Motion") in the above-referenced matter. The basis of the Motion is to add additional affirmative defense(s), including, but not limited to, copyright validity and unclean hands, in light of the recent documents received from Plaintiff this week. Please let us know whether Plaintiff is opposed or unopposed to the relief sought in the instant Motion. We are happy to discuss this further during the parties' meet-and-confer on December 2, 2025, at 10:00 a.m. EST via Zoom.

Thank you and happy Thanksgiving!

14

Sincerely,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come

15

from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking

```
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.


IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.


IMPORTANT NOTICE: Beware of Cyber Fraud.
```

You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.


IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.