# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

        Plaintiff,

v.                               Case No:   6:24-cv-1629-AGM-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED, DIOSKOUROI LLC,
DAVID SCOTT GINGRAS,
FEDERICO REYNAL and CHARLES
FLORES,

        Defendants

---

## ORDER

Before the Court is Defendants' Motion for Leave to Amend Defendants' Answer and Affirmative Defense to Add Additional Affirmative Defenses. Doc. No. 177. Subsequently, and after Court-ordered conferral, *see* Doc. No. 178, Defendants filed an amended motion. Doc. No. 182. Accordingly, the first-filed motion (Doc. No. 177) is **DENIED as moot**. Plaintiff shall respond to the amended motion on or before **January 21, 2026.**

**DONE** and **ORDERED** in Orlando, Florida on January 12, 2026.

                                                LESLIE HOFFMAN PRICE
                                    UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record