# EXHIBIT A

# Gyebi, Amaris

| | |
|---|---|
| **From:** | Zachary Zermay <zach@zermaylaw.com> |
| **Sent:** | Sunday, December 14, 2025 5:12 PM |
| **To:** | Leitner, Leia V. |
| **Cc:** | Geraldine Phillips; Chad Flores; Gyebi, Amaris; Zibas, Jura C.; Kujawski, Cheryl A.; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law |
| **Subject:** | Case 6:24-cv-01629-WWB-LHP; Larosiere v. Wilson: Third Party Subpoenas |

> EXTERNAL EMAIL - This email originated from outside the organization.

Hello Counsel,

We saw your third-party subpoenas regarding "Romanov Mashina Zavod," "Duncan Manufacturing," and "GUNCAD Index."

We see you are seeking exclusively personal identifying and financial information about these individuals.

We had no idea who these people were, so we reached out to try to find out.

To put it bluntly, none of these people have any connection to Plaintiff or his works. After we investigated the names in your notice, each one, it seems, has publicly criticized Mr. Wilson in the past. In fact, the representative of "Duncan Manufacturing" offered to provide a signed affidavit detailing that he has had precisely zero interaction with Plaintiff or Plaintiff's works, and that he is confident, based on communications Mr. Wilson has sent him, that Mr. Wilson is attempting to secure his personal and financial information just to publicize it, harass him, and "SWAT" him.

The awkward part, here, is that because we are confident this is done for an improper purpose, we would need to move for leave to file "Duncan Manufacturing"'s affidavit under seal in support of a motion to quash each of these subpoenas.

To avoid motion practice, we are willing to provide you any reasonable assurances you may require, but we feel court intervention is necessary if you intend to proceed with these third-party subpoenas.

If you intend to proceed with the subpoenas, please advise availability for a meet-and-confer on a motion to quash these subpoenas.

If it would be helpful, we can provide the affidavit under AEO confidentiality, but need your assurance that the PII of the affiant will not be relayed to your client. Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

Zermay Law

P (305) 767-3529  |  W zermaylaw.com  |  E zach@zermaylaw.com |

A  3000 Coral Way, Suite 1115, Coral Gables, FL 33145

2