# EXHIBIT D




BURNORDER - 5-15-25

anyone in gatalog ever is probably cooked. Get your stuff in order. Not advocating for crime. Just make sure your house is clean and your dogs have a cage to be in at night.