# EXHIBIT E

 **nikolai.romanov**

i think they fear the blowback from the whole ruby situation

its also possible they hold more incriminating dirt against them

or maybe like you say, they are infected themself

either way im glad i am not a part of it anymore because it has grown to be something that dosent actually benefit the community much besides making a shitfuckton of useless parts kits guns

after the 80th glock they should have stopped

**U** **uniform_sierra**

lol you said it everything is glocks and macs, almost nothing original any longer

>  **nikolai.romanov**
> its also possible they hold more incriminating dirt against them

wait fuck is this why maf is paying them, like is it blackmail??



nikolai.romanov (2024-03-02T20:08:04.693Z): In the most recent defcad tabloid info drop, who is Cody saying demanded 2500 bucks to let Cody post the fgc-9

nikolai.romanov (2024-03-02T22:22:09.687Z): Also, what does the gatalog administration have to say about these allegations that they were not being paid  enough by defcad

nikolai.romanov (2024-03-02T22:24:18.168Z): I am developing a full list of questions I will be publishing at some point, that I will require answers on. Until then none of my releases will be published through the gatalog.

Ivan (2024-03-02T22:48:03.830Z): Cody promised stark and I money in exchange for his and I's help in ensuring fedcad worked as a part of alpha testing. This never happened, and made stark mad enough that he didn't want the mk2 on fedcad, especially because fedcad was running behind a paywall. Cody, in one of his typical schizophrenic power fits, decided that he needed to lose another legal endeavor, and that he really really needed the mk2 to be on his site before he lost it. Stark didn't like this, because cody had failed on multiple promises up till then, and it's not like it was some secret that fedcad would be back behind a paywall the moment that they lost their endeavor (which they did). Sure enough, fedcad changes their TOS to entail that they own an exclusive license to every on their site right afterwards. Anyway, cody, in a fit of impotent rage, went around demanding that everyone follow his losing plan, when stark and I reminded him that he had a lot of good faith to earn back before anyone should trust him. He then proposed 2500 bucks, on his own, stark and I demanded that he implement the system that they currently have in place for paying developers.

Ivan (2024-03-02T22:48:50.057Z): All the while, the MK2 was freely available, as it has always been, in places that aren't very obviously so poorly managed that their existence is very easy to confuse to actions of the federal government

Ivan (2024-03-02T22:51:05.792Z): The thought was that if fedcad is going to be selling developer's work, the developers should get a cut. This idea, which cody originally proposed, made him extremely angry when it was brought back up. Mad enough that, years later, he's willing to dox people over it, evidently. Totally reasonable and rational behavior, as everyone has come to expect from fedcad - no greater offense than to ask them to honor their word, no greater insult than to point out this fact.

Ivan (2024-03-02T22:55:36.099Z): Fedcad fumbled the entire notion of being a platform to monetize development (when it came back, it was pitched to stark and I exclusively as a way to do this, basically a patreon for printed guns), they made it clear right out of the gate that was a lie, and continued to contradict it to the point that we are where we are today - developers seek to maintain their copyrights specifically so fedcad can't sell them, because fedcad has made it abundantly clear that their model (really, their execution of it) is fundamentally incompatible with the way this community actually works (works as in actually makes stuff that isn't just retarded gimmicks).

Ivan (2024-03-05T05:13:51.608Z): Not that I'm accusing you of being silly enough to take anything cody says at face value or as being the whole truth, but hopefully that answers your questions @nikolai.romanov
        (Reaction: thumbsup by iwillnotcomply.fgc, mountainman1776)

sparguah (2024-03-04T14:15:00.969Z): Imagine taking anything Cody has to say seriously
        (Reaction: laughing by ctrlpew, freeman1337, gerald.katz, iwillnotcomply.fgc)

Ivan (2024-03-04T14:19:01.057Z): If understand your position correctly as "wait is gatalog selling stuff to fedcad?", then you can rest assured that does not and will not happen. The MK2 was owned by Stark and to whatever extent I had helped out, by me. This was what Stark and I were promised, denied, then verbally assaulted for bringing back up, then chided for how stupid we were to ask him to honor his word, before he eventually capitulated (which evidently was humiliating enough for him that he's very mad about a little bit of money years later). Stark and I both did NOT want the MK2 to be sold on fedcad, but since cody insisted it must be there in order for him to shit up another legal effort, we demanded he honor his words about using fedcad to pay developers. As far as my memory recalls the conversation, we had brought back up the way the current payment system works, he had proposed a lump sum, in the end he did both, before shitting up the way the payment system works horribly and driving the site completely into the ground. Stark and I both appreciated the gravity of the MK2, and we did not want it to be something only accessible behind a paywall, but it's important to remember that at this point in time, we both still had hope that fedcad could become something worthwhile for the community (become an outlet for developers to get some form of monetization), and idea which cody later pretended that he never proposed, saying that developers have to figure everything out on their own (as he steals their files and sells them).
        (Reaction: point up by Dr. Death, iwillnotcomply.fgc)

```
behavior, as everyone has come to expect from fedcad - no greater offense than to ask them to honor their word, no
greater insult than to point out this fact.

Ivan (2024-03-02T22:55:36.099Z): Fedcad fumbled the entire notion of being a platform to monetize development (when
it came back, it was pitched to stark and I exclusively as a way to do this, basically a patreon for printed guns),
they made it clear right out of the gate that was a lie, and continued to contradict it to the point that we are
where we are today - developers seek to maintain their copyrights specifically so fedcad can't sell them, because
fedcad has made it abundantly clear that their model (really, their execution of it) is fundamentally incompatible
with the way this community actually works (works as in actually makes stuff that isn't just retarded gimmicks).

Ivan (2024-03-05T05:13:51.608Z): Not that I'm accusing you of being silly enough to take anything cody says at face
value or as being the whole truth, but hopefully that answers your questions @nikolai.romanov
        (Reaction: thumbsup by iwillnotcomply.fgc, mountainman1776)

sparquah (2024-03-04T14:15:00.969Z): Imagine taking anything Cody has to say seriously
        (Reaction: laughing by ctrlpew, freeman1337, gerald.katz, iwillnotcomply.fgc)

Ivan (2024-03-04T14:19:01.057Z): If understand your position correctly as "wait is gatalog selling stuff to fedcad?",
then you can rest assured that does not and will not happen. The MK2 was owned by Stark and to whatever extent I had
helped out, by me. This was what Stark and I were promised, denied, then verbally assaulted for bringing back up,
then chided for how stupid we were to ask him to honor his word, before he eventually capitulated (which evidently
was humiliating enough for him that he's very mad about a little bit of money years later). Stark and I both did NOT
want the MK2 to be sold on fedcad, but since cody insisted it must be there in order for him to shit up another legal
effort, we demanded he honor his words about using fedcad to pay developers. As far as my memory recalls the
conversation, we had brought back up the way the current payment system works, he had proposed a lump sum, in the end
he did both, before shitting up the way the payment system works horribly and driving the site completely into the
ground. Stark and I both appreciated the gravity of the MK2, and we did not want it to be something only accessible
behind a paywall, but it's important to remember that at this point in time, we both still had hope that fedcad could
become something worthwhile for the community (become an outlet for developers to get some form of monetization), and
idea which cody later pretended that he never proposed, saying that developers have to figure everything out on their
own (as he steals their files and sells them).
        (Reaction: point_up by Dr. Death, iwillnotcomply.fgc)

UberClay (2024-03-04T14:19:57.394Z): Fedcad is just throwing shit out there to take the heat off of them. What
happened 10 years ago isn't part of the conversation (or really shouldn't be). What's happening now very much is. And
what's happening now is a blight on the community at large and shouldn't be tolerated any longer. (IMO)

ctrlpew (2024-03-03T00:37:15.706Z): Indeed

UberClay (2024-03-04T14:22:59.785Z): 100% agree. I think the most pernicious thing Fedcad does is that they rope in
less-aware people by dominating Google searches and tricking them into paying for access to free documents.
Unfortunately, I don't know if there is a good or practical way to counter this.

nikolai.romanov (2024-03-03T02:21:16.866Z): That answers pretty much all of my questions

nikolai.romanov (2024-03-03T02:29:13.504Z): I am of course not blind to the idea that this is a misdirection, the
shit slinging will only continue as we grow closer to the problem

nikolai.romanov (2024-03-03T02:29:24.894Z): As we root out this corruption bit by bit

nikolai.romanov (2024-03-03T02:30:01.457Z): I will still be writing a dissertation including all of the information I
can find, and I would appreciate any perspective from anyone willing to share.

PaganGiraffe (2024-03-04T14:23:10.388Z): It's kind of sad to imagine all the money that has gone through that website
and not to the developers in this chat.

nikolai.romanov (2024-03-04T14:23:11.853Z): Sad that money is involved period

nikolai.romanov (2024-03-03T02:32:21.424Z): I get people wanting to profit from their designs, and surely I cannot
blame people like laffs for seeking such a thing, but it is not the act he did, but the company he keeps by doing so.
```



**Scout** 🧡 BAR  8/7/24, 12:50 AM
Hey I talk to someone every once in a while that spilled the beans that the company might not be around for that long due to losing lawsuits. We will see how defcad does with hardware sales



**cumsmoker**  8/7/24, 12:52 AM
I'm sure everyone's reactions to those happenings will be very rational and coolheaded



**Scout** 🧡 BAR  8/7/24, 12:52 AM
you got a link to the data that shows that Blob works for defcad? (edited)



**cumsmoker**  8/7/24, 12:55 AM
I'll DM

Copy Link



The ShortStuff suppressor design has been updated to V1.1 - Now supports MAF-corp Heat-set Serial Number Tags, a Thicker endcap for the stronger calibers, and 7/8x9 thread pitch options (used on JarFish's 'Dedicated 22 AR Barrels') Happy Suppressor Sunday!

https://odysee.com/@Scout339:8/ShortStuff:f

Odysee

### Scout's ShortStuff Suppressors and Blast Diverters V1.1

[The readme is in the file, it is also my first project large enough to warrant one, please feel free to give me feedback!]



