# EXHIBIT G



**State of Missouri**
Denny Hoskins, Secretary of State
Corporations Division
PO Box 778 / 600 W. Main St., Rm. 322
Jefferson City, MO 65102

```
LC014652044
Date Filed: 7/29/2025
Denny Hoskins
Missouri Secretary of State
```

# Articles of Organization
*(Submit with filing fee of $105.00)*

1. The name of the limited liability company is
   GUNCAD INDEX LLC
   *(Must include "Limited Liability Company," "Limited Company," "LC," "L.C.," "L.L.C.," or "LLC")*

2. The purpose(s) for which the limited liability company is organized:
   generic business purpose

3. The name and address of the limited liability company's registered agent in Missouri is:

   | Name | Street Address | City/State/Zip |
   |---|---|---|
   | REGISTERED AGENTS INC. | 117 South Lexington Street Ste 100 | Harrisonville, MO 64701 |

4. The management of the limited liability company is vested in:  ☐ managers  ☒ members  *(check one)*

5. The events, if any, on which the limited liability company is to dissolve or the number of years the limited liability company is to continue, which may be any number or perpetual:  Perpetual
   *(The answer to this question could cause possible tax consequences, you may wish to consult with your attorney or accountant)*

6. The name(s) and street address(es) of each organizer *(PO box may only be used in addition to a physical street address)*:
   (Organizer(s) are not required to be member(s), manager(s) or owner(s))

   | Name | Address | City/State/Zip |
   |---|---|---|
   | REGISTERED AGENTS INC. | 117 South Lexington Street Ste 100 | Harrisonville MO 64701 |

7. ☐ Series LLC (OPTIONAL) Pursuant to Section 347.186, the limited liability company may establish a designated series in its operating agreement. The names of the series must include the full name of the limited liability company and are the following:

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   (Each separate series must also file an Attachment Form LLC 1A.)

Name and address to return filed document:
Name:    Filers Central
Address:   Email: central@registeredagentsinc.com
City, State, and Zip Code:

LLC-1 (10/2020)

8. Principal Office Address (OPTIONAL) of the limited liability company (PO Box may only be used in addition to a physical street address):

| 117 S Lexington St STE 100 | Harrisonville, MO 64701-2444 |
|---|---|
| *Address (PO Box may only be used in conjunction with a physical street address)* | *City/State/Zip* |

9. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated: _____

*(Date may not be more than 90 days after the filing date in this office)*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)
**All organizers must sign:**

| REGISTERED AGENTS INC. - Robin Jones | REGISTERED AGENTS INC. - ROBIN JONES | 07/29/2025 |
|---|---|---|
| *Organizer Signature* | *Printed Name* | *Date of Signature* |

LLC-1 (08/2013)



# Denny Hoskins
# Secretary of State

CERTIFICATE OF ORGANIZATION

WHEREAS,

*GUNCAD INDEX LLC*
*LC014652044*

filed its Articles of Organization with this office on the 29th day of July, 2025, and that filing was found to conform to the Missouri Limited Liability Company Act.

NOW, THEREFORE, I, Denny Hoskins, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the 29th day of July, 2025, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 29th day of July, 2025.

*Denny Hoskins*
Secretary of State

