# EXHIBIT I

**The Shittinator**
@theshittinator

I'm very happy to announce that GunCAD Index is now officially sponsored by some of your favorite vendors! Very big thanks to @3_D_2_A, @AvesRails, @CtrlPew2, and @MAFcorporation for their commitment to supporting us!

As a result, we now have **coupon codes** for each of them! Visit GunCAD Index and use the codes in the footer for 10% off your order from any of our partners.



**GunCAD Index**
Now backed by your favorite people








**shittinator** • 8h ago

RE: Licensure, wasn't aware of that, thanks. Edited.

Anyway, everything is copyrighted, everything on the Index and every STEP drawing -- that's just how it works. By default, you are not granted permission to redistribute *anything* that you find on Odysee unless there's a license file explicitly saying so, as the designer has implicit all-rights-reserved copyright over their works, at least according to US copyright law.

The noncommercial clause in the SF5 README is to prevent the drawings from being legally rehosted on DEFCAD. Cody, of course, did it anyway (if not with the SF5 then with other similar designs) and is now in a lawsuit as a result. Technically, this clause may not be entirely needed, but inserting it makes Matt's job much easier.

There are very few designs that are properly licensed for redistribution. If I were to put a tag in place for things that are closed-source, it'd be so muddy as to be unusable. LBRY does allow for scraping of some license data, but not everyone uses it. I could hook it into the tagging system pretty easily if you wanted a tag for known-good open-source designs, but then that gets even *muddier*.

Technically, the MIT/GPL/etc. licenses aren't suitable for artwork like drawings, only things like the CC license set are. So an "open-source" tag targeted toward those who want to stay 100% legally above-board with redistribution would hit <1% of all releases on the Index.

