# EXHIBIT K

> Who informed you about the subpoenas? From my limited understanding, Wilson is seeking comms, not to bring you in.
> 10:42 AM

Oh shit if he's seeking comms I'm happy to talk to him directly.

It was Matt and Alex (NaviGoBoom)

You can share my Signal username if he has that [Scout339.01]
1m

> Okay, I'll pass that along. Now