**EXHIBIT A – DECLARATION OF MATTHEW LAROSIERE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

*Defendants*.

_____/

**DECLARATION OF MATTHEW LAROSIERE IN SUPPORT OF (Doc. 176) MOTION**

I am Matthew Larosiere, a resident of Florida and the Plaintiff in this action. I submit this affidavit based on my own personal knowledge.

I have reviewed the subpoenas attached to the Doc. 176 motion. I know whose personal identifying information is sought from them because I contacted the individuals whose information was sought, namely by looking at the "Duncan Manufacturing" store identified in the subpoena to Etsy, the "Zavod69" website identified in the subpoena to Shopify, and because I was aware of the website "GUNCAD Index" prior to seeing the subpoena to Registered Agents concerning "GUNCAD Index LLC."

1

Because I know who these people are, I am competent to testify as to my interactions with them based on my own personal knowledge.

**As to Duncan Manufacturing**, I know the individual whose personal information is sought in the subpoena to Etsy as Scott Duncan. I had no personal nor professional dealings whatsoever with Scott Duncan prior to my reaching out to him on December 4, 2025. Following that, I learned that Scott Duncan was an outspoken critic of Mr. Wilson. I have never once employed Scott Duncan for any reason. I have never once worked with or spoken to Scott Duncan with regard to the creation of any of the works at issue in this action, or any work at all. I have never once licensed any work to Scott Duncan. I have never once paid or received from Scott Duncan any money, nor given or received from him any tangible thing of value, or intangible thing of value, at any time, for any reason, ever. Quite simply, but for Defendants' subpoena seeking Scott Duncan's personally identifying information, I would have had no interactions whatsoever with Scott Duncan. Similarly, I have had no interactions whatsoever with the Etsy store "Duncan Manufacturing." I have never purchased anything from it, sold anything on it, worked with it, sponsored it, advertised on it, or anything else.

**As to Romanov Mashina Zavod**, I know the individual whose personal information is sought in the subpoena to Shopify as Nikolai Romanov. Prior to December 4, 2025, I had only ever exchanged in polite conversation with Nikolai Romanov concerning our mutual interest in gunsmithing. I believe Nikolai Romanov may have, at one point, ordered parts from a company I own, but I was not involved with the transaction. Following December 4, 2025, I learned that Nikolai Romanov was an outspoken critic of Mr. Wilson. I have never once employed Nikolai Romanov for any reason. I have never once worked with Nikolai Romanov with regard to the creation of any of the works at issue in this action, or any work at all. I have never once licensed any work to Nikolai Romanov. Aside from that already mentioned, I have never once paid or received from Nikolai Romanov any money, nor given or received from him any tangible thing of value, or intangible thing of value, at any time, for any reason, ever. Similarly, I have had no interactions whatsoever with the Shopify store "Romanov Mashina Zavod." I have never purchased anything from it, sold anything on it, worked with it, sponsored it, advertised on it, or done anything else with it.

**As to GUNCAD Index LLC**, I know the individual whose personal information is sought in the subpoena to Registered Agents, Inc. as The Shittinator. I had no personal nor professional dealings whatsoever with The Shittinator prior to my reaching out to him on December 14, 2025. Following that, I learned that The Shittinator was an outspoken critic of Mr. Wilson, and that he had rebuffed an attempt of Mr. Wilson to sponsor his website. I am aware that someone in my company, MAF Corp., had previously paid The Shittinator a small sum for MAF Corp. to be advertised on The Shittinator's website, but I had nothing to do with the transaction. I have never once employed The Shittinator for any reason. I have never once worked with or spoken to The Shittinator with regard to the creation of any of the works at issue in this action, or any work at all. I have never once licensed any work to The Shittinator. Aside from that already mentioned, I have never once paid or received from The Shittinator any money, nor given or received from him any tangible thing of value, or intangible thing of value, at any time, for any reason, ever. Quite simply, but for Defendants' subpoena seeking The Shittinator's personally identifying information, I would have had no interactions whatsoever with The Shittinator. Similarly, aside from that already mentioned, I have had no interactions whatsoever with "The GUNCAD Index." I have never purchased anything from it, sold anything on it, nor have I directly done anything else with it at all.

Under penalty of perjury under the laws of the United States, I swear the foregoing is true and accurate to the best of my knowledge.

DATED THIS 20th day of January, 2026.

_____
MATTHEW LAROSIERE