**EXHIBIT B - Wilson's Blog Post Concerning Romanov**

**LEGIO** | Blog | Videos | Litigation | Join | Sign In

# Memorial Day Weekend

**Publication Date**
05.24.24

---

There's a weird trend in our space of ersatz anarchists more or less begging for federal protection of their files. Just a sample:

https://twitter.com/romanov13649/status/1793459044415647972
Big maudlin. One blanches.

It's become a convenient piece of rhetoric that no one can sue DEFCAD because they'd have to give up anonymity. This is, of course, not true. Our *Everytown* case was, in the end, about your right to proceed anonymously. I support your right to proceed anonymously. The reason you don't sue is because you got the law wrong on copyright. That and because you're a huge pussy.

Anyway, I wrote a paper to commemorate the great pirates who lit our way. They pillaged so we could plunder.

BFWP.pdf    2 / 11    — 100% +

The Black Flag White Paper    [ Download ]

Enjoy your holiday weekend. If you would like to support these legal actions, please join LEGIO.

Since Jan. 1 2021, no warrants have been served to ddlegio.com principals or employees. No searches or seizures have been performed on ddlegio.com assets.

Terms    Privacy