**EXHIBIT C - DEFCAD BLOG POST DISCUSSING DESIRE TO UNMASK**

NEWS

# MANGIONE 3D SHOOTING FALLOUT



So much has been written and said about the shooting of UnitedHealth CEO Brian Thompson, including the fact that the pistol (frame) used in his shooting was made on a 3D printer. Law enforcement nationwide was quick to turn its attention to 3D2A networks, and the predictable censorship from YouTube and the legacy media got so bad that even channels like Fuddbusters might stop making their beloved children's content.

After Mangione's extradition back to New York to face federal charges, the next legal development in this saga has become the civil prosecution of The Gatalog, the Florida enterprise that published the files used to make his gun.

An eighty-one-page RICO complaint was filed in the United States District Court for the Middle District of Florida on Friday the 27th, and it's a fascinating look inside an interstate, international conspiracy.

Was JStark murdered? Who worked with the 14K in Hong Kong? And just who was Pla.boiii? A Florida federal court has just become the nation's instrument for discovering the details, the identities, and the even greater mysteries of America's 3D2A underground.