**EXHIBIT A - SEPTEMBER 2025 EMAIL CHAIN**



Matthew Larosiere <larosieremm@gmail.com>

## Special Master
12 messages

---

**Andino Reynal** <areynal@frlaw.us>                                                       Fri, Aug 29, 2025 at 6:51 PM
To: Zachary Zermay <zach@zermaylaw.com>, Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>

Mr. Larosiere and Mr. Zermay,

Following our conversation and given the significant differences in our positions on various issues, as well as our serious concerns regarding your discovery responses, I am writing to inquire about your clients' position on the Court's suggestion of appointing a special master to oversee discovery in this case. Given the allegations that have gone back and forth, including the bar complaints against me and attorney Gingras, we believe it is desirable.

I'm available anytime to discuss this request by phone, including anytime next week, if you believe such conference is necessary to comply with the local rules.

Sincerely,

F. Andino Reynal

**F. Andino Reynal**
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

---

**Matthew Larosiere** <larosieremm@gmail.com>                                    Fri, Aug 29, 2025 at 7:24 PM
To: Andino Reynal <areynal@frlaw.us>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>

Mr. Reynal,

My clients suspect you are attempting to force the appointment of a special master because of the disparity in financial resources between your client(s) and ours. Your recalcitrance has only grown since the Magistrate first threatened appointing one. Your client can afford this, mine cannot.

Additionally, scarcely more than 30 minutes ago you indicated you were not presently seeking any discovery motions. When you identified an issue, as evident in our email chains, we immediately agreed to resolve it.

It is my clients' position that the discovery issues in this case are overwhelmingly caused by your client and thus that we should not be penalized by having to shoulder the costs of a special master and will oppose all efforts from your side in forcing such a result.

Bear in mind that, without consent of the parties, a special master may not be appointed without notice and an opportunity to be heard. The factors to be assessed in considering such an appointment under exceptional circimstances squarely contemplate situations where a party attempts to use the mechanism to harass or impose needless costs upon others.

We would much prefer both sides faithfully execute their discovery obligations.

Yours,
Matt
[Quoted text hidden]

**Andino Reynal** <areynal@frlaw.us>   Fri, Aug 29, 2025 at 7:34 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>

Mr. Larosiere, I couldn't disagree more. Please let me know when you are not available Tuesday or Wednesday next week, I will make myself available to conference with you and your colleagues. We believe this issue must be raised with the court at the earliest opportunity and certainly in conjunction with any discovery related motion.
Sincerely,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>   Fri, Aug 29, 2025 at 7:53 PM
To: Andino Reynal <areynal@frlaw.us>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>

Mr. Reynal,

What is the subject of the conference? A motion to...? Please let us know so we can be prepared. We will also want to discuss your designation of "highly confidential" materials in response to the Wilson RFPs, which I see slipped our minds during today's meeting.

My colleagues and I will reply with availability as soon as possible.

Thanks,
Matt
[Quoted text hidden]

---

**Andino Reynal** <areynal@frlaw.us>   Sun, Aug 31, 2025 at 11:50 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>, Chad Flores <cf@chadflores.law>

Mr. Larosiere, Zermay, and De Pury,
    We are available for a conference on Tuesday between 12:00 and 4:00 pm EST or Wednesday between 10:00 am and 3:00 pm EST.
Topics

- Motion to appoint special master
- Designation of Confidential Materials
- Motion pursuant to Federal Rule of Civil Procedure 37(e)(1) and (e)(2). *See* Doc. 49 at 65-70.

Sincerely,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

I'm using Inbox When Ready to protect my focus.
[Quoted text hidden]

---

**Andino Reynal** <areynal@frlaw.us>  Wed, Sep 3, 2025 at 11:48 AM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Gary De Pury <Gary@depury.com>, Chad Flores <cf@chadflores.law>

We are available to meet and confer at any time tomorrow.
Sincerely,

F. Andino Reynal
The Reynal Law Firm LLP
917 Franklin, Sixth Floor
Houston, Texas 77002
O: 713.228.5900
F: 713.820.6981
https://calendly.com/areynal-frlaw/30min

I'm using Inbox When Ready to protect my focus.
[Quoted text hidden]

---

**Gary De Pury** <Gary@depury.com>  Wed, Sep 3, 2025 at 11:51 AM
To: Andino Reynal <areynal@frlaw.us>, Matthew Larosiere <larosieremm@gmail.com>
Cc: Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

I am available after 1 tomorrow.

Sincerely,

*Gary C. De Pury*, Esq.
Law Offices of Gary De Pury, P.A.
Attorney at Law

Lic. Real Estate Broker
US Army Counterintelligence (Ret.)

Personal Injury – Real Estate – Family Law

21035 Leonard Road, Lutz, Florida 33558

P: 813-607-6404

F: 813-949-3406

Gary@DePury.com

**Confidentiality Notice:**
This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com

**FDCPA NOTICE:**

THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p ("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>    Wed, Sep 3, 2025 at 1:30 PM
To: Gary De Pury <Gary@depury.com>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Please add to the topics of discussion, Matthew Larosiere and John Elik's failure to produce John Elik's employment agreement or the transfer agreements related to the files at issue in this case.

> On Sep 3, 2025, at 10:51 AM, Gary De Pury <Gary@depury.com> wrote:
>
> I am available after 1 tomorrow.
>
> Sincerely,
>
> *Gary C. De Pury*, Esq.
> **Law Offices of Gary De Pury, P.A.**
> **Attorney at Law**
> **Lic. Real Estate Broker**
> **US Army Counterintelligence (Ret.)**
> Personal Injury   Real Estate   Family Law
> 21035 Leonard Road, Lutz, Florida 33558
> P: 813-607-6404
> F: 813-949-3406
> Gary@DePury.com
>
>
>
> **Confidentiality Notice:**
> This communication and any accompanying document(s) are confidential and privileged, pursuant to the American Bar Association Formal Opinion No. 99-413, dated March 10, 1999. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or be a waiver of any applicable privilege as to this communication or otherwise. If you have received this communication in error, please contact the sender at Gary@DePury.com

**FDCPA NOTICE:**
THIS LAW FIRM MAY BE DEEMED A "DEBT COLLECTOR" UNDER THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. §§ 1692-1692p("FDCPA"). ANY AND ALL INFORMATION OBTAINED MAY BE USED FOR THE PURPOSE OF COLLECTING A DEBT.

[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>   Wed, Sep 3, 2025 at 1:58 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Mr. Reynal, thanks for your email.

I have reviewed your requests for production and I cannot find any request that such would have been responsive to. However, we will be happy to informally provide such documents as expected under the local handbook. To avoid any confusion, please start a separate email chain with counsel for the parties you seek information from and make said request.

Please add the following topics of discussion for the conference:

-The notice concerning your client's additional infringements (we skipped this on our last conference).

As for dates, I can speak for myself and Zach that we are currently working out availability and can let you know likely by tonight. Aside from tomorrow, what other availability do you have and how much time do you need?

Yours,
Matt
[Quoted text hidden]

---

**Matthew Larosiere** <larosieremm@gmail.com>   Wed, Sep 3, 2025 at 2:55 PM
To: Federico Reynal <areynal@frlaw.us>
Cc: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Mr. Reynal, Zach and I can do tomorrow at 1pm. Can you circulate a zoom link?
[Quoted text hidden]

---

**Federico Reynal** <areynal@frlaw.us>   Wed, Sep 3, 2025 at 3:30 PM
To: Matthew Larosiere <larosieremm@gmail.com>
Cc: Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>, Chad Flores <cf@chadflores.law>

Zoom link for 1pm EST will be circulated shortly.
[Quoted text hidden]

---

**Chad Flores** <cf@chadflores.law>   Thu, Sep 4, 2025 at 11:43 AM
To: Federico Reynal <areynal@frlaw.us>
Cc: Matthew Larosiere <larosieremm@gmail.com>, Gary De Pury <Gary@depury.com>, Zachary Zermay <zach@zermaylaw.com>

Counsel,

Here's the gist of the Rule 37 relief request we need positions on.

_____
Chad Flores
cf@chadflores.law
(512) 589-7620

[Quoted text hidden]

**2 attachments**

IMG_2566.jpeg
305K

IMG_2565.jpeg
292K