Zachary Zermay <zach@zermaylaw.com>

---

**SERVICE OF DOCUMENTS - Larosiere vs Wilson et al OUTSTANDING DISCOVERY ISSUES, POTENTIAL ADDITIONAL MOTION FOR PROTECTIVE ORDER**

2 messages

---

**Zachary Zermay** <zach@zermaylaw.com>    Mon, Feb 2 at 8:43 PM
To: Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
Cc: Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>, Geraldine Phillips <info@zermaylaw.com>, Zibas, Jura C. <Jura.Zibas@wilsonelser.com>, Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>, Chad Flores <cf@chadflores.law>, <chad-flores-7646@ecf.pacerpro.com>, <service@chadflores.law>

Hello counsel,

First of all, as to Mr. Wilson's deposition, March 13 works. If you insist on it being conducted in person, your Sarasota office, like we agreed upon last time, will work for us.

Aside from that, I write to flag a couple issues I hope we can resolve.

**Discovery materials:** We still have not received anything from your promised additional productions. Last we spoke about this, you indicated you would have more material to us at the end of January.

We are concerned that, despite many of your objections being overruled, the only time we have received documents from you after December 1 (which was a single dump of 1,500 unindexed PDFs, all of which had their metadata stripped, titles removed, and with overlays from your law firm added, making it clear this is not how they were kept in the ordinary course of business) was when you served us at 4:27PM on January 20 with responsive materials you then filed on 4:48PM that same day.

The lack of production, and the last production, has us concerned that you may be withholding responsive materials, or that you are planning to deliver the documents immediately prior to our February 4 deadline. Can you please provide assurances that this is not the case? We very much need the materials no later than 5PM tomorrow because the court has ordered us to frame the issues that are outstanding, and a failure to produce or a last-minute production would force us to tell the court that virtually all discovery requests remain at issue.

**Clay Christensen subpoena**: We have seen the subpoena you seek to serve on Mr. Christensen. We are worried that this presents the same issues as those in the pending motion for a protective order, as our research shows Mr. Christensen also to be a public critic of Mr. Wilson. We seek to avoid motion practice by asking you what the theory of relevance is and what is sought to be learned from Mr. Christensen. Can you please tell us? If there is a legitimate theory, great. If not, we will need to move for another protective order.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com|
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



---

On Thu, Jan 22, 2026 at 4:17 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Dear Mr. Zermay,
>
> My apologies for the delayed response. I was on vacation when you sent the email below on 1/13/2026. I am

catching up on emails, but I can confirm that we are working with our e-discovery vendor on the production and other communications. We will produce the same on or before February 4, 2026. Thank you.

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Tuesday, January 13, 2026 6:04 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; Chad Flores <cf@chadflores.law>
**Subject:** Re: SERVICE OF DOCUMENTS - Larosiere vs Wilson et al 26387.00008

> EXTERNAL EMAIL - This email originated from outside the organization.

Good evening,

You represented earlier that this production was not complete and that it would be supplemented with Slack and other internal communications. What date are you intending to produce these documents on? Thanks.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Mon, Dec 29, 2025 at 4:33 PM Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com> wrote:

Counsel-

Please find attached the Volume 1 Production chart discussed at the 12.02.25 Meet and Confer call.

Amaris Gyebi
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street Suite 100
Sarasota, FL 34237
941.210.5961 (Direct)
407.616.6006 (Cell)
941.210.5980 (Main)
941.210.5979 (Fax)
amaris.gyebi@wilsonelser.com

---

**From:** Gyebi, Amaris
**Sent:** Monday, December 1, 2025 8:31 PM
**To:** Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
**Cc:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; Chad Flores <cf@chadflores.law>
**Subject:** SERVICE OF DOCUMENTS - Larosiere vs Wilson et al 26387.00008

**SERVICE OF DOCUMENT(s)**

Good Evening –

| CAPTION: | Matthew Larosiere -vs- Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC. |
|---|---|
| COURT: | USDC – Middle District of Florida – Orlando Division |
| COURT CASE NO.: | 6:24-CV-01629 |
| DOCUMENTS SERVED: | 1. Cody Wilson's Supplemented Responses to Plaintiff's First RFP<br>2. DEFCAD's Supplemented Responses to Plaintiff's First RFP<br>3. Defense Distributed's Supplemented Responses to Plaintiff's First RFP<br>4. Volume 1 Privilege Log<br>5. Volume 1 Production: https://transfer.cdslegal.com/public/file/zvjneezzik2cbedh6lojrq/zvjneezzik2cbedh6lojrq<br><br>   FTP Download Password:    mS9>kH5+vS2"wC1}wX4$<br><br>Zip Password:           uX4"gW5?kN2:wG5<jZ8: |

| | |
|---|---|
| | Production link will expire in 14 days. |
| **SERVING PARTY:** | Defendants:<br><br>Cody Wilson, Defense Distributed, DEFCAD, Inc. |
| **SERVING PARTY COUNSEL** | **Wilson Elser Moskowitz Edelman & Dicker**<br><br>2063 Main Street – Suite 100<br><br>Sarasota  FL  34237<br><br>**Jura C. Zibas, Esq.**<br><br>Jura.Zibas@wilsonelser.com<br><br>Direct Dial:  941-866-8561<br><br>Office Fax:    941-210-5979<br><br>**Leia V. Leitner, Esq.**<br><br>Leia.Leitner@wilsonelser.com<br><br>Tele:  407-423-7287<br><br>Fax:   407-648-1376<br><br>**Amaris C. Gyebi, Esq.**<br><br>Amaris.Gyebi@wilsonelser.com<br><br>Direct Dial:  941-210-5961<br><br>Office Fax:    941-210-5979 |
| **WILSON ELSER FILE NO:** | 26387.00008 |
| **NOTES:** | If you have any questions, please feel free to contact me on my direct line. Thank you. |

Amaris Gyebi
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street Suite 100

Sarasota, FL 34237
941.210.5961 (Direct)
407.616.6006 (Cell)
941.210.5980 (Main)
941.210.5979 (Fax)
amaris.gyebi@wilsonelser.com


IMPORTANT NOTICE: Beware of Cyber Fraud.

You should NEVER wire money to any bank account that Wilson Elser

Moskowitz Edelman & Dicker LLP provides to you either in the body

of this or any email or in an attachment without first speaking

with the attorney in our office who is handling your transaction.

Further, DO NOT accept emailed wire instructions from anyone else

without voice verification. Even if an email looks like it has come

from this office or someone involved in your transaction,

CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE

to verify the information before wiring any money.

Failure to do so is at your own risk.

Be particularly wary of any request to change wire instructions

you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be

viewed only by the individual or entity to whom it is addressed.

It may contain information that is privileged, confidential and

exempt from disclosure under applicable law. Any dissemination,

distribution or copying of this communication is strictly prohibited

without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for

delivering the message to the intended recipient, or if you have

received this communication in error, please notify us immediately by

return e-mail and delete the original message and any copies of it

from your computer system.


For further information about Wilson, Elser, Moskowitz, Edelman &

Dicker LLP, please see our website at www.wilsonelser.com or refer to

any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser

Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

---

**Leitner, Leia V.** <Leia.Leitner@wilsonelser.com>                    Tue, Feb 3 at 2:39 PM
To: Zachary Zermay <zach@zermaylaw.com>
Cc: Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>, Geraldine Phillips <info@zermaylaw.com>, Zibas, Jura C. <Jura.Zibas@wilsonelser.com>, Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>, Chad Flores <cf@chadflores.law>, chad-flores-7646@ecf.pacerpro.com <chad-flores-7646@ecf.pacerpro.com>, service@chadflores.law <service@chadflores.law>

Dear Mr. Zermay:

Unfortunately, the March 13, 2026, date for Mr. Wilson's deposition is no longer available for our office. However, we are available on March 16-17, 2026, for Mr. Wilson's deposition, in person, at Wilson Elser's Sarasota office. Please advise which date works best for you at your earliest convenience.

As previously discussed, we are producing a supplemental production this week. Also, to clarify, the only objection overruled was the undue burden objection because no affidavit was submitted pursuant to the Court's Order. I am not sure where you found that "many of the Defendants' objections were overruled." Regardless, any documents withheld, if any, are itemized in the Defendants' privilege log, which was served with our production, and will be re-served, along with our supplemental briefing, by the court-ordered deadline on February 4, 2026.

As to Clay Christensen's subpoena, please explain why the information sought therein is not relevant to this matter. *McLeod, Alexander, Powel & Apffel, P.C. v. Quarles*, 894 F.2d 1482, 1485 (5th Cir. 1990)(recognizing that a "party resisting discovery 'must show specifically how . . . each interrogatory is not relevant or how each question is overly broad, burdensome or oppressive"); *Blankenship v. Hearst Corp.*, 519 F.2d 418, 429 (9th Cir. 1975)(same proposition); *Adelman v. Boy Scouts of Am.*, 276 F.R.D. 681, 689 (S.D. Fla. 2011)(same proposition). Once Plaintiff provides the reason why the information is not relevant, we can discuss whether it relates to the claims and defenses or to fact-oriented information supporting the merits of those claims and defenses.

**Thank you,**

[Quoted text hidden]