Defendant's Production Chart
12.01.2025 Volume 1 Production

| Category/ Descriptions | Beginning Bates Number |
|---|---|
| Copyrighted Works at Issue | Entities0000813; Entities0001850; Entities0001851;Entities0001874; Entities0001877; Entities0001878; Entities0001901; Entities0001904; Entities0001905; Entities0001928; Entities0001937; Entities0001938; Entities0001961; Entities0001964; Entities0001965; Entities0001988; Entities0001991; Entities0001992; Entities0002015; Entities0005154; Entities0005156 |
| Mirror Sites | Entities0000696; Entities0000782; Entities0002917 |
| Gataleaks.org Materials | Entities0000005; Entities0000006; Entities0000007; Entities0000008; Entities0000009; Entities0000010; Entities0000011; Entities0000012; Entities0000013; Entities0000014; Entities0000015; Entities0000016; Entities0000018; Entities0000019; Entities0000020; Entities0000021; Entities0000022; Entities0000023; Entities0000024; Entities0000025; Entities0000026; Entities0000027; Entities0000028; Entities0000029; Entities0000031;Entities0000032; Entities0000033; Entities0000034; Entities0000035; Entities0000036; Entities0000037; Entities0000038; Entities0000039; Entities0000040; Entities0000041; Entities0000042; Entities0000043; Entities0000044; Entities0000045; Entities0000046; Entities0000048; Entities0000049; Entities0000050;Entities0000051; Entities0000052; Entities0000053; Entities0000054; Entities0000055; Entities0000056; Entities0000058; Entities0000059; Entities0000433; Entities0000648; Entities0000649; Entities0000650; Entities0000651; Entities0000753; Entities0000754; Entities0000755; Entities0000756; Entities0000757; Entities0000758; Entities0001848; Entities0001849; Entities0002898; Entities0002899; Entities0002900; Entities0005079; Entities0005080; Entities0005081; Entities0005082; Entities0005083; Entities0005087; Entities0005088; Entities0005089; Entities0005091; Entities0005092; Entities0005094; Entities0005095; Entities0005096; Entities0005097; Entities0005098; Entities0005099; Entities0005100; Entities0005101; Entities0005103; Entities0005105; Entities0005106; Entities0005107; Entities0005108; Entities0005109; Entities0005110; Entities0005113; Entities0005139; Entities0005140; Entities0005141; Entities0005142; Entities0005143; Entities0005144; Entities0005145; Entities0005146; Entities0005147; Entities0005148; Entities0005149; Entities0005150; Entities0005151; Entities0005152; Entities0005153; Entities0006977; Entities0006979; Entities0006980; Entities0006981; Entities0006982; Entities0006983; Entities0006984; Entities0006985; Entities0006987; Entities0006988; Entities0006989; Entities0006990; Entities0006991; Entities0006992; Entities0006993; Entities0006994; Entities0007108; Entities0007109; Entities0007110; Entities0007111; Entities0007112; Entities0007113; Entities0007114; Entities0007115; Entities0007116; Entities0007117; Entities0007118; Entities0007119; Entities0007120; Entities0007121; Entities0007122; Entities0007123; Entities0007124; Entities0007125; Entities0007126; Entities0007127; Entities0007164; Entities0007165; Entities0007166; Entities0007167; Entities0007168; Entities0007169; Entities0007170; Entities0007171; Entities0007172; Entities0007173; Entities0007174; Entities0007175; Entities0007176; Entities0007177; Entities0007178; Entities0007179; |

Defendant's Production Chart
12.01.2025 Volume 1 Production

| | |
|---|---|
| | Entities0007180; Entities0007181; Entities0007182; Entities0007184; Entities0007185; Entities0007186; Entities0007187; Entities0007224; Entities0007225; Entities0007226; Entities0007227; Entities0007228; Entities0007230; Entities0007231; Entities0007232; Entities0007233; Entities0007234; Entities0007236; Entities0007237; Entities0007238; Entities0007239; Entities0007240; Entities0007241; Entities0007242; Entities0007243; Entities0007244; Entities0007245; Entities0007246; Entities0007247; Entities0007248; Entities0007249; Entities0007250; Entities0007252; Entities0007253; Entities0007255; Entities0007256; Entities0007257; Entities0007258; Entities0007259; Entities0007260; Entities0007261; Entities0007262; Entities0007263; Entities0007265; Entities0007266; Entities0007270; Entities0007271; Entities0007273; Entities0007274; Entities0007275; Entities0007276; Entities0007277; Entities0007278; Entities0007279; Entities0007280; Entities0007281; Entities0007282; Entities0007283; Entities0007284; Entities0007285; Entities0007286; Entities0007287; Entities0007288; Entities0007289; Entities0007290; Entities0007291; Entities0007292; Entities0007293; Entities0007294; Entities0007295; Entities0007296; Entities0007297; Entities0007298; Entities0007299; Entities0007301; Entities0007302; Entities0007303; Entities0007304; Entities0007305; Entities0007306; Entities0007307; Entities0007308; Entities0007309; Entities0007310; Entities0000047; Entities0005090; Entities0005093; Entities0005102; Entities0005104; Entities0006978; Entities0007235; Entities0007251; Entities0007254; Entities0007264; Entities0007300; Entities0006986; Entities0007183 |
| Publications / Projects | Entities0003108; Entities0003109; Entities0004279; Entities0005084; Entities0005085; Entities0005086; Entities0005111; Entities0006018; Entities0004281; Entities0005112; Entities0005799; Entities0005976; Entities0000688; Entities0000689; Entities0000690; Entities0000691; Entities0001821; Entities0001822; Entities0001823; Entities0005730; Entities0005798 |
| DMCA Takedown/ Copyright Requests | Entities0006722; Entities0006921; Entities0006957; Entities0006958; Entities0006959; Entities0006960; Entities0006962; Entities0006971; Entities0006972; Entities0007267; Entities0007268; Entities0007269; Entities0000001; Entities0000002; Entities0000003; Entities0000004; Entities0000814; Entities0001637; Entities0001674; Entities0001675; Entities0001676; Entities0001677; Entities0001679; Entities0004177; Entities0004181; Entities0004185; Entities0004190; Entities0004219; Entities0004802; Entities0004803; Entities0005035; Entities0005036; Entities0005075; Entities0005077 |
| References to Online Handles, Domains and Platforms:<br><br>CTRL Pew, Freeman1337, Fuddbusters, IvanTheTroll, | Entities0000047; Entities0005090; Entities0005093; Entities0005102; Entities0005104; Entities0006978; Entities0007229; Entities0007235; Entities0007251; Entities0007254; Entities0007264; Entities0007300; Entities0000827; Entities0002944; Entities0002952; Entities0002961; Entities0002969; Entities0002989; Entities0002999; Entities0003021; Entities0003038; Entities0003046; Entities0003056; Entities0003064; Entities0003074; Entities0000863; Entities0000872; Entities0000891; Entities0000912; Entities0000030; Entities0000057; Entities0000075; |

Defendant's Production Chart
12.01.2025 Volume 1 Production

| | |
|---|---|
| JNY, Suckboy Tony, precursorparts.com | Entities0000080; Entities0000085; Entities0000090; Entities0000097; Entities0000122; Entities0000133; Entities0000134; Entities0000135; Entities0000136; Entities0000137; Entities0000138; Entities0000139; Entities0000140; Entities0000141; Entities0000142; Entities0000143; Entities0000144; Entities0000145; Entities0000146; Entities0000147; Entities0000148; Entities0000149; Entities0000150; Entities0000151; Entities0000152; Entities0000153; Entities0000154; Entities0000155; Entities0000156; Entities0000157; Entities0000158; Entities0000159; Entities0000160; Entities0000161; Entities0000162; Entities0000163; Entities0000164; Entities0000165; Entities0000166; Entities0000167; Entities0000168; Entities0000169; Entities0000170; Entities0000171; Entities0000172; Entities0000173; Entities0000174; Entities0000175; Entities0000176; Entities0000177; Entities0000178; Entities0000179; Entities0000180; Entities0000181; Entities0000186; Entities0000187; Entities0000188; Entities0000189; Entities0000190; Entities0000191; Entities0000192; Entities0000193; Entities0000194; Entities0000195; Entities0000196; Entities0000197; Entities0000198; Entities0000199; Entities0000200; Entities0000201; Entities0000202; Entities0000203; Entities0000204; Entities0000205; Entities0000206; Entities0000207; Entities0000208; Entities0000210; Entities0000209; Entities0000211; Entities0000212; Entities0000213; Entities0000214; Entities0000215; Entities0000216;  Entities0000217; Entities0000218; Entities0000219; Entities0000220; Entities0000221; Entities0000222; Entities0000223; Entities0000224; Entities0000225; Entities0000226; Entities0000227; Entities0000228; Entities0000229; Entities0000230; Entities0000231; Entities0000232; Entities0000233; Entities0000234; Entities0000235; Entities0000236; Entities0000237; Entities0000238; Entities0000239; Entities0000240; Entities0000241; Entities0000242; Entities0000243; Entities0000244; Entities0000245; Entities0000246; Entities0000247; Entities0000248; Entities0000249; Entities0000250; Entities0000251; Entities0000252; Entities0000253; Entities0000254; Entities0000255; Entities0000256; Entities0000257; Entities0000258; Entities0000259; Entities0000260; Entities0000261; Entities0000262; Entities0000263; Entities0000264; Entities0000265; Entities0000266; Entities0000267; Entities0000268; Entities0000269; Entities0000270; Entities0000271; Entities0000272; Entities0000273; Entities0000274; Entities0000275; Entities0000276; Entities0000277; Entities0000278; Entities0000279; Entities0000280; Entities0000281; Entities0000282; Entities0000283; Entities0000284; Entities0000285; Entities0000286; Entities0000287; Entities0000288; Entities0000289; Entities0000290; Entities0000291; Entities0000292; Entities0000293; Entities0000294; Entities0000303; Entities0000305; Entities0000306; Entities0000307; Entities0000308; Entities0000309; Entities0000310; Entities0000311; Entities0000312; Entities0000313; Entities0000314; Entities0000315; Entities0000316; Entities0000317; Entities0000318; Entities0000319; Entities0000320; Entities0000321; Entities0000322; Entities0000323; Entities0000324; Entities0000325; Entities0000326; Entities0000327; Entities0000328; Entities0000329; Entities0000330; Entities0000331; Entities0000332; Entities0000333; Entities0000334; Entities0000335; Entities0000336; Entities0000337; Entities0000338; Entities0000339; Entities0000340; Entities0000341; Entities0000342; Entities0000343; Entities0000344; |

Defendant's Production Chart
12.01.2025 Volume 1 Production

|  | |
|---|---|
|  | Entities0000345; Entities0000346; Entities0000347; Entities0000348; Entities0000349; Entities0000350; Entities0000351; Entities0000352; Entities0000353; Entities0000354; Entities0000355; Entities0000356; Entities0004771; Entities0005015; Entities0005017; Entities0005019; Entities0005021; Entities0005023; Entities0005025; Entities0005027; Entities0005029; Entities0005031; Entities0005033; Entities0005042; Entities0005047; Entities0005052; Entities0005059; Entities0005066; Entities0005073; Entities0005124; Entities0005130; Entities0005131; Entities0005132; Entities0005133; Entities0005134; Entities0005135; Entities0005155; Entities0005157; Entities0005158; Entities0005352; Entities0005360; Entities0005362; Entities0005514; Entities0005562; Entities0005676; Entities0005724; Entities0005725; Entities0005728; Entities0005729; Entities0005800; Entities0005888; Entities0005889; Entities0005964; Entities0005979; Entities0005981; Entities0005983; Entities0005985; Entities0005987; Entities0005989; Entities0005991; Entities0005993; Entities0005995; Entities0005996; Entities0005997; Entities0005998; Entities0005999; Entities0006000; Entities0006001; Entities0006002; Entities0006003; Entities0006004; Entities0006005; Entities0006006; Entities0006007; Entities0006008; Entities0006009; Entities0006010; Entities0006011; Entities0006012; Entities0006013; Entities0006014; Entities0006015; Entities0006016; Entities0006017; Entities0006020; Entities0006022; Entities0006024; Entities0006026; Entities0006028; Entities0006029; Entities0006030; Entities0006031; Entities0006032; Entities0006033; Entities0006035; Entities0006036; Entities0006037; Entities0006038; Entities0006039; Entities0006040; Entities0006041; Entities0006042; Entities0006043; Entities0006044; Entities0006045; Entities0006046; Entities0006262; Entities0006267; Entities0006272; Entities0006277; Entities0006282; Entities0006287; Entities0006292; Entities0006297; Entities0006302; Entities0006307; Entities0006312; Entities0006317; Entities0006322; Entities0006327; Entities0006332; Entities0006337; Entities0006342; Entities0006347; Entities0006352; Entities0006357; Entities0006607; Entities0006609; Entities0006611; Entities0006613; Entities0006615; Entities0006617; Entities0006619; Entities0006633; Entities0006634; Entities0006635; Entities0006636; Entities0006637; Entities0006638; Entities0006639; Entities0006641; Entities0006642; Entities0006644; Entities0006645; Entities0006646;  Entities0006647; Entities0006648; Entities0006650; Entities0006649; Entities0006651; Entities0006652; Entities0006653; Entities0006654; Entities0006655; Entities0006656; Entities0006657; Entities0006658; Entities0006659; Entities0006660; Entities0006661; Entities0006662; Entities0007067; Entities0007069; Entities0007071; Entities0007272; Entities0003156; Entities0003237; Entities0004195; Entities0004197; Entities0004199; Entities0004201; Entities0004203; Entities0004205; Entities0004207; Entities0004209; Entities0004211; Entities0004213; Entities0004215; Entities0004216; Entities0004217; Entities0004218; Entities0004235; Entities0004237; Entities0004239; Entities0004241; Entities0004243; Entities0004245; Entities0004247; Entities0004249; Entities0004251; Entities0004252; Entities0004253; Entities0004254; Entities0004255; Entities0004256; Entities0004257; Entities0004258; Entities0004259; Entities0004260; Entities0004261; Entities0004262; Entities0004263; Entities0004264; Entities0004265; |

Defendant's Production Chart
12.01.2025 Volume 1 Production

| | |
|---|---|
| | Entities0004266; Entities0004267; Entities0004267; Entities0004269; Entities0004270; Entities0004271; Entities0004272; Entities0004273; Entities0004282; Entities0004283; Entities0004698; Entities0004284; Entities0004285; Entities0004291; Entities0004568; Entities0004583; Entities0004638; Entities0004693; Entities0004733; Entities0004703; Entities0004723; Entities0004743; Entities0004748; Entities0004758; Entities0004753;Entities0004683; Entities0004738; Entities0004728; Entities0004708; Entities0004718; Entities0004713; Entities0004673; Entities0004678; Entities0004593; Entities0004608; Entities0004633; Entities0004688; Entities0004618; Entities0004628; Entities0004653; Entities0004668; Entities0004648; Entities0004658; Entities0004663; Entities0004643; Entities0004623; Entities0004613; Entities0004598; Entities0004603; Entities0004578; Entities0004588; Entities0004573; Entities0004553; Entities0004563; Entities0004558; Entities0004286; Entities0004288; Entities0004289; Entities0004290; Entities0004763; Entities0004290; Entities0000017 |
| Communications and References to Specified Individuals/ Media:<br><br>Jim Blackburn, Joe G, Lizzie Dearden, Rajan Basra, Thomas Gibson Neff | Entities0002913; Entities0002914; Entities0002915; Entities0002925; Entities0002930; Entities0002937; Entities0002978; Entities0002984; Entities0003007; Entities0003011; Entities0003017; Entities0003031; Entities0003083; Entities0003087; Entities0003093; Entities0004230; Entities0005115; Entities0005116; Entities0005117; Entities0005118; Entities0005118; Entities0005121; Entities0005123; Entities0005971; Entities0006606; Entities0006731; Entities0006732; Entities0006741; Entities0006742; Entities0006791; Entities0006792; Entities0000676; Entities0000677; Entities0000678; Entities0000817; Entities0000824; Entities0000840; Entities0000844; Entities0000849; Entities0000852; Entities0000859; Entities0000881; Entities0000885; Entities0000900; Entities0000906; Entities0000921; Entities0000926; Entities0000933; Entities0000936; Entities0000947; Entities0000948; Entities0000957; Entities0000958; Entities0000997; Entities0000998; Entities0001047; Entities0001048; Entities0001097; Entities0001098; Entities0001147; Entities0001148; Entities0001157; Entities0001158; Entities0001197; Entities0001198; Entities0001207; Entities0001247; Entities0001248; Entities0001377; Entities0001378; Entities0001507; Entities0001508; Entities0001772; Entities0001773; Entities0001777; Entities0001778; Entities0001782; Entities0001783; Entities0006976; Entities0006995; Entities0007072; Entities0007128; Entities0007188; Entities0000387; Entities0000388; Entities0000390; Entities0000392; Entities0000393; Entities0000394; Entities0000396; Entities0000398; Entities0000429; Entities0000430; Entities0000432; Entities0000436; Entities0000541; Entities0000542; Entities0000544; Entities0000644; Entities0000646; Entities0000652; Entities0000653; Entities0000654; Entities0000655; Entities0000669; Entities0000670; Entities0000671; Entities0000672; Entities0000673; Entities0000674; Entities0000675; Entities0000679; Entities0000680; Entities0000682; Entities0000683; Entities0000684; Entities0000685; Entities0000697; Entities0000698; Entities0000700; Entities0000701; Entities0000702; Entities0000704; Entities0000705; Entities0000706; Entities0000707; Entities0000708; Entities0000710; Entities0000711; Entities0000712; Entities0000713; Entities0000715; Entities0000716; Entities0000717; Entities0000719; Entities0000720; |

Defendant's Production Chart
12.01.2025 Volume 1 Production

| | |
|---|---|
| | Entities0000721; Entities0000723; Entities0000724; Entities0000725; Entities0000727; Entities0000728; Entities0000729; Entities0000731; Entities0000732; Entities0000734; Entities0000736; Entities0000737; Entities0000739; Entities0000741; Entities0000742; Entities0000743; Entities0000744; Entities0000746; Entities0000748; Entities0000749; Entities0000750; Entities0000752; Entities0000759; Entities0000760; Entities0000761; Entities0000763; Entities0000767; Entities0000768; Entities0000769; Entities0000772; Entities0000774; Entities0000775; Entities0000777; Entities0000778; Entities0000781; Entities0000784; Entities0000786; Entities0000788; Entities0000789; Entities0000792; Entities0000794; Entities0000795; Entities0000797; Entities0000799; Entities0000800; Entities0000803; Entities0000805; Entities0000806; Entities0000810; Entities0000812; Entities0000941; Entities0000943; Entities0000945; Entities0001639; Entities0001642; Entities0001646; Entities0001648; Entities0001651; Entities0001653; Entities0001656; Entities0001660; Entities0001661; Entities0001663; Entities0001667; Entities0001669; Entities0001671; Entities0001741; Entities0001742; Entities0001745; Entities0001747; Entities0001748; Entities0001749; Entities0001752; Entities0001754; Entities0001755; Entities0001756; Entities0001759; Entities0001761; Entities0001762; Entities0001763; Entities0001765; Entities0001766; Entities0001824; Entities0001826; Entities0001829; Entities0001831; Entities0001832; Entities0001834; Entities0001837; Entities0001839; Entities0001840; Entities0001842; Entities0001845; Entities0001847; Entities0001931; Entities0001933; Entities0001935; Entities0002018; Entities0002021; Entities0002023; Entities0002025; Entities0002027; Entities0002030; Entities0002032; Entities0002034; Entities0002036; Entities0002038; Entities0002041; Entities0002043; Entities0002046; Entities0002049; Entities0002052; Entities0002054; Entities0002056; Entities0002058; Entities0002060; Entities0002901; Entities0002902; Entities0002905; Entities0002907; Entities0002910; Entities0002912; Entities0002916; Entities0002919; Entities0002921; Entities0002923; Entities0003098; Entities0003101; Entities0003103; Entities0003106; Entities0003120; Entities0004222; Entities0004223; Entities0004225; Entities0004227; Entities0004274; Entities0004275; Entities0004276; Entities0004278; Entities0004292; Entities0004294; Entities0004296; Entities0004297; Entities0004298; Entities0004300; Entities0004301; Entities0004304; Entities0004306; Entities0004307; Entities0004309; Entities0004311; Entities0004312; Entities0004313; Entities0004315; Entities0004316; Entities0004320; Entities0004322; Entities0004323; Entities0004326; Entities0004328; Entities0004329; Entities0004330; Entities0004332; Entities0004549; Entities0004550; Entities0004552; Entities0004768; Entities0004796; Entities0004797; Entities0004799; Entities0004801; Entities0005114; Entities0005119; Entities0005122; Entities0005125; Entities0005126; Entities0005127; Entities0005128; Entities0005129; Entities0005965; Entities0005966; Entities0005968; Entities0005970; Entities0006553; Entities0006562; Entities0006563; Entities0006565; Entities0006566; Entities0006583; Entities0006584; Entities0006586; Entities0006588; Entities0006589; Entities0006590; Entities0006592; Entities0000390; Entities0006593; Entities0006594; Entities0006595; Entities0006597; Entities0006598; Entities0006600; Entities0006602; Entities0006603; |

Defendant's Production Chart
12.01.2025 Volume 1 Production

|  |  |
|---|---|
|  | Entities0006604; Entities0006605; Entities0006620; Entities0006621; Entities0006623; Entities0006624; Entities0006625; Entities0006626; Entities0006628; Entities0006629; Entities0006630; Entities0006632; Entities0006667; Entities0006668; Entities0006670; Entities0006671; Entities0006672; Entities0006674; Entities0006675; Entities0006676; Entities0006677; Entities0006678; Entities0006682; Entities0006684; Entities0006687; Entities0006688; Entities0006689; Entities0006691; Entities0006692; Entities0006693; Entities0006697; Entities0006698; Entities0006700; Entities0006702; Entities0006703; Entities0006707; Entities0006709; Entities0006710; Entities0006713; Entities0006715; Entities0006716; Entities0006719; Entities0006721; Entities0006725; Entities0006727; Entities0006729; Entities0006923; Entities0006925; Entities0006927; Entities0006930; Entities0006934; Entities0006935; Entities0006939; Entities0006940; Entities0006942; Entities0006946; Entities0006949; Entities0006952; Entities0006954; Entities0006964; Entities0006965; Entities0006968; Entities0006970; Entities0006973; Entities0006974; Entities0002061; Entities0006663; Entities0006664; Entities0000693; Entities0001788Entities0001787; Entities0000692; Entities0002063; Entities0002336; Entities0002340; Entities0002342; Entities0002615; Entities0002619; Entities0002621; Entities0002894; |
| Antelope Hill Publishing References and Materials | Entities0000365; Entities0000060; Entities0000065; Entities0000070; Entities0000360; Entities0000370; Entities0004354; Entities0004389; Entities0004394; Entities0004424; Entities0004404; Entities0004439; Entities0004449; Entities0004469;Entities0004464; Entities0004459; Entities0004454; Entities0004419; Entities0004444; Entities0004434; Entities0004399; Entities0004429; Entities0004414; Entities0004409; Entities0004107; Entities0004364; Entities0004359; Entities0004369; Entities0004374; Entities0004384;Entities0004379; Entities0004339; Entities0004349; Entities0004344; Entities0004334; Entities0001701; Entities0001736;Entities0001706; Entities0001726; Entities0001731; Entities0001721; Entities0001711; Entities0001716; Entities0001696; Entities0001681; Entities0001691; Entities0001686; Entities0000642; Entities0000643; Entities0004529; Entities0004544; Entities0005009; Entities0004993; Entities0004998; Entities0006072; Entities0006082; Entities0006077; Entities0006097; Entities0006187; Entities0006227; Entities0006217; Entities0006247; Entities0006252; Entities0006257; Entities0006242; Entities0006237; Entities0006232; Entities0006222; Entities0006212; Entities0006207; Entities0006202; Entities0006197; Entities0006192; Entities0006182; Entities0006177; Entities0006172; Entities0006167; Entities0006162; Entities0006157; Entities0006152; Entities0006147; Entities0006142; Entities0006137; Entities0006132; Entities0006127; Entities0006122; Entities0006117; Entities0006112; Entities0006107; Entities0006102; Entities0006092; Entities0006087; Entities0006067; Entities0006062; Entities0006057; Entities0006047; Entities0006052; Entities0005895; Entities0005037; Entities0005003; Entities0004534; Entities0004539; Entities0004514; Entities0004519; Entities0004524; Entities0004509; Entities0004474; Entities0004479; Entities0004484; Entities0004489; Entities0004494; Entities0004504; Entities0004499 |

Defendant's Production Chart
12.01.2025 Volume 1 Production

| | |
|---|---|
| DEFCAD Hosting, Mirrors, Logs, OSNIT indicators | Entities0006364; Entities0006373; Entities0006382; Entities0006391; Entities0006400; Entities0006409; Entities0006418; Entities0006427; Entities0006436; Entities0006445; Entities0006454; Entities0006463; Entities0006472; Entities0006481; Entities0006490; Entities0006499; Entities0006508; Entities0006517; Entities0006526; Entities0006535; Entities0006544; Entities0007031; Entities0007040; Entities0007049; Entities0007058; Entities0004112; Entities0004121; Entities0004130; Entities0004139; Entities0004148; Entities0004157; Entities0004166; Entities0004176; Entities0004804; Entities0004813; Entities0004822; Entities0004831; Entities0004840; Entities0004849; Entities0004858; Entities0004867; Entities0004876; Entities0004885; Entities0004894; Entities0004903; Entities0004912; Entities0004921; Entities0004930; Entities0004939; Entities0004948; Entities0004957; Entities0004966; Entities0004975; Entities0004984; Entities0005900; Entities0005909; Entities0005918; Entities0005927; Entities0005936; Entities0005945; Entities0005954 |
| Communications/ References with and to Thomas Odom | Entities0004228; Entities0004333; Entities0004769; Entities0004770; Entities0004790 |
| Governance, Policies and Workflow | Entities0005137; Entities0000182; Entities0000183; Entities0000295; Entities0000296; Entities0000545; Entities0000549; Entities0000667; Entities0003157; Entities0003198; Entities0006567; Entities0006568; |
| Communications/ References with and to Pablo Diaz | Entities0001811; Entities0001813; Entities0001817 |
| References to Copyright (not otherwise included in other category) | Entities0000098; Entities0000106; Entities0000115; Entities0000357; Entities0000375; Entities0000399; Entities0000411; Entities0000437; Entities0000444; Entities0000451; Entities0000464; Entities0000477; Entities0000490; Entities0000503; Entities0000503; Entities0000529; Entities0000533; Entities0000537; Entities0000553; Entities0000565; Entities0000577; Entities0000583; Entities0000594; Entities0000606; Entities0000618; Entities0000630; Entities0000656; Entities0006554; Entities0006571 |