UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                  Case No:  6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

**DEFENDANTS, CODY RUTLEDGE WILSON, DEFCAD, INC., AND DEFENSE DISTRIBUTED'S AMENDED <u>DESIGNATION OF LEAD COUNSEL</u>**

Pursuant to Local Rules 1.01 and 2.01, Leia V. Leitner, Esq., of Wilson Elser Moskowitz Edelman & Dicker, LLP., hereby gives notice of her amended appearance as lead counsel for Defendants, **Cody Rutledge Wilson, Defcad, Inc.,** and **Defense Distributed** in the above captioned matter.

Dated:      February 6, 2026

                                    Respectfully submitted,

                                    **WILSON ELSER MOSKOWITZ EDELMAN& DICKER LLP**

                                    By:  *s/Leia V. Leitner*
                                          Leia V. Leitner
                                          Florida Bar No:  105621
                                          111 North Orange Avenue
                                          Suite 1200

Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Lead Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will send electronic filing to all counsel of record.

                        *s/Leia V. Leitner*
                        Leia V. Leitner