United States District Court
Middle District of Florida
Orlando Division

Matthew Larosiere,
    Plaintiff,

v.                                      No. 6:24-CV-01629-AGM-LHP

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
    Defendants.

---

### Defendants' Amended Designation of Counsel

Pursuant to Local Rules 1.01 and 2.01, Chad Flores of Flores Law PLLC gives notice of his amended appearance as additional counsel for Defendants Cody Rutledge Wilson, Defcad, Inc. and Defense Distributed, and lead counsel for Defendant Dioskourui LLC.

Respectfully submitted,

/s/ Chad Flores
Chad Flores
chad@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-2496