UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants.*

_____/

**PLAINTIFF MATTHEW LAROSIERE'S WITNESS LIST FOR THE FEB. 11 HEARING IN RESPONSE TO THE COURT'S DOC. 185 ORDER**

Plaintiff anticipates calling the following witness for the February 11 evidentiary hearing: Alexander Holladay, manager of CTRLPEW LLC.

Respectfully submitted,

DATED:  February 6, 2026

    */s/ Zachary Z. Zermay*
    Zachary Z. Zermay, Esq.
    Fla. Bar № 1002905
    *Zermay Law, P.A.*
    3000 Coral Way, Ste 1115
    Coral Gables, FL 33145
    Email: zach@zermaylaw.com
    Tel: (305) 767-3529
    *Lead Counsel for Plaintiff Matthew Larosiere*