UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                      Case No:  6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

**DEFENSE DISTRIBUTED'S WITNESS LIST FOR EVIDENTIARY HEARING ON THE MOTION FOR RULE 37(E) SPOLIATION RELIEF WITH APPOINTMENT OF A SPECIAL MASTER**

Defendant, **Defense Distributed**, by and through the undersigned counsel, pursuant to the Court's Order dated January 14, 2026, *see e.g.,* Doc. 186 at ¶3, submits Defense Distributed's witness list for the evidentiary hearing before this Honorable Court on Defendant's Motion for Rule 37(e) Spoliation Relief with Appointment of a Special Master, *see e.g.,* Docs. 136, 146, and 154, on February 11, 2026, and, support thereof, list the following individuals:

**WITNESSES WHO WILL BE CALLED**

1. **Matthew Larosiere**
2. **Zachary Zermay**
3. **Garret Walliman**

329653569v.1

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN& DICKER LLP**

By: *s/Leia V. Leitner*
Leia V. Leitner
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone:      407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone:941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905;

329653569v.1

Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com.

                                                       *s/Leia V. Leitner*
                                                       Leia V. Leitner