UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:24-cv-1629-WWB-LHP | DATE: | February 10, 2026 |
|---|---|---|---|
| **HONORABLE LESLIE HOFFMAN PRICE** | | INTERPRETER: | |
| MATTHEW LAROSIERE<br><br>v.<br><br>CODY RUTLEDGE WILSON, et al. | | LANGUAGE: | |
| | | **PLAINTIFF COUNSEL:**<br>Zachary Zermay | |
| | | **DEFENSE COUNSEL:**<br>Leia Leitner<br>Amaris Gyebi | |
| COURT REPORTER: Heather Suarez<br>heather@stenosuarez.com | | DEPUTY CLERK: | Edward Jackson |
| TIME | 10:08-12:20<br>1:25-3:23 | TOTAL:<br>4 hours/11 minutes | **COURTROOM** | 5D |

**PROCEEDINGS: MOTION HEARING [156, 176, 182]**

(✓)    Case called; appearances taken; procedural setting by the Court.

(✓)    Motions were addressed.

(✓)    The motion at Doc. No. 156 was granted in part and denied in part.

(✓)    The motion at Doc. No. 176 was granted in part and denied in part.

(✓)    The motion at Doc. No. 182 was denied.

(✓)    Other issues were addressed.

(✓)    Order to be entered.