UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

## CLERK'S MINUTES

| CASE NO.: | 6:24-cv-1629-WWB-LHP | DATE: | February 11, 2026 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | |
| MATTHEW LAROSIERE<br><br>v.<br><br>CODY RUTLEDGE WILSON, et al. | | LANGUAGE: | |
| | | PLAINTIFF COUNSEL:<br>Zachary Zermay | |
| | | DEFENSE COUNSEL:<br>Leia Leitner<br>Amaris Gyebi | |
| COURT REPORTER: Heather Suarez<br>heather@stenosuarez.com | | DEPUTY CLERK: | Edward Jackson |
| TIME | 10:05-10:10<br>1:00-1:33 | TOTAL: 38 mins | COURTROOM | 5D |

**PROCEEDINGS: EVIDENTIARY HEARING**

(✓)   Case called; appearances taken; procedural setting by the Court.

(✓)   Preliminary issues were addressed.

(✓)   The Court continued the hearing to 1:00 PM.

(✓)   Preliminary issues were addressed.

(✓)   For reasons stated on the record, the hearing was canceled.

(✓)   Order to be entered.