# Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE,

        Plaintiffs,

v.

Case No. 6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

        Defendants.
_____

## EXHIBIT LIST

☐ Government  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Court  ☐ Other:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 1 | 2/6/2026 | | Zachary Zermay | Defendant's Requests for Production to Plaintiff served 2.12.2025 |
| 2 | 2/6/2026 | | Zachary Zermay | Plaintiff's Response to Defendant's Requests for Production served 2.12.2025 |
| 3 | 2/6/2026 | | Matthew Larosiere | Defendant's Interrogatories to Plaintiff served 7.4.2025 |
| 4 | 2/6/2026 | | Matthew Larosiere | Plaintiff's responses to Interrogatories served 7.4.2025 |
| 5 | 2/6/2026 | | Zachary Zermay | Defendant's Request for Production to Plaintiff served 7.4.2025 |
| 6 | 2/6/2026 | | Zachary Zermay | Plaintiff's responses to Request for Production served 7.4.2025 |
| 7 | 2/6/2026 | | Zachary Zermay | Plaintiff's Request for Production to Wilson served 9.28.25 |

| | | | | |
|---|---|---|---|---|
| 8 | 2/6/2026 | | Zachary Zermay/ Alexander Holladay | Defendant's Interrogatories to Alexander Holladay served 7.4.2025 |
| 9 | 2/6/2026 | | Zachary Zermay/ Alexander Holladay | Holladay's responses to Interrogatories served 7.4.2025 |
| 10 | 2/6/2026 | | Matthew Larosiere | Defendant's Interrogatories to John Elik served 7.4.2025 |
| 11 | 2/6/2026 | | Matthew Larosiere | Elik's responses to Defendant's Interrogatories served on 7.4.025 |
| 12 | 2/6/2026 | | Matthew Larosiere | Defendant's Requests for Production to John Elik served 7.4.2025 |
| 13 | 2/6/2026 | | Matthew Larosiere | Elik's responses to Defendant's Requests for Production served on 7.4.025 |
| 14 | 2/6/2026 | | Matthew Larosiere | Defendant's Interrogatories to John Lettman served 7.4.2025 |
| 15 | 2/6/2026 | | Matthew Larosiere | Lettman's responses to Defendant's Interrogatories served 7.4.2025 |
| 16 | 2/6/2026 | | Matthew Larosiere | Post from "The Rat" produced by John Letman response to Request for Production 1 served on 7.4.2025 |
| 17 | 2/6/2026 | | Matthew Larosiere | Registrations for Copyrights at Issue |
| 18 | 2/6/2026 | | Zachary Zermay | First Amended Complaint filed |
| 19 | 2/6/2026 | | Zachary Zermay | Counter-Defendants Initial Disclosures date 1.30.2025 |
| 20 | 2/6/2026 | | Zachary Zermay | Amended Initial Disclosures dated11.5.2025 |

| 21 | 2/6/2026 | | Matthew Larosiere | Firearms Development Employment Agreement |
| 22 | 2/6/2026 | | Matthew Larosiere | Big Mouse Small Arms, Inc. Sunbiz.org page and Electronic Articles of Incorporation |
| 23 | 2/6/2026 | | Matthew Larosiere | MAF Corp. Sunbiz.org page and Electronic Articles of Incorporation |
| 24 | 2/6/2026 | | Matthew Larosiere | Part & Trap, Inc. Sunbiz.org page and Electronic Articles of Incorporation |
| 25 | 2/6/2026 | | Matthew Larosiere | Gatalog Foundation Inc. Sunbiz.org page and Electronic Articles of Incorporation |
| 26 | 2/6/2026 | | Garret Walliman | R/fosscad post by IvanTTroll regarding SF5 |
| 27 | 2/6/2026 | | Garret Walliman | R/fosscad post by IvanTTroll regarding KF5 |
| 28 | 2/6/2026 | | Garret Walliman | R/fosscad posts by IvanTTroll regarding Plastikov V4 |
| 29 | 2/6/2026 | | Garret Waliman | R/fosscad post by DarnellMusty regarding Hitchhiker |
| 30 | 2/6/2026 | | Garret Walliman | Screenshot of post by "BoostWillis" with opening line "Welcome to the Gatalog…" |
| 31 | 2/6/2026 | | Mathew Larosiere | Plaintiff's Florida Bar Member Profile |
| 32 | 2/6/2026 | | Garret Walliman | Screenshot of post by "ctrlpew" stating "I would really love..." |
| 33 | 2/6/2026 | | Garret Walliman | Screenshot of post by "IamArizona" with six listed items, including statement "Freeman is not the IT guy…" |
| 34 | 2/6/2026 | | Garret Walliman | Gatalog "Current Beta List" |

| 35 | 2/6/2026 | | Garret Walliman | Screenshot of post by "jny the human" stating "Consider destroying or relocating…" |
|---|---|---|---|---|
| 36 | 2/6/2026 | | Garret Walliman | Screenshot of post by MattLaAtLaw" stating, "HELLO all I am pleased to announce…" |
| 37 | 2/6/2026 | | Garret Walliman | Screenshot of post thread dated January 30, 2024 between "robert102" and ethan.hall" |
| 38 | 2/6/2026 | | Garret Walliman | Screenshot of post thread dated January 28, 2024 between "Shootergs1", "ethan.hall","gerald.katz" |
| 39 | 2/6/2026 | | Garret Walliman | Team Data Export from Digital Ocean |
| 40 | 2/6/2026 | | Garret Walliman | Business Records- Certificate of Authenticity executed by Matthew Anderson |
| 41 | 2/6/2026 | | Garret Walliman | Capture of post "Where are the Files" with opening sentence "The Gatalog sets…" |
| 42 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "_id": "add-user-to-any-c-room |
| 43 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "_id": "force-delete-message" |
| 44 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "_id": "clean-channel-history" |
| 45 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "_id: "create-p" |
| 46 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "_id": "delete-c" |
| 47 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "settings" |
| 48 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "roles" |

| 49 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "update" |
|---|---|---|---|---|
| 50 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "roomName" "beta.Ivan.Hi-Power_Frame" |
| 51 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "_id": "Accounts_AllowDeleteOwnAccount" |
| 52 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "_id": "Message_AllowDeleting" |
| 53 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "Message_ErasureType" |
| 54 | 2/6/2026 | | Garret Walliman | Screenshots of post by "Dr. Death" dated May 21, 2024 with opening statement "Beta information can be found here:…." |
| 55 | 2/6/2026 | | Garret Walliman | Screenshot of docs.rocket.chat/docs/permissions |
| 56 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, /api/v1/rooms.nameExists |
| 57 | 2/6/2026 | | Garret Walliman | Screenshot of docs.rocket.chat/docs/permissions for "clean-channel-history" |
| 58 | 2/6/2026 | | Garret Walliman | Screenshot of docs.rocket.chat/docs/permissions for "create-p" |
| 59 | 2/6/2026 | | Garret Walliman | Screenshot of docs.rocket.chat/docs/permissions for various terms including "create-team-group", "create-team-channel", "delete-c"… |
| 60 | 2/6/2026 | | Garret Walliman | Screenshot of docs.rocket.chat/docs/permissions for "force-delete-message" |
| 61 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, /api/v1/channels.counters |

| 62 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "roomId" "string" |
|---|---|---|---|---|
| 63 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, /api/v1/settings.public |
| 64 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, /api/v1/roles.list |
| 65 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, /api/v1/permissions.listAll |
| 66 | 2/6/2026 | | Garret Walliman | Chart titled "Gatalog Rocket.Chat Public Messages Deleted (Detected)" |
| 67 | 2/6/2026 | | Garret Walliman | Screenshot of post by "ethan.hall" dated November 30, 2025 |
| 68 | 2/6/2026 | | Garret Walliman | Screenshot of post by "ethan.hall" dated February 11, 2025 |
| 69 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "roomName" "beta.Ivan.CM-1" |
| 70 | 2/6/2026 | | Garret Walliman | Chart titled "Gatalog Rocket.Chat Public Rooms Deleted (Detected)" |
| 71 | 2/6/2026 | | N/A | The People of the State of California v. Gatalog Foundation, Inc. et al., Complaint for Permanent Injunction Civil Penalties and Other Equitable Relief filed in the Superior Court of the State of California County of San Franscico |
| 72 | 2/6/2026 | | Garret Walliman | Screenshot of post by "Ivan" with the opening line "Hello all- seeing as this project…" |
| 73 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "roomName" "beta.MattLaAtLaw.P99" |
| 74 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "roomName" "beta.Fuddbusters.Hitchhiker" |

| | | | | |
|---|---|---|---|---|
| 75 | 2/6/2026 | | Garret Walliman | Rocket Chat API response, "roomName" "beta.Ivan.Amigo_Grande_CETME _C" |
| 76 | 2/6/2026 | | Garret Walliman | Screenshot of post by "ctrlpew" stating "Its from cura…" |
| 77 | 2/6/2026 | | Garret Walliman | Screenshot of post thread with "crafty_waffle", "ctrlpew", "m70b1jr", "ethan.hall", and "nathan.mayer" dated 10/22/2024 |
| 78 | 2/6/2026 | | Garret Walliman | Screenshot of Rocketchat/ Audit Room |

Dated:  February 10, 2026

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN& DICKER LLP**

By:  *s/Amais C. Gyebi*
Leia V. Leitner
Florida Bar No:  105621
111 North Orange Avenue
Suite 1200
Orlando, FL  32801
Telephone:       407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No:  124571
Amaris C. Gyebi, Esq.
Florida Bar No:  1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone:941-866-8561
Facsimile:  941-210-5979
Jura.Zibas@wilsonelser.com

Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of February, 2026 a true and correct copy of the foregoing document has been emailed to counsel of record.

*s/ Amaris C. Gyebi*
Amaris C. Gyebi