# Exhibit 16

3:30 PM **The_Rat** just that cody did have the right info for freeman and freeman has deleted everything and disappeared