Exhibit 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-381-513

**Effective Date of Registration:**
December 23, 2023
**Registration Decision Date:**
February 06, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

For Photographs Published:   February 28, 2022 to May 06, 2022

**Title** _____

**Title of Group:**   ag_1,
ag_2,
ag_3,
ag_4,
ag_5,
ag_6,
ag_7,
ag_8,
ag_9,
ag_10,
ag_11,
ag_12,
ag_13,
ag_14,
ag_15,
ag_16,
ag_17,
ag_18,
ag_19,
ag_20,
ag_21,
ag_22,
ag_23,
ag_24,
ag_25,
ag_26,
ag_27,
ag_28,
ag_29,
ag_30,
ag_31,
ag_32,
ag_33,
ag_34,
ag_35,
ag_36,

ag_37,
ag_38,
ag_39,
ag_40,
ag_41,
ag_42,
ag_43,
ag_44,
ag_45,
ag_46,
ag_47,
ag_48,
ag_49,
ag_50,
ag_51,
ag_52,
ag_53,
ag_54,
ag_55,
ag_56,
ag_57,
ag_58,
ag_59,
ag_60,
ag_61,
ag_62,
ag_63,
ag_64,
ag_65,
ag_66,
ag_67,
ag_68,
ag_69,
ag_70,
ag_71,
ag_72,
ag_73,
ag_74,
ag_75,
ag_76,
ag_77,
ag_78,
ag_79,
ag_80,
ag_81,
ag_82,
ag_83,
ag_84,
ag_85,
ag_86,
ag_87,
ag_88,
ag_89,
ag_90,
ag_91,
ag_92,
ag_93,
ag_94,



ag_95,
ag_96,
ag_97,
ag_98,
ag_99,
ag_100,
P99_1,
P99_2,
P99_3,
P99_4,
P99_5,
P99_6,
P99_7,
P99_8,
P99_9,
P99_10,
P99_11,
P99_12,
P99_13,
P99_14,
P99_15,
P99_16,
P99_17,
P99_18,
P99_19,
P99_20,
P99_21,
P99_22,
P99_23,
P99_24,
P99_25,
P99_26,
P99_27,
P99_28,
P99_29,
P99_30,
P99_31,
P99_32,
P99_33,
P99_34,
P99_35,
P99_36,
P99_37,
P99_38,
P99_39,
P99_40,
P99_41,
P99_42,
P99_43,
P99_44,
P99_45,
P99_46,
P99_47,
P99_48,
P99_49,
P99_50,
P99_51,
P99_52,

A4 of A38

P99_53,
P99_54,
P99_55,
P99_56,
P99_57,
P99_58,
P99_59

**Number of Photographs in Group:** 159

## Completion/Publication

**Year of Completion:** 2022
**Earliest Publication Date in Group:** February 28, 2022
**Latest Publication Date in Group:** May 06, 2022
**Nation of First Publication:** United States

## Author

- **Author:** Matthew Larosiere
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States
**Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467 United States

## Certification

**Name:** Matthew Larosiere
**Date:** December 23, 2023

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be



registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-358-088

**Effective Date of Registration:**
December 24, 2023
**Registration Decision Date:**
February 07, 2024

---

## Title

**Title of Work:** P99 Build Instructions

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** May 06, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle

Page 1 of 2

Lake Worth, FL 33467 United States

## Certification

|  |  |
|---|---|
| **Name:** | Matthew Larosiere |
| **Date:** | December 24, 2023 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-381-769

**Effective Date of Registration:**
December 23, 2023
**Registration Decision Date:**
February 08, 2024

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 29, 2023 to October 31, 2023

**Title** _____

**Title of Group:** SF5_1,
SF5_2,
SF5_3,
SF5_4,
SF5_5,
SF5_6,
SF5_7,
SF5_8,
SF5_9,
SF5_10,
SF5_11,
SF5_12,
SF5_13,
SF5_14,
SF5_15,
SF5_16,
SF5_17,
SF5_18,
SF5_19,
SF5_20,
SF5_21,
SF5_22,
SF5_23,
SF5_24,
SF5_25,
SF5_26,
SF5_27,
SF5_28,
SF5_29,
SF5_30,
SF5_31,
SF5_32,
SF5_33,
SF5_34,
SF5_35,
SF5_36,

Page 1 of 3

SF5_37,
SF5_38,
SF5_39,
SF5_40,
SF5_41,
SF5_42,
SF5_43,
SF5_44,
SF5_45,
SF5_46,
SF5_47,
SF5_48,
SF5_49,
SF5_50,
BAR_1,
BAR_2,
BAR_3,
BAR_4,
BAR_5,
BAR_6,
BAR_7,
BAR_8,
BAR_9,
BAR_10,
BAR_11,
BAR_12,
BAR_13,
BAR_14

**Number of Photographs in Group:** 64

## Completion/Publication

**Year of Completion:** 2023
**Earliest Publication Date in Group:** March 29, 2023
**Latest Publication Date in Group:** October 31, 2023
**Nation of First Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** photographs
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467



## Rights and Permissions

|  |  |
|---|---|
| **Name:** | Matthew Larosiere |
| **Email:** | larosieremm@gmail.com |
| **Telephone:** | (561)452-7575 |
| **Address:** | 6964 Houlton Circle |
| | Lake Worth, FL 33467 |

## Certification

|  |  |
|---|---|
| **Name:** | Matthew Larosiere |
| **Date**: | December 23, 2023 |

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-385-899

**Effective Date of Registration:**
December 24, 2023
**Registration Decision Date:**
March 07, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | FrameBoi_1204 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | May 06, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Matthew Larosiere |
| **Author Created:** | 3D Design Models |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1992 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Matthew Larosiere |
| | 6964 Houlton Circle, Lake Worth, FL, 33467, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Matthew Larosiere |
| **Email:** | larosieremm@gmail.com |
| **Telephone:** | (561)452-7575 |
| **Address:** | 6964 Houlton Circle |
| | Lake Worth, FL 33467 United States |

## Certification

Page 1 of 2

**Name:** Matthew Larosiere
**Date**: December 23, 2023

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited technical drawing only. 17 USC 101, 102(a), and 113.



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-385-901

**Effective Date of Registration:**
December 24, 2023
**Registration Decision Date:**
March 07, 2024

---

## Title

**Title of Work:** SF5 STEP Master

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 31, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** 3D Design Models
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467, United States

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467 United States

## Certification

Page 1 of 2

**Name:** Matthew Larosiere
**Date**: December 23, 2023

**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited technical drawing only. 17 USC 101, 102(a), and 113.




## Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-372-196**

**Effective Date of Registration:**
December 24, 2023
**Registration Decision Date:**
March 21, 2024

---

## Title

**Title of Work:** The SF5 3D Printable MP5

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 31, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
- **Author Created:** text
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467, United States

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s), artwork

**New material included in claim:** text

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle

Page 1 of 2

Lake Worth, FL 33467 United States

## Certification

**Name:** Matthew Larosiere
**Date**: December 24, 2023

**Correspondence:** Yes



## Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# TX 9-372-199

**Effective Date of Registration:**
December 24, 2023
**Registration Decision Date:**
March 21, 2024

---

## Title

**Title of Work:** README

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** October 31, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467

## Certification

Page 1 of 2

**Name:** Matthew Larosiere
**Date:** December 24, 2023

---

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-403-056**

**Effective Date of Registration:**
June 08, 2024
**Registration Decision Date:**
June 24, 2024

## Title

**Title of Work:** Plastikov v4 Build Tutorial

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 07, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** text
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1992

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s)

**New material included in claim:** text

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle

Page 1 of 2

Lake Worth, FL 33467 United States

## Certification

|  |  |
|---|---|
| **Name:** | Matthew Larosiere |
| **Date:** | June 08, 2024 |

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-413-646

**Effective Date of Registration:**
June 08, 2024
**Registration Decision Date:**
July 30, 2024

---

## Title
 

        **Title of Work:**   README

## Completion/Publication
 

        **Year of Completion:**   2024
      **Date of 1st Publication:**   May 06, 2024
    **Nation of 1ˢᵗ Publication:**   United States

## Author
 

-         **Author:**   Matthew Larosiere
      **Author Created:**   text
   **Work made for hire:**   Yes
       **Citizen of:**   United States
     **Domiciled in:**   United States

## Copyright Claimant
 

     **Copyright Claimant:**   Matthew Larosiere
               6964 Houlton Circle, Lake Worth, FL, 33467

## Rights and Permissions
 

        **Name:**   Matthew Larosiere
        **Email:**   larosieremm@gmail.com
   **Telephone:**   (561)452-7575
     **Address:**   6964 Houlton Circle
               Lake Worth, FL 33467 United States

## Certification
 

Page 1 of 2

**Name:**   Matthew Larosiere
**Date**:   June 08, 2024

---

**Correspondence:**   Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-412-508

**Effective Date of Registration:**
June 08, 2024

**Registration Decision Date:**
September 13, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 06, 2024 to June 08, 2024

### Title

| | |
|---|---|
| **Title of Group:** | 2024_Doc_Images_AK-AV |
| **Number of Photographs in Group:** | 159 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Earliest Publication Date in Group:** | May 06, 2024 |
| **Latest Publication Date in Group:** | June 08, 2024 |
| **Nation of First Publication:** | United States |

### Author

| | |
|---|---|
| **Author:** | Matthew Larosiere |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Matthew Larosiere |
| | 6964 Houlton Circle, Lake Worth, FL, 33467 |

### Rights and Permissions

| | |
|---|---|
| **Name:** | Matthew Larosiere |
| **Email:** | larosieremm@gmail.com |
| **Telephone:** | (561)452-7575 |
| **Address:** | 6964 Houlton Circle |

Page 1 of 2

Lake Worth, FL 33467

## Certification

| | |
|---|---|
| **Name:** | Matthew Larosiere |
| **Date**: | June 08, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-422-527

**Effective Date of Registration:**
June 08, 2024
**Registration Decision Date:**
November 19, 2024

---

## Title

**Title of Work:** Plastikov v4 STEP Master

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 06, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** 3D Design Models
  **Work made for hire:** Yes
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467, United States

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467 United States

## Certification

Page 1 of 2

**Name:** Matthew Larosiere
**Date:** June 08, 2024

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article depicted. Registration extends to deposited technical drawing only. 17 USC 101, 102(a), and 113.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-412-695

**Effective Date of Registration:**
July 10, 2024
**Registration Decision Date:**
July 26, 2024

---

## Title

**Title of Work:** HitchHiker Documentation

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** July 10, 2024
**Nation of 1st Publication:** United States

## Author

- **Author:** Matthew Larosiere
  **Author Created:** text, artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467

## Limitation of copyright claim

**Material excluded from this claim:** photograph(s)

**New material included in claim:** text, artwork

## Rights and Permissions

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467 United States

Page 1 of 2

## Certification

**Name:** Matthew Larosiere
**Date**: July 10, 2024

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-418-589

**Effective Date of Registration:**
July 10, 2024

**Registration Decision Date:**
October 21, 2024

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:**   July 10, 2024 to July 10, 2024

## Title _____

**Title of Group:**   HH_01,
HH_02,
HH_03,
HH_04,
HH_05,
HH_06,
HH_07,
HH_08,
HH_09,
HH_10,
HH_11,
HH_12,
HH_13,
HH_14,
HH_15,
HH_16,
HH_17,
HH_18,
HH_19,
HH_20,
HH_21,
HH_22,
HH_23,
HH_24,
HH_25,
HH_26,
HH_27,
HH_28,
HH_29,
HH_30,
HH_31,
HH_32,
HH_33,
HH_34,
HH_35,
HH_36,

Page 1 of 3

HH_37,
HH_38,
HH_39,
HH_40,
HH_41,
HH_42,
HH_43,
HH_44,
HH_45,
HH_46,
HH_47,
HH_48,
HH_49,
HH_50,
HH_51,
HH_52,
HH_53,
HH_54,
HH_55,
HH_56,
HH_57,
HH_58,
HH_59,
HH_60,
HH_61,
HH_62,
HH_63

**Number of Photographs in Group:** 63

## Completion/Publication

**Year of Completion:** 2024
**Earliest Publication Date in Group:** July 10, 2024
**Latest Publication Date in Group:** July 10, 2024
**Nation of First Publication:** United States

## Author

- **Author:** Matthew Larosiere
**Author Created:** photographs
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467, United States

## Rights and Permissions



| | |
|---|---|
| **Name:** | Matthew Larosiere |
| **Email:** | larosieremm@gmail.com |
| **Telephone:** | (561)452-7575 |
| **Address:** | 6964 Houlton Circle |
| | Lake Worth, FL 33467 United States |

## Certification

| | |
|---|---|
| **Name:** | Matthew Larosiere |
| **Date**: | July 10, 2024 |

| | |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-418-947

**Effective Date of Registration:**
July 10, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title
 

**Title of Work:** Hitchhiker STEP Master

## Completion/Publication
 

**Year of Completion:** 2024
**Date of 1st Publication:** July 10, 2024
**Nation of 1st Publication:** United States

## Author
 

- **Author:** Matthew Larosiere
  **Author Created:** 3D Design Models
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant
 

**Copyright Claimant:** Matthew Larosiere
6964 Houlton Circle, Lake Worth, FL, 33467, United States

## Rights and Permissions
 

**Name:** Matthew Larosiere
**Email:** larosieremm@gmail.com
**Telephone:** (561)452-7575
**Address:** 6964 Houlton Circle
Lake Worth, FL 33467 United States

## Certification
 

**Name:** Matthew Larosiere
**Date**: July 10, 2024

**Correspondence:** Yes
**Copyright Office notes:** Basis for Registration: Registration does not extend to any useful article
depicted. Registration extends to deposited artwork/illustration only. 17 USC
101, 102(a), and 113.



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**TX 9-429-253**

**Effective Date of Registration:**
September 09, 2024
**Registration Decision Date:**
September 21, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Readme |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | August 05, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Matthew Larosiere |
| **Pseudonym:** | Ivan T. Troll |
| **Author Created:** | text |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Matthew Larosiere |
| | 6964 Houlton Circle, Lake Worth, FL, 33467 |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Matthew Larosiere |
| **Email:** | larosieremm@gmail.com |
| **Telephone:** | (561)452-7575 |
| **Address:** | 6964 Houlton Circle |
| | Lake Worth, FL 33467 United States |

## Certification

**Name:** Matthew Larosiere
**Date:** September 09, 2024



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 9-429-254

**Effective Date of Registration:**
September 09, 2024
**Registration Decision Date:**
September 21, 2024

## Title

| | |
|---|---|
| **Title of Work:** | NS3 Build Tutorial |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |
| **Date of 1st Publication:** | August 05, 2024 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Matthew Larosiere |
| **Pseudonym:** | Ivan T. Troll |
| **Author Created:** | text |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Matthew Larosiere |
| | 6964 Houlton Circle, Lake Worth, FL, 33467, United States |
| **Transfer statement:** | By written agreement |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | photograph(s), artwork |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Matthew Larosiere |
| **Email:** | larosieremm@gmail.com |
| **Telephone:** | (561)452-7575 |

Page 1 of 2

**Address:** 6964 Houlton Circle
Lake Worth, FL 33467 United States

## Certification

**Name:** Matthew Larosiere
**Date:** September 09, 2024