# Exhibit 21

Case 6:24-cv-01629-AGM-LHP Document 210-22 Filed 02/13/26 Page 1 of 3 PageID 5865

## FIREARMS DEVELOPMENT EMPLOYMENT AGREEMENT

Beginning this first day of May, 2021, John Elik ("Employee") and Matthew Larosiere ("Employer") enter into the following employment agreement:

### 1: Scope of Employment

At the direction of Employer, Employee will design firearms and firearm accessories to meet certain parameters set by Employer ("the covered work"). In addition, at the direction of Employer, Employee will produce written documentation and photographs for the purpose of facilitating use, promotion, or assembly of the covered work.

Each covered work, be it physical, a three-dimensional model, a photograph, or written document, shall be produced only with the tools and mechanisms provided by or approved by Employer. Employer will regularly review the progress of covered work and Employee will comply with all directions of Employer as to the processes, quality, and any other facet of the creation or final product in any covered work.

Employee shall, unless otherwise relieved, devote three hours each Saturday evening, between 8:00PM and 11:00PM to produce the covered work under the supervision of Employer. Employee may, at his will, elect to work other hours, subject to prior approval by Employer.

Employee may not use the help of any third party or other contractors in the production of the covered work. If outside services are required, Employer has sole discretion and authority to procure it.

### 2: Compensation

Employee shall be compensated as follows:

- As an initial sign-on bonus, Employee receives: [REDACTED]

- Every week: [REDACTED]

- For every covered work: [REDACTED]

RFP-1-16

- o One peppercorn.

███████████████████████████████████████

- As benefits of employment:

███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

### 3: Ownership of the Covered Work

Employer and Employee agree and intend that all covered work will be the sole property of Employer, and that Employer receives sole ownership of any and all copyright in the covered work under state, federal, and tribal law.

### 4: At-Will Relationship, Termination

The relationship formed under this agreement is one at-will, and may be terminated at any time for any or no reason by either party.

AGREED this first day of May, 2021, by:

_____
Matthew Larosiere
"Employer"

_____
John Elik
"Employee"