# Exhibit 22



Department of State  /  Division of Corporations  /  Search Records  /  Search by Officer/Registered Agent Name  /

## Detail by Officer/Registered Agent Name

Florida Profit Corporation
BIG MOUSE SMALL ARMS INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P22000070735 |
| **FEI/EIN Number** | 92-0587847 |
| **Date Filed** | 09/09/2022 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

6824 HANGING MOSS RD
ORLANDO, FL 32807

### Mailing Address

6824 HANGING MOSS RD
ORLANDO, FL 32807 UN

### Registered Agent Name & Address

ILAROSIERE, MATTHEW, ESQ.

6964 HOULTON CIR.

LAKE WORTH, FL 33467

**Officer/Director Detail**

**Name & Address**

Title P

LAROSIERE, MATTHEW M, ESQ.

6964 HOULTON CIR

LAKE WORTH, FL 33467

Title SEC

HOLLADAY, ALEXANDER Y

522 Baron Rd

ORLANDO, FL 32828

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 01/19/2023 |
| 2024 | 04/30/2024 |
| 2025 | 02/11/2025 |

**Document Images**

| | |
|---|---|
| 02/11/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2024 -- ANNUAL REPORT | View image in PDF format |

| | |
|---|---|
| 01/19/2023 -- ANNUAL REPORT | View image in PDF format |
| 09/09/2022 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# Electronic Articles of Incorporation For

BIG MOUSE SMALL ARMS INC.

P22000070735
FILED
September 09, 2022
Sec. Of State
tscott

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
BIG MOUSE SMALL ARMS INC.

## Article II
The principal place of business address:
6824 HANGING MOSS RD
ORLANDO, FL. US  32807

The mailing address of the corporation is:
6824 HANGING MOSS RD
ORLANDO, FL. UN  32807

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
100,000

## Article V
The name and Florida street address of the registered agent is:
MATTHEW  LLAROSIERE ESQ.
6964 HOULTON CIR.
LAKE WORTH, FL.   33467

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MATTHEW LAROSIERE

P22000070735
FILED
September 09, 2022
Sec. Of State
tscott

## Article VI

The name and address of the incorporator is:

    MATTHEW LAROSIERE
    6964 HOULTON CIR

    LAKE WORTH, FL 33467

Electronic Signature of Incorporator:   MATTHEW LAROSIERE

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

        Title:   P
        MATTHEW M LAROSIERE ESQ.
        6964 HOULTON CIR
        LAKE WORTH, FL.   33467  US

        Title:   SEC
        ALEXANDER Y HOLLADAY
        3919 WHITTINGTON DR
        ORLANDO, FL.   32817  US