# Exhibit 23

1/19/26, 5:18 PM                                   Detail by Entity Name



Department of State / Division of Corporations / Search Records / Search by Entity Name /

# Detail by Entity Name

Florida Profit Corporation
MAF CORP.

**Filing Information**

| | |
|---|---|
| **Document Number** | P20000043420 |
| **FEI/EIN Number** | 85-1569934 |
| **Date Filed** | 06/09/2020 |
| **Effective Date** | 06/09/2020 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

6824 Hanging Moss Rd
Orlando, FL 32807

Changed: 01/19/2023

**Mailing Address**

1/19/26, 5:18 PM                            Detail by Entity Name

6824 Hanging Moss Rd
Orlando, FL 32807

Changed: 01/19/2023

**Registered Agent Name & Address**

LAROSIERE, MATTHEW M, ESQ.
6964 HOULTON CIR
LAKE WORTH, FL 33467

**Officer/Director Detail**

**Name & Address**

Title P

LAROSIERE, MATTHEW M
6964 HOULTON CIRCLE
LAKE WORTH, FL 33467

Title Manager

Holladay, Alexander
522 Baron Rd
Orlando, FL 32828

**Annual Reports**

| Report Year | Filed Date |
| --- | --- |
| 2023 | 01/19/2023 |
| 2024 | 04/30/2024 |
| 2025 | 02/11/2025 |

1/19/26, 5:18 PM                                          Detail by Entity Name

## Document Images

| | |
|---|---|
| 02/11/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/23/2022 -- ANNUAL REPORT | View image in PDF format |
| 01/18/2021 -- ANNUAL REPORT | View image in PDF format |
| 06/09/2020 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

| | |
|---|---|
| # Electronic Articles of Incorporation For | P20000043420<br>FILED<br>June 09, 2020<br>Sec. Of State<br>lskervin |

MAF CORP.

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
   MAF CORP.

## Article II
The principal place of business address:
   16210 SUNFLOWER TRAIL
   ORLANDO, FL. US 32828

The mailing address of the corporation is:
   PO BOX 541772
   GREENACRES, FL. US 33454

## Article III
The purpose for which this corporation is organized is:
   ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
   100,000

## Article V
The name and Florida street address of the registered agent is:
   MATTHEW M LAROSIERE ESQ.
   6964 HOULTON CIR
   LAKE WORTH, FL. 33467

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MATTHEW LAROSIERE

P20000043420
FILED
June 09, 2020
Sec. Of State
lskervin

## Article VI

The name and address of the incorporator is:

    MATTHEW LAROSIERE
    6964 HOULTON CIRCLE

    LAKE WORTH, FL 33467

Electronic Signature of Incorporator:   MATTHEW LAROSIERE

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

    Title:   P
    MATTHEW M LAROSIERE
    6964 HOULTON CIRCLE
    LAKE WORTH, FL.   33467  US

## Article VIII

The effective date for this corporation shall be:

    06/09/2020