# Exhibit 24



Department of State  /  Division of Corporations  /  Search Records  /  Search by Officer/Registered Agent Name  /

## Detail by Officer/Registered Agent Name

Florida Profit Corporation
PART&TRAP INC.

### Filing Information

| | |
|---|---|
| **Document Number** | P22000019074 |
| **FEI/EIN Number** | 88-1251665 |
| **Date Filed** | 02/28/2022 |
| **Effective Date** | 02/28/2022 |
| **State** | FL |
| **Status** | ACTIVE |

### Principal Address

6820 HANGING MOSS RD
ORLANDO, FL 32807

### Mailing Address

6820 HANGING MOSS RD
ORLANDO, FL 32807

**Registered Agent Name & Address**

LAROSIERE, MATTHEW M, ESQ.

6964 HOULTON CIR

LAKE WORTH, FL 33467

**Officer/Director Detail**

**Name & Address**

Title P

LAROSIERE, MATTHEW, ESQ.

6964 Houlton Cir

Lake Worth, FL 33467

Title T

HOLLADAY, ALEXANDER

522 Baron Rd

ORLANDO, FL 32828

Title MEM

SMITH, RUSSELL T

4533 BELLAIRE BLVD

BELLAIRE, TX 77401

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 01/19/2023 |

| | |
|---|---|
| 2024 | 04/30/2024 |
| 2025 | 02/11/2025 |

### Document Images

| | |
|---|---|
| 02/11/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2024 -- ANNUAL REPORT | View image in PDF format |
| 01/19/2023 -- ANNUAL REPORT | View image in PDF format |
| 02/28/2022 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# Electronic Articles of Incorporation
# For

PART&TRAP INC.

P22000019074
FILED
February 28, 2022
Sec. Of State
dlokeefe

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
PART&TRAP INC.

## Article II
The principal place of business address:
6824 HANGING MOSS RD
ORLANDO, FL.   32807

The mailing address of the corporation is:
6824 HANGING MOSS RD
ORLANDO, FL.   32807

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
100,000

## Article V
The name and Florida street address of the registered agent is:
MATTHEW M LAROSIERE ESQ.
6964 HOULTON CIR
LAKE WORTH, FL.   33467

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MATTHEW LAROSIERE

P22000019074
FILED
February 28, 2022
Sec. Of State
dlokeefe

## Article VI

The name and address of the incorporator is:

    MATTHEW LAROSIERE
    6964 HOULTON CIR

    LAKE WORTH, FL 33467

Electronic Signature of Incorporator:   MATTHEW LAROSIERE

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

        Title:   P
        MATTHEW  LAROSIERE ESQ.
        3919 WHITTINGTON DR
        ORLANDO, FL.   32817-185

        Title:   T
        ALEXANDER  HOLLADAY
        3919 WHITTINGTON DR
        ORLANDO, FL.   32817-185

        Title:   MEM
        RUSSELL T SMITH
        4533 BELLAIRE BLVD
        BELLAIRE, TX.   77401

## Article VIII

The effective date for this corporation shall be:

    02/28/2022