# Exhibit 25



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

**Florida Not For Profit Corporation**
**GATALOG FOUNDATION INC.**

**Filing Information**

| | |
|---|---|
| **Document Number** | N21000006406 |
| **FEI/EIN Number** | 87-4618284 |
| **Date Filed** | 05/27/2021 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

16210 SUNFLOWER TRAIL
ORLANDO, FL 32828

**Mailing Address**

6824 Hanging Moss Rd
Orlando, FL 32807

Changed: 04/30/2024

**Registered Agent Name & Address**

LAROSIERE, MATTHEW, ESQ.

6964 HOULTON CIRCLE

LAKE WORTH, FL 33467

**Officer/Director Detail**

**Name & Address**

Title P

LAROSIERE, MATTHEW

6964 HOULTON CIRCLE

LAKE WORTH, FL 33467

Title T

HOLLADAY, ALEXANDER

522 Baron Rd

Orlando, FL 32828

Title D

ELIK, JOHN

134 SE 30TH ST

CAPE CORAL, FL 33904

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2023 | 01/19/2023 |
| 2024 | 04/30/2024 |
| 2025 | 02/11/2025 |

## Document Images

02/11/2025 -- ANNUAL REPORT        View image in PDF format

04/30/2024 -- ANNUAL REPORT        View image in PDF format

01/19/2023 -- ANNUAL REPORT        View image in PDF format

01/25/2022 -- ANNUAL REPORT        View image in PDF format

05/27/2021 -- Domestic Non-Profit   View image in PDF format

Florida Department of State, Division of Corporations

# Electronic Articles of Incorporation For

N21000006406
FILED
May 27, 2021
Sec. Of State
tscott

GATALOG FOUNDATION INC.

The undersigned incorporator, for the purpose of forming a Florida not-for-profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
GATALOG FOUNDATION INC.

## Article II
The principal place of business address:
16210 SUNFLOWER TRAIL
ORLANDO, FL. US 32828

The mailing address of the corporation is:
PO BOX 541772
GREENACRES, FL. US 33454

## Article III
The specific purpose for which this corporation is organized is:
OUTREACH & EDUCATION

## Article IV
The manner in which directors are elected or appointed is:
AS PROVIDED FOR IN THE BYLAWS.

## Article V
The name and Florida street address of the registered agent is:
MATTHEW LAROSIERE ESQ.
6964 HOULTON CIRCLE
LAKE WORTH, FL. 33467

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   MATTHEW LAROSIERE

N21000006406
FILED
May 27, 2021
Sec. Of State
tscott

## Article VI

The name and address of the incorporator is:

MATT LAROSIERE
6964 HOULTON CIRCLE

LAKE WORTH FL 33467

Electronic Signature of Incorporator:   MATTHEW LAROSIERE

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
MATTHEW  LAROSIERE
6964 HOULTON CIRCLE
LAKE WORTH, FL.   33467  US

Title:   T
ALEXANDER  HOLLADAY
602 W DIVISION
OGDEN, IA.   50212  US

Title:   D
JOHN  ELIK
134 SE 30TH ST
CAPE CORAL, FL.   33904-349  US