# Exhibit 27

