# Exhibit 28

Case 6:24-cv-01629-AGM-LHP  Document 210-29  Filed 02/13/26  Page 1 of 3 PageID 5896



