# Exhibit 30

# Exhibit 30

