# Exhibit 31

# MEMBER PROFILE

## Matthew Michael Larosiere

Member in Good Standing                    Eligible to Practice Law in Florida

| | |
|---|---|
| **Bar Number:** | 1005581 |
| **Mail Address:** | Mr. Matthew Michael Larosiere<br>6964 Houlton Cir<br>Lake Worth, FL 33467-8744<br><br>Office: **561-452-7575** |
| **Email:** | **larosieremm@gmail.com** |
| **Personal Bar URL:** | https://www.floridabar.org/mybarprofile/1005581 |
| **vCard:** |  |
| **County:** | Palm Beach |
| **Circuit:** | 15 |
| **Admitted:** | 01/29/2018 |
| **10-Year Discipline History:** | None |
| **Law School:** | University of Alabama School of Law, 2017 |
| **Advanced Degrees:** | |

| Area | Degree |
|---|---|
| Taxation | University of Alabama, School of Law, LL.M. |

| **Sections:** | Young Lawyers |
| --- | --- |
| **Firm:** | Mr. Matthew Michael Larosiere |

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.