# Exhibit 33

**Freeman arrested, Gatalog reportedly comprom...**
77 upvotes · 59 comments

 IAmArizona · 18m

1. Reddit.
2. You are all literally posting openly on Reddit.
3. The Deterrence Dispensed Rocket Chat is not "compromised"
4. Rocket Chat has always been a non end to end encrypted venue, with the understanding that you are posting to at your own risk, with your own security being your responsibility.
5. Freeman is not the IT guy, and he burned his accounts, severing all access he had, as soon as he was served with a litigation hold by Cody Wilson, well before his arrest.
6. By panicking, you are playing directly into Cody Wilson's desire to create a chilling effect in the 3D2A sphere.

jny is the IT guy

··· ↩ Reply ⬆ 8 ⬇