# Exhibit 34

