# Exhibit 37

