# Exhibit 39



# Team Data Export

## Basic Information(Organization)

Organization ID:  8529220

Name:  My Team

Email:  ddbase@ctrlpew.com

Phone:  5156694424

Created At:  2021-01-06 18:18:04 +0000 UTC

Team Members

- UserID: 8529220, Role: Owner, Email: ddbase@ctrlpew.com



# Organization Billing Data Export

N/A - May indicate the data is unavailable due to GDPR compliance

Organization ID:   8529220

## Billing Address

*6824 Hanging Moss Road,*
*Orlando, FL 32807-5327*
*US*

## Tax Location

*6824 Hanging Moss Road,*
*Orlando, FL 32807-5327*
*US*
*Set By Support: false*
*Created At:  Wed, 06 Jan 2021 18:19:29 UTC*
*Updated At:  Thu, 26 Jun 2025 08:23:57 UTC*