# Exhibit 40



# BUSINESS RECORDS – CERTIFICATE OF AUTHENTICITY

I, **Matthew Anderson**, attest that I am employed by DigitalOcean, LLC. My official title is SOC Analyst, and act as the custodian of records for DigitalOcean. For the attached record, I certify that:

(A) the record was made at or near the time by — or from information transmitted by — someone with knowledge;

(B) the record was kept in the course of a regularly conducted activity of a business, organization, occupation, or calling, whether or not for profit;

(C) making the record was a regular practice of that activity;

(D) this is the original or a true and correct copy of a domestic record;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 28 Jul 25 16:33 UTC

*Matthew Anderson*

101 Avenue of the Americas, 10th Floor, New York, NY 10013  digitalocean.com