# Exhibit 41



Other files can be found on Odysee and various other sites across the internet. Don't trust anyone who demands you pay for the files. The money probably isn't going to the developer and the files probably don't work.

As I stated previously The Gatalog is the only group currently with robust testing and documentation standards before a public release.