# Exhibit 42

```
],
{
    "_id": "add-user-to-any-c-room",
    "_updatedAt": "2021-01-29T15:27:40.283Z",
    "roles": [
        "admin",
        "BetaManager"
    ]
},
{
    "_id": "add-user-to-any-p-room",
    "_updatedAt": "2021-04-16T06:28:26.212Z",
    "roles": [
        "admin",
        "BetaManager"
    ]
},
{
    "_id": "add-user-to-joined-room",
    "_updatedAt": "2021-04-16T06:46:35.482Z",
    "roles": [
        "admin",
        "owner",
        "Beta Host",
        "BetaManager"
    ]
},
```