# Exhibit 43

```json
{
    "_id": "force-delete-message",
    "_updatedAt": "2020-02-12T22:10:59.883Z",
    "roles": [
        "admin",
        "owner"
    ]
},
```