# Exhibit 44

```
{
    "_id": "clean-channel-history",
    "_updatedAt": "2021-04-16T06:47:59.597Z",
    "roles": [
        "admin",
        "Beta Host",
        "moderator",
        "owner",
        "BetaManager",
        "Server Moderator"
    ]
},
```