# Exhibit 45

```json
    {
        "_id": "create-p",
        "_updatedAt": "2023-04-08T20:50:35.760Z",
        "roles": [
            "admin",
            "app",
            "BetaManager"
        ]
    },
```