# Exhibit 46

```
{
    "_id": "delete-c",
    "_updatedAt": "2023-04-08T20:50:40.304Z",
    "roles": [
        "admin",
        "BetaManager"
    ]
},
{
    "_id": "delete-d",
    "_updatedAt": "2023-04-08T20:50:41.332Z",
    "roles": [
        "admin",
        "BetaManager"
    ]
},
```