# Exhibit 48

