# Exhibit 49

