# Exhibit 50

