# Exhibit 51

```
},
{
    "_id": "Accounts_AllowDeleteOwnAccount",
    "value": true,
    "enterprise": false
},
```