# Exhibit 52

Case 6:24-cv-01629-AGM-LHP    Document 210-53    Filed 02/13/26    Page 1 of 2 PageID
5947

```json
{
    "_id": "Message_AllowDeleting",
    "value": true,
    "enterprise": false
},
{
    "_id": "Message_AllowDeleting_BlockDeleteInMinutes",
    "value": 0,
    "enterprise": false
},
{
    "_id": "Message_AllowDirectMessagesToYourself",
    "value": true,
    "enterprise": false
},
{
    "_id": "Message_AllowEditing",
    "value": true,
    "enterprise": false
},
{
    "_id": "Message_AllowEditing_BlockEditInMinutes",
    "value": 0,
    "enterprise": false
},
```