# Exhibit 53

```
{
    "_id": "Message_ErasureType",
    "value": "Delete",
    "enterprise": false
},
```