# Exhibit 54



`beta.nguyenkvvn_dd42.1` - A printable Glock 42 frame based of the DD43.1 rail specs

`beta.orneryordnance.FSA_Trigger` - An assisted trigger for the S&W M&P pistol

`beta.Shit_on_Wheels.YEET22` - Fully diy 22 semi auto pistol

`beta.Armitage.ConvertedEurope` - Live fire conversions of blank guns

`beta.mrbumpysbigigloo.FGC-9_EVO_Modification` - An FGC-9 modified for Scorpion EVO mags

`beta.vogels.Vuurwapen_HMC9` - A Glock 43 that takes SIG p365 10 round magazines

`beta.GlenTheTimeless.OTC15` - A top feeding Bren style AR conversion

`beta.Kukitan.Morgan22` - A versatile receiver for the CBC 7022 family of semi-auto 22LR rifles, including the Mossberg 702 Plinkster, 715T, 715P, Rossi RS22, and Citadel Trakr

`beta.photon19.ClampChamp22` - A suppressor system for stock (unthreaded) Ruger 10/22's

`beta.DogScience.LPPDW` - Lo point personal defense weapon

`beta.gerald.katz.Kitty_Kan` - Printable AR 15 flashcan

#beta.ImmortalRevolt.Partisan_9 - Diy bufferless carbine

`beta.alfred.deuse.Ruger_MKX` - Ruger MK series printable reciever

`beta.bigfoot_goes_boom.PacMac` - Folding Mac 11/9 pdw

`beta.jimothy.perkins.RadialLizard` - Printable AR charging handle

`Beta.defualtt.SKS_Mag` - printable SKS magazine

`beta.co-op.Animal_Farm` - Printable AR-10 upper reciever

`beta.silvers4sarefaster.Bob_Rossi` - Printable bullup chassis for the Rossi RS22

`beta.lukesau.FRTE` - a printable FRT trigger assist

`beta.mountainman1776.Jiffy22` - Jennings/Jimenez 22 pistol

`beta.dakkax3.Spring_Winder` - A diy AR buffer spring winder

`beta.UberClay.Styrmir` - printable Mac 11/9 upper receiver

`beta.mprtech1.UMP11_9` - Printable UMP using a MAC 11/9 upper receiver

`beta.S3kt0r.Nightvision` - printable night vision goggles

`beta.primingcompound.Fossberg` - Printable Mossberg 500 reciever

`beta.UberPoor.Sigxty_Nine` - Sig P226 printable frame

`beta.RiptideRails.RiptideHolsters` - printable holsters for the Glock 43/43x, 26, 19, and 17

`beta.Remnants.M18A1Claymore` - Printable directional signal device

beta.Remnants.M18A1Claymore - Printable directional signal device

beta.RICECUTTA.komodaru - Printable flash can

beta.co-op.Suprussy - diy rifle rated suppressor

beta.RiptideRails.Menendez_V3 - Printable Glock mag with diy steel reinforcement

beta.bella.rudd.Winniethepew - Walther CCP

Beta.DBfirearms.CzechNine - Tec9 that uses scorpion magazines

beta.krinky.dink.Hand_deployed_pyrotechnic_fusehead - Diy fusehead

beta.NotThatTimmyHicks.JD22 - Fully diy 22lr using parts from the dollar store

#beta.krinky.dink.37_40mm_shells - diy 37/40mm launcher shells

beta.spooky.spectre.Spitfire22 - 22lr AR

beta.ToxicXzombieG.BoomBox - rail mounted suppressor

beta.TM18271998.Soundshock_Neos - Beretta Neo

beta.UberPoor.Poly22 - Walther P22 frame

beta.AMK.MP7 - MP7 in 9mm or 5.7

beta.nguyenkvvn.PPPX-open - Printable PPX

beta.s3igu2.SF_FRT - Forced reset trigger for the AR-15, SF-5 and KF-5

#beta.rsmith28.ExtendedECMbarrelsV2 - improved extended length ecm process

beta.Atmac.Bigpointv2 - Improved Hi point 45 frame

#beta.pla.boi.FTN.3 - highly durable diy suppressor

beta.FireBird.Lowbar9 - Low shelf version of the ubar 9

beta.8762e13.Bi_Poly - Even stronger low shelf V2 of the mono-poly

beta.pembie000industries.kneel_son_device - a suppressor with a Neilson cavity built in allowing browning style pistols to cycle reliably.

beta.altpersonalitty.FLOsuppressor - Fully printed valved suppressor with replaceable cores

beta.nikolai.romanov.SYSTEMA - 7.62x39 capable suppressor package

beta.pembie000industries.KurtGoBang - Printable 12 gauge shells

beta.unseenkiller.LiberHATEr - Completely diy 12ga shotgun

beta.UberClay.Hornet - Diamondback DB9 pistol frame

beta.FatherApache.m5078 - helical AK mag

beta.pembie000industries.KurtGoBang - Printable 12 gauge shells

beta.unseenkiller.LiberHATEr - Completely diy 12ga shotgun

beta.UberClay.Hornet - Diamondback DB9 pistol frame

beta.FatherApache.m5078 - helical AK mag

beta.pembie000industries.SloppySeconds - binary disconnector

beta.UberClay.PlisskensPlinker - Printable Classic MAC 11/9 lower

beta.Fuddbusters.Hitchhiker - open bolt single shot .22lr

beta.Decimal.Decimator22 - Hybrid 10/22 AR carbine

beta.YZY_Prints.Glong - Glong it's the Glong it's a Glock that's also a bong

beta.StreetSweeperArms.PLAR - qbz95 using an AR upper

#beta.dakkax3.bearingdelay - ball bearing delayed action

beta.UberPoor.ARMP5V2 - improved mp5 trigger pack using an AR fcg

beta.UberPoor.LONGPOINT - hi point 995

beta.NotThatTimmyHicks.CyberRugerGuillotine - Recession Ruger with futuristic style

beta.Kukitan.PocketPleaser - A printable Ruger LCP frame

beta.Remnants.MAC_FRT - FRT for the macdaddy

beta.eastern.import.Logical_Conclusion - printable 9mm compensator

beta.UberClay.okboomer - 3D printed 1911

beta.Remnants.CZAR_V3_SuperSafety - FRT for the CZAR

beta.crafty_waffle.HotBox - Diy nylon filament dryer

If you think you are ready for your own beta, hit me or UberClay up and let's discuss it.

😂 20   💨 27   😎 13   😔 8   👍 14   ☣ 2   😃