# Exhibit 56

