# Exhibit 57

Case 6:24-cv-01629-AGM-LHP Document 210-58 Filed 02/13/26 Page 1 of 2 PageID 5960

