# Exhibit 58

