# Exhibit 59

