# Exhibit 61

