# Exhibit 64

