# Exhibit 65

