# Exhibit 66

