# Exhibit 67

─────── November 30, 2025 ───────

 **ethan.hall** 2:38 PM

>  **lohahat227** November 30, 2025
>
> @ethan.hall is this the right place to get the MP22 files from ImortalRevolt: https://odysee.com/@Gun_Cad_Ideas:e/shortymp22:2

I only have the 1.2, and immortal is gone now so good luck finding them. The admins deleted all his private chats with people which drastically lowers the odds of anyone having a copy.