# Exhibit 68

Anybody want ~~~~~~~~~~~ me on a bayonet project, I need a cad guy

February 11, 2025

 **Brewgineer** 10:45 AM
Hi Everyone, new here but having some issues getting on to the Beta chat. Anyone know if its down?

I could also be fat fingering the address

 **ethan.hall** 10:47 AM
z.beta

This one or one in particular?

If you're looking for a certain beta and the link to the room doesn't work then it is private and you need to message the creator to figure out access requirements

Like beta.crafty_waffle.HotBox . Beta denotes the project is ongoing, crafty_waffle is the creator, and HotBox is the name of the project (in this case a high temp filament dryer for nylons, something most off the shelf filament dryers can't do).

 1