# Exhibit 69

