# Exhibit 70

