# Exhibit 71

1  ROB BONTA (SBN 202668)
   Attorney General of California
2  NICKLAS A. AKERS (SBN 211222)
   Senior Assistant Attorney General
3  MICHAEL E. ELISOFON (SBN 240707)
   Supervising Deputy Attorney General
4  VESNA CUK (SBN 309157)
   ANDREW J. WIENER (SBN 282414)
5  DANIEL DUBOIS (SBN 345123)
   BRENDAN RUDDY (SBN 297896)
6  Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3782
8   Fax:  (415) 703-5480
    E-mail:  vesna.cuk@doj.ca.gov
9
   DAVID CHIU (SBN 189542)
10 San Francisco City Attorney
   YVONNE R. MERÉ (SBN 175394)
11 Chief Deputy City Attorney
   SARA J. EISENBERG (SBN 269303)
12 Chief of Complex and Affirmative Litigation
   RONALD H. LEE (SBN 238720)
13 Asst. of Complex and Affirmative Litigation
   KARUN A. TILAK (SBN 323939)
14 Deputy City Attorney
    Fox Plaza
15  1390 Market Street, 6th Floor
    San Francisco, CA  94102-5408
16  Telephone:  (415) 355-3308
    Fax:  (415) 437-4644
17  E-mail:  karun.tilak@sfcityatty.org

18 *Attorneys for Plaintiff*
   *The People of the State of California*

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**02/06/2026**
**Clerk of the Court**
**BY: GERMAN PEREZ**
**Deputy Clerk**

[EXEMPT FROM FILING FEES
PURSUANT TO GOVERNMENT CODE
SECTION 6103]

**CGC-26-633508**

19       SUPERIOR COURT OF THE STATE OF CALIFORNIA
20              COUNTY OF SAN FRANCISCO
                   UNLIMITED JURISDICTION

21 | **THE PEOPLE OF THE STATE OF CALIFORNIA,** | Case No. |

22 |                    Plaintiff, | **COMPLAINT FOR PERMANENT INJUNCTION, CIVIL PENALTIES, AND OTHER EQUITABLE RELIEF** |

23 |      v. |

24 **GATALOG FOUNDATION INC., a Florida corporation; CTRLPEW LLC, a Florida limited liability company; ALEXANDER HOLLADAY; MATTHEW LAROSIERE; JOHN ELIK AKA "Ivan The Troll"; and DOES 1 through 100, inclusive,**

(Civ. Code §§ 3273.61, 3273.625; Bus. & Prof. Code § 17200 et seq.)

[VERIFIED ANSWER REQUIRED PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 446.]

27                   Defendants.

28

1

The People of the State of California ("the People" or "Plaintiff"), by and through Rob

Bonta, Attorney General of the State of California, and David Chiu, the City Attorney of San

Francisco, allege the following on information and belief:

## INTRODUCTION

1.      The People bring this action against Gatalog Foundation Inc., CTRLPew LLC,

Alexander Holladay, Matthew Larosiere, and John Elik (a/k/a "Ivan The Troll") for unlawfully

distributing computer code for 3D printing firearms and prohibited firearm accessories and for

promoting and facilitating the unlawful manufacture of 3D printed firearms and firearm

accessories in violation of Civil Code sections 3273.61 and 3273.625 and the Unfair Competition

Law (Bus. and Prof. Code § 17200 et seq.).

2.      California faces a public safety crisis from the proliferation of unserialized,

untraceable, and unsafe firearms—commonly called ghost guns—sweeping across the state and

the rise of dangerous firearm accessories such as auto-sears, which are used to convert semi-

automatic firearms into machineguns.  In 2015, California law enforcement agencies recovered

just 26 ghost guns from suspected criminal activity.  From 2021 through 2025, they recovered an

average of over 11,000 ghost guns and auto-sears per year.[1]

3.      3D printed guns are a growing subset of ghost guns in California. They are easy to

produce with 3D printing equipment and materials readily available for purchase online or at

common retailers, such as a 3D printer and plastic filament, and firearm parts widely available for

purchase from firearm dealers or parts suppliers. And they can be fully assembled in less than a

day.

4.      California has responded with laws that specifically prohibit 3D printing firearms and

prohibited firearm accessories without a license to manufacture firearms, and since 2023, has also

prohibited the distribution of computer code for printing them to those without a license. As of

January 1, 2026, it is also unlawful to knowingly, willfully, or recklessly aid, abet, promote, or

---

[1] These figures represent ghost guns and auto-sears reported directly to the California
Department of Justice, Division of Law Enforcement, Bureau of Firearms. For 2021-2023, they
include reports of seized ghost guns, and for 2024-2025, they include reports of seized ghost guns
as well as auto-sears.

1    facilitate the "unlawful manufacture of firearms," which includes the manufacture of a firearm

2    using a 3D printer by an unlicensed person.

3    5.    Defendants ignore these prohibitions by making computer code and instructions for

4    producing over 150 different designs of lethal firearms and prohibited firearm accessories

5    available to anyone with access to the Internet, including in California.  Defendants conduct their

6    illegal activities through two websites that they own, control, or manage: thegatalog.com and

7    ctrlpew.com. Each website links to profiles that Defendants maintain on Odysee.com, an online

8    video and filesharing platform[2] through which Defendants make the code available.  To subsidize

9    their operations, Defendants also sell merchandise related to 3D printed firearms and solicit

10    donations.

11    6.    The threat posed by Defendants' conduct is very real.  As part of their investigation,

12    the People used Defendants' code to build a fully functioning Glock-style handgun.  The People

13    downloaded the code and instructions necessary for building this deadly weapon from

14    Defendants' website with a few simple keystrokes.  The download was performed from a

15    computer in San Francisco with a California-based IP address.

16    7.    The People bring this action to stop Defendants from continuing the spread of

17    unlawfully 3D printed firearms and prohibited firearm accessories in California.

18    **PARTIES**

19    8.    Plaintiff is the People of the State of California.  The People bring this action by and

20    through Rob Bonta, Attorney General of the State of California, and David Chiu, the City

21    Attorney of the City and County of San Francisco.  The Attorney General and City Attorney are

22    authorized to bring an action enforcing Civil Code sections 3273.61 and 3273.625 under

23    subdivisions (c) and (c)(2) of those sections, respectively.  They are also authorized to bring an

24    action to enforce the Unfair Competition Law under Business and Professions Code sections

25    17203, 17204, and 17206.

26

27    _____

28    [2] Odysee is similar to video-sharing platform YouTube but also allows users to share non-video files. Odysee is not a defendant in this action.

3

9. Defendant Gatalog Foundation Inc. is a Florida corporation with its principal place of business in Orlando, Florida. Gatalog Foundation Inc. was formed in 2021. From 2019-2021, the company was known as Deterrence Dispensed, an unincorporated association.

10. Defendant CTRLPew LLC is a Florida limited liability company with its principal place of business in Orlando, Florida. It was formed in Iowa in 2020 and has been registered in Florida since 2023.

11. Defendant Alexander Holladay, an individual, is a principal of Gatalog Foundation Inc. and of CTRLPew LLC. He the Treasurer of Gatalog Foundation Inc. and Manager and Registered Agent of CTRLPew LLC.

12. Defendant Matthew Larosiere, an individual, is the President and Registered Agent of Gatalog Foundation Inc.

13. Defendant John Elik, an individual, is the Director of Gatalog Foundation Inc. He operates on the internet under the alias "IvanTheTroll."

14. Plaintiff is not aware of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and, therefore, sues these defendants by such fictitious names. Each fictitiously named defendant is responsible in some manner for the violations of law alleged. Plaintiff will amend this Complaint to add the true names of the fictitiously named defendants once they are discovered. Whenever reference is made in this Complaint to "Defendants," such reference shall include DOES 1 through 100 as well as the named defendants.

15. The defendants identified in Paragraphs 9 through 14 above are hereafter referred to collectively in this Complaint as "Defendants" or "Gatalog."

16. At all relevant times, each Defendant acted individually and jointly with every other named Defendant in committing all acts alleged in this Complaint.

17. At all relevant times, each Defendant acted: (a) as a principal; (b) under express or implied agency; and/or (c) with actual or ostensible authority to perform the acts alleged in this Complaint on behalf of every other named Defendant.

18. At all relevant times, some or all Defendants acted as the agent of the others, and all Defendants acted within the scope of their agency if acting as an agent of another.

4

19.    At all relevant times, each Defendant knew or realized, or should have known or realized, that the other Defendants were engaging in or planned to engage in the violations of law alleged in this Complaint.  Knowing or realizing that the other Defendants were engaging in such unlawful conduct, each Defendant nevertheless facilitated the commission of those unlawful acts. Each Defendant intended to and did encourage, facilitate, or assist in the commission of the unlawful acts, and thereby aided and abetted the other Defendants and other third parties in the unlawful conduct.

20.    Defendants have engaged in a conspiracy, common enterprise, and common course of conduct, the purpose of which is and was to engage in the violations of law alleged in this Complaint.  The conspiracy, common enterprise, and common course of conduct continue to the present.

21.    Defendants are alter egos of each other.  There is a unity of interest and ownership between and among Defendants, such that in reality they have no separate personalities. Defendants have used the corporate form to perpetrate fraud and accomplish other wrongful and inequitable acts, including those alleged in this Complaint.  Failure to hold Defendants liable for the wrongful acts of their alter egos would lead to an inequitable and unjust result.

22.    At all relevant times, Defendants distributed or caused to be distributed digital firearm manufacturing code into California to unauthorized individuals.  At all relevant times, Defendants aided, abetted, promoted, or facilitated the unlawful manufacture of firearms in California, including by distributing digital code and associated instructions that are intended to and do enable the manufacture or production of firearms using a 3D printer into California.

## JURISDICTION AND VENUE

23.    This Court has original jurisdiction over this action pursuant to California Constitution article VI, section 10.

24.    This Court has jurisdiction over Defendants because Defendants intentionally availed themselves of the benefits and protections of California including by: distributing digital firearm manufacturing code and associated instructions into California, including digital firearm manufacturing code and instructions specifically aimed at California users; selling associated

merchandise directed to a California audience; directing website users to avail themselves of protections provided by California law; and soliciting and accepting donations from California to support the distribution of digital firearms code. The exercise of jurisdiction over Defendants by California courts is therefore consistent with traditional notions of fair play and substantial justice.

25.     The violations of law alleged in this Complaint occurred in the City and County of San Francisco and elsewhere throughout California.

26.     Venue is proper in this Court pursuant to Code of Civil Procedure section 395.5 because Defendants' solicitation, marketing, sales, and distribution activities included San Francisco and therefore Defendants' liability arises in the City and County of San Francisco.

27.     Venue is also proper in this Court pursuant to Code of Civil Procedure section 393, subdivision (a) because violations of law that occurred in the City and County of San Francisco are a "part of the cause" upon which the Plaintiff seeks the recovery of penalties imposed by statute.

## **FACTUAL BACKGROUND**

### I.     **3D Printed Ghost Guns and Prohibited Firearm Accessories Are a Grave Threat to Public Safety**

#### A.     **Ghost Guns Evade Federal and State Gun Laws**

28.     Under state and federal law, firearms must be sold with an identifying serial number and are subject to various point-of-sale requirements, including a background check. The serialization requirement ensures that firearms used in crimes are traceable by law enforcement, which is essential to solving gun-related crimes. And the background check requirement helps prevent dangerous weapons like firearms from ending up in the hands of prohibited persons, such as persons convicted of dangerous felonies, persons subject to domestic violence or gun violence restraining orders, persons involuntarily hospitalized for dangerousness due to mental health disorders, and underage individuals.

29.     Ghost guns bypass this process. Ghost guns are firearms that lack a serial number and are made by private, unlicensed individuals from firearm products sold or produced without a

background check.[3]  Because they are not serialized, ghost guns are effectively untraceable by law enforcement.  And because they are manufactured privately, often in one's home, they bypass critical safeguards like background checks.  In this way, ghost guns unlawfully circumvent traditional gun control measures.

30.    The key component of a gun—and the component that is privately manufactured without a serial number to produce a ghost gun—is typically what is referred to as a frame (for handguns) or a receiver (for rifles and shotguns).  For most models of firearms, the frame or receiver serves as the central housing for the operational mechanism of the firearm.  These frames and receivers are regulated as firearms by federal and state firearms laws, and as such must be serialized and sold pursuant to a background check.  (For some firearm models, the critical component may be another part of the gun, and in such case, it is that component that is regulated by firearms laws.)

31.    Historically, ghost guns were typically assembled from unserialized, *incomplete* frames or receivers, or kits containing these products, that were sold without a background check. The incomplete frames or receivers could readily be converted into finished frames or receivers using a drill and common hand tools and then, combined with store-bought firearm parts (also generally not serialized or subject to a background check) or parts sold within the kits, readily assembled into fully functioning unserialized firearms.

32.    As discussed further below, federal and state regulation of the above incomplete frame and receiver products has become more stringent, and ghost guns are increasingly being manufactured by using widely available consumer-grade 3D printers or computer-numerical-control ("CNC") milling machines. Typically, 3D printers or CNC milling machines are being used to produce the frame or receiver of the weapon, and like with the above products, combined with store-bought firearm parts to produce a fully functioning unserialized firearm. 3D printers

---

[3] California law does not prohibit unlicensed individuals from manufacturing firearms from *serialized* firearm products, such as serialized frames or receivers or serialized incomplete frames or receivers, that were purchased pursuant to a background check; unlicensed individuals may lawfully manufacture up to three such firearms per year for personal use. See Pen. Code § 29010.

1  and CNC milling machines may also be used to produce nearly all of the components of a

2  functioning firearm.

3      33.    These illicit, unserialized, and untraceable weapons pose a grave and urgent danger to

4  the People of California.  California's ghost-gun crisis has escalated dramatically over the past

5  decade.  In 2015, state and local law enforcement agencies reported the recovery of just 26 ghost

6  guns to the California Department of Justice, Division of Law Enforcement, Bureau of Firearms.

7  By 2021-2025, the law enforcement agencies reported an average of over 11,000 ghost guns and

8  auto-sears (i.e., machinegun conversion devices) recovered per year.[4]

9      34.    National data reflect a similarly alarming increase. Between 2017 and 2023, U.S. law

10  enforcement agencies recovered 92,702 suspected ghost guns.[5] Annual recoveries exploded from

11  1,629 in 2017 to 27,490 in 2023—a 1,688% rise in just six years.[6]

12      35.    California bears a disproportionate share of this national crisis. From 2017 to 2021, it

13  was responsible for 55% of the nearly 38,000 ghost gun traces reported to the U.S. Bureau of

14  Alcohol, Tobacco, Firearms, and Explosives ("ATF").[7]

15      36.    Ghost guns also pose a serious threat to public safety in San Francisco.  In 2022, San

16  Francisco had the third highest instances of ghost guns involved in crimes for cities in California.

17  In 2020, ghost guns made up 44% of firearms recovered in homicides in San Francisco. And

18  between 2022 and 2025, the San Francisco Police Department ("SFPD") recovered hundreds of

19  ghost guns in connection with crimes.

20  **B.    Digital Firearm Code Files Fuel the Proliferation of Ghost Guns and Lethal Firearm Accessories**

21      37.    3D printed firearms represent a rapidly expanding subset of the ghost gun threat.

22  They are cheap and increasingly easy to produce as 3D printing technology continues to advance.

23

---

24  [4] For 2021-2023, these figures include reports of seized ghost guns, and for 2024-2025, they include reports of seized ghost guns as well as auto-sears.

25  [5] U.S. Department of Justice, ***National Firearms Commerce & Trafficking Assessment – Volume IV, Part V: Privately Made Firearms Updates and New Analysis*** 5 (January 2025), <https://www.atf.gov/media/18631/download> (as of Feb. 5, 2026).

27  [6] *Id.*

28  [7] *Id.* at 6.

Moreover, following the U.S. Supreme Court's decision upholding an ATF rule regulating ghost gun "kits" as firearms subject to serialization and background check requirements, 3D printed guns have become more appealing as an alternative way to circumvent gun control laws.

38.     Widely available consumer-grade 3D printers capable of printing firearm parts, frames, receivers, and accessories now start at about $200 and are compact enough to fit on a small table. A single spool of PLA+ polymer filament, for example—the only other material required—costs approximately $20-30 and may be sufficient to print multiple firearm components.  By way of comparison, a typical Glock model handgun retails for around $500 or more.

39.     The software needed to operate most 3D printers—called a "slicer" software—is available for free online.

40.     The only other item necessary to produce a 3D printed gun or firearm accessory is the digital code file for the printer.  As discussed below, through the Gatalog repositories, the Defendants in this case made the code files for over 150 3D-printed firearms and prohibited firearm accessories available for anyone to download from the Internet.  Defendants' codes are also accompanied by instructions on how to print the components and assemble them into functional weapons.

41.     The process for printing a 3D printed firearm is straightforward.  A user downloads the digital code and opens it up in a slicer software.  After setting the necessary parameters and settings—many of which Defendants specify in the instructions accompanying their digital code—the slicer software takes the code file and settings and transmits programming instructions (called "gcode") to the 3D printer.  The 3D printer then deploys layer upon layer of the molten polymer filament onto the print bed in the patterns specified by the code.  As the plastic cools, it hardens, creating the final 3D-printed firearm or accessory.

42.     Through this process, users can quickly, relatively inexpensively, and easily produce a frame or receiver for a firearm without a serial number.  3D printed frames and receivers can then be combined with other parts—which may be bought in stores or in many cases produced using a 3D printer—to make a complete, untraceable, and unserialized gun.  The assembly

1  process is easy, even for novices.  Defendants' code files often contain instructions on how to

2  combine the components contained in the files with other parts to complete the "build" and

3  produce an operational weapon.  And Defendants sell parts kits that can be used to complete the

4  3D printed firearms for which they distribute digital firearms codes.  As described below, the

5  People were able to print and assemble a handgun using Defendants' code in approximately 8.5

6  hours.

7       43.    Real-world shootings underscore how the digital files distributed online become

8  functional weapons.  The release of a viral 3D-printed pistol design first released by Deterrence

9  Dispensed, the predecessor entity to Defendant the Gatalog Foundation, Inc., resulted in one of

10  the highest-profile ghost gun shootings to date[8]: in November 2024, UnitedHealthcare CEO Brian

11  Thompson was assassinated with a homemade firearm based on that design.[9]

12       44.    Digital firearms code files also enable users to easily produce dangerous firearm

13  accessories that can be inserted into or used in conjunction with a 3D printed firearm. These

14  include, for example, machinegun conversion devices such as auto-sears (small devices that

15  modify a gun to fire automatically), large capacity magazines (ammunition feeding devices that

16  hold more than 10 rounds), silencers (devices or attachments that silence or dampen the sound of

17  a gunshot), and multi-burst trigger activators (devices that allow a firearm to discharge two or

18  more shorts in a burst). Indeed, these accessories are generally simple devices that are even more

19  straightforward to print and assemble than firearms.

20       45.    These prohibited accessories pose a serious threat to public safety as they make

21  firearms even more dangerous and lethal by increasing the rate of fire, increasing the capacity to

22  inflict harm, and concealing the shooter. For example, the 3D printed firearm used to assassinate

23  UnitedHealthcare CEO Brian Thompson was outfitted with a 3D printed silencer.  Prohibited

24  accessories have also often been used in mass shootings to cause a high number of casualties. For

25      [8] Corey Kilgannon, *Pistol Taken From Suspect Was a Fully Homemade Weapon, Officials
26  Say* (December 10, 2024) New York Times <https://www.nytimes.com/2024/12/10/nyregion/uhc-killing-ghost-gun-3d-printing.html> (as of Feb. 5, 2026).

27      [9] Andy Greenberg, *The 'Ghost Gun' Linked to Luigi Mangione Shows Just How Far 3D-Printed Weapons Have Come*(December 10, 2024) WIRED <https://www.wired.com/story/luigi-mangione-united-healthcare-3d-printed-gun-fmda-chairmanwon-v1/> (as of Feb. 5, 2026).
28

1    example, the "bump stock" (a type of multi-burst trigger activator), which replaces a rifle's

2    standard stock and allows a semi-automatic firearm to fire continuously like a machinegun,

3    gained infamy when it was used by a gunman who killed 60 people and injured hundreds more in

4    the 2017 Las Vegas music festival, the deadliest mass shooting in modern United States history.[10]

5    For these reasons, many dangerous accessories are illegal to manufacture or possess in California,

6    but users can now manufacture these lethal devices at home to evade detection.

7    46.    The threat posed by 3D printed firearms and prohibited firearm accessories is

8    particularly acute in California. In July 2023, federal agents seized two 3D printers—one adorned

9    with swastikas—from the home of a San Fernando Valley man who was prohibited from owning

10    firearms due to a prior felony.[11] He had been using the printers to assemble fully automatic

11    weapons and had publicly called for the mass murder of Jewish people.[12]

12    47.    In December 2023, a San Francisco resident pleaded guilty and was sentenced to six

13    years in prison for selling ghost guns out of his home to drug dealers and other criminals.  Upon

14    arrest, he was found with several untraceable ghost guns, including fully automatic AR-15

15    machine guns, AK-47 parts, ammunition, two 3D printers, and a milling machine to drill metal

16    gun parts.[13]  Between 2022 and 2025, the SFPD recovered approximately 40 guns with 3D

17    printed components, including in connection with crimes involving drugs, assaults, thefts, and

18    criminal threats.

19

20

---

21    [10] Kalhan Rosenblat, *Las Vegas shooting is deadliest in modern U.S. history* (October 2,
22    2017) NBC News <https://www.nbcnews.com/storyline/las-vegas-shooting/las-vegas-shooting-deadliest-modern-u-s-history-n806486> (as of Feb. 5, 2026).

23    [11] U.S. Department of Justice, *Reseda Man Affiliated with Violent White Supremacist
24    Group Charged in Federal Criminal Complaint with Drug and Ammunition Offenses* (July 28,
2023), <https://www.justice.gov/usao-cdca/pr/reseda-man-affiliated-violent-white-supremacist-group-charged-federal-criminal> (as of Feb. 5, 2026).

25    [12] *Id.*

26    [13] Jonah Owen Lamb, *He beat addiction and homelessness to become an IT tech. Then he
27    started making ghost guns*, The San Francisco Standard (January 2, 2024)
<https://sfstandard.com/2024/01/02/san-francisco-catalytic-coverter-theft-ghost-gun/> (as of Feb.
28    5, 2026).

48.    In February 2024, Santa Rosa Police arrested a 14-year-old boy—who would have been too young to purchase a gun legally—for manufacturing firearms using a 3D printer.[14] That same month, San Jose Police investigating a triple shooting discovered a loaded, 3D printed handgun in the home of the juvenile suspect.[15]

49.    The exponential growth in the production of 3D printed guns and their use in crimes across California point to an escalating public-safety threat and underscore the urgent need for injunctive and declaratory relief sought herein.

## II.    Defendants' Operations

### A.    Defendants' Online Presence

50.    Through several related websites and online profiles, Defendants maintain an internet presence through which they distribute computer code and instructions for 3D printing over 130 different firearm models.  Defendants make their code and instructions available for easy download by anyone in California.

51.    Defendants also distribute files for 3D printing prohibited firearm accessories. These include, for example: auto-sears; large capacity magazines; silencers; and various accessories, attachments, or devices that may be used to render a firearm an illegal assault weapon.[16]

52.    Defendants sell merchandise, take donations, maintain affiliate links, and sell firearm parts kits designed to complete 3D printed firearms.

---

[14] Tim Fang, *14-year-old Santa Rosa student accused of manufacturing firearms with 3D printer,* CBS NEWS (Feruary. 14, 2024) <https://www.cbsnews.com/sanfrancisco/news/santa-rosa-14-year-old-montgomery-high-student-accused-manufacturing-firearms-3d-printer/> (as of Feb. 5, 2026).

[15] Aja Seldon, *2 alleged San Jose gang members arrested in triple shooting*, FOX KTVU (February 29, 2024) < https://www.ktvu.com/news/2-alleged-san-jose-gang-members-arrested-in-triple-shooting> (as of Feb. 5, 2026).

[16] Assault weapons are firearms that are semi-automatic and have specific features or characteristics that make them more dangerous, including by increasing the rate of fire and capacity for firepower.  For example, California law restricts the use of a flash suppressor, which muzzles the flash of a firearm and thus helps to conceal the shooter, as well as the use of a pistol grip, handgrip, or forward grip, which increase the ability of the shooter to fire at a high rate. (Pen. Code § 30515, subd. (a).)

1

### 1.    The Gatalog Website

2    53.    Defendants maintain a website, https://thegatalog.com, called "The Gatalog."

3    54.    The Gatalog website is simple.  The homepage contains a website header and ten

4    different links.  Each link correlates to a category of files for 3D printing firearm-related items.

5    For example, "Printable Frames and Receivers," relates to files for printing firearm frames and

6    receivers, and "3D Printable Magazines," relates to files for 3D printing magazines.

7    55.    Below is a snapshot of the Gatalog homepage.



### 2.    The Gatalog's Odysee Profiles

19    56.    Each of the links on the Gatalog homepage takes the user to a related profile on

20    Odysee.  And, through these profiles, Defendants disseminate files for 3D printing firearms and

21    firearms accessories.  Each of the links on the Gatalog homepage takes the user to a

22    corresponding profile on Odysee.  The names of the profiles are nearly the same as the links,

23    except with "The Gatalog's" in front of the title.  For example, "Printable Frames and Receivers"

24    becomes "The Gatalog's Printable Frames and Receivers," and "3D Printable Magazines"

25    becomes "The Gatalog's 3D Printable Magazines."

26

27

28

57.    The titles on the Gatalog website and the corresponding Odysee Profile and URL on Odysee are as follows:

| **Link on Gatalog's website:** | **Odysee profile:** |
| --- | --- |
| Hybrid Designs | The Gatalog's Hybrid Designs |
| Printable Frames and Receivers | The Gatalog's Printable Frames and Receivers |
| Primarily Printed Designs | The Gatalog's Primarily Printed Designs |
| DIY Suppressors | The Gatalog's DIY Suppressors |
| 3D Printable Magazines | The Gatalog's 3D Printable Magazines |
| Accessories | The Gatalog's Accessories |
| Guides and Tutorials | The Gatalog's Guides and Tutorials |
| Technical Data Packages | The Gatalog's Technical Data Packages |
| Reference Models | The Gatalog's Reference Models |
| Comical Creations | The Gatalog's Comical Creations |

58.    The Odysee profiles contain code files and instructions for 3D printing over 150 designs of firearms and prohibited accessories.[17]

59.    In addition to the shared profile name, each Odysee profile contains the Gatalog logo. And on each webpage where files are made available for download, the name of the design is introduced with the logo and "The Gatalog presents" and Defendants invite users to "Join the community at thegatalog.com."  Snapshots of these aspects of the pages are shown below in paragraphs 65 and 67 with respect to The Gatalog's Printable Frames and Receivers profile and the FMDA DD19.2 3D Printable Glock Frame.

60.    The files posted on the Odysee profiles are available for free and can be downloaded by simply clicking a "download" button.  Nothing on the file pages of the Odysee profiles prevents downloads of the files from California.  Nor is there anything on the file pages requiring

---

[17] The Odysee profiles also include files that contain only guides and tutorials or additional technical information, including, for example, in The Gatalog's Guides and Tutorials profile.

a user to demonstrate that he possesses valid state and federal manufacturers licenses. As set forth more fully below, an analyst from the California Attorney General's Office was able to download the files on the Odysee profiles from California without issue.

61.    The files available for download on Odysee generally consist of individual zip folders. For each firearm or accessory design, the zip folder contains computer-aided design ("CAD") digital code for the design. Most zip folders also include instructions for using the CAD files to print the design. These instructions often provide recommended materials and specific print settings for a 3D printer to successfully print the design. Many of the zip folders also contain detailed instructions for how to combine the 3D printed component with other parts (whether store-bought or self-manufactured) to produce operational firearms or firearm accessories.

62.    Defendants strictly control the files disseminated through the Gatalog website and the associated Odysee profiles. While Defendants make available a "Beta Program" for users to share and test their code files, they make clear that they will only distribute the final "single released and proven package" of files "containing third-party verified models and documentation containing thorough build details and instructions."[18] Files must be approved by "Gatalog leadership" before they are made available on the Gatalog Odysee profiles.[19] Defendants make clear that their goal is to ensure that only the final, verified files "live forever . . . [s]o when some random completely disconnected . . . person finds the files they are able to construct them successfully."[20]

---

[18] *The Beta Program*, The Gatalog <https://thegatalog.com/the-beta-program/> (as of Feb. 5, 2026).

[19] *Product Development LIfecycle*, Deterrence Dispensed <https://gitlab.deterrencedispensed.com/deterrence-dispensed/information-and-tutorials/-/wikis/For-Developers/Process-Management/Product-Development-Lifecycle> (as of Feb. 5, 2026).

[20] *Supra* n. 16.

**B.    3D Printed Firearm Files**

63.    Through the Odysee profiles, Defendants disseminate files for manufacturing or producing over 130 different models of 3D printed firearms.  These include designs for various semi-automatic handguns and rifles.

64.    The vast majority of Defendants' 3D printed firearm models (over 115) are made available through the Gatalog's Printable Frames and Receivers profile.  The files distributed through the Gatalog's Printable Frames and Receivers profile contain the digital code for frames or receivers of firearms, and in many cases contain detailed instructions on how the 3D printed components can be combined with other purchased parts (including those sold by Defendants) to produce a functional weapon.

65.    Below is a snapshot of The Gatalog's Printable Frames and Receivers page on Odysee.



66.    One of the printable frame designs distributed by Defendants is "The FMDA DD19.2 3D Printable Glock Frame."  The FMDA DD 19.2 is a design based on a Glock 19 model handgun.  A version of the FMDA DD 19.2 was used in the killing of the United Healthcare CEO in December 2024.

67.    Below is a snapshot of the FMDA DD 19.2 posting on Gatalog's Odysee profile.



68.    The FMDA DD 19.2 design includes detailed instructions to make it easy for a user to print and assemble the gun.  The digital code is accompanied by a "README" file that recommends the 3D printer settings that users should use, notes that the provided files "are oriented and scaled properly," and warns users that they "MUST follow these print settings in order to get the best possible results."  The zip folder also comes with a detailed tutorial with a

17

"shopping list" of other components and step-by-step instructions to combine the 3D printed

frame with other components in order to produce a functional Glock style handgun.

69.    Another one of the printable frame or receiver designs is "The CAG19," described as

a "California Compliant Glock 19-based Carbine kit."  As suggested by the name, this design is

specifically directed to California residents.  The instructions state the design is legal in California

and that "[t]his project is aimed to provide Californians with the entire legal process to print and

assemble a California compliant Glock 19 carbine."  However, 3D printing such a firearm

without a manufacturer's license is illegal under California law.

70.    Several of Defendants' Odysee profiles contain files for so-called "fully printed

projects," which are firearms that are designed to have most of their parts produced through 3D

printing.  These designs can be found in The Gatalog's Hybrid Designs and The Gatalog's

Primarily Printed Designs profiles, which together contain over 15 different designs.  As with

printable frames and receivers, Defendants make available both the digital code for 3D printing

the firearm parts and provide instructions for assembling the firearm.

71.    One of the Gatalog's Hybrid Designs is the FGC-9.  FGC stands for "F*** Gun

Control" and the FGC-9 has been linked to violent criminals and extremists.  As Defendants

claim on their CTRLPew website (discussed further below), "By owning an untraceable firearm

like the FGC9, individuals can have a veto power on par with their government" and "[b]ecome

[u]ngovernable." The file includes not just the digital code to print the FGC-9 but also a detailed

110-page guide that provides recommended settings for slicer software, a timetable for how much

time each build is expected to take and how much material it will use, and step-by-step

instructions to combine the various printed components into the final product: a semi-automatic

firearm that is described as "the most effective and easiest to build homemade semi-automatic

firearm design for people with limited access to gunsmithing knowledge and tools."

**C.    3D Printed Firearm Accessories**

72.    Through several profiles, Defendants also make available firearms code files for over

a dozen different designs intended to produce prohibited firearm accessories, including auto-

sears, large capacity magazines, and silencers.  These accessories can render a firearm more

dangerous and lethal by increasing the rate of fire, increasing the capacity to inflict harm, and concealing the shooter, among other things.

73.    Through The Gatalog's Accessories profile, Defendants' code files include several designs for an auto-sear, which can be used to easily convert a handgun or rifle to fire automatically as a machinegun.  For example, the "'Make Glocks Full Auto' Glock autosear" can be used to print an auto-sear using the files provided by Defendants that can then be inserted into certain Glock model handguns to convert them into a machinegun.  As another example, the "Yankee Boogle 3D Printable AR15 Full-Auto Mod (Swift Link)" can be used to convert virtually any AR model semi-automatic rifle into a machinegun.  The auto-sear files include the digital code for printing the items as well as instructions for purchasing any additional parts and installing the auto-sear into the firearm.

74.    Below is a snapshot of a photograph on the "Make Glocks Full Auto Glock auto-sear" Odysee page; the auto-sear is reflected in orange.



75.    Through the Gatalog's 3D Printable Magazines profile, Defendants' code files also include designs for large-capacity magazines that can be used for various model handguns and rifles.  For example, the "Menendez Magazine v2.0 Pack" disseminated by Defendants provides files for various 3D printable 9mm Glock magazines, including a 17 round, 25 round, and 30 round magazine, which the instructions indicate can be used in Glock 17, 19, and 26 style handguns.  These magazine designs are attributed to IvanTheTroll, the alias of Defendant John

Elik.  The large-capacity magazine files distributed by Defendants contain both files for 3D printing the items and instructions for parts to purchase and how to assemble the magazine.

76.    And through the Gatalog's DIY Suppressors profile, Defendants' code files include designs for silencers.  For example, the "K-CAD 3D Printed Suppressor Pack V1.0" contains files for silencers designed to fit numerous models of handguns or rifles.  The silencer files posted by Defendants contain both files for 3D printing the items and instructions for any additional parts to purchase and how to assemble the silencer.

77.    Below is a snapshot of a photograph on the "K-CAD 3D Printed Suppressor Pack V1.0" Odysee page; the silencers are in the red boxes.



**D.    Defendants' Files Can Be Used to Produce Functional Firearms**

78.    The files distributed by Defendants may be used to print and assemble a fully functional firearm.

79.    On June 17, 2024, an analyst of the California Attorney General's Office went online with a California-based IP address and visited each of the linked Gatalog profiles on Odysee available from the homepage.  The analyst was able to download all files available from each of the Odysee profiles, which included over 200 different files.  On March 6, 2025, the analyst returned to the Gatalog website and Odysee profiles and downloaded files for new designs that had been posted since the previous download.  On January 7, 2026, the analyst returned to the Gatalog website and Odysee profiles and again downloaded all of the files available from each of

the Odysee profiles, which included over 240 files, including files for over 150 firearm and prohibited firearm accessory designs.

80.    Using one of the files—the "FMDA DD 19.2"—the People 3D printed and assembled a functional firearm.  By utilizing the digital code and following the step-by-step instructions accompanying the code and other recommendations in the Gatalog files—including using the recommended filament, 3D printer model, and print parameters—the People printed three frames. Each print took approximately 7.5 hours.

81.    As printed, each frame constitutes a firearm precursor part regulated under California law, including Civil Code sections 3273.61 and 3273.625.

82.    A special agent supervisor at the California Department of Justice, Bureau of Firearms, then assembled one of the 3D printed frames with other commonly available firearm parts to produce an operational firearm.  To do so, he followed the assembly instructions that accompanied the digital code, which detailed which parts to purchase and what tools to use.  The assembly process took one hour.

83.    Thus, in 8.5 hours—about a business day—Defendants' digital code and accompanying instructions may be used to produce an unserialized ghost gun.

**E.    The CTRLPew Website**

84.    Defendants maintain another website, ctrlpew.com, that complements and expands upon the Gatalog's illegal distribution of firearm manufacturing code.  The corporate entity CTRLPew LLC ("CTRLPew") was formed in 2020 by Defendant Holladay.  The name CTRLPew stands for 3D printing weapons:  "ctrl" refers to the keyboard key and "Pew" stands for "Print Every Weapon."  The Gatalog website links to the CTRLPew website.

85.    The CTRLPew website in turn links to the 3D printing files for firearms and accessories available for download on the Gatalog Odysee profiles.  The home page invites users to "Browse All The Gatalog Releases" and includes a search function to "Search The Gatalog." Users can also access the files through a section called "File Drops." The files are divided into seven "post categories" that correspond to names of the Odysee profiles:  Accessories, Comical Creations, Guides, Hybrid, Magazine, Primarily Printed, Printable Frames, and Suppressor.  The

21

1  files may also be tagged based on various features, including, for example, the type of firearm

2  (e.g., 9 mm, AR15) and the gun developer.  Each of the 3D printing file pages attributes the

3  firearm or accessory design to its developer.

4      86.    A snapshot of the CTRLPew homepage appears below.



5

6

7

8

9

10

11

12

13

14

15  87.    Once on a "file drop" page, a user simply needs to click a green button that says

16  "Download Here" or "Download from the Gatalog" and they are taken to the corresponding

17  download page on Odysee (discussed above).

18  88.    Through the CTRLPew website, Defendants disseminate guides and tutorials for 3D

19  printing firearms and firearm accessories and various blog posts and articles about the same.

20  "Getting Started Guide 0 – How to Start 3D Printing Quickly" walks the user through setting up

21  the capability to 3D print and provides recommendations for 3D printers, filaments, slicer

22  software, slicer settings, the files themselves, and firearm parts kits.  In particular, the guide

23  directs users to The Gatalog for the 3D printing files, linking to the "File Drops" section of the

24  CTRLPew site and to The Gatalog website.  Defendants also state that Gatalog files "are the only

25  releases" that will be covered on the CTRLPew site "in any detail."

26  89.    Through the CTRLPew website, Defendants sell merchandise, solicit donations for

27  gun developers, and earn commissions through affiliate links to various 3D printing equipment,

28

22

material, and other items.  Defendants Holladay, Larosiere, and Elik each have their own pages for receiving donations through the CTRLPew website.

90.    Defendants also profit from the distribution of digital firearms code in other ways. In particular, Defendants Larosiere and Holladay operate another company—MAF Corp.—that sells parts kits specifically designed to complete the firearms printed using the Gatalog's digital firearms code. The CTRLPew website directs users to MAF Corp. and often provides a discount code to purchase firearms kits.  MAF Corp. is also featured in the Getting Started Guide, as well as on individual design pages, as a "preferred part vendor[]."[21]  The instruction manuals that accompany many of Defendants' digital code files also recommend purchasing parts from MAF Corp. in order to complete the firearm build.

91.    CTRLPew directs its services to California residents, and Defendants are aware of firearms laws, including California law, that regulate 3D printing of firearms.  CTRLPew sells merchandise directed to California residents, including a "warning" sticker in the form of a yellow hazard triangle sign that states, "Not for Making Guns."  The product posting mocks California law concerning the sale of 3D printers for manufacturing firearms: "This sticker is especially timely given the introduced California legislation (AB-1089) that prohibits the sale, offer for sale, or transfer of a CNC milling machine or 3D printer with the sole or primary function of manufacturing firearms to anyone in the state.  So not only will you be making a statement about safety and responsibility, but you'll also be 'showing your support' for sensible firearm regulations."  CTRLPew also sells a sticker "10 rounds only" that mocks California's restriction on large capacity magazines.  In addition, The CTRLPew terms of service instruct "California Users and Residents" to resolve complaints by contacting the California Department of Consumer Affairs.

92.    The stated purpose of Defendants' operations is to circumvent firearms regulations. CTRLPew sells merchandise stating, "Go and make it.  Print one of everything.  Laugh on the grave of gun control" and "F*** Gun Control."  One of the firearm models developed by an

---

[21] See, e.g., *File Drop: The MacDaddy V2.0*, CTRLPew <https://ctrlpew.com/file-drop-the-macdaddy-v2-0/> (as of Feb. 5, 2026).

affiliate of Gatalog (and currently distributed through the Gatalog Odysee profiles) is called the FGC-9, which stands for "F*** Gun Control."

### F.    The Individual Defendants' Activities

93.    The individual defendants are principals in the corporate entities associated with Defendants' activities. They also actively contribute to those activities by developing their own digital firearm manufacturing code and making it available for download on Gatalog's Odysee Profiles.

94.    Defendant Holladay is the Treasurer of Gatalog and the Manager of CTRLPew. He develops his own designs for 3D printed firearms and firearm accessories, using the handle "@ctrlpew." Posts for his designs are available on CTRLPew's website under that handle, with links to the files available on the Gatalog Odysee profiles. Defendant Holladay has six designs posted on CTRLPew and available for download on Odysee, including two frames/receivers and a silencer.

95.    Defendant Larosiere is the President and Registered Agent of Gatalog. He also develops his own designs for 3D printed firearms, using the handle "Fuddbusters" or his name, "Matt Larosiere." There are two printable frame/receiver designs attributed to Defendant Larosiere on CTRLPew, with linked files available for download on the Gatalog Odysee profiles.

96.    Defendant Elik is the Director of Gatalog. He also develops his own designs for 3D printed firearms and firearm accessories, using the alias "IvanTheTroll." There are over 20 designs attributable to IvanTheTroll on CTRLPew, with linked files available for download on the Gatalog Odysee profiles. These include designs for over 15 frames/receivers and several large-capacity magazines.

### CAUSES OF ACTION

### FIRST CAUSE OF ACTION

### VIOLATION OF CIVIL CODE SECTION 3273.61

### AGAINST ALL DEFENDANTS

97.    The People reallege and incorporate by reference each of the paragraphs above as fully set forth herein.

98.    Under Civil Code section 3273.61(a)(1), a civil action may be brought against "a person who knowingly . . . distributes or causes to be distributed, by any means including the internet, any digital firearm manufacturing code to any other person in this state who is not a federally licensed firearms manufacturer, member of the Armed Forces of the United States or the National Guard, while on duty and acting within the scope and course of employment, or any law enforcement agency or forensic laboratory."

99.    Defendants have violated and continue to violate Civil Code section 3273.61(a)(1) by knowingly distributing or causing to be distributed over the internet digital firearm manufacturing code to persons who are not exempt from receiving such code under the statute.

SECOND CAUSE OF ACTION

**VIOLATION OF CIVIL CODE SECTION 3273.625**

**AGAINST ALL DEFENDANTS**

100.   The People reallege and incorporate by reference each of the paragraphs above as fully set forth herein.

101.   Under Civil Code section 3273.625, a civil action may be brought against a person who "knowingly, willfully, or recklessly cause[s] another person to engage in the unlawful manufacture of firearms," or who "knowingly, willfully, or recklessly aid[s], abet[s], promote[s], or facilitate[s] the unlawful manufacture of firearms."

102.   Defendants have violated and continue to violate Civil Code section 3273.625 by knowingly, willfully, or recklessly causing another person to engage in the unlawful manufacture of firearms, and/or by knowingly, willfully, or recklessly aiding, abetting, promoting, or facilitating the unlawful manufacture of firearms.

THIRD CAUSE OF ACTION

**VIOLATION OF BUSINESS AND PROFESSIONS CODE SECTION 17200 ET SEQ.**

**AGAINST ALL DEFENDANTS**

103.   The People reallege and incorporate by reference each of the paragraphs above as fully set forth herein.

25

104.  The UCL prohibits any person from engaging in "any unlawful, unfair, or fraudulent business act or practice." (Bus. & Prof. Code § 17200.)

105.  Defendants have engaged, and continue to engage, in acts or practices that are unlawful and which constitute unfair competition within the meaning of the UCL.  Defendants' unlawful, unfair, or fraudulent acts and practices in violation of the UCL include, but are not limited to, the following:

    a.  Defendants have violated Civil Code section 3273.61(a)(1) as alleged in the First Cause of Action by distributing or causing to be distributed digital firearm manufacturing code to persons in California who are not licensed firearms manufacturers, members of the Armed Forces of the United States or National Guard acting within the scope and course of employment, or any law enforcement agency or forensic laboratory;

    b.  Defendants have violated Civil Code section 3273.625 as alleged in the Second Cause of Action by aiding, abetting, promoting or facilitating the unlawful manufacture of firearms by making code available to Californians for unlawful firearm manufacturing on 3D printers.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

1.    That under Civil Code section 3273.61(c) Defendants, their successors, agents, representatives, employees, assigns, and all persons who act in concert with them be enjoined in a manner sufficient to prevent any Defendant from further violating the law, including preliminary and permanent injunctive relief;

2.    That under Civil Code section 3273.625(c) Defendants, their successors, agents, representatives, employees, assigns, and all persons who act in concert with them be enjoined in a manner sufficient to prevent any Defendant from further violating the law, including preliminary and permanent injunctive relief;

3.    That under Business and Professions Code section 17203, Defendants, their successors, agents, representatives, employees, assigns, and all persons who act in concert with

26

1    them be permanently enjoined from committing any acts of unfair competition in violation of

2    Business and Professions Code section 17200, including but not limited to the acts and practices

3    alleged in this Complaint;

4        4.    That the Court make such orders or judgments as may be necessary, including for

5    preliminary injunctive and ancillary relief, to prevent the use or employment by any Defendant of

6    any practice which constitutes unfair competition, or which may be necessary to restore to any

7    person in interest any money or property, real or personal, which may have been acquired by

8    means of such unfair competition, under the authority of Business and Professions Code section

9    17203;

10       5.    That the Court assess a civil penalty of $25,000 against each Defendant for each

11   violation of Civil Code section 3273.61(a)(1);

12       6.    That the Court assess a civil penalty of $25,000 against each Defendant for each

13   violation of Civil Code section 3273.625(a);

14       7.    That the Court assess a civil penalty of $2,500 against each Defendant for each

15   violation of Business and Professions Code section 17200 in an amount according to proof, under

16   the authority of Business and Professions Code section 17206;

17       8.    That the Court award the remedy of disgorgement in an amount according to proof,

18   under the authority of Government Code section 12527.6;

19       9.    That the People recover their costs of suit;

20       10.   That the People receive all other relief to which they are legally entitled; and

21       11.   For such other and further relief that the Court deems just and proper.

22

23

24

25

26

27

28

1    Respectfully submitted,

2    Dated:  February 6, 2026

3    ROB BONTA
     Attorney General of California

4

5

6    By:  /s/ Vesna Cuk

7    VESNA CUK
     Deputy Attorney General

8

9    Dated:  February 6, 2026

     DAVID CHIU
     City Attorney of San Francisco

10

11

12    By:  /s/ Karun A. Tilak

13    KARUN A. TILAK
      Deputy City Attorney

14

15    Attorneys for Plaintiff
      The People of the State of California

16

17

18

19

20

21

22

23

24

25

26

27

28