# Exhibit 72

