# Exhibit 73

