# Exhibit 74

