# Exhibit 75

