# Exhibit 78

