UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

        *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

        *Defendants*.

_____/

### DEFENDANTS', CODY RUTLEDGE WILSON, DEFCAD, INC., AND DEFENSE DISTRIBUTED, NOTICE OF PARTIAL COMPLIANCE WITH THE COURT'S ORDER DATED FEBRUARY 13, 2026 [DOC. 213]

Defendants', CODY RUTLEDGE WILSON, DEFCAD, INC., and DEFENSE DISTRIBUTED file this notice of compliance with the Court's Order on Plaintiff Larosiere's Short-Form Motion to Overrule Meritless Objections and Compel Complete Responses to Interrogatories and Requests for Production ("RFPs"). Doc. 213; *see also* Doc. No. 156 and 156-1 through 156-6 (responses to Interrogatories and RFPs as they relate to Defendants Cody Rutledge Wilson, Defcad, Inc., and Defense Distributed) (The Magistrate Judge's February 13, 2026 Order).

The Magistrate Judge's February 13, 2026 Order directed that Defendants produce to Plaintiff a privilege log in full compliance with the Standing Order on Privilege Logs within seven days. *See* Doc. 213, at pp. 12–13. Defendants have now timely complied in full, producing an amended privilege log to Plaintiff (excluding any communications solely between Mr. Wilson and Mr. Walliman) on February 20,

2026.  Attached hereto as **Exhibit A** is a true and accurate copy of Defendants' Amended Privilege Log served on Plaintiff on February 20, 2026.  The parties will schedule a substantive meet-and-confer to address any outstanding objections to the privilege log/protection designations within seven (7) days of service of the amended privilege log, pursuant to the Court's Order dated February 13, 2026.  *See* Doc. 213, at p. 13.

Dated: February 20, 2026                    Respectfully submitted,

                                              Wilson Elser Moskowitz
                                                 Edelman & Dicker LLP

By:  *s/Leia V. Leitner*
     Leia V. Leitner, Esq.
     Florida Bar No:  105621
     111 North Orange Avenue
     Suite 1200
     Orlando, Florida  32801
     Telephone:  407-423-7287
     Facsimile:   407-648-1376
     Leia.Leitner@wilsonelser.com
     Cheryl.Kujawski@wilsonelser.com

     Jura C. Zibas, Esq.
     Florida Bar No:  124571
     Amaris C. Gyebi, Esq.
     Florida Bar No:  1019361
     2063 Main Street - Suite 100
     Sarasota, Florida 34237
     Telephone:  941-866-8561
     Facsimile:   941-210-5979
     Jura.Zibas@wilsonelser.com
     Amaris C. Gyebi, Esq.
     Cheryl.Kujawski@wilsonelser.com

     *Counsel for Defendants*
     *Cody Rutledge Wilson, DEFCAD, Inc. and*
     *Defense Distributed*

330474564v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th of February, 2026 a true and correct copy of the foregoing document has been served by email to the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

> *s/Leia V. Leitner*
> Leia V. Leitner

330474564v.1