UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                    Case No: 6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

## NOTICE OF FILING

Defendants, **Cody Rutledge Wilson, DEFCAD, Inc.,** and **Defense Distributed**, by and through undersigned counsel, hereby file the parties Notice of Mutually Agreed Protective Order, attached hereto to as Exhibit A. A copy of Plaintiff's counsel's agreement sent nearly two hours after Defendants' filed their Motion for Miscellaneous Relief (Dkt. 216) is attached hereto as Exhibit B. The Motion for Miscellaneous Relief is hereby withdrawn as moot.

                                    Respectfully submitted,

                                    **WILSON ELSER MOSKOWITZ**
                                    **EDELMAN& DICKER LLP**

                                By: *s/Amaris C. Gyebi*
                                    Leia V. Leitner
                                    Florida Bar No: 105621
                                    111 North Orange Avenue
                                    Suite 1200
                                    Orlando, FL 32801

Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone: 941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February, 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC*, 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/Amaris C. Gyebi*
Amaris C. Gyebi