# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                                 Case No: 6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

## NOTICE OF MUTUALLY AGREED PROTECTIVE ORDER

Plaintiff, Matthew Larosiere, and Defendants, Cody Wilson, DEFCAD Inc., and Defense Distributed hereby file this joint notice of entrance into a mutually agreed to protective order, which shall govern the deposition of Clay Christensen. In support thereof the parties state as follows:

1. On January 23, 2026, Defendants served by email notice on Plaintiff that they intended to take the deposition of Clay Christensen, advising that the same would be served on or before February 6, 2026 in accordance with the Court's imposed 14-day waiting period.

2. On February 2, 2026, Plaintiff, via counsel, advised that he was opposed to Defendant's taking of Mr. Christensen's deposition on the belief that the deposition was being taken for improper purposes, in violation of Rule 26(b).

3. In response, defense counsel advised that Defendants had a sound belief

that Mr. Christensen possesses first-hand knowledge of information pertaining to the development and publication of the copyrighted works at issue. Plaintiff, in turn, maintained his position that a protective order would be necessary to at least limit the scope of testimony that would be asked of Mr. Christensen at the deposition.

4. Counsel for Plaintiff and Defendants, along with Plaintiff, met and conferred on February 13, 2026 regarding Plaintiff's desire to file a protective order concerning Defendant's taking of Mr. Christensen's deposition.

5. Following the meet and confer, and purely in the hopes of avoiding unnecessary motion practice, Defendants provided topics that they would be amenable to limiting Mr. Christensen's deposition to.

6. After discussion, the following deposition topics have been agreed to by the parties:

    a. Ownership and Access to the Copyrighted Works online. *See* Doc. 213 at p. 7 (defining the definition of "Copyright" and "Works")

    b. Dates and Times for Publication and Distribution on Beta Chat Rooms for the Copyrighted Works

    c. Beta Chat Room Operations and Administration

    d. Discussions regarding the Copyrighted Works with Plaintiff

    e. Removal, Deletion, and Archival procedures on Chat.DeterrenceDispensed.Com for the Copyrighted Works

    f. All claims and facts raised in the First Amended Complaint, pursuant to Fed. R. Civ. P. 26(b)(1)

7. Pursuant to the above agreement, Defendants will limit the deposition of Mr. Christensen to the above topics.

8. A copy of this Notice will be attached to the subpoena served on Christensen.

9. Plaintiff has agreed to waive the 14-day waiting period for service of the subpoena on Mr. Christensen.

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN& DICKER LLP**

By: *s/Amaris C. Gyebi*
Leia V. Leitner
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone:941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of February 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/Amaris C. Gyebi*
Amaris C. Gyebi
