# EXHIBIT B

# Gyebi, Amaris

| | |
|---|---|
| **From:** | Zachary Zermay <zach@zermaylaw.com> |
| **Sent:** | Tuesday, February 24, 2026 6:35 PM |
| **To:** | Gyebi, Amaris |
| **Cc:** | Geraldine Phillips |
| **Subject:** | Re: FW: SERVICE OF DOCUMENT - Larosiere - Wilson et al 26387.00008 |

> EXTERNAL EMAIL - This email originated from outside the organization.

Thanks for this. Looks great. We agree.

Sincerely,
Zachary Z. Zermay, Esq.

## Zermay Law

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Mon, Feb 23, 2026 at 2:13 PM Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com> wrote:

> Amaris Gyebi
> Attorney At Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 2063 Main Street Suite 100
> Sarasota, FL 34237
> 941.210.5961 (Direct)
> 407.616.6006 (Cell)
> 941.210.5980 (Main)
> 941.210.5979 (Fax)
> amaris.gyebi@wilsonelser.com
>
> **From:** Gyebi, Amaris
> **Sent:** Monday, February 23, 2026 2:12 PM
> **To:** Zachary Zermay <zach@zermaylaw.com>
> **Cc:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <chad@chadflores.law>; Chad Flores <cf@chadflores.law>
> **Subject:** FW: SERVICE OF DOCUMENT - Larosiere - Wilson et al 26387.00008

Good afternoon-

As a follow up to our call today, I am resending the proposed Joint Notice related to the deposition of Clay Christensen. Please provide Plaintiff's position today or by 12:00 m EST tomorrow, as we would like to get this on the docket sooner rather than later. Based on the discussion today, it does not appear that Plaintiff is opposed but to the extent he is, please provide your position on Defendant's Motion for Miscellaneous Relief, the contents of which are detailed below.

Thanks,

Amaris Gyebi
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street Suite 100
Sarasota, FL 34237
941.210.5961 (Direct)
407.616.6006 (Cell)
941.210.5980 (Main)
941.210.5979 (Fax)
amaris.gyebi@wilsonelser.com

---

**From:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Sent:** Friday, February 20, 2026 2:40 PM
**To:** Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
**Cc:** Chad Flores <cf@chadflores.law>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>
**Subject:** RE: SERVICE OF DOCUMENT - Larosiere - Wilson et al 26387.00008

Dear Mr. Zermay,

Based on the topics discussed above, we have prepared the attached Agreed Protective Order for Mr. Christensen's deposition.

In accordance with the parties' joint efforts to avoid unnecessary motion practice, please find attached a proposed joint notice of mutually agreed protective order. Please note Paragraph 9, which addresses the waiver of the 14-day waiting period for the new subpoena to be issued to Mr. Christensen, including a final copy of the joint notice. To the extent Plaintiff is not amenable to waiver, please let us know why. If the joint notice is not agreeable, we will file a motion for miscellaneous relief to have the Court address the issues raised and the resulting delays in the administration of this action.

Please be prepared to provide your position on the proposed Joint Notice or the Motion for Miscellaneous Relief at the meet and confer call on Monday, February 23, 2026.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

---

**From:** Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Sent:** Friday, February 20, 2026 2:38 PM
**To:** Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
**Cc:** Chad Flores <cf@chadflores.law>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** SERVICE OF DOCUMENT - Larosiere - Wilson et al 26387.00008

Good Afternoon –

Please see attached subpoena that we intend to serve on or after March 6, 2026.

Thank you.

Cheryl A. Kujawski
Legal Secretary
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street, Suite 100
Sarasota, FL 34237
941.866.8562 (Direct)

941.210.5980 (Main)
941.210.5979 (Fax)
cheryl.kujawski@wilsonelser.com

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.