UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

      Plaintiff,

vs.                                    Case No:  6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

      Defendants.

_____/

## DEFENDANTS' NOTICE OF FILING AFFIDAVIT OF CODY R. WILSON IN COMPLIANCE WITH THE COURT'S ORDER [DOC. 213]

Defendants, **Cody Rutledge Wilson, DEFCAD, Inc.,** and **Defense Distributed**, ("Defendants"), by and through their undersigned counsel, hereby provide notice to Plaintiff, **Matthew Larosiere** ("Plaintiff"),  of filing the Affidavit of Cody R. Wilson in Compliance with the Court's Order [Doc. 213] for Reasonable Searches for Responsive Documents to Plaintiff's First Set of Request for Production ("Wilson Affidavit").  Attached as **Exhibit A** is a true and accurate copy of the Wilson Affidavit.

Dated: February 27, 2026                Respectfully submitted,

                            **WILSON ELSER MOSKOWITZ
EDELMAN& DICKER LLP**

                   By:  *s/ Leia V. Leitner*
                        Leia V. Leitner
                        Florida Bar No:  105621

111 North Orange Avenue
Suite 1200
Orlando,  FL  32801
 Telephone:        407-423-7287
 Facsimile: 407-648-1376
 Leia.Leitner@wilsonelser.com
 Cheryl.Kujawski@wilsonelser.com

 Jura C. Zibas
 Florida Bar No:  124571
 Amaris C. Gyebi, Esq.
 Florida Bar No:  1019361
 2063 Main Street - Suite 100
 Sarasota, FL 34237
 Telephone:        941-866-8561
 Facsimile: 941-210-5979
 Jura.Zibas@wilsonelser.com
 Amaris.Gyebi@wilsonelser.com
 Cheryl.Kujawski@wilsonelser.com

 *Co-Counsel for Defendants*
 *Cody Rutledge Wilson*
 *DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of February, 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendant, Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/ Leia V. Leitner*
Leia V. Leitner

# EXHIBIT A

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE,                    CASE № 6:24-cv-1629-AGM-LHP

　　　　　　　　　*Plaintiff,*

v.

CODY RUTLEDGE WILSON, DEFCAD,
Inc.,　　　DEFENSE　　　DISTRIBUTED,
DIOSKOUROI, LLC,

　　　　　　　　　*Defendants.*

_____/

### AFFIDAVIT OF CODY R. WILSON IN COMPLIANCE WITH THE COURT'S ORDER [DOC 213] FOR REASONABLE SEARCHES FOR RESPONSIVE DOCUMENTS TO PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION

I, Cody Rutledge Wilson, declare, under penalty of perjury, as follows:

1.    I am over the age of eighteen (18) years and am competent to make this affidavit. I have personal knowledge of the facts stated herein. I submit this Affidavit to set forth the scope and methodology of my search for documents responsive to Plaintiff's First Set of Request for Production dated September 28, 2025.

2.    I understand that I have a duty to conduct a reasonable and diligent search for all documents and information responsive to the above-referenced request. I further understand that this obligation extends to all documents and electronically stored information within my possession, custody, or control, regardless of the medium or location where they are stored.

330876370v.1



3.    I am a named defendant in the above-captioned action pending in the United States District Court for the Middle District of Florida, Orlando Division, Case No. 6:24-cv-1629-AGM-LHP.  I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

4.    In conducting my search for responsive documents, I undertook the following efforts:

5.    I searched the following electronic devices for responsive documents and information:

6.    Personal cellphone(s): I searched my Apple iPhone 15 cellphone, including all text messages, messaging applications (including but not limited to Slack, iMessage, Signal), emails accessible through the device, photographs, videos, voicemails, call logs, notes, calendars, and any other applications that may contain responsive information.

7.    I searched these sources using the following terms and methods:

| Works/ Projects Identified | "Amigo Verde" or Amigo w/2 Verde<br>Black Flag White Paper<br>"Hitchhiker's build guide"<br>DDLegio<br>"On Raids and Raiding"<br>"Bench, IP, and 3D Guns" |
| --- | --- |
| Governance, Polices Workflow | "corporate governance"<br>"board meeting"<br>"policy"<br>"content policy"<br>"publication workflow"<br>(policy or minutes or bylaws or resolutions) w/10 ("Defense Distributed" or "Defcad" or "DD Foundation" or "Gunspring" or "Zero Percent Arms" or "Federal |

2



| | Consolidated" or "Ghost Gunner" or "Coast Runner", or "Dioskouroi") |
|---|---|
| Copyrighted Works at Issue | "TX0009358088"<br>"VA0002385899"<br>"VA0002381513"<br>"TX0009372196"<br>"TX0009372199"<br>"VA0002385901"<br>"VA0002381769"<br>"TX0009403056"<br>"TX0009413646"<br>"VA0002422527"<br>"VA0002412508"<br>"TX0009403054"<br>"TX0009417973"<br>"VA0002415259"<br>"TX0009412695"<br>"VA0002418947"<br>"VA0002418589"<br>"TX0009429254"<br>"TX0009429253"<br>"VA0002449545"<br>"VA0002449520"<br>"TX0009509700"<br>"TX0009509692"<br>"VA0002449526"<br>"TX0009503785" |
| DMCA Takedown/ Copyright Complaints | "notice of infringement"<br>"counter-notice"<br>"copyright complaint"<br>"content moderation"<br>"review w/5 copyright"<br>"remove w/5 copyright"<br>"obfuscate* w/5 copyright"<br>DMCA w/2 (Takedown or Notice) |
| References to Online Handles, Domains, Platforms | Precursorparts.com<br>Club+Fed<br>CTRL+Pew<br>Suckboy's Dungeon<br>Suckboy Tony<br>humans only<br>jny |

3

| | Fuddbusters<br>"IvanTheTroll"<br>"Freeman1337"<br><br>"username" OR "handle" OR "account" w/5 (Discord OR "Fuddbusters" OR "Club+Fed" OR "Suckboy's Dungeon" OR "humans only")<br><br>Rocket.Chat OR GitLab w/5 (username OR handle OR account) w/10 "chat.deterrencedispensed.com" |
|---|---|
| Reviews and audits of copyrighted content | "periodic review"<br>"stipulated review"<br>"review w/5 copyright*"<br>"copyrighted" w/5 (Defcad OR project* OR file*)<br>"copyright notice" W/10 (discover* OR find*)<br>"inquiry" W/10 (copyright OR protect* OR copyrightability) |
| References to Thomas Odom | (Thomas w/2 Odom) w/10 copyright<br>(Thomas w/2 Odom) w/10 message*<br>(Thomas w/2 Odom) w/10 su*<br>(Thomas w/2 Odom) w/10 "Black Flag White Paper"<br>(Thomas w/2 Odom) w/10 (plaintiff or Larosiere)<br>(Thomas w/2 Odom) w/10 (chat.deterrencedispensed.com)<br>(Thomas w/2 Odom) w/10 (Fuddbusters) |
| References to specified individuals (Other) | "Sara Westman" or Westman<br>"Cyan w/2 Philio" or Philio<br>"Kieran w/2 Philio"<br>Jim w/2 Blackburn"<br>Eric w/2 Nathan<br>Nathan w/2 Mayer<br>Thomas w/2 Gibbons-Neff<br>Lizzie w/2 Dearden<br>Rajan w/2 Basra<br>"jg@exfiltrate.io"<br>"Joe G" |
| References to specified Companies | Destin Investigations<br>"Antelope Hill Publishing" or antelope |
| Hostile or harmful statements about Plaintiff | (anger OR hostility OR threaten* OR harass* OR intimidat* OR "plan w/5 harm" OR "hurt" OR "injur*" OR "maim*" OR "attack" OR "bully" OR "humiliat*" OR "gaslight*" OR "smear" OR "libel" OR "slander" OR "ruin" OR "bankrupt" |

4



| | OR "sabotag*") W/10 ("Matthew" OR "Larosiere" OR Plaintiff) |
|---|---|
| References to Garret Walliman | (Garret w/2 Walliman) w/10 copyright<br>(Garret w/2 Walliman) w/10 message*<br>(Garret w/2 Walliman) w/10 su*<br>(Garret w/2 Walliman) w/10 "Black Flag White Paper"<br>(Garret w/2 Walliman) w/10 (plaintiff or Larosiere)<br>(Garret w/2 Walliman) w/10 (chat.deterrencedispensed.com)<br>(Garret w/2 Walliman) w/10 (Fuddbusters) |
| References to Benjamin Denio | (Benjamin w/2 Denio) w/10 copyright<br>(Benjamin w/2 Denio) w/10 message*<br>(Benjamin w/2 Denio) w/10 su*<br>(Benjamin w/2 Denio) w/10 "Black Flag White Paper"<br>(Benjamin w/2 Denio) w/10 (plaintiff or Larosiere)<br>(Benjamin w/2 Denio) w/10 (chat.deterrencedispensed.com)<br>(Benjamin w/2 Denio) w/10 (Fuddbusters) |
| References to Zachary Kubin | (Zachary w/2 Kubin) w/10 copyright<br>(Zachary w/2 Kubin) w/10 message*<br>(Zachary w/2 Kubin) w/10 su*<br>(Zachary w/2 Kubin) w/10 "Black Flag White Paper"<br>(Zachary w/2 Kubin) w/10 (plaintiff or Larosiere)<br>(Zachary w/2 Kubin) w/10 (chat.deterrencedispensed.com)<br>(Zachary w/2 Kubin ) w/10 (Fuddbusters) |
| References to Pablo Molina Diaz | (Pablo w/2 "Molina Diaz" or Diaz) w/10 copyright<br>(Pablo w/2 "Molina Diaz" or Diaz) w/10 message*<br>(Pablo w/2 "Molina Diaz" or Diaz) w/10 su*<br>(Pablo w/2 "Molina Diaz" or Diaz) w/10 "Black Flag White Paper"<br>(Pablo w/2 "Molina Diaz" or Diaz) w/10 (plaintiff or Larosiere)<br>(Pablo w/2 "Molina Diaz" or Diaz) w/10 (chat.deterrencedispensed.com)<br>(Pablo w/2 "Molina Diaz" or Diaz) w/10 (Fuddbusters) |
| References to Jeff Winkelman | (Jeff w/2 Winkelman) w/10 copyright<br>(Jeff w/2 Winkelman) w/10 message*<br>(Jeff w/2 Winkelman) w/10 su*<br>(Jeff w/2 Winkelman) w/10 "Black Flag White Paper"<br>(Jeff w/2 Winkelman) w/10 (plaintiff or Larosiere)<br>(Jeff w/2 Winkelman) w/10 (chat.deterrencedispensed.com)<br>(Jeff w/2 Winkelman) w/10 (Fuddbusters) |

330876370v.1



| | |
|---|---|
| Employment/contractor separations and data retention | "voluntary cessation"<br>(firing or fired or terminate*or resign*) w/ 10 (contractor or employee) w/ 10 (copyright or lawsuit)<br><br>(deleted OR destroy* OR lost) W/10 (data OR materials OR files OR messages) |
| DEFCAD hosting, mirrors, logs, OSINT indicators | "server log"<br>"access log"<br>"foreign IP"<br>"registration W/5 foreign"<br>"mirror site"<br>"proxy"<br>"backup"<br>"hosting"<br>"DNS"<br>**kbvehicle.com**<br>**"a.c"**<br>**"chat.deterrencedispensed.com"**<br>**"DYNA-NS.NET"**<br>**"HOSTINGER"**<br>**"168.231.118.25"**<br>**"esaulf21@kbvehicle.com"**<br>"DEFCAD web software"<br>"Defcad systems"<br>"DEFCAD w/5 hosting" |
| Mirror sites | mirror* OR rehost* OR proxy OR backup w/10 (Defcad)<br>("theory of the project" w/10 Hitchhiker*) |
| Gataleaks.org materials | Gataleaks<br>Gata leaks<br>Gataleaks.org<br>gataleaks w/10 (store* OR access* OR message* OR data OR file* OR report*) |

8.    Personal computer(s): I searched my Apple MacBook personal computer, including all folders, files, documents, downloads, and any locally stored data. I reviewed all folders and locations and conducted keyword searches using the terms listed above.

9.    Tablets or other electronic devices: Not applicable.

6

330876370v.1



10.    I searched the following email accounts for responsive documents and communications:

11.    Personal email account(s): I searched my personal email account(s) at AOL and Yahoo using the following search terms and date parameters listed above. I searched the inbox, sent folder, drafts, archived messages, and trash/deleted items folders.

12.    Residence: I searched my residence located at 8403 Cross Park Drive, Ste. 3E Austin, TX 78754, including home office, filing cabinets, desk drawers, storage areas, and closets. I reviewed all paper files, correspondence, notes, and any other physical documents that may be responsive.

13.    I searched the following social media accounts for responsive information: Twitter/X. I reviewed direct messages, posts, comments, and any saved or archived content.

14.    My search covered documents and information for RFPs 4, 5, 8, 28, 29, 39–41 from January 1, 2021, to the present, and for RFPs 43–47, and 58–114, from January 1, 2022, *see e.g.,* Doc. 213 at pp. 9–10, which encompasses the relevant time period identified in the request.

15.    As a result of my search, I have produced all responsive, non-privileged documents, and a privilege log has been provided.

16.    Based on the above, I certify that I have conducted a reasonable and diligent search for all documents responsive to the above-referenced request. I have made good-faith efforts to identify, locate, and produce all responsive documents in

7

330876370v.1



my possession, custody, or control. To the best of my knowledge and belief, I have not

intentionally withheld, concealed, or destroyed any responsive documents.

Executed on _26TH February 2026_, in Austin, Texas.

_____
CODY RUTLEDGE WILSON

BEFORE ME, the undersigned authority, personally appeared Cody R. Wilson who is personally known to me or who presented TX DL as identification.

SWORN TO AND SUBSCRIBED before me this 26TH day of February 2026.

_____
NOTARY          PUBLIC,          STATE

OF Texas _____



Print Name/Stamp Commissioned Name:

Paschal Obasi _____

PASCHAL OBASI
Notary Public, State of Texas
My Comm. Exp. 02-28-2026
ID No. 13361645-2

330876370v.1