UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

    *Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

    *Defendants*.
_____/

### DEFENDANTS', CODY RUTLEDGE WILSON, DEFCAD, INC., AND DEFENSE DISTRIBUTED, NOTICE OF COMPLIANCE WITH THE COURT'S ORDER DATED FEBRUARY 13, 2026 [DOC. 213]

  Defendants, CODY RUTLEDGE WILSON, DEFCAD, INC., and DEFENSE DISTRIBUTED ("Defendants") file this notice of compliance with the Magistrate's Order on Plaintiff Larosiere's Short-Form Motion to Overrule Meritless Objections and Compel Complete Responses to Interrogatories and Requests for Production ("RFPs"). Doc. 213; *see also* Docs. No. 156, 156-1–156-6 (responses to Interrogatories and RFPs as they relate to Defendants Cody Rutledge Wilson, Defcad, Inc., and Defense Distributed) dated February 13, 2026 ("The Magistrate's Order")

  The Magistrate's Order directed that Defendants produce to Plaintiff a privilege log in full compliance with the Standing Order on Privilege Logs within seven days. *See* Doc. 213, at pp. 12–13. Defendants produced an amended privilege log to Plaintiff on February 20, 2026, *see e.g.,* Doc. 215–1 ("Amended Privilege Log"). The parties also met and conferred to address any outstanding objections to the Amended

330938757v.1

Privilege Log on February 23, 2026, at 11:00 a.m. EST via Zoom conference, pursuant to the Magistrate's Order dated February 13, 2026. *See* Doc. 213, at p. 13. During the conference, Plaintiff's Counsel represented that he did not have any issues with Amened Privilege Log, aside from the entries between Cody R. Wilson and Garret Walliman, corporate employees for the Defendant entities, for which Defendants are filing an objection to the Magistrate's Order regarding these communications.

Dated: February 27, 2026        Respectfully submitted,

                         **Wilson Elser Moskowitz Edelman & Dicker LLP**

By:    *s/Leia V. Leitner*
       Leia V. Leitner, Esq.
       Florida Bar No: 105621
       111 North Orange Avenue
       Suite 1200
       Orlando, Florida 32801
       Telephone: 407-423-7287
       Facsimile: 407-648-1376
       Leia.Leitner@wilsonelser.com
       Cheryl.Kujawski@wilsonelser.com

       Jura C. Zibas, Esq.
       Florida Bar No: 124571
       Amaris C. Gyebi, Esq.
       Florida Bar No: 1019361
       2063 Main Street - Suite 100
       Sarasota, Florida 34237
       Telephone: 941-866-8561
       Facsimile: 941-210-5979
       Jura.Zibas@wilsonelser.com
       Amaris C. Gyebi, Esq.
       Cheryl.Kujawski@wilsonelser.com

*Counsel for Defendants*
*Cody Rutledge Wilson, DEFCAD, Inc. and*
*Defense Distributed*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 27th of February, 2026 a true and correct copy of the foregoing document has been served by email to the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

                                                *s/Leia V. Leitner*
                                                Leia V. Leitner

# EXHIBIT A

**Leitner, Leia V.**

---

| | |
|---|---|
| **From:** | Leitner, Leia V. |
| **Sent:** | Friday, February 20, 2026 2:29 PM |
| **To:** | Zachary Zermay; Geraldine Phillips |
| **Cc:** | Gyebi, Amaris; Zibas, Jura C.; Kujawski, Cheryl A. |
| **Subject:** | FW: SERVICE OF DOCUMENT - Larosiere - Wilson et al  26387.00008 - Amended Privilege Log - Meet and Confer Requirement per Court Order |
| **Attachments:** | Amended Privilege Log (Wilson, Def Dist, Defcad).pdf |

Dear Mr. Zermay,

At our meet-and-confer conference, already scheduled for Monday, February 23, 2026, at 11:30 a.m. EST, we will add the topic of Defendants' Amended Privilege Log, and whether Plaintiff has any outstanding objections to the privilege/protection designations regarding the same.

The meet and confer is required by the Court's Order (Doc. 213), to meet and confer within seven days following the service of the Amended Privilege Log.

Regards,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



---

**From:** Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Sent:** Friday, February 20, 2026 1:54 PM
**To:** Zachary Zermay <zach@zermaylaw.com>; Geraldine Phillips <info@zermaylaw.com>
**Cc:** Chad Flores <cf@chadflores.law>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** SERVICE OF DOCUMENT - Larosiere - Wilson et al 26387.00008

**[EXTERNAL EMAIL]**

**SERVICE OF DOCUMENT(s)**

**Good Afternoon –**

| **CAPTION:** | Matthew Larosiere  -vs-  Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC. |
|---|---|

| | |
|---|---|
| **COURT:** | USDC – Middle District of Florida – Orlando Division |
| **COURT CASE NO.:** | 6:24-CV-01629-AGM-LHP |
| **DOCUMENTS SERVED:** | Amended Privilege Log (Wilson, Def Dist, Defcad) |
| **SERVING PARTY:** | Defendants:<br>　Cody Rutledge Wilson  -  DEFCAD, Inc., -  Defense Distributed |
| **SERVING PARTY COUNSEL** | **Wilson Elser Moskowitz Edelman & Dicker**<br>2063 Main Street – Suite 100<br>Sarasota  FL  34237<br><br>　**Jura C. Zibas, Esq.**<br>　Jura.Zibas@wilsonelser.com<br>　Direct Dial:  941-866-8561<br>　Office Fax:    941-210-5979<br><br>　**Leia V. Leitner, Esq.**<br>　Leia.Leitner@wilsonelser.com<br>　Tele:   407-423-7287<br>　Fax:    407-648-1376 |
| **WILSON ELSER FILE NO:** | 26387.00008 |
| **NOTES:** | If you have any questions, please feel free to contact me on my direct line at 941-866-8562.  Thank you. |

Cheryl A. Kujawski
Legal Secretary
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street, Suite 100
Sarasota, FL 34237
941.866.8562 (Direct)
941.210.5980 (Main)
941.210.5979 (Fax)
cheryl.kujawski@wilsonelser.com