UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                                 Case No: 6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

**NOTICE OF FILING OF CUSTODIANS FOR SLACK CHAT SEARCH**

    Defendants, **Cody Rutledge Wilson, Defense Distributed,** and **DEFCAD, Inc.**, by and through undersigned counsel, and in accordance with the Court's February 13, 2026 Order (Dkt. 213), hereby state as follows:

    1. Defendants requested that Plaintiff provide a list of suggested custodians that should be used for the Slack Chat search.

    2. Plaintiff responded as shown below:



3. Setting aside Plaintiff's repeated mischaracterizations, Defendants have no objection to Plaintiff's proposed custodian list, which is reproduced below for ease of reference:

    a. Cody Wilson (aka zinoviev)

    b. Garret Walliman (aka GW)

    c. Thomas Odom (aka Tommy Odom)

    d. Stephen Sheftall

    e. Pablo Diaz (aka Bloblems)

    f. Ben Denio

                                          Respectfully submitted,
                                          **WILSON ELSER MOSKOWITZ**
                                              **EDELMAN& DICKER LLP**

                             By:   *s/Amaris C. Gyebi*
                                      Leia V. Leitner
                                      Florida Bar No: 105621
                                      111 North Orange Avenue

Suite 1200
Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone:941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of February, 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,*

917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/ Amaris C. Gyebi*
Amaris C. Gyebi
