# EXHIBIT A

# Gyebi, Amaris

| | |
|---|---|
| **From:** | Gyebi, Amaris |
| **Sent:** | Monday, December 1, 2025 8:31 PM |
| **To:** | Zachary Zermay; Geraldine Phillips |
| **Cc:** | Leitner, Leia V.; Zibas, Jura C.; Kujawski, Cheryl A.; Chad Flores |
| **Subject:** | SERVICE OF DOCUMENTS - Larosiere vs Wilson et al 26387.00008 |
| **Attachments:** | 2025.12.01 - DEFCAD Inc.'s Supplemented Response to RFP(323154142.1)(325817839.1).pdf; 2025.12.01 - Defense Distributed's Supplemented Response to RFP(323157667.1)(325817920.1).pdf; 2025.12.01- Cody Rutledge Wilson's Supplemented Response to RFP(323174813.1)(325817799.1).pdf; Privilege Log - Volume 1 Production(325818040.1).pdf |

**SERVICE OF DOCUMENT(s)**

**Good Evening –**

| CAPTION: | Matthew Larosiere -vs- Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC. |
|---|---|
| COURT: | USDC – Middle District of Florida – Orlando Division |
| COURT CASE NO.: | 6:24-CV-01629 |
| DOCUMENTS SERVED: | 1. Cody Wilson's Supplemented Responses to Plaintiff's First RFP<br>2. DEFCAD's Supplemented Responses to Plaintiff's First RFP<br>3. Defense Distributed's Supplemented Responses to Plaintiff's First RFP<br>4. Volume 1 Privilege Log<br>5. Volume 1 Production:<br> |
| SERVING PARTY: | Defendants:<br>    Cody Wilson, Defense Distributed, DEFCAD, Inc. |

| | |
|---|---|
| **SERVING PARTY COUNSEL** | **Wilson Elser Moskowitz Edelman & Dicker**<br>2063 Main Street – Suite 100<br>Sarasota  FL  34237<br><br>**Jura C. Zibas, Esq.**<br>Jura.Zibas@wilsonelser.com<br>Direct Dial:  941-866-8561<br>Office Fax:   941-210-5979<br><br>**Leia V. Leitner, Esq.**<br>Leia.Leitner@wilsonelser.com<br>Tele:  407-423-7287<br>Fax:    407-648-1376<br><br>**Amaris C. Gyebi, Esq.**<br>Amaris.Gyebi@wilsonelser.com<br>Direct Dial:  941-210-5961<br>Office Fax:   941-210-5979 |
| **WILSON ELSER FILE NO:** | 26387.00008 |
| **NOTES:** | If you have any questions, please feel free to contact me on my direct line. Thank you. |

Amaris Gyebi
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street Suite 100
Sarasota, FL 34237
941.210.5961 (Direct)
407.616.6006 (Cell)
941.210.5980 (Main)
941.210.5979 (Fax)
amaris.gyebi@wilsonelser.com