# EXHIBIT B

| Wilson/ Walliman Communication Required to be Produced | Wilson/ Attorney Communication- Disclosure Denied w/out Prejudice | Extent of Overlap |
|---|---|---|
| CTRL01078196 | CTRL01999456 | CTRL01999456 and CTRL01078196 are in the same email chain |
| CTRL01078197 | CTRL01999457 | Same document |
| CTRL01078598 | CTRL01157626 | CTRL01078598 and CTRL01157626 are in the same email chain |
| CTRL01694517 | CTRL01157590 | CTRL01694517 and CTRL01157590 are in the same email chain |
| CTRL01805925 | CTRL01997866 | CTRL01805925 and CTRL01997866 are in the same email chain |