# EXHIBIT C

| File Name | Date (Learned or the Document was Prepared or Shared) | From (Name/ Job Title/ Author) | To (Name/ Job Title/ Author) | CC (Name/ Job Title/Author) | Title and/or Description; Subject Matter Addressed; Purposes for which the information or Document was prepared or communicated; Degree of Confidentiality | Specific Basis of Privilege Asserted |
|---|---|---|---|---|---|---|
| CTRL01077862 CTRL01694517 CTRL01694521 CTRL01694524 | 1/11/2025 | Garret Walliman, *Lead Software Developer for Defense Distributed /DEFCAD* | Cody Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | N/A | **Title and/or Description**: Email and attachments discussing an Excel spreadsheet between corporate employees to provide information to counsel regarding publication dates for the copyrights-in-suit based on information collected from online publications.<br><br>**Subject Matter:** **Fwd: Injunction Works Updated**<br><br>**Purposes for which the information or Document was prepared**: Communication between corporate employees, for whom prior legal advice was received, to those who have a need to know in the scope of their corporate responsibilities, for purposes of developing a defense strategy.<br><br>**Degree of Confidentiality**: Confidential | Corporate Employees, Attorney-Client and Work Product |
| CTRL01795602 | 1/12/2025 | Garret | Cody | N/A | **Title and/or Description**: | Corporate |

| | | | | | | |
|---|---|---|---|---|---|---|
| CTRL01795603 | | Walliman, *Lead Software Developer for Defense Distributed/DEFCAD* | Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | | Email and attachments discussing an Excel spreadsheet between corporate employees to provide information to counsel regarding publication dates for the copyrights-in-suit based on information collected from online publications.<br><br>**Subject Matter:**<br>Fwd: Injunction Works Updated<br><br>**Purposes for which the information or Document was prepared**: Communication between corporate employees, for whom prior legal advice was received, to those who have a need to know in the scope of their corporate responsibilities, for purposes of developing a defense strategy.<br><br>**Degree of Confidentiality**: Confidential | Employees, Attorney-Client and Work Product |
| CTRL01078598 CTRL01078601 | 4/19/2025 | Cody Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | Garret Walliman, *Lead Software Developer for Defense Distributed/DEFCAD* | N/A | **Title and/or Description**: Email and attachments between corporate employees discussing an Excel spreadsheet to provide information to counsel regarding publication dates for the copyrights-in-suit based on information collected from online publications.<br><br>**Subject Matter:**<br>Fwd: Larosiere v. Wilson<br><br>**Purposes for which the information or Document was prepared**: | Corporate Employees, Attorney-Client and Work Product |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Communication between corporate employees, for whom prior legal advice was received, to those who have a need to know in the scope of their corporate responsibilities, for purposes of developing a defense strategy.<br><br>**Degree of Confidentiality**: Confidential | |
| CTRL01805925 | 1/25/2025 | Garret Walliman, *Lead Software Developer for Defense Distributed /DEFCAD* | Cody Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | N/A | **Title and/or Description**: Email and attachments between corporate employees discussing the photos for the copyrights-in-suit to provide information to counsel.<br><br>**Subject Matter:** Re: Larosiere v. Wilson (M.D. Fla.) • 2D photo/text cessation<br><br>**Purposes for which the information or Document was prepared**: Communication between corporate employees, for whom prior legal advice was received, to those who have a need to know in the scope of their corporate responsibilities, for purposes of developing a defense strategy.<br><br>**Degree of Confidentiality**: Confidential | Corporate Employees, Attorney-Client and Work Product |
| CTRL01750761 | 11/14/2024 | Cody Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | Garret Walliman, *Lead Software Developer for Defense Distributed /DEFCAD* | N/A | **Title and/or Description**: Email requesting a corporate employee to provide materials to counsel to prepare a counterclaim.<br><br>**Subject Matter:** Re: Gataleaks Website | Corporate Employees, Attorney-Client and Work Product |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | **Purposes for which the information or Document was prepared**: Communication between corporate employees, for whom prior legal advice was received, to those who have a need to know in the scope of their corporate responsibilities, for purposes of developing a defense strategy for a counterclaim for this lawsuit.<br><br>**Degree of Confidentiality**: Confidential | |
| CTRL01078196<br>CTRL01078197 | 11/18/2024 | Cody Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | Garret Walliman, *Lead Software Developer for Defense Distributed/DEFCAD* | N/A | **Title and/or Description**: Email requesting a corporate employee to provide materials to counsel regarding the facts and circumstances surrounding the counterclaim.<br><br>**Subject Matter:**<br>Fwd: Larosiere - Draft Answer<br><br>**Purposes for which the information or Document was prepared**: Communication between corporate employees, for whom prior legal advice was received, to those who have a need to know in the scope of their corporate responsibilities, for purposes of developing a defense strategy.<br><br>**Degree of Confidentiality**: Confidential | Corporate Employees, Attorney-Client and Work Product |
| CTRL00936419 | 3/7/2025 | Garret Walliman, *Lead* | Cody Wilson, *Corp. Rep. of Defense* | N/A | **Title and/or Description**: Email regarding a Google Doc with a link to share to | Corporate Employees, Attorney- |

| | | | *Software Developer for Defense Distributed /DEFCAD* | *Distributed, DEFCAD* | | include information from a corporate employee regarding the corporation to provide information to counsel for drafts of Wilson's First Request for Production to Celentano with Defense Counsel.<br><br>**Subject Matter:**<br>Wilson's First RFP to Celentano<br><br>**Purposes for which the information or Document was prepared**: Preparing discovery materials for lawsuits for DEFCAD/Defense Distributed.<br><br>**Degree of Confidentiality**<br>Confidential | Client and Work Product |
|---|---|---|---|---|---|---|---|
| CTRL01085408<br>CTRL01085409<br>CTRL01085410<br>CTRL01085411 | 3/15/2025 | | Cody Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | Garret Walliman, *Lead Software Developer for Defense Distributed /DEFCAD* | N/A | **Title and/or Description**: Email and attachments concerning information requested from a corporate employee to provide to counsel for discovery purposes.<br><br>**Subject Matter:**<br>Fwd: SERVICE OF COURT DOCUMENT: 6:24-cv-01629-WWB-LHP Larosiere v. Wilson et al: Responses to Requests for Production to Matthew Larosiere<br><br>**Purposes for which the information or Document was prepared**: Requesting information from a corporate employee to | Corporate Employees, Attorney-Client and Work Product |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | provide documents in response to plaintiff's discovery requests at the request of counsel.<br><br>**Degree of Confidentiality**: Confidential | |
| CTRL01772883<br>CTRL01772884<br>CTRL01772885<br>CTRL01772886<br>CTRL01772890<br>CTRL01772891<br>CTRL01772892<br>CTRL01772893<br>CTRL01772895 | 11/28/2021 | Garret Walliman, *Lead Software Developer for Defense Distributed /DEFCAD* | Cody Wilson, *Corp. Rep. of Defense Distributed, DEFCAD* | N/A | **Title and/or Description**: Email and attachment requesting corporate employee to provide discovery information for a separate action for DEFCAD's trademark action filed in SDNY.<br><br>**Subject Matter:** Discovery Information<br><br>**Purposes for which the information or Document was prepared**: Communications between corporate employees to prepare discovery materials for a separate DEFCAD lawsuit filed in SDNY at the direction of counsel.<br><br>**Degree of Confidentiality**: Confidential | Corporate Employees, Attorney-Client and Work Product |