UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

*Defendants*.

_____/

**NOTICE RE: PLAINTIFF'S POSITION ON SLACK CHAT CUSTODIANS**

Plaintiff submits this notice in compliance with this Court's February 13, 2026 order (Doc. 213) regarding the parties' positions on the list of custodians that should be used for the Slack chat search. Plaintiff felt it necessary to separately file his notice for the reasons outlined below, chiefly that Defendants suggested Plaintiff as a custodian of Defendant's slack chat.

Unfortunately, Plaintiff still has not received responsive communications from Defendants Defcad or Defense Distributed identifying the roles of their employees. Plaintiff has been attempting to ascertain which employees actually handled the works at issue since September. (*See, e.g.*, Doc. 156-2 at Request No. 66).[1] Plaintiff was directed to ask Defcad, Inc., and so he did. Earlier this week, Defendants Defcad and Defense Distributed responded to those requests for production, indicating that

---

[1] Plaintiff hoped he could at least glean some names from Defendants' compelled production today, but the amended response to these requests deny the existence of any responsive materials.

1

the identities of which employees uploaded or posted the works at issue were not relevant to the claims or defenses in this action.

Shortly after February 19, counsel for Defendants demanded that *Plaintiff* provide an updated Rule 26 disclosure providing the names, contact information, and substantive descriptions for *Defendants' own employees*, which Plaintiff still does not know. When the parties conferred on February 23rd, the matter was unresolved. As such, Plaintiff is only able to guess as to who may have the records sought.

Today, Defendants identified *Plaintiff and his friend John* as the proposed custodians for *Defendant's* slack chat. (Ex. A at 3). Based on the limited information available to Plaintiff, which enables little more than a guess, Plaintiff proposes the following custodians:

1. Cody Wilson (aka zinoviev)
2. Garret Walliman (aka GW)
3. Thomas Odom (aka Tommy Odom)
4. Stephen Sheftall
5. Pablo Diaz (aka Bloblems)
6. Ben Denio

Respectfully submitted,    DATED:  February 27, 2026

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
1200 Fourth Street, #1102
Key West, FL 33040
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Plaintiff Matthew Larosiere*