UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                          Case No: 6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

## AMENDED NOTICE OF FILING OF CUSTODIANS FOR SLACK CHAT SEARCH

Defendants, **Cody Rutledge Wilson, Defense Distributed,** and **DEFCAD, Inc.**, by and through undersigned counsel, and in accordance with the Court's February 13, 2026 Order (Dkt. 213), and March 2, 2026 (Dkt. 228) hereby state as follows:

1. Defendants propose the following custodians for the Slack Chat Search:

    a. Cody Wilson (aka zinoviev)

    b. Garret Walliman (aka GW)

    c. Thomas Odom (aka Tommy Odom)

    d. Stephen Sheftall

    e. Pablo Diaz (aka Bloblems)

    f. Ben Denio, Benjamin Denio

1

2. The names and/or usernames proposed by Plaintiff correspond with the authors Defendants found in their original search and production of Slack documents related to this suit based on Plaintiff's First Requests for Production, or are otherwise referenced in the overall production of documents by Defendants in this matter.

3. There are no other custodians Defendants would suggest beyond those suggested by Plaintiff, as they reflect the only individuals to have, or potentially have, information relevant to this suit to date. Defendants provided their position as unopposed to Plaintiff's list of custodians for these reasons. *See* Dkt. 224; *see also* Dkt. 213 at 14-15, fn.5 ("…the parties shall file a joint notice stating the parties' positions on the list of custodians that should be used for the Slack chat search." "…if the parties cannot file a joint notice, they may file two separate notices on the issue of proposed custodians.").

Dated: March 2, 2026

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN& DICKER LLP**

By: *s/Amaris C. Gyebi*
Leia V. Leitner
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

        Jura C. Zibas
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone: 941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants
Cody Rutledge Wilson
DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of March, 2026 a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF E-Filing Portal, which will serve an electronic copy of the foregoing on the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

        *s/ Amaris C. Gyebi*
        Amaris C. Gyebi