# COMPOSITE EXHIBIT B – WILSON'S PUBLISHED USE OF UNDISCLOSED NAMES FOR LAROSIERE AND ELIK



Figure 1 The above, from https://defcad.com/blog/triton-9-gr2-pride/, refers to Elik as "Great Rememberer"

# What Happened to FOSSCAD?

Publication Date
09.29.25

No (primal) father should have to bury his (disabled) child. The young perish while the old linger. Alas, that these evil days should be mine!

Yes, the FOSSCAD subreddit was banned on Friday, September 26th for violating "Rule 7." Among others, I have been scapegoated because I mentioned FOSSCAD in a federal lawsuit filed the previous day against the John Elik Gang. I will say in my defense, however, that this was, to use a soft ontological term The Gatalog will understand, a *rifle pleading*. I therefore doubt it had too large a spread online before the very next day. *Note: Though* rifle pleading *is my coinage and I give it away for free, I will sue you if you steal it.*

There's talk of new "communities," a forum, or of moving to new tech like Fediverse (Freeman1337 has moved here already). But you'll find Redditors stick to Reddit.

What is Rule 7? Does it matter? To duke themselves in on the meager profits made from 3D2A kits, FOSSCAD and The Gatalog pursued a strategy of deliberate ignorance of the law and public policy of 3D guns. As the social rituals began to fail and we entered a sacrificial crisis, the strategy evolved to one of denial and, ultimately, perverse disavowal.

What does this letter mean? Won't anyone Fuddbust its funny numbers?

---

| | | |
|---|---|---|
| A STEP file for the 3D printable Hitchhiker firearm receiver. | 0E501 | a |
| Hitchhiker Receiver STEP file | | |
| A STEP file for the 3D printable Hitchhiker firearm assembly. | 0E501 | a |
| Hitchhiker Assembly STEP File | | |

COMMENTS FROM LICENSING OFFICER(S):

ITEM #1:
This commodity is classified as 0E501.a and is controlled for National Security (NS1), Regional Stability (RS1), Crime Control (CC2), Anti-Terrorism (AT1) and UN (see 746.1(b) of the EAR) reasons. Please review the Country Chart, Supplement No. 1 to Part 738 for licensing requirements. See Part 740 of the EAR for other exception options.
Further, a BIS export license is required to export or reexport an item subject to the EAR, even when one would not otherwise be necessary, if an exporter or reexporter knows, or has reason to know that the item will be used in activities related to nuclear, chemical or biological weapons or missile delivery systems, or to proscribed destinations.



*Figure 2 The above, from https://ddlegio.com/what-happened-to-fosscad/, refers to Elik as "The Oracle at Alton" and "the Oracle."*



*Figure 3 The above, from Wilson's 2024 "Black Flag White Paper," refers to Elik, Larosiere, and Holladay as "Zarathustra's three apes" pointing to an article written by them on April 9, 2021.*