# DECLARATION OF MATTHEW LAROSIERE

1. I am Matthew Larosiere, Plaintiff in the above-styled action.
2. I submit this declaration in support of Plaintiff's motion for sanctions under Rule 37(b).
3. I make this declaration based on my own observations of the materials herein discussed. If called upon to testify, I could and would do so.
4. On or about January 1, 2026, Defendant Wilson appeared in a widely viewed documentary, "Inside The World of Ghost Guns," which, as of the date of this writing, appears to have amassed 2.6 million views. ("the Documentary").
5. I watched the Documentary at this link: https://www.youtube.com/watch?v=pK4oyJLhpKY.
6. In the Documentary, Defendant Wilson is interviewed at a location he identified as "DD HQ" (Defense Distributed Headquarters) (Timestamps: 3:20, 4:10).
7. According to information and belief, identified below, the relevant parts of this documentary shown in this exhibit were filmed at 8403 Cross Park Drive, Ste. 3E Austin, TX. This is the same address Defendant Wilson swears is his "residence" (Doc 221).
8. Defendant Wilson's response to Larosiere's First Set of Interrogatories and his signature on that document shown below confirm that Defendant Wilson has had no other residences besides 8403 Cross Park Drive, Ste. 3E Austin, TX since October 2025. I was told by my counsel that no "HIGHLY CONFIDENTIAL" address was ever provided, and these responses have not been supplemented since.

1

> 4. List all of the addresses you have lived at for longer than one week since January 1, 2021, and the time period you lived there. Your response must include your current residence address(es).
>
> **ANSWER:** Defendant states that, within his recollection, which will not allow a complete answer, he has resided at the following places since January 1, 2021:
>
> - 2320 DONLEY DR STE C, AUSTIN, TX 78758-4514, TRAVIS COUNTY (Oct 2016 - Oct 2025)
> - 8403 CROSS PARK DR STE 3B, AUSTIN, TX 78754-4575, TRAVIS COUNTY (Jun 2015 – Oct 2025)
> - 4610 CRESTWAY DR, AUSTIN, TX 78731-5204, TRAVIS COUNTY (Jan 2024 - Oct 2024)
> - 2237 W BRAKER LN APT, AUSTIN, TX 78758-4031, TRAVIS COUNTY (Oct 2020 - Nov 2023)
> - 7903 TISDALE DR, AUSTIN, TX 78757-8414, TRAVIS COUNTY (Oct 2019 - Dec 2022)
>
> **AMENDED ANSWER:** Without waiving the objections above, Defendant states that the information above is accurate. Discovery is ongoing. Defendant will supplement his current address under the "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation based on privacy concerns.
>
> **VERIFICATION**
>
> Under penalty of perjury, I swear the foregoing responses are true and correct to the best of my knowledge.
>
> /s/Cody Wilson
> By: Cody Wilson
>
> /s/Leia V. Leitner
> Attorney for Cody Wilson
>
> Dated: December 15, 2025    Respectfully Submitted,

9. Defendant Wilson swore only as to searching 8403 Cross Park Drive, Ste. 3E Austin, TX (Doc 221).
10. Based on Defendant Wilson's sworn statement in (Doc 221), I understand his residence is at 8403 Cross Park Drive, Ste. 3E Austin, TX.
11. Based on Defendant Wilson's sworn response to Interrogatory 4 shown above, I understand that Defendant Wilson has no other address he resides at. I understand this to mean that Defendant Wilson operates his companies out of his home.
12. Employees of Defendant Wilson's companies are filmed performing their job duties at Defendant Wilson's residence throughout the Documentary.
13. A large number of electronic devices – such as computers, laptops, and servers – are visible at Defendant Wilson's residence throughout the Documentary.
14. However, (Doc 221) does not indicate a search of these computers, laptops, and servers which are present in his residence.
15. I came to these conclusions viewing the Documentary with the following methodology:

In the below exemplars, the perspective of the footage is represented by the following camera icon:



Two lines will extend from both sides of the camera icon to represent the left and right furthest extent of the shot I saw in the Documentary. Both the icon and lines will always be green.

Features within each shot will be highlighted or marked with colored lines and transparent shapes for purposes of matching them to the building plan. Highlighted features will reference the building plan with red-colored, dashed arrows. These matches are important to validate the building plan, the extent of Suite 3E, and the shot locations.

I obtained the full building plan for 8403 Cross Park Drive from the 8403 Cross Park Drive leasing flyer PDF advertised on the owner's website:



([8403 Cross Park Drive Live Oak leasing flyer](#))

3



(8403 Cross Park Drive building-wide floor plan with Suite 3E, Mr. Wilson's declared residence, highlighted)



(Google Street View of 8403 Cross Park Drive, Suite 3E; showing front tree (in blue) and door (red arrow))



(Timestamp of the Documentary: 3:13; overhead drone shot, identifying front tree (in blue) and door)



(Timestamp of the Documentary: 3:19; kitchenette (in purple) and columns (in orange) matched)



(Timestamp of the Documentary: 3:19; unknown laptop shown in frame)

6



(Timestamp of the Documentary: 4:06)



(Timestamp of the Documentary: 4:06; showing two (2) unknown desktop computers and one (1) Apple MacBook Air laptop computer)



(Timestamp of the Documentary: 5:29; acute wall angle (in purple), door, and structural pole (in blue) matched)



(Timestamp of the Documentary: 5:31; overhead door and structural pole (in blue) matched)

8



(Timestamp of the Documentary: 6:29; fore wall edge (in blue) and kitchenette (in purple) matched)



(Timestamp of the Documentary: 6:56)

9



(Timestamp of the Documentary: 6:58; overhead door and man door matched)



(Timestamp of the Documentary: 6:58; an unknown laptop computer)



(Timestamp of the Documentary: 7:02)



(Timestamp of the Documentary: 7:02; two (2) Apple MacBook Air laptop computers)



(Timestamp of the Documentary: 15:09)



(Timestamp of the Documentary: 15:10; front tree (in blue), rooms (in purple and orange, from front to back), and lit firearms case matched)



(Timestamp of the Documentary: 19:03)



(Timestamp: 19:26; column (in orange) matched)



(Timestamp of the Documentary: 21:29)



(Timestamp of the Documentary: 21:58)



(Timestamp of the Documentary: 30:17)



(Timestamp of the Documentary: 30:17; one (1) unknown laptop)

15



(Timestamp of the Documentary: 30:22; angular layout (in purple), column (in blue), and lit firearms case (in green) matched)



(Timestamp of the Documentary: 30:22; one (1) Apple MacBook Air laptop computer)

16



(Timestamp of the Documentary: 30:26; column (in blue) and cabinets (in orange) matched)



(Timestamp of the Documentary: 30:26; one (1) Apple Mac Mini Pro computer appears plugged in as a server)

17



(Timestamp of the Documentary: 30:47; close in view of server hardware and numerous active computer links)

Below the Mac Mini Pro appears to be an Ubiquiti Dream Machine, an enterprise server gateway:



18



(Timestamp of the Documentary: 37:42)



(Timestamp of the Documentary: 37:49; fore wall edge (in blue) and door behind (in orange) matched)

16. From the Documentary, every room on the floor plan in the building Mr. Wilson identified as his residence, with the exception of two bathrooms and a closet, are visible.
17. Despite showing every room save for the two bathrooms and a closet, no bed was visible in Wilson's residence.
18. In the Documentary, at least 10 computers were visible in Wilson's residence.
19. In the Documentary, Ubiquiti equipment, which is advertised as enterprise-grade equipment, with multiple active computer links, are visible in Wilson's residence.
20. Where the Documentary shows the Ubiquiti equipment in Wilson's residence, the data lights are flickering, suggesting they are actively processing computer traffic from at least 14 machines.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2026, in Orlando, Florida.

_____
Matthew Larosiere