# EXHIBIT B

## Leitner, Leia V.

| | |
|---|---|
| **From:** | Leitner, Leia V. |
| **Sent:** | Tuesday, October 28, 2025 8:28 PM |
| **To:** | 'Zachary Zermay' |
| **Cc:** | Chad Flores; Zibas, Jura C.; Gyebi, Amaris; Geraldine Phillips; Kujawski, Cheryl A. |
| **Subject:** | RE: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding Plaintiff's outstanding discovery issues |

Dear Mr. Zermay:

Perfect; October 31, 2025, at 4:00 p.m. EST works.

Below is the Zoom link for the conference on Friday, October 31, 2025, at 4:00 p.m. EST:
- Join Zoom Meeting: https://wilsonelser.zoom.us/j/83651590752?pwd=ZF8qOPBwnqOBibzo2GPDMr8HQBzuBZ.1
- Meeting ID: 836 5159 0752
- Passcode: 156042

I will circulate a calendar invite with the Zoom link shortly.

If Mr. Larosiere plans to appear on the call to represent himself, as he did during our call on October 25, 2025, please have him file an Appearance as required under Local Rule 2.02.

We look forward to having a productive call with you on Friday.

Sincerely,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

 

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Tuesday, October 28, 2025 7:45 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Chad Flores <cf@chadflores.law>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding Plaintiff's outstanding discovery issues

**EXTERNAL EMAIL** This email originated from outside the organization.

1. Good evening,
2. 
3. The earliest I could book the court reporter was for this Friday at 4:00pm. Does that work for you?
4. 

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Tue, Oct 28, 2025 at 9:40 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

I am following up on our request for a meet-and-confer this week. Please let us know if you are available on **Wednesday, October 29, 2025, from 10:00 a.m. to 4:00 p.m. EST**, or **Thursday, October 30, 2025, at 10:00 a.m. EST**, to discuss the outstanding discovery issues outlined below, pursuant to Local Rule 3.01(g).

We agree to be recorded on this call by a court reporter.  Please retain the court reporter for the meeting.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Leitner, Leia V.
**Sent:** Monday, October 27, 2025 4:00 PM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>; Chad Flores <cf@chadflores.law>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding Plaintiff's outstanding discovery issues

Dear Mr. Zermay:

We have received your letter dated October 25, 2025, regarding the meet and confer to discuss the outstanding discovery issues for the topics noted below:

- Plaintiff's responses to Defendant's Request for Production Nos. 12, 13, and 45, and produce a privilege log for any items withheld due to privilege;

- Plaintiff's answers and objections to Interrogatories Nos. 1, 3, and 9, as noted in the attached October 7, 2025 Letter;

- ESI Protocol and/or search terms to discuss for production;

- Plaintiffs' initial disclosures regarding Plaintiff's direct claims pursuant to Fed. R. Civ. P. 26(a)(1);

- Cody Wilson's discovery demands served on October 15, 2025; and

- Cody Wilson's deposition topics are limited to the claims in this case.

We are available for the meet-and-confer on **Wednesday, October 29, 2025, from 10:00 a.m. to 4:00 p.m. EST**, and on **Thursday, October 30, 2025, at 10:00 a.m. EST**, to discuss the outstanding discovery issues above pursuant to Local Rule 3.01(g). We agree that a court reporter may be present to record this meeting, as requested. Thus, please retain a court reporter for this meet-and-confer this week to avoid further delays.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801

407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

 

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Saturday, October 25, 2025 3:24 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding Plaintiff's outstanding discovery issues

**EXTERNAL EMAIL** This email originated from outside the organization.

Good afternoon,

Please find a correspondence enclosed.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



4

On Sat, Oct 25, 2025 at 12:40 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

We note that we agreed to meet and confer today, Saturday, October 25, 2025, at 11:30 a.m., to discuss the outstanding discovery issues in this matter. While our firm circulated the Zoom link ahead of the meeting, you sent a new Zoom link at 11:30 a.m. because you and Mr. Larosiere wanted to record the call – a point you did not communicate until the call itself.

For two weeks, our firm has attempted to meet and confer on these issues to advance this case. That Plaintiff elected to prolong this process by waiting until the agreed-upon date and time for the conferral to raise a request to record the conferral via Zoom is unacceptable. Attempting to strongarm defense counsel into agreeing to be recorded by claiming that remaining on the conference call is implicit consent to being recorded is unacceptable. And the unprofessionalism displayed by Plaintiff during the conferral is unacceptable, including name-calling and personal attacks on counsel, which will not be tolerated.

Despite the exercise of bad faith and the Plaintiff's deplorable behavior, we continue to be amenable to resolving this issue. As stated on the call, if Plaintiff wants a court reporter present at the conferrals, we have no objection. We will make ourselves available on Monday, October 27, 2025, to meet on the issues communicated and reproduced below for your convenience. If you would like a written or recorded record, please retain a court reporter.

Thank you.

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



---

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Saturday, October 25, 2025 12:11 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Kujawski, Cheryl A.

<Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding Plaintiff's outstanding discovery issues

**EXTERNAL EMAIL** This email originated from outside the organization.

Good afternoon,

Just writing to note that your side left the Zoom call because you refused to confer while being recorded by way of Zoom. Thanks.

Sincerely,

Zachary Z. Zermay, Esq.



**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Sat, Oct 25, 2025 at 11:29 AM Zachary Zermay <zach@zermaylaw.com> wrote:

Zachary Zermay is inviting you to a scheduled Zoom meeting.

Topic: Zachary Zermay's Zoom Meeting
Time: Oct 25, 2025 11:30 AM Eastern Time (US and Canada)
Join Zoom Meeting
https://thomassonpllc.zoom.us/j/84785226080?pwd=qCfNzO2ovaLNYpEbhJ9ju5yKt1LJTJ.1

Meeting ID: 847 8522 6080
Passcode: 516905

---

One tap mobile
+13052241968,,84785226080#,,,,*516905# US
+13017158592,,84785226080#,,,,*516905# US (Washington DC)

Join instructions
https://thomassonpllc.zoom.us/meetings/84785226080/invitations?signature=ltasfJwDAcQ_SmVRiS2M_3L1wWTRpe_wfmbYT_WC0Vs

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Sat, Oct 25, 2025 at 11:24 AM Zachary Zermay <zach@zermaylaw.com> wrote:

Good morning,

When was that emailed to Mr. Reynal? It is my understanding that it was emailed *before he withdrew* those requests; so they are a nullity. Thanks.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



7

On Sat, Oct 25, 2025 at 11:20 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

Attached, please find the Plaintiff's responses and objections to Defense Distributed's First Request for Production Nos. 1-58 for your review.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com




**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Saturday, October 25, 2025 11:17 AM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding Plaintiff's outstanding discovery issues

**EXTERNAL EMAIL** This email originated from outside the organization.

Good morning,

Please find enclosed a document relevant to our meet and confer. Thanks.

Sincerely,

Zachary Z. Zermay, Esq.

### Zermay Law

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Fri, Oct 24, 2025 at 6:03 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

As you know, we have our meet and confer scheduled on **Saturday, October 25, 2025, at 11:30 a.m.** on the following topics:

- Plaintiffs' responses to Defense Distributed's Discovery Demands:
    - Plaintiff's responses to Defendant's Request for Production Nos. 12, 13, and 45, and produce a privilege log for any items withheld due to privilege;
    - Plaintiff's answers and objections to Interrogatories Nos. 1, 3, and 9, as noted in the attached October 7, 2025 Letter;

- ESI Protocol and/or search terms to discuss for production;
- Plaintiffs' initial disclosures regarding Plaintiff's claims pursuant to Fed. R. Civ. P. 26(a)(1);
- Cody Wilson's discovery demands served on October 15, 2025; and
- Cody Wilson's deposition topics are limited to the claims in this case.

We are looking forward to speaking with you tomorrow. Thank you.

Sincerely,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200

Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)



---

**From:** Leitner, Leia V.
**Sent:** Thursday, October 23, 2025 10:21 AM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>
**Cc:** Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; 'Geraldine Phillips' <info@zermaylaw.com>; 'Chad Flores' <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding Plaintiff's outstanding discovery issues


Dear Mr. Zermay:


I circulated a calendar invite with a Zoom link for **Saturday, October 25, 2025, at 11:30 a.m.** to meet and confer on the following topics:

- Plaintiffs' responses to Defense Distributed's Discovery Demands:
    - Plaintiff's responses to Defendant's Request for Production Nos. 12, 13, and 45, and produce a privilege log for any items withheld due to privilege; and
    - Plaintiff's answers and objections to Interrogatories Nos. 1, 3, and 9, as noted in the attached October 7, 2025 Letter;

- ESI Protocol and/or search terms to discuss for production;
- Plaintiffs' initial disclosures; and
- Cody Wilson's discovery demands served on October 15, 2025

I am also including the Zoom link here for ease of convenience:

- https://wilsonelser.zoom.us/j/86815354097?pwd=LLW98rYzbsZGqFWD9ax9TGwuMLkDkA.1
  Meeting ID: 868 1535 4097
  Passcode: 830910

Look forward to speaking to you on Saturday!

Sincerely,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200

10

Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Leitner, Leia V.
**Sent:** Wednesday, October 22, 2025 9:11 AM
**To:** 'Zachary Zermay' <zach@zermaylaw.com>
**Cc:** Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** RE: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding Plaintiff's outstanding discovery issues

Dear Mr. Zermay:

I am free anytime on Friday for the meet-and-confer when you come back from Monroe County; however, if needed, we can meet on Saturday at 11:30 a.m.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Wednesday, October 22, 2025 9:03 AM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>

11