# EXHIBIT C

**Leitner, Leia V.**

| | |
|---|---|
| **From:** | Zachary Zermay <zach@zermaylaw.com> |
| **Sent:** | Wednesday, November 5, 2025 11:25 AM |
| **To:** | Leitner, Leia V. |
| **Cc:** | Chad Flores; Zibas, Jura C.; Gyebi, Amaris; Geraldine Phillips; Kujawski, Cheryl A. |
| **Subject:** | Re: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding discovery issues |
| **Attachments:** | Amended Disclosure.pdf |

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Good morning,

Thanks for the chat earlier today. Enclosed is the amended disclosure that you asked for. Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Wed, Nov 5, 2025 at 10:02 AM Zachary Zermay <zach@zermaylaw.com> wrote:
In the zoom meeting. Thanks.

Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Wed, Nov 5, 2025 at 9:59 AM Zachary Zermay <zach@zermaylaw.com> wrote:
Zachary Zermay is inviting you to a scheduled Zoom meeting.

1

Topic: Zachary Zermay Zoom Meeting
Time: Nov 5, 2025 10:00 AM Eastern Time (US and Canada)
Join Zoom Meeting
https://us04web.zoom.us/j/78799657383?pwd=SpHblnipjDhn6PK78ysORuohu9zRWc.1

Meeting ID: 787 9965 7383
Passcode: 4A8Vff


Sincerely,
Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Tue, Nov 4, 2025 at 10:13 AM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Sounds good.  I have circulated a calendar invitation and a Zoom link for tomorrow, November 5, 2025, at 10:00 a.m. EST.


If you intend to book a court reporter for the meeting, please have the court reporter use the following link:


https://wilsonelser.zoom.us/j/87518295915?pwd=RAxk3dLoTQaFblmAuTtKUorCIoVqma.1

Meeting ID: 875 1829 5915

Passcode: 523812



Thank you,


Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)

leia.leitner@wilsonelser.com

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Monday, November 3, 2025 7:52 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Chad Flores <cf@chadflores.law>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Subject:** Re: Case 6:24-cv-01629-WWB-LHP Larosiere v. Wilson - Good Faith Letter regarding discovery issues

> EXTERNAL EMAIL - This email was sent by a person from outside your organization. Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

Good evening,

November 5 at 10:00 am works for me. Talk to you then. Thanks.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Mon, Nov 3, 2025 at 7:02 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

　Dear Counsel:

3