# EXHIBIT A – COMPOSITE OF MATERIALS PREVIOUSLY PROVIDED AND DEFENDANTS' PUBLIC STATEMENTS

### Change history: SF5 - Documentation and Images

| DATE/TIME | USER | ACTION |
|---|---|---|
| May 10, 2024, 2:09 a.m. | DefDist | Changed ear_firearm_classification, regulatory_status, owner, creators, uploader, tags, super_entity and direct_download_entity. |
| Aug. 7, 2024, 11:01 p.m. | DefDist | Changed Not Sponsored. |
| Sept. 25, 2024, 10:35 p.m. | DefDist | Changed Organization. |
| Jan. 25, 2025, 1:56 a.m. | DefDist | Changed Approval status, Historic Entity and Super entity. |
| Feb. 26, 2025, 12:43 a.m. | punished_jackal | Changed Approval status. |

5 entries

"sf5_document_history.png"
Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

### Change history: The SF5

| DATE/TIME | USER | ACTION |
|---|---|---|
| Dec. 7, 2023, 12:07 a.m. | punished_jackal | Changed approval_status, contributors, organization, thumbnail and tags. |
| Dec. 7, 2023, 8:44 p.m. | DefDist | Changed ear_firearm_classification, regulatory_status, creators, contributors, uploader, publicly_published_url, release_year, release_month, release_day, tags, firearm_type and fabrication_tools. |
| Aug. 7, 2024, 11:01 p.m. | DefDist | Changed Not Sponsored. |
| Aug. 7, 2024, 11:01 p.m. | DefDist | No fields changed. |
| Jan. 30, 2025, 9:34 p.m. | DefDist | Changed Blocked Sub Entity. |
| Feb. 19, 2025, 4:17 p.m. | DefDist | Changed Description. |
| Feb. 20, 2025, 4:15 a.m. | DefDist | Changed Description. |

7 entries

"sf5_cad_history.png"
Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

2

| DATE/TIME | USER | ACTION |
|---|---|---|
| May 22, 2024, 9:38 p.m. | DefDist | Changed tags and super_entity. |
| May 22, 2024, 9:48 p.m. | punished_jackal | Changed approval_status, ear_firearm_classification, regulatory_status, thumbnail and tags. Added entity image "Plastikov v4 - Documentation and Images (DefDist) - entityimages/553d088db9f6470b9afaaf64dea80805.png". Added entity image "Plastikov v4 - Documentation and Images (DefDist) - entityimages/5d29e602928e48bc83326dfb0f2cecf0.png". Added entity image "Plastikov v4 - Documentation and Images (DefDist) - entityimages/c3753bc5868a4717ae08445179f128a3.png". |
| May 23, 2024, 11:41 p.m. | nikolai | Changed approval_status, tags and direct_download_entity. |
| May 23, 2024, 11:42 p.m. | nikolai | Changed owner, creators and tags. |
| Sept. 25, 2024, 10:35 p.m. | DefDist | Changed Organization. |
| Jan. 25, 2025, 1:57 a.m. | DefDist | Changed Approval status and Super entity. |

6 entries

Change history: Plastikov v4 - Documentation and Images

"plastikov_documents_history.png"
Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

| DATE/TIME | USER | ACTION |
|---|---|---|
| May 22, 2024, 8:57 p.m. | punished_jackal | Changed description, approval_status, ear_firearm_classification, regulatory_status, owner, thumbnail and tags. Added entity image "Plastikov V4 (Cyan) - entityimages/eb1857c5a92a446a882027c60667e228.png". Added entity image "Plastikov V4 (Cyan) - entityimages/8ec9ed61d6ea47529683748a32e02518.png". Added entity image "Plastikov V4 (Cyan) - entityimages/98acd951afb9485282fcf4c2ee1ea6fa.png". Added entity image "Plastikov V4 (Cyan) - entityimages/dde6e90de2da489f961fb8df3b634fd8.png". Added entity image "Plastikov V4 (Cyan) - entityimages/5ec96149799d40e192ec15f2d3305b67.png". |
| May 22, 2024, 8:58 p.m. | punished_jackal | Changed tags. Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/8ec9ed61d6ea47529683748a32e02518.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/98acd951afb9485282fcf4c2ee1ea6fa.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/dde6e90de2da489f961fb8df3b634fd8.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/5ec96149799d40e192ec15f2d3305b67.png". |
| May 22, 2024, 9:07 p.m. | DefDist | Changed uploader, tags, artifact_type, firearm_part, firearm_caliber and fabrication_tools. Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/8ec9ed61d6ea47529683748a32e02518.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/98acd951afb9485282fcf4c2ee1ea6fa.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/dde6e90de2da489f961fb8df3b634fd8.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/5ec96149799d40e192ec15f2d3305b67.png". |
| May 22, 2024, 9:37 p.m. | DefDist | Changed description and tags. Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/8ec9ed61d6ea47529683748a32e02518.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/98acd951afb9485282fcf4c2ee1ea6fa.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/dde6e90de2da489f961fb8df3b634fd8.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/5ec96149799d40e192ec15f2d3305b67.png". |
| May 23, 2024, 11:41 p.m. | nikolai | Changed approval_status and tags. Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/8ec9ed61d6ea47529683748a32e02518.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/98acd951afb9485282fcf4c2ee1ea6fa.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/dde6e90de2da489f961fb8df3b634fd8.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/5ec96149799d40e192ec15f2d3305b67.png". |
| May 23, 2024, 11:42 p.m. | nikolai | Changed creators and tags. Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/8ec9ed61d6ea47529683748a32e02518.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/98acd951afb9485282fcf4c2ee1ea6fa.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/dde6e90de2da489f961fb8df3b634fd8.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/5ec96149799d40e192ec15f2d3305b67.png". |
| June 21, 2024, 5:50 a.m. | hmk | Changed tags and products. Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/8ec9ed61d6ea47529683748a32e02518.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/98acd951afb9485282fcf4c2ee1ea6fa.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/dde6e90de2da489f961fb8df3b634fd8.png". Changed previous for entity image "Plastikov V4 (Cyan) - entityimages/5ec96149799d40e192ec15f2d3305b67.png". |
| Aug. 9, 2024, 5:34 p.m. | punished_jackal | Changed License. |
| Sept. 25, 2024, 10:35 p.m. | DefDist | Changed Organization. |
| Jan. 30, 2025, 9:34 p.m. | DefDist | Changed Blocked Sub Entity. |
| Feb. 19, 2025, 4:17 p.m. | DefDist | Changed Description. |
| Feb. 20, 2025, 4:15 a.m. | DefDist | Changed Description. |

12 entries

"plastikov_cad_history.png"

Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

4

[Change history: Patent Project 99 - Documentation and Images — 3 entries]

"patent_project_99_documents_history.png"
Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

[Change history: Matthew's Patent Project 99 — 10 entries]

"patent_project_99_cad_history.png"
Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

5

| DATE/TIME | USER | ACTION |
|---|---|---|
| July 11, 2024, 10:17 p.m. | DefDist | Changed owner, tags and super_entity. |
| July 13, 2024, 1 a.m. | punished_jackal | Changed approval_status, ear_firearm_classification, regulatory_status, thumbnail, tags and mod_parent. Added entity image "HitchHiker Docs (Cyan) - entityimages/ccd3fa14af4442bfae7ab3e9b5c11e09.png". Added entity image "HitchHiker Docs (Cyan) - entityimages/45ded5398184417bb44f3b320c57d754.png". Added entity image "HitchHiker Docs (Cyan) - entityimages/5751d13f6d754e5c9d39030cbeeed3b2.png". |
| July 13, 2024, 1:09 a.m. | punished_jackal | Changed approval_status and tags. |
| July 13, 2024, 1:11 a.m. | punished_jackal | Changed approved_datetime and tags. |
| July 13, 2024, 1:12 a.m. | punished_jackal | Changed approved_datetime and tags. |
| July 13, 2024, 1:12 a.m. | punished_jackal | Changed approved_datetime and tags. |
| July 13, 2024, 1:20 a.m. | DefDist | Changed tags and direct_download_entity. |
| July 13, 2024, 2:57 a.m. | DefDist | Changed creators and tags. |
| July 13, 2024, 2:57 a.m. | DefDist | Changed tags. |
| Aug. 7, 2024, 11:01 p.m. | DefDist | Changed Not Sponsored. |
| Sept. 25, 2024, 10:35 p.m. | DefDist | Changed Organization. |
| Jan. 25, 2025, 1:58 a.m. | DefDist | Changed Approval status and Super entity. |

12 entries

"hitchhiker_documents_history.png"

Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

| DATE/TIME | USER | ACTION |
|---|---|---|
| July 11, 2024, 10:14 p.m. | DefDist | Changed owner and tags. |
| July 11, 2024, 10:17 p.m. | DefDist | Changed owner and tags. |
| July 13, 2024, 1:03 a.m. | punished_jackal | Changed description, approval_status, regulatory_status, thumbnail and tags. Added entity image "The HitchHiker (Cyan) - entityimages/fa4cbb4b2c104ef5b8acb84969ac1827.png". Added entity image "The HitchHiker (Cyan) - entityimages/ac227f2a7524411c975c56f363b4421b.png". Added entity image "The HitchHiker (Cyan) - entityimages/5c9c36212f454e98a913626c075c8918.png". Added entity image "The HitchHiker (Cyan) - entityimages/5cd6ba3e667a4bb898260c415676fd4b.png". |
| July 13, 2024, 1:09 a.m. | punished_jackal | Changed description, approval_status and tags. |
| July 13, 2024, 2:58 a.m. | DefDist | Changed creators and tags. |
| July 13, 2024, 3:30 a.m. | DefDist | Changed release_year, release_month, release_day, tags and total_downloads. |
| July 13, 2024, 3:31 a.m. | DefDist | Changed release_day and tags. |
| Aug. 7, 2024, 11:06 p.m. | DefDist | Changed Not Sponsored. |
| Aug. 9, 2024, 5:34 p.m. | punished_jackal | Changed License. |
| Sept. 25, 2024, 10:35 p.m. | DefDist | Changed Organization. |
| Jan. 30, 2025, 9:32 p.m. | DefDist | Changed Blocked Sub Entity. |
| Feb. 19, 2025, 4:01 p.m. | DefDist | Changed Description. |
| Feb. 20, 2025, 4:15 a.m. | DefDist | Changed Description. |
| Feb. 20, 2025, 4:22 a.m. | DefDist | Changed Description. |

14 entries

"hitchhiker_cad_history.png"

Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

Change history: Amigo Grande - Documentation and Images

| DATE/TIME | USER | ACTION |
|---|---|---|
| May 10, 2024, 2:05 a.m. | DefDist | Changed ear_firearm_classification, regulatory_status, owner, creators, uploader, tags, super_entity and direct_download_entity. |
| May 10, 2024, 10:29 p.m. | DefDist | Changed approval_status and tags. |
| Sept. 25, 2024, 10:34 p.m. | DefDist | Changed Organization. |
| Jan. 25, 2025, 1:41 a.m. | DefDist | Changed Approval status and Super entity. |

4 entries

"amigo_grande_documents_history.png"

Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #65

7



"larosiere_defcad_user_2.png"
Produced to Elik in response to Elik's 1st RFP to Cody Rutledge Wilson #52

## Practicum

We can apply what we've learned to a novel fact pattern. Say a creator releases a new design named Plastikov v4.[40] He knows his build guide is copyrightable, but that his 3D models are not. So he models a copyright statement into the assembly itself!



Figure 8: Wat Do?

According to *Star Athletica*, the only way to comply with the creator's copyright is to remove the potentially copyrightable elements of his design. In this case, the only copyrightable part of the design is the copyright statement. By gently removing this, we return the model to legal insignificance.[41]



Figure 9: Do

Wilson, Cody R. Black Flag White Paper, 2024 (page 7).



https://youtu.be/9EMMDMvmDuA?t=1789 (Timestamp: 29:49)
"Guns, Technology, and Freedom:
Decoding 3D2A & 1A | Cody Wilson & Marc Beckman"
November 5, 2025
Marc Beckman

For the Court's convenience, the interview proceeds, in relevant part (discussing Wilson's posting the works on the website as if Plaintiff had posted them there):

-Host: Can you explain that a little bit because I know I'm butchering it.

-Wilson: I can explain it, but you- you- you're not butchering it worse than they are. You know, to accuse me of using false personas or something--

-Host: Yeah.

-Wilson: --on DEFCAD is not a federal claim. It doesn't give you a cause of action in federal court. Uh, you have no, you know, there's nothing you can do about it.

-Host: There's no standing. Okay. Legally, there's no standing. But, you know, if you're doing that, it's not- it's not cool.

-Wilson: No, no. I- I- in fact, I completely disagree. And one, I'm not admitting doing that. That's not something that I'm doing. Most often, what you see, like in my current case, is them saying, "well, we didn't upload some of these files, and he's pretending like we did."

10

-Host: Right.

-Wilson: And of course, that's not true. Uh, for almost all the files at issue in this case, uh, that motherfucker uploaded those files. You know, it's really funny. So, it's kind of their own way of bending the facts and bending-

-Host: Interesting.

-Wilson: bending public perception. Everyone's arguing about, you know, not history and not the facts, but the memory of that history, and they want to shape public perception of- of how it went down.