UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.                                                Case No:  6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

## DEFENDANTS' MOTION TO STAY COMPLIANCE

Defendants, CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED ("Defendants"), by and through undersigned counsel, file their Motion to Stay Compliance with the Magistrate's Order (Dkt. 213) regarding production of communications between Garret Walliman and Cody Wilson. Dkt. 213 at 12. In support thereof, Defendants state as follows:

On February 13, 2026, the Magistrate issued an Order (Dkt. 213), which in relevant part, directed the production of communications between Mr. Walliman and Mr. Wilson. *Id*. On February 27, 2026, Defendants filed an objection to the portion of the Order directing production. Dkt. 225. To obtain a stay of a discovery order pending appeal of that order to the district court judge, Defendant must show: "(1) likelihood of success on the merits of the appeal/objection, (2) irreparable injury to [Defendant] absent a stay, (3) lack of substantial prejudice to [Plaintiffs], and (4) the stay would

1

serve the public interest." *Montogmery v. Risen*, 2015 U.S. Dist. LEXIS 118321, at *2 (S.D. Fla., Sep. 3, 2015).

Defendants are likely to succeed on the merits of their objection, as the communications the Order compels are, in part, wholly irrelevant to this action, predate the creation of the copyright works at issue, and production impinges on the attorney-client privilege protections held by the client in separate litigation. *See* Dkt. 225. Additionally, this specific issue arose from Plaintiff's false recitation of authority to the Court to assert claim to documents he never requested from the appropriate party in discovery. *Id*.

Irreparable injury would result from disclosure, as the communications are protected by attorney-client privilege and such privilege is afforded the highest levels of protection. *United States v. Zolin*, 491 U.S. 554, 562 (1989); *In re Grand Jury Matter* No. 91-01386, 969 F.2d 995, 997 (11th Cir. 1992). Issues with maintenance of confidentiality also exist, as it is Plaintiff leading and controlling the administration of this action, rather than counsel. The transcripts at Dkt. 175-1 and 175-2, are accurate reflections of 99% of the parties' meet and confer communications demonstrating that Plaintiff leads all discussion, with Mr. Zermay participating only when called on.

No substantial prejudice exists to Plaintiff, as Plaintiff never asked the proper defendant for the documents to begin with. Mr. Walliman is a corporate employee and the requests to which these communications are responsive to, were directed to Mr. Wilson is in his individual capacity. The documents compelled to be produced are held by the corporate entities named in this action, and were identified in a privilege

log served on behalf of the entities in a good faith effort to cooperate and resolve discovery issues. Granting the requested stay serves public interest in ensuring all protections are afforded to confidential communications until a final determination is made. *Upjohn Co. v. United States*, 449 U.S. 383, 393 (1981) ("An uncertain privilege, or one which purports to be certain but results in widely varying applications by the courts, is little better than no privilege at all.").

### 3.01(g) Certification

The undersigned hereby certifies that on March 10, 2026, the parties met and conferred and Plaintiff opposes the same.

Dated: March 10, 2026

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: *s/Amaris C. Gyebi*
Leia V. Leitner
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone: 407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone:941-866-8561

Facsimile: 941-210-5979  
Jura.Zibas@wilsonelser.com  
Amaris.Gyebi@wilsonelser.com  
Cheryl.Kujawski@wilsonelser.com  

*Co-Counsel for Defendants*  
*Cody Rutledge Wilson*  
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of March, 2026 a true and correct copy of the foregoing document has been served by email to the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/Amaris C. Gyebi*  
Amaris C. Gyebi