UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

*Defendants*.

_____/

**PLAINTIFF'S LOCAL RULE 3.01(g)(3) CERTIFICATE AS TO PLAINTIFF'S (DOC. 230) 37(b) MOTION**

Pursuant to Local Rule 3.01(g)(3) and the Court's February 13, 2026 Order (Doc. 213 at 15), Plaintiff identified the issues in the motion with opposing counsel by email on February 28, 2026, and attempted to confer with opposing counsel on the substance of the (Doc. 230) motion on March 3, 2026, telephonically. Despite the conference going on for hours, Defendants insisted that we had not sufficiently conferred and refused to take a position. As authorized by this Court's February 13, 2026 order, I filed the motion on March 5, 2026. I then diligently attempted to set a further conference following the filing of the motion. I was able to confer telephonically with opposing counsel again on March 10, 2026, after the motion had been on file for days, and despite the March 10 conference including a discussion of their desire to ask this Court to stay the (Doc. 213) order which their non-compliance of necessitated the (Doc. 230) motion, and despite opposing counsel acknowledging

1

that we had discussed it for an extended period on the prior conference and that she had days to review the filed motion, the only position opposing counsel's would take was that we had not sufficiently conferred prior to filing.

Respectfully submitted this 10th day of March, 2026,

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
3000 Coral Way Ste 1115
Coral Gables, FL 33145
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Plaintiff*
*Matthew Larosiere*
