# EXHIBIT B

**Leitner, Leia V.**

| | |
|---|---|
| **From:** | Leitner, Leia V. |
| **Sent:** | Friday, March 6, 2026 11:45 AM |
| **To:** | 'Geraldine Phillips' |
| **Cc:** | 'Zachary Zermay'; Gyebi, Amaris; Zibas, Jura C. |
| **Subject:** | RE: Larosiere v. Wilson, et. al.; Case No. 6:24-cv-01629: - Local Rule 3.01(b) - Motion to De-Designate |
| **Attachments:** | 2026.03.06 - Notice of De-Designation of Materials.pdf; Larosiere v. Wilson Assignment and Employment Docs.pdf |

Dear Mr. Zermay and Geraldine:

I have circulated a Teams Meeting for **Monday, May 9, 2026 at 11:00 a.m. EST** for the parties' meet and confer. In anticipation of this meeting, please find Defendants' notice regarding the challenged designation and documents at issue.

Additionally, please provide the basis for Plaintiff's belief that Defendants' "Highly Confidential-Attorneys' Eyes Only" Designation for Defendants' tax returns and financial documents is improper.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



---

**From:** Leitner, Leia V.
**Sent:** Thursday, March 5, 2026 9:59 PM
**To:** 'Geraldine Phillips' <info@zermaylaw.com>
**Cc:** Zachary Zermay <zach@zermaylaw.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>
**Subject:** RE: Larosiere v. Wilson, et. al.; Case No. 6:24-cv-01629: - Local Rule 3.01(b) - Motion to De-Designate

What is the basis for Plaintiff's belief that Defendants' "Highly Confidential-Attorneys' Eyes Only" Designation for Defendants' tax returns is improper?

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)

407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



**From:** Geraldine Phillips <info@zermaylaw.com>
**Sent:** Thursday, March 5, 2026 9:55 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Zachary Zermay <zach@zermaylaw.com>
**Subject:** Re: Larosiere v. Wilson, et. al.; Case No. 6:24-cv-01629: - Local Rule 3.01(b) - Motion to De-Designate

> EXTERNAL EMAIL - This email originated from outside the organization.

He is available on March 9 from 10 am to 12 pm EST.

On that day, we intend to discuss a motion to de-designate the tax information and balance sheets.

Thank you.

*[signature]*

**Geraldine Phillips**
**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E info@zermaylaw.com |
A 800 West 1st Street, Los Angeles, CA 90012 | 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Thu, Mar 5, 2026, 6:21 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

> Thank you. Which day is Mr. Zermay available from 10:00 am EST to 12:00 pm EST?
>
> If Mr. Zermay is available on March 9, 2026, at 11:00 a.m. EST, please confirm.
>
> Leia V. Leitner
> Attorney At Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 111 North Orange Avenue Suite 1200
> Orlando, FL 32801
> 407.423.7287 (Direct)
> 407.973.2111 (Cell)
> 407.203.7599 (Main)
> 407.648.1376 (Fax)

leia.leitner@wilsonelser.com



**From:** Geraldine Phillips <info@zermaylaw.com>
**Sent:** Thursday, March 5, 2026 6:15 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Zachary Zermay <zach@zermaylaw.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; Chad Flores <cf@chadflores.law>
**Subject:** Re: Larosiere v. Wilson, et. al.; Case No. 6:24-cv-01629: - Local Rule 3.01(b) - Motion to De-Designate

EXTERNAL EMAIL - This email originated from outside the organization.

Mr. Zermay is available from 10:00 am EST to 12:00 pm EST.

**Geraldine Phillips**
Zermay Law
P (305) 767-3529 | W zermaylaw.com | E info@zermaylaw.com |
A 800 West 1st Street, Los Angeles, CA 90012 | 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Thu, Mar 5, 2026 at 1:35 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay,

We intend to file a Motion to De-Designate the work-for-hire agreement/assignment instruments under the parties' Stipulated Protective Order in the above-referenced matter. Please let us know your availability to meet and discuss next week. I am available anytime on March 9, 2026; any time after 2:00 p.m. on March 10, 2026; and any time after 1:00 p.m. on March 12, 2026. Please let me know what date and time work best for you.

Thank you,


Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



```
IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.


IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
```

to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at [www.wilsonelser.com](www.wilsonelser.com) or refer to
any of our offices.

Thank you.