# EXHIBIT C



March 6, 2026

**Leia V Leitner**
407.423.7287 (direct)
407.973.2111 (mobile)
Leia.Leitner@wilsonelser.com

VIA Email: zach@zermaylaw.com
Zachary Zermay
Zermay Law
3000 Coral Way, Suite 1115,
Coral Gables, FL 33145

      Re:   *Matthew Larosiere v. Cody Wilson, et. al.*
            Case No. 6:24-cv-01629-WWB-LHP
            *Notice of Challenging Plaintiff's "Highly Confidential – Attorneys' Eyes*
            *Only" for Work-for-hire Agreement and Assignment Instruments*

Dear Mr. Zermay:

Pursuant to Paragraph 6.2 of the parties' Stipulated Protective Order entered in this action
(Doc. 114–1, at pp. 9–10), Defendants hereby provide written notice that they are challenging
the designation of certain documents produced by Plaintiff as "Highly Confidential –
Attorneys' Eyes Only."

Documents Subject to Challenge:
Defendants challenge the confidentiality designation applied to the following categories of
documents:

1. Plaintiff's Work-for-Hire Agreement; and
2. Plaintiff's Assignment(s).

Basis for Challenge:
Defendants contend that the "Highly Confidential – Attorneys' Eyes Only" designation
applied to the above-referenced documents is not justified and that the documents do not
warrant such a heightened level of protection under the terms of the Stipulated Protective
Order.  The documents are relevant to Plaintiff's copyright claims to establish ownership. To
establish copyright infringement, "two elements must be proven: 1) ownership of a valid
copyright; and 2) copying of constituent elements of the work that are original." *Custom
Homes, Inc. v. Modern Day Constr., Inc.*, 773 F. Supp. 2d 1288, 1301 (M.D. Fla. 2011), *aff'd*, 476
F. App'x 190 (11th Cir. 2012) (citing *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co.*, 499 U.S. 340,

111 North Orange Avenue, Suite 1200 | Orlando, FL 32801 | p 407.203.7599 | f 407.648.1376 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

331361632v.1



361, 111 S. Ct. 1282, 113 L. Ed. 2d 358 (1991))(stating that not all copying, is copyright infringement and that establishing copyright infringement requires two specific elements). The Plaintiff's Work-for-Hire Agreement and assignment documents that purportedly show that the Plaintiff owns the copyrights-in-suit must be submitted as evidence at trial to prove standing. *Id.*

Any party wishing to designate information as Confidential or Attorneys' Eyes Only bears the burden of supporting that designation with good cause as required by Fed. R. Civ. P. 26(b)(5). *See Knights Armament Co. v. Optical Sys. Tech., Inc.*, 254 F.R.D. 463, 464 (M.D. Fla. 2008). Given that these Plaintiff's Work-for-Hire Agreement and assignment documents are key evidence to establish standing for Plaintiff's copyright infringement claims, Plaintiff has improperly used the use of "highly confidential" designations for these documents and must de-designate the same for purposes at trial. *See Custom Homes, Inc.,* 773 F. Supp. 2d at 1301. As such, cannot show good cause for such a heightened level of designation under the parties' Stipulated Protective Order for Plaintiff's Work-for-Hire Agreement and assignment documents.

Defendants respectfully request that Plaintiff either: (a) review the materials again re-designate the above-referenced documents at a lower level of confidentiality or as non-confidential; or (b) provide a written statement of the grounds upon which Plaintiff believes the current designation is appropriate, as required by the Stipulated Protective Order.

Defendants reserve all rights to seek relief from the Court if this dispute cannot be resolved by agreement of the parties. We look forward to speaking to you on Tuesday, March 9, 2026, at 11:00 a.m. EST via Teams Meeting to discuss this further.

Respectfully submitted,

*/s/ Leia V. Leitner*

Leia V. Leitner

Encl.
    1. Work-for-hire Agreement / Assignments