UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff,*

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE        DISTRIBUTED,        and
DIOSKOUROI LLC,

*Defendants.*

_____/

**PLAINTIFF MATTHEW LAROSIERE'S CERTIFICATION OF NO THIRD-
PARTY LITIGATION FUNDING**

I have reviewed the Standing Order Requiring Disclosure of Third-Party

Litigation Funding. After diligent inquiry, I certify that Matthew Larosiere has not

received any third-party litigation funding at this time but I understand the

continuing duty to supplement imposed by the Standing Order.

DATED:  March 11, 2026

/s/ Zachary Z. Zermay
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905
*Zermay Law, P.A.*
3000 Coral Way, Ste 1115
Coral Gables, FL 33145
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Plaintiff*
*Matthew Larosiere*