**United States District Court**
**Middle District of Florida**
**Orlando Division**

Matthew Larosiere,
     Plaintiff,

v.                                                      No. 6:24-cv-1629

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
     Defendants.

---

**Dioskouroi LLC's Certification of No Third-Party Litigation Funding**

I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, I certify that Dioskouroi LLC has not received any third-party litigation funding at this time but I understand the continuing duty to supplement imposed by the Standing Order.

/s/ Chad Flores
Chad Flores
chad@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-2496

Counsel for Dioskouroi LLC