UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

    Plaintiff,

vs.   Case No: 6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

    Defendants.
_____/

**DEFENDANTS' CODY RUTLEDE WILSON, DEFCAD, INC., DEFENSE DISTRIBUTED'S VERIFIED DISCLOSURE
OF THIRD-PARTY LITIGATION FUNDING**

Defendants, **CODY RUTLEDGE WILSON, DEFCAD, INC.,** and **DEFENSE DISTRIBUTED ("Defendants")**, by and through undersigned counsel and pursuant to this Court's Order Requiring Disclosure of Third-Party Litigation Funding (Dkt. 233), hereby disclose the following entities that are not a party who have funded or arranged to fund some or all of a party's attorney fees and/or expenses related to this action that is defined under the Order as a "Third-Party Funder":

The entities that may fund legal fees, expenses, and/or judgments are insurers. Pursuant to Fed. R. Civ. P. 26, DEFCAD, INC. disclosed that Coalition Insurance Solutions, Inc., with an address of 55 2nd St., Suite 2500, San Francisco, California 94105, issued a Policy on behalf of the carriers- Arch Specialty Insurance

1

Company, Allianz Underwriters Insurance Company, Ascot Specialty Insurance Company, Fortegra Specialty Insurance Company - to DEFCAD, Inc. These carriers may be liable for all or part of a judgment, expenses, and legal fees in this action up to policy limits of an aggregate of $1,000,000. Fortegra Specialty Insurance Company's principal offices are at 10751 Deerwood Park Blvd., Suite 200, Jacksonville, FL 32256. Allianz Underwriters Insurance Company's principal office is at 225 W. Washington Street, Suite 1800, Chicago, IL 60606. Arch Specialty Insurance Company has an address of 2345 Grand Blvd., Suite 900, Kansas City, MO 64108. Ascot Specialty Insurance Company has an address of 55 West 46th Street, 26th Floor, New York 001136.

No approval is required for litigation decisions. If there is a settlement, any amounts payable up to policy limits must be approved for payment by the carriers until the policy limits have been exhausted. Based on current information, no foreign government funding is provided to the insurer.

## VERIFICATION

Under penalty of perjury, the undersigned swears the foregoing answers/responses are true and correct to the best of my knowledge.

<i>s/Leia V. Leitner</i><br>
By:   Leia V. Leitner

Dated: March 16, 2026

Respectfully submitted,
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

<u>By:</u>  *s/Leia V. Leitner*
　　　Leia V. Leitner
　　　Florida Bar No:  105621
　　　111 North Orange Avenue
　　　Suite 1200
　　　Orlando,  FL  32801
　　　Telephone:　　407-423-7287
　　　Facsimile:  407-648-1376
　　　Leia.Leitner@wilsonelser.com
　　　Cheryl.Kujawski@wilsonelser.com

　　　Jura C. Zibas
　　　Florida Bar No:  124571
　　　Amaris C. Gyebi, Esq.
　　　Florida Bar No:  1019361
　　　2063 Main Street - Suite 100
　　　Sarasota, FL 34237
　　　Telephone:941-866-8561
　　　Facsimile:  941-210-5979
　　　Jura.Zibas@wilsonelser.com
　　　Amaris.Gyebi@wilsonelser.com
　　　Cheryl.Kujawski@wilsonelser.com

　　　*Counsel for Defendants*
　　　*Cody Rutledge Wilson, DEFCAD, Inc.,*
　　　*and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th of March, 2026 a true and correct copy of the foregoing document has been served by email to the following: Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida 33040; Telephone: 305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas 77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/Leia V. Leitner*
Leia V. Leitner