UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC,

*Defendants*.

_____/

## **DECLARATION OF JOHN ELIK**

1. My name is John Elik. I am over the age of eighteen and am competent to testify as to the matters stated herein.

2. I am the other party to the agreements Defendants have attached to their (Doc. 240) motion as Exhibit A.

3. I affirm that each of those documents represents a true and accurate representation of the documents I signed with Plaintiff.

4. I affirm that I signed each of those documents on the date indicated in each document.

5. I am concerned that if the nature of my compensation package is publicly disclosed, my bargaining position with other employers will be materially disadvantaged and that I may lose all or most of my income.

6. Defendants' position in (Doc. 240) further concerns me because of Defendant Wilson' actions in the lead-up to and during the pendency of this action.

1

7. Specifically, Defendant Wilson has repeatedly threatened me, attempted to intimidate me, and tried to put my safety at risk.

8. On or about June 12th, 2024, I received a Fedex package that was addressed from Defendant Wilson's company.

9. Inside the package, I found the book "Copyright for Dummies," along with a postcard that read "Howdy from Austin, the Capital of Texas" on the front. The below image is a photo I took of the postcard:



10. On the reverse side of this postcard, I found a hand-drawn black spot. The below image is a photo I took of the black spot:



11. I recognized the significance of the "black spot" as being a literary reference to Robert Louis Stevenson's pirate novel, "Treasure Island."

12. In "Treasure Island," receipt of a "black spot" means that the recipient has been marked for death.

13. I was aware that Defendant Wilson had already noticed that some of the works I made for Plaintiff had been registered with the copyright office.

14. I first recall seeing Defendant Wilson make mention of this on April 25, 2024, when he authored a blog post that acknowledged that one of the SF5-related works I made for Plaintiff had been registered, seen below:



**NEW RELEASES**

## MAC-11/9 REFERENCE MODELS

section

Some of the most important files in 3D2A are reference models, yet reliable drawings can be hard to come by. User ThoughtsAndPrayers provides us with a complete MAC-11/9 Upper Receiver Assembly CAD which contains all the reference components for a modern MAC-11/9 project. ThoughtsAndPrayers says he checked his work against another MAC-11/9 model which was gatekept, but never released, by The Gatalog.

When we reviewed this odd accusation, we found that previous drawings, simplified for ease of manufacture, were indeed hoarded by The Gatalog since last year. In the interest of analysis, and because the FTC just made these kinds of anti-competitive agreements illegal, we now preserve The Gatalog's MAC file nondisclosure and profit-sharing agreement at DEFCAD.

There's a lot to learn from this (top-tier) showcase in legal writing. I'm sure by "profit" they mean moral profit. But seriously, I recommend The Gatalog register it with the Copyright Office, like they did with their SF5 STEP files over Christmas Eve.

Because nothing beats federal gun registration like literally registering your files with the feds!

15. Receiving a "black spot" from Defendant Wilson about a month later sent a clear message to me: Defendant Wilson considered himself to be a pirate, and he was threatening to kill me because he understood that Plaintiff was going to sue him.

16. I then noticed Defendant Wilson engaging in more threatening behavior towards me.

4

17. On June 21, 2024, I learned that Defendant Wilson had posted on his blog about my having made the SF5-related works for Plaintiff, seen below:

> If images can be "property" and if employers can be "authors," as the Copyright Act and Gatalog Foundation insist, then there's no possible controversy. And we know Fudd Busters understands this. In his own Copyright Office registration of the SF5 3D gun files, he has clearly listed himself as an employer who commissioned work-for-hire drawings. The SF5 is officially a "work-for-hire" product, and its registration denies Fudd Busters' underling his proper, public credit.
>
> I will fix this.

18. In this blog post, Defendant Wilson said that the copyright registration "denies [Plaintiff's] underling his proper, public credit. I will fix that."

19. I understood this to be a deliberate threat to dox me and post my private information online.

20. After learning of this post, I examined Defendant Wilson's blog for other threatening posts.

21. I didn't have to look very hard to find another.

22. I found that in March, Defendant Wilson had published my private banking information to his blog. He did not redact any of the information.



23. I placed the black rectangular redactions in the above image, provided for reference purposes, to protect my personal information.

24. I understood this to be yet another threat that Defendant Wilson would attempt to post any and all details of my personal information onto his websites in order to intimidate me.

25. This threat made me worried to report the first threat to the FBI because I was concerned it would cause Defendant Wilson to escalate his behavior.

26. Right before this lawsuit was filed, I learned that Defendant Wilson had hired a private investigator to stalk me.

27. While pretending to be someone else, this private investigator, whose real name I would later learn is James Blackburn, sent demeaning messages about me to members of my family in an attempt to get them to give them information that Defendant Wilson could use to harass me.

28. The day this lawsuit was filed, Defendant Wilson sent me a threatening email that I understood to be another threat to post my private information online.

> On Friday, September 6th, 2024 at 9:25 PM, Cody Wilson <crw@defdist.org> wrote:
> I wouldn't worry about it.
>
> crw
>
> On Mon, Aug 5, 2019 at 8:25 PM Ivan <ivanthetroll@protonmail.com> wrote:
> I'm just concerned with who ends up having my info. If it wouldn't end up being Googeable that would be good. If it wouldn't prevent me holding a security clearance, even better.
>
> Sent from ProtonMail mobile
>
> -------- Original Message --------
> On Aug 5, 2019, 8:22 PM, Cody Wilson < crw@defdist.org> wrote:
>
> These are the standard forms for how you get merchant ID's through organizations that process credit cards.
>
> Maybe I've misjudged the personal risk involved, but payouts in USD of any kind through DEFCAD would require at least payoneer or US bank account information. If you want to be bitcoin only you can maintain your privacy in total and don't need to fill out the same forms.
>
> I'm looking for someone who will help us pilot the merchant bank side stuff though. Do you someone active who you'd recommend?
>
> crw

29. This email was a response to an email chain that dates back to 2019, where Defendant Wilson had tried to solicit my assistance in helping set up his website, defcad.com.

30. I was concerned about the security of defcad.com and was worried about my personal information being leaked.

31. Defendant Wilson responded to this email chain on the day the lawsuit was filed to threaten the release of the very information that I had provided to him in confidence back in 2019.

32. I understood this to be yet another attempt to intimidate me.

33. The threats from Defendant Wilson did not stop here.

34. On June 30, 2025, Defendant Wilson authored a blog post wherein he insinuates that Plaintiff and I are in a homosexual relationship together, seen below:

# PRIDE MONTH



3D gun printers may feel some mix of relief and reassurance that this year's Pride Month passed with an unusually small cultural footprint. No doubt developer names like "faggythekid" and "SuckBoy" (or projects like AWCY's "PEN15" launcher) are annoying statements of masculine emotional limitation as much as they are powerful, if ultimately meaningless, psychosexual expressions. But to dimiss even these vulgarities is to begin to overlook 3D2A's true history of gay arts and letters; its queer correspondence, which, far from afterthought, is in fact the field's constitutive dimension. It's time we recognize TWiG, Guncad's longest-running cultural production.

We find a secret radicalism even in the podcast's title, which is clearly drawn from British slang. Twig, you see, is a Polari term for a "young man willing to become almost any dominant man's partner." But this Gatalog podcast is about much more than preserving the camp and cant of the lost language of gay men. It's also an experimental, autofictional work of joint queer biography.

In its recent seasons, TWiG has grown beyond the libidinal musings of the lonely Fuddbuster. With the addition of John Elik as Great Rememberer, TWiG has evolved into a creative, spontaneous, and podcast-length justification of mutual male infatuation. The suffering ecstasies and gulping monologues of Larosiere, whose blood boils too much for him to bear, are transformed through Elik's midnight intimacies and paratextual confessions into a profound exchange of two men's love thoughts and mind histories. This is some of the best gay fiction of the decade, in any medium, and we are priviliged to witness!

But our co-hosts' romance yields other art. I'm speaking now of The Hitchhiker, that 3D salute to Kerouac's road novels of the 1950s, his great love of Neal Cassady, and the digital model that became the literary embodiment of a friendship's most pivotal moment. I mean that friendship that concealed an employment, that concealed a romance, that wound two men's fates together tight and final. In *Visions of Cody*, Kerouac's greatest tribute to Cassady and Mortal America, we are schooled in the raw road night. We learn that "a face just covers a skull awhile."

TWiG reminds us 3D hithchikers that since we are headed so straight for the grave, we can at least "stretch that skull-cover and smile."

35. While I suspect Defendant Wilson did this as yet another attempt to intimidate me, I understood it as evidence of the extent of Defendant Wilson's animosity towards myself and Plaintiff.

36. On September 29, 2025, Defendant Wilson posted another threat directed towards me on his blog.

37. In this blog post, Defendant Wilson threatens a "rough ride," and also threatens my death once again.



38. Over the past two years, I have been subjected to a repeated pattern of Defendant Wilson threatening me and attempting to intimidate me in relation to this lawsuit.

39. I believe that Defendant Wilson hoped his threats would force me to try and back out of the employment agreement and assignment agreements that I had already signed.

40. Because of Defendant Wilson's history of threats and harassment, I am worried that, if the agreements I have signed with Plaintiff are de-designated, he will post them on his websites and use them to further harass and threaten me.

41. I fully believe that Defendant Wilson's threats were intended to intimidate me as a witness, in the context of this matter, and I do not believe he will stop.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of March, 2026 in Alton, Illinois, by:

*John Elik*
_____
John Elik