# EXHIBIT B

## Leitner, Leia V.

| | |
|---|---|
| **From:** | Leitner, Leia V. |
| **Sent:** | Wednesday, March 11, 2026 2:36 PM |
| **To:** | Zachary Zermay; Chad Flores |
| **Cc:** | Zibas, Jura C.; Gyebi, Amaris; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law; Kujawski, Cheryl A.; Geraldine Phillips |
| **Subject:** | RE: Matthew Larosiere v Cody WIlson et al (26387-00008) - March 17, 2026 - Mr. Wilson's Deposition |

Counsel,

We did offer dates for the corporation deposition dates (see email dated March 2, 2026), which is directly below your email.  My email states, "...[w]e are offering March 24, 2026, or March 26, 2026, with a 9:00 a.m. EST start time, for in-person 30(b)(6) depositions for DEFCAD/Defense Distributed."  Thus, we are unclear as to why Plaintiff intends to unilaterally set these depositions when dates were offered below.

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Wednesday, March 11, 2026 2:11 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Chad Flores <cf@chadflores.law>
**Cc:** Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>
**Subject:** Re: Matthew Larosiere v Cody WIlson et al (26387-00008) - March 17, 2026 - Mr. Wilson's Deposition

EXTERNAL EMAIL - This email originated from outside the organization.

Good afternoon,

We did not hear from you regarding the corporate representative deposition dates. Accordingly, we are forced to unilaterally select them for Defcad Dioskouroi LLC, and Defense Distributed.

We are noticing them for April 7, April 8, and April 9, 2026.

Sincerely
Zachary Z. Zermay, Esq.

1

## Zermay Law

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Mon, Mar 2, 2026 at 5:12 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

For Mr. Wilson's deposition on March 17, 2026, in his individual capacity, please serve a deposition notice, as none has been provided to date.

For DEFCAD/Defense Distributed's 30(b) depositions, Plaintiff served duplicate topics for the 30(b)(6) depositions for DEFCAD and Defense Distributed depositions.  Mr. Wilson is serving as the Corporate Representative for both entities.  To this end, we are offering March 24, 2026, or March 26, 2026, with a 9:00 a.m. EST start time, for in-person 30(b)(6) depositions for DEFCAD/Defense Distributed.  Please confirm which date the Plaintiff selects for DEFCAD/Defense Distributed's 30(b)(6) depositions and serve a formal 30(b)(6) deposition to this effect.

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Monday, March 2, 2026 4:14 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>
**Subject:** Re: Matthew Larosiere v Cody WIlson et al (26387-00008) - March 17, 2026 - Mr. Wilson's Deposition

EXTERNAL EMAIL - This email originated from outside the organization.

Counsel,

We cannot continue to wait for the 30(b)(6) deposition dates for the corporations, as Defendants are clearly dithering in providing them and/or trying to unilaterally limit Plaintiff's right to depose each corporation. As repeatedly discussed, we need three dates--one for each corporation--for full 7 hour depositions. Defendants continue to refuse to provide those dates, so we must select them.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A  3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Fri, Feb 27, 2026 at 8:17 PM Zachary Zermay <zach@zermaylaw.com> wrote:

Good evening,

Let me check my calendar. But we are taking three corporate representative depositions. We anticipate each deposition going for the full 7 hours, so we need three dates.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com|
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Fri, Feb 27, 2026 at 8:11 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

The Corporate Representative(s) of DEFCAD, Inc. and Defense Distributed are available for deposition on March 17, 2026.

Thank you,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com

**From:** Zachary Zermay <zach@zermaylaw.com>

**Sent:** Friday, February 27, 2026 11:56 AM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>
**Cc:** Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>; Geraldine Phillips <info@zermaylaw.com>
**Subject:** Re: Matthew Larosiere v Cody WIlson et al (26387-00008) - March 17, 2026 - Mr. Wilson's Deposition

EXTERNAL EMAIL - This email originated from outside the organization.

4

Good morning,

It has been over a week since your email stating that you would get back to me on this, and I still have not received the corporate representatives' names or deposition dates.

Please kindly provide them by close of business today. In the alternative, are you available to confer about a motion to compel the depositions before 5:00 PM today? We simply cannot continue to wait in light of the looming discovery cutoff.

Sincerely,

Zachary Z. Zermay, Esq.

## Zermay Law
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Tue, Feb 17, 2026 at 9:26 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Received, thank you.

Understood.  Will check with our client regarding corporate representative designations and get back to you with the deposition dates.

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)

5

leia.leitner@wilsonelser.com



**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Tuesday, February 17, 2026 9:07 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; chad-flores-7646@ecf.pacerpro.com; service@chadflores.law; Kujawski, Cheryl A. <Cheryl.Kujawski@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>
**Subject:** Re: Matthew Larosiere v Cody WIlson et al (26387-00008) - March 17, 2026 - Mr. Wilson's Deposition

EXTERNAL EMAIL - This email originated from outside the organization.

Good evening,

As you know, we have already set a date to depose Mr. Wilson in his individual capacity.

Attached are the 30(b)(6) deposition topics for the other Defendants. Please identify the corporate representatives and let me know when they are available to sit for their depositions. Thanks.

Sincerely,

Zachary Z. Zermay, Esq.

**Zermay Law**
P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145

On Tue, Feb 17, 2026 at 12:13 PM Leitner, Leia V. <Leia.Leitner@wilsonelser.com> wrote:

Dear Mr. Zermay:

I am reaching out to discuss the deposition topics for Mr. Wilson's upcoming deposition, currently scheduled for March 17, 2026, at 9:00 a.m. EST. We understand that you previously noticed Mr. Wilson's deposition on an individual basis. Please confirm whether you intend to proceed with Mr. Wilson's deposition on an individual basis or whether you now intend to depose Mr. Wilson on behalf of the corporate entities Defcad, Defense Distributed, and Dioskouroi, LLC (collectively, the "Defendant Entities").

If you intend to proceed with Mr. Wilson's deposition on an individual basis, we respectfully request that you provide the topics for the Rule 30(b)(6) corporate representative depositions for the Defendant Entities. Mr. Wilson will likely be designated as the 30(b)(6) witness for the Defendant Entities; however, that determination depends on the topics that Plaintiff proposes for these depositions. Accordingly, we ask that you provide the 30(b)(6) deposition topics so that we may properly distinguish between the topics to be covered in Mr. Wilson's individual deposition and those to be addressed in the 30(b)(6) depositions on behalf of the Defendant Entities.

Please provide the 30(b)(6) deposition topics for the Defendant Entities on or before **March 2, 2026**. Thank you for your attention to this matter. We look forward to your prompt response.

Sincerely,

Leia V. Leitner
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue Suite 1200
Orlando, FL 32801
407.423.7287 (Direct)
407.973.2111 (Cell)
407.203.7599 (Main)
407.648.1376 (Fax)
leia.leitner@wilsonelser.com



IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking

with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money. Failure to do so is at your own risk. Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.


IMPORTANT NOTICE: Beware of Cyber Fraud. You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money. Failure to do so is at your own risk. Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.


IMPORTANT NOTICE: Beware of Cyber Fraud.

8

You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money. Failure to do so is at your own risk. Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.

IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser Moskowitz Edelman & Dicker LLP provides to you either in the body of this or any email or in an attachment without first speaking with the attorney in our office who is handling your transaction. Further, DO NOT accept emailed wire instructions from anyone else without voice verification. Even if an email looks like it has come from this office or someone involved in your transaction, CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE to verify the information before wiring any money. Failure to do so is at your own risk. Be particularly wary of any request to change wire instructions you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be viewed only by the individual or entity to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this communication is strictly prohibited without our prior permission. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if you have received this communication in error, please notify us immediately by return e-mail and delete the original message and any copies of it from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman & Dicker LLP, please see our website at www.wilsonelser.com or refer to any of our offices.

Thank you.