UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

Plaintiff,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE          DISTRIBUTED,       and
DIOSKOUROI LLC,

Defendants.

_____/

## **NOTICE**

Defendants, Defense Distributed and DEFCAD, Inc., ("Defendants") by and through counsel, hereby notify the Court of Plaintiff's cancellation of the 30(b)(6) depositions subject to  Defendants' Time Sensitive Motion for Protective Order (Dkt.253)[1]. Defendants state as follows:

1.  Defendants filed their Time Sensitive Motion for Protective Order, seeking exclusion of belatedly noticed topics and striking production demands, included in Plaintiff's Notices of 30(b)(6) Depositions for Defense Distributed and DEFCAD, Inc. *See* Dkt. 253.

2.  In accordance with continued conferral requirements, the undersigned again

---

[1] In error, the Motion for Protective Order was filed twice and also appears at Dkt. 254.

1

requested to meet and confer on the objections raised in Defendants' March 18, 2026 correspondence. *See* Exhibits A and B; *see also* Dkt. 253-4.

3.  On March 22, 2026, counsel for Plaintiff responded to the undersigned's conferral request, advising that Plaintiff is cancelling the 30(b)(6) depositions for Defense Distributed and DEFCAD, Inc. in view of Defendants' Motion for Protective Order. *See* Exhibit A.

4.  The parties have agreed to meet and confer on Monday, March 23, 2026 to discuss the narrowing of the topics provided and new dates for deposition. *Id*.

5.  In view of Plaintiff's cancellation of the 30(b)(6) depositions for Defense Distributed  (scheduled March 26, 2026) and DEFCAD, Inc. (scheduled March 24, 2026), Defendants' Time Sensitive Motion for Protective Order is now moot.

Dated: March 22, 2026

Respectfully submitted,

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By:   *s/Amaris C. Gyebi*

Leia V. Leitner
Florida Bar No:  105621
111 North Orange Avenue
Suite 1200
Orlando,  FL  32801
Telephone:        407-423-7287
Facsimile:  407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No:  124571

2

Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone:941-866-8561
Facsimile: 941-210-5979
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 22nd day of March, 2026 a true and correct copy of the foregoing document has been served by email to the following:  Zachary Z. Zermay, Esq., Florida Bar No: 1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida  33040; Telephone:  305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas  77002, Telephone:  713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/Amaris C. Gyebi*
Amaris C. Gyebi

3