# EXHIBIT A

## Gyebi, Amaris

| | |
|---|---|
| **From:** | Gyebi, Amaris |
| **Sent:** | Sunday, March 22, 2026 4:48 PM |
| **To:** | 'Zachary Zermay' |
| **Cc:** | Geraldine Phillips; Leitner, Leia V.; Zibas, Jura C.; Chad Flores |
| **Subject:** | RE: 6:24-cv-01629-AGM-LHP Larosiere v. Wilson et al: Objection to 30(b)(6) Notice to Defense Distributed |
| **Attachments:** | Defense Distributed 30b6.pdf; Defcad 30b6.pdf |

A TEAMS link was circulated.

To the extent Plaintiff's list of topics differs from the topics sent on March 13, 2026 (attached), please circulate a new list today and be prepared to discuss narrowing of the same during the meet and confer call tomorrow.

In view of the various technical difficulties that occurred with Mr. Larosiere's deposition, the 30(b)(6) depositions will be in-person. We are happy to host at our Orlando office.

Thanks,

Amaris Gyebi
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street Suite 100
Sarasota, FL 34237
941.210.5961 (Direct)
407.616.6006 (Cell)
941.210.5980 (Main)
941.210.5979 (Fax)
amaris.gyebi@wilsonelser.com

**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Sunday, March 22, 2026 4:17 PM
**To:** Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>
**Subject:** Re: 6:24-cv-01629-AGM-LHP Larosiere v. Wilson et al: Objection to 30(b)(6) Notice to Defense Distributed

> EXTERNAL EMAIL - This email originated from outside the organization.

Good afternoon,

I am available to confer at 9:30 tomorrow.

Due to your motions for protective orders, we are forced to take the depositions scheduled for March 24, 2026 and March 26, 2026 **off calendar**. Please be prepared to provide dates certain for Defcad's and Defense Distributed's depositions in early April.

Sincerely,
Zachary Z. Zermay, Esq.

1

**Zermay Law**

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com |
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



On Sun, Mar 22, 2026 at 2:58 PM Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com> wrote:

Mr. Zermay-

We are following up on our meet and confer request. Please provide dates and times you are available.

Thanks,

Amaris Gyebi
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street Suite 100
Sarasota, FL 34237
941.210.5961 (Direct)
407.616.6006 (Cell)
941.210.5980 (Main)
941.210.5979 (Fax)
amaris.gyebi@wilsonelser.com

**From:** Gyebi, Amaris
**Sent:** Wednesday, March 18, 2026 7:48 PM
**To:** Zachary Zermay <zach@zermaylaw.com>
**Cc:** Geraldine Phillips <info@zermaylaw.com>; Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>
**Subject:** RE: 6:24-cv-01629-AGM-LHP Larosiere v. Wilson et al: Objection to 30(b)(6) Notice to Defense Distributed

Mr. Zermay-

Please see the attached correspondence pertaining to Defense Distributed's Objection to the 30(b)(6) Notice served.

2

Please provide availability to meet and confer tomorrow or Friday, March 20, 2026 before 3 pm EST regarding the objections raised and Defendant's forthcoming Motion for Protective Order, if conferral does not resolve the issues identified.


Thanks,



Amaris Gyebi
Attorney At Law
Wilson Elser Moskowitz Edelman & Dicker LLP
2063 Main Street Suite 100
Sarasota, FL 34237
941.210.5961 (Direct)
407.616.6006 (Cell)
941.210.5980 (Main)
941.210.5979 (Fax)
amaris.gyebi@wilsonelser.com



**From:** Zachary Zermay <zach@zermaylaw.com>
**Sent:** Friday, March 13, 2026 6:04 PM
**To:** Leitner, Leia V. <Leia.Leitner@wilsonelser.com>; Gyebi, Amaris <Amaris.Gyebi@wilsonelser.com>; Zibas, Jura C. <Jura.Zibas@wilsonelser.com>; Chad Flores <cf@chadflores.law>
**Cc:** Geraldine Phillips <info@zermaylaw.com>
**Subject:** 6:24-cv-01629-AGM-LHP Larosiere v. Wilson et al: Document Production from Plaintiff


EXTERNAL EMAIL - This email originated from outside the organization.


Please find


Deposition notices enclosed.


Sincerely,

Zachary Z. Zermay, Esq.

## Zermay Law

P (305) 767-3529 | W zermaylaw.com | E zach@zermaylaw.com|
A 3000 Coral Way, Suite 1115, Coral Gables, FL 33145



IMPORTANT NOTICE: Beware of Cyber Fraud.
You should NEVER wire money to any bank account that Wilson Elser
Moskowitz Edelman & Dicker LLP provides to you either in the body
of this or any email or in an attachment without first speaking
with the attorney in our office who is handling your transaction.
Further, DO NOT accept emailed wire instructions from anyone else
without voice verification. Even if an email looks like it has come
from this office or someone involved in your transaction,
CALL US FIRST AT A NUMBER YOU KNOW TO BE CORRECT FOR THIS OFFICE
to verify the information before wiring any money.
Failure to do so is at your own risk.
Be particularly wary of any request to change wire instructions
you have already received.

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

4