**United States District Court**
**Middle District of Florida**
**Orlando Division**

Matthew Larosiere,
     Plaintiff,

v.                                No. 6:24-cv-1629-AGM-LHP

Cody Rutledge Wilson, DEFCAD, Inc.,
Defense Distributed, and Dioskouroi LLC,
     Defendants.

---

**Dioskouroi LLC's Unopposed Motion for**
**Remote Mediation Attendance by Counsel**

Dioskouroi LLC respectfully moves for leave to permit its counsel, Chad Flores, to participate in the court-ordered mediation scheduled for March 27, 2026, by telephone conference. A party representative with full settlement authority will attend the mediation in person. No other party opposes this motion. Good cause exists for the following reasons.

The Court's Case Management and Scheduling Order requires the parties to complete mediation by May 15, 2026. *See* Doc. 58 at 10. The Court appointed Donna Doyle as mediator. *See* Doc. 90. Due to Ms. Doyle's limited availability before the court-ordered deadline, the parties were able to schedule mediation only for the morning of March 27, 2026, in Orlando. The mediation will proceed in person as required by the Court's order.

Counsel for Dioskouroi must attend to a personal medical procedure for his spouse on the morning of March 27, 2026. The procedure cannot be rescheduled and is time-sensitive. Rescheduling the mediation is not practicable given the mediator's limited availability and the May 15, 2026 deadline.

To ensure Dioskouroi's full participation, a party representative with full settlement authority will attend the mediation in person. Counsel will participate by telephone throughout the mediation and will be available for all discussions, negotiations, and conferences with the mediator. No party will be prejudiced.

Undersigned counsel has conferred with all counsel of record. No party opposes this motion.

**Conclusion**

For these reasons, Defendant Dioskouroi, LLC respectfully requests that the Court enter an order permitting its counsel to participate in the March 27, 2026 mediation by telephone conference.

Respectfully submitted,

/s/ Chad Flores
Chad Flores
chad@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street
Suite 600
Houston, Texas 77002
T (713) 364-6640
F (832) 645-2496

Counsel for Dioskouroi LLC