UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE         DISTRIBUTED,         and
DIOSKOUROI LLC,

*Defendants*.

_____/

## NOTICE OF MEDIATION CONFERENCE

Pursuant to Local Rule 4.03, Doc. #90, and Doc. #58, Plaintiff Matthew Larosiere hereby provides notice that there will be a court-ordered mediation conference in this case as follows:

| | |
|---|---|
| DATE: | Friday, March 27, 2026 |
| TIME: | 9:00 A.M. |
| MEDIATOR: | Donna M. Doyle |
| LOCATION: | 200 East Robinson St. Suite 700 Orlando, FL 32801 |

Please take notice that counsel for Defendant Dioskouroi has filed a motion to appear remotely at this mediation (Doc. #262). The parties have together set this date after conferral.

DATED March 24, 2026

Respectfully submitted,

*/s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Fla. Bar № 1002905

*Zermay Law, P.A.*
3000 Coral Way, Ste 1115
Coral Gables, FL 33145
Email: zach@zermaylaw.com
Tel: (305) 767-3529
*Lead Counsel for Plaintiff Matthew Larosiere*