UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO:  6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD,
Inc., DEFENSE DISTRIBUTED, and
DIOSKOUROI LLC,

*Defendants*.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, MATTHEW LAROSIERE, Defendants, CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED, and DIOSKOUROI LLC, (collectively referred to as the "Parties"), hereby respectfully provide this notice to the Court that the Parties have reached a settlement with respect to all matters in controversy between them. Once a formal settlement agreement has been executed and any consideration is paid in full, the Parties will file a stipulation of dismissal with prejudice with the Court.

Dated: March 27, 2026

**Zermay Law, P.A.**

**Wilson Elser Moskowitz
Edelman & Dicker LLP**

*s/ Zachary Z. Zermay*
Zachary Z. Zermay, Esq.
Florida Bar No:  1002905
1200 Fourth Street, #1102

By:  *s/Leia V. Leitner*
Leia V. Leitner, Esq.
Florida Bar No:  105621
111 North Orange Avenue

1

Key West, Florida  33040
Telephone:  305-767-3529
Zach@Zermaylaw.com
info@zermaylaw.com

*Counsel for Plaintiff*

Suite 1200
Orlando, Florida  32801
Telephone:  407-423-7287
Facsimile:  407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas, Esq.
Florida Bar No:  124571
Amaris C. Gyebi, Esq.
Florida Bar No:  1019361
2063 Main Street - Suite 100
Sarasota, Florida 34237
Telephone:   941-866-8561
Facsimile:    941-210-5979
Jura.Zibas@wilsonelser.com
Amaris C. Gyebi, Esq.
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and*
*Defense Distributed*

-   *AND -*

By:  *s/Charles (Chad) Flores*
Charles (Chad) Flores, Esq.
917 Franklin Street - Suite 600
Houston, Texas  77002
Telephone:  713-364-6440
CF@ChadFlores.law
chad-flores-7646@ecf.pacerpro.com
service@chadflores.law

*Counsel for Defendants*
*Cody Rutledge Wilson,*
*DEFCAD, Inc.,*
*Defense Distributed and*
*Dioskouroi LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of March 2026 a true and correct copy of the foregoing document has been served by email to the following:  Zachary Z. Zermay, Esq., Florida Bar No:  1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida  33040; Telephone:  305-767-3529; Zach@Zermaylaw.com  and  info@Zermaylaw.com;  Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas  77002, Telephone:    713-364-6440, CF@ChadFlores.law;    chad-flores-7646@ecf.pacerpro.com  and service@chadflores.law.

*s/Leia V. Leitner*

Leia V. Leitner