UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW LAROSIERE

      Plaintiff,

vs.                                                           Case No:  6:24-CV-01629-AGM-LHP

CODY RUTLEDGE WILSON, DEFCAD, INC.,
DEFENSE DISTRIBUTED and
DIOSKOUROI LLC,

      Defendants.

_____/

## TIME-SENSITIVE JOINT MOTION TO STAY ALL PENDING DEADLINES

Plaintiff, Matthew Larosiere, Defendants, CODY RUTLEDGE WILSON, DEFCAD, Inc., DEFENSE DISTRIBUTED ("Defendants"), by and through undersigned counsel, file this Motion to Stay Compliance the pending all deadlines, including, but not limited to, all pending motions (i.e. Docs. 256, 264–267), and all pre-trial deadlines outlined in the Court's Case Management and Scheduling Order (Doc. 58), following the settlement the parties' reached in principal during the Court-Ordered Mediation conducted on March 27, 2026:

| Event | Deadlines |
|---|---|
| Expert Disclosure Deadline: | Defendant:  April 2, 2026<br>Rebuttal:    April 16, 2026 |
| Discovery Deadline | May 1, 2026 |
| Dispositive Motions, and Daubert Motions | June 2, 2026 |

1

| All Other Motions Including Motions In Limine | September 2, 2026 |
|---|---|
| *Meeting In Person* to Prepare Joint Final Pretrial Statement | September 25, 2026 |
| *Joint Final Pretrial Statement, (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on an Approved Form), Trial Briefs* | October 5, 2026 |

**Local Rule 3.01(g) Certification**

The undersigned hereby certifies that on March 10, 2026, the parties met and conferred and Plaintiff is unopposed to the relief sought.

Dated: March 30, 2026

Respectfully submitted,

**WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP**

By:  *s/ Leia V. Leitner*
Leia V. Leitner
Florida Bar No: 105621
111 North Orange Avenue
Suite 1200
Orlando, FL 32801
Telephone:       407-423-7287
Facsimile: 407-648-1376
Leia.Leitner@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

Jura C. Zibas
Florida Bar No: 124571
Amaris C. Gyebi, Esq.
Florida Bar No: 1019361
2063 Main Street - Suite 100
Sarasota, FL 34237
Telephone:941-866-8561

2

Facsimile:  941-210-5979
Jura.Zibas@wilsonelser.com
Amaris.Gyebi@wilsonelser.com
Cheryl.Kujawski@wilsonelser.com

*Co-Counsel for Defendants*
*Cody Rutledge Wilson*
*DEFCAD, Inc. and Defense Distributed*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of March, 2026 a true and correct copy of the foregoing document has been served by email to the following:  Zachary Z. Zermay, Esq., Florida Bar No:  1002905; Zermay Law, P.A., *Counsel for Plaintiff*, 1200 Fourth Street, #1102, Key West, Florida  33040; Telephone:  305-767-3529; Zach@Zermaylaw.com and info@Zermaylaw.com; Charles (Chad) Flores, Esq., Flores Law PLLC, *Counsel for Defendants, Cody Rutledge Wilson, DEFCAD, Inc., Defense Distributed and Dioskouroi LLC,* 917 Franklin Street, Suite 600, Houston, Texas  77002, Telephone: 713-364-6440, CF@ChadFlores.law; chad-flores-7646@ecf.pacerpro.com and service@chadflores.law.

*s/ Leia V. Leitner*
Leia V. Leitner

3