AO 121 (6/90)

| TO: | REPORT ON THE |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION        ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | USDC – Middle District of Florida |
| **DOCKET NO.** 6:24-cv-1629-AGM-LHP | **DATE FILED** September 6, 2024 | 300 North Hogan Street<br>Jacksonville, FL 32202 |

| PLAINTIFF | DEFENDANT |
|---|---|
| MATTHEW LAROSIERE | CODY RUTLEDGE WILSON, DEFCAD, INC. et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1    See attached | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☐ No | March 31, 2026 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| ELIZABETH M. WARREN | Betsy Davis | April 1, 2026 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy