## U.S. District Court

### Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 3/31/2026 at 12:38 PM EDT and filed on 3/31/2026

**Case Name:**      Larosiere v. Wilson et al

**Case Number:**      6:24-cv-01629-AGM-LHP

**Filer:**

**Document Number:** 273(No document attached)

**Docket Text:**
**ENDORSED ORDER dismissing the case with prejudice and without costs, pursuant to Local Rule 3.09(b) of the Middle District of Florida. The Court, having been advised by the [270] Joint Notice of Settlement that the case has been settled in its entirety, dismisses the case subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate any pending motions and close this case. Signed by Judge Anne-Leigh Gaylord Moe on 3/31/2026. (TAH)**


**6:24-cv-01629-AGM-LHP Notice has been electronically mailed to:**

Donna Marie Canina Doyle     admin@mediatefirstinc.com

Leia Villasenor Leitner     Leia.Leitner@wilsonelser.com, Cheryl.Kujawski@wilsonelser.com, leiavleitner@gmail.com

Jura Christine Zibas     jura.zibas@wilsonelser.com, cheryl.kujawski@wilsonelser.com

Amaris Lilly-Joy Chris Gyebi     amaris.gyebi@wilsonelser.com, Cheryl.Kujawski@wilsonelser.com, amarisgyebi@yahoo.com

Gary Charles De Pury     gary@depury.com

Zachary Z. Zermay     zach@zermaylaw.com

Matthew Larosiere     larosieremm@gmail.com

Charles (Chad) Flores     chad@chadflores.law, chad-flores-7646@ecf.pacerpro.com, service@chadflores.law

David S. Gingras (Terminated)     david@gingraslaw.com

**6:24-cv-01629-AGM-LHP Notice has been delivered by other means to:**

Case 6:24-cv-01629-AGM-LHP     Document 276-1     Filed 04/01/26     Page 2 of 2 PageID
7787