UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff,*

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE       DISTRIBUTED,       and
DIOSKOUROI LLC,

*Defendants.*

_____

Defense Distributed,

Counterplaintiff/ Third-
Party Plaintiff,

v.

The Gatalog, Matthew Larosiere, John Elik,
Alexander Holladay, Peter Celentano, Josh
Kiel Stroke, John Lettman, and MAF Corp.

Counterdefendants.

_____/

## **NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure,

Notice is given that Former Counter-Defendants/Third-Party Defendants John

Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp.

appeal to the United States Court of Appeals for the Eleventh Circuit from the

1

Court's March 31, 2026 Order (Doc. 273) dismissing this action with prejudice, terminating all pending motions, and directing the Clerk to close the case, and from prior orders that merge into that final order, including specifically the Court's January 12, 2026 Order denying Former Counter-Defendants' Consolidated Motion for an Award of Reasonable Attorneys' Fees and Related Expenses Against Defense Distributed, Federico Reynal, Chad Flores, and David Gringas. (Doc. 184).

Respectfully submitted,

DATED: April 23, 2026

| | |
|---|---|
| */s/Gary C. De Pury* | */s/Matthew Larosiere* |
| Gary C. De Pury, Esq. | Matthew Larosiere, Esq. |
| Law Offices of Gary De Pury, P.A. | Fla Bar No. 1005581 |
| 21035 Leonard Road | 6964 Houlton Circle |
| Lutz, Florida 33558 | Lake Worth, FL 33467 |
| Email: Gary@DePury.com | Email: larosieremm@gmail.com |
| Tel: (813) 607-6404 | Telephone: 561-452-7575 |
| *Counsel for Holladay and MAF Corp.* | *Counsel for Elik, Stroke, and Lettman* |

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  April 23, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Matthew Larosiere*_____
Matthew Larosiere, Esq.

3