APPEAL,CLOSED,MEDIATION,STAYED

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: <u>6:24−cv−01629−AGM−LHP</u>

| | |
|---|---|
| Larosiere v. Wilson et al | Date Filed: 09/06/2024 |
| Assigned to: Judge Anne−Leigh Gaylord Moe | Date Terminated: 03/31/2026 |
| Referred to: Magistrate Judge Leslie Hoffman Price | Jury Demand: None |
| Cause: 17:101 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Matthew Larosiere**     represented by     **Zachary Z. Zermay**
Zermay Law, P.A.
3000 Coral Way
Suite 1115
Miami, FL 33145
310−752−9728
Email: zach@zermaylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cody Rutledge Wilson**     represented by     **Leia Villasenor Leitner**
Wilson Elser Moskowitz Edelman &
Dicker, LLP
111 N. Orange Avenue
Suite 1200
Orlando, FL 32801
407−203−7599
Email: Leia.Leitner@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amaris Lilly−Joy Chris Gyebi**
Wilson Elser Moskowitz Edelman &
Dicker LLP
2063 Main Street
Suite 100
Sarasota, FL 34237
941−210−5961
Fax: 941−210−5979
Email: amaris.gyebi@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Charles (Chad) Flores**
Flores Law PLLC

917 Franklin Street
Suite 600
Houston, TX 77002
713−364−6440
Email: chad@chadflores.law
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
Gingras Law Office, PLLC
4802 E. Ray Road
#23−271
Phoenix, AZ 85044
480−264−1400
Email: david@gingraslaw.com
*TERMINATED: 09/08/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
The Reynal Law Firm, P.C.
917 Franklin
Sixth Floor
Houston, TX 77002
713−228−5900
Email: areynal@frlaw.us
*TERMINATED: 09/26/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jura Christine Zibas**
Wilson Elser Moskowitz Edelman &
Dicker, LLP
Suite 100
2063 Main Street
Sarasota, FL 34237
941/866−8561
Fax: 941−210−5979
Email: jura.zibas@wilsonelser.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defcad, Inc.**                    represented by **Leia Villasenor Leitner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amaris Lilly−Joy Chris Gyebi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles (Chad) Flores**

(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jura Christine Zibas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defense Distributed**                     represented by     **Amaris Lilly–Joy Chris Gyebi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jura Christine Zibas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leia Villasenor Leitner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

3

**Dioskouroi LLC**                                   represented by **Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leia Villasenor Leitner**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**David Scott Gingras**                              represented by **David S. Gingras**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Respondent**

**Federico Reynal**

**Respondent**

**Charles Flores**                                   represented by **Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mediator**

**Donna M. Doyle**                                   represented by **Donna Marie Canina Doyle**
Mediate First, Inc.
200 E Robinson St Ste 700
Orlando, FL 32801
407/649−9495
Fax: 407/649−8698
Email: admin@mediatefirstinc.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Defense Distributed**                              represented by **Leia Villasenor Leitner**

*TERMINATED: 09/11/2025*

(See above for address)
*LEAD ATTORNEY*

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Defcad, Inc.**
*TERMINATED: 09/11/2025*

represented by **Leia Villasenor Leitner**
(See above for address)
*LEAD ATTORNEY*

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cody Rutledge Wilson**
*TERMINATED: 09/11/2025*

represented by **Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)

*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Leia Villasenor Leitner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Dioskouroi LLC**                      represented by   **Charles (Chad) Flores**
*TERMINATED: 09/11/2025*                                 (See above for address)
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **David S. Gingras**
                                                         (See above for address)
                                                         *TERMINATED: 09/08/2025*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Federico Andino Reynal**
                                                         (See above for address)
                                                         *TERMINATED: 09/26/2025*
                                                         *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**The Gatalog**
*TERMINATED: 09/11/2025*

**Counter Defendant**

**John Elik**                           represented by   **Matthew Larosiere**
*TERMINATED: 09/11/2025*                                 6964 Houlton Circle
                                                         Lake Worth, FL 33467
                                                         561–452–7575
                                                         Email: larosieremm@gmail.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Alexander Holladay**                  represented by   **Gary Charles De Pury**
*TERMINATED: 09/11/2025*                                 Law Offices of Gary De Pury, P.A.
                                                         21035 Leonard Road
                                                         Lutz, FL 33558
                                                         813–607–6911
                                                         Fax: 813–949–3406
                                                         Email: gary@depury.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Peter Celentano**
*TERMINATED: 09/11/2025*

**Counter Defendant**

**Josh Kiel Stroke**                    represented by   **Matthew Larosiere**
*TERMINATED: 09/11/2025*                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**John Lettman**                        represented by   **Matthew Larosiere**
*TERMINATED: 09/11/2025*                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**The Gatalog Foundation**
*TERMINATED: 09/11/2025*

**Counter Defendant**

**MAF Corp.**                           represented by   **Gary Charles De Pury**
*TERMINATED: 09/11/2025*                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Matthew Larosiere**                   represented by   **Zachary Z. Zermay**
*TERMINATED: 09/11/2025*                                 (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Cody Rutledge Wilson**                represented by   **Charles (Chad) Flores**
*TERMINATED: 09/11/2025*                                 (See above for address)
                                                        *PRO HAC VICE*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **David S. Gingras**
                                                        (See above for address)
                                                        *TERMINATED: 09/08/2025*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Federico Andino Reynal**
                                                        (See above for address)
                                                        *TERMINATED: 09/26/2025*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Leia Villasenor Leitner**
                                                        (See above for address)

7

*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Defense Distributed**
*TERMINATED: 09/11/2025*

represented by **Leia Villasenor Leitner**
(See above for address)
*LEAD ATTORNEY*

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Defcad, Inc.**
*TERMINATED: 09/11/2025*

represented by **Leia Villasenor Leitner**
(See above for address)
*LEAD ATTORNEY*

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Dioskouroi LLC**
*TERMINATED: 09/11/2025*

represented by **Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*

*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

**MAF Corp.**                                    represented by   **Gary Charles De Pury**
*TERMINATED: 09/11/2025*                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Zachary Z. Zermay**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John Lettman**                                 represented by   **Matthew Larosiere**
*TERMINATED: 09/11/2025*                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Zachary Z. Zermay**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Matthew Larosiere**                            represented by   **Zachary Z. Zermay**
*TERMINATED: 09/11/2025*                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Peter Celentano**
*TERMINATED: 09/11/2025*

**Third Party Defendant**

**The Gatalog**
*TERMINATED: 09/11/2025*

**Third Party Defendant**

**Josh Kiel Stroke**                             represented by   **Matthew Larosiere**
*TERMINATED: 09/11/2025*                                         (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

9

**Third Party Defendant**

**John Elik**
*TERMINATED: 09/11/2025*

represented by   **Matthew Larosiere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**The Gatalog Foundation**
*TERMINATED: 09/11/2025*

**Third Party Defendant**

**Alexander Holladay**
*TERMINATED: 09/11/2025*

represented by   **Gary Charles De Pury**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Z. Zermay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Cody Rutledge Wilson**
*TERMINATED: 09/11/2025*

represented by   **Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Leia Villasenor Leitner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Defense Distributed**
*TERMINATED: 09/11/2025*

represented by   **Leia Villasenor Leitner**
(See above for address)
*LEAD ATTORNEY*

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

David S. Gingras
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

Federico Andino Reynal
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Defcad, Inc.**
*TERMINATED: 09/11/2025*

represented by **Leia Villasenor Leitner**
(See above for address)
*LEAD ATTORNEY*

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Third Party Plaintiff**

**Dioskouroi LLC**
*TERMINATED: 09/11/2025*

represented by **Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

V.

**Third Party Defendant**

11

**MAF Corp.**
*TERMINATED: 09/11/2025*

represented by **Gary Charles De Pury**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**The Gatalog**
*TERMINATED: 09/11/2025*

**Third Party Defendant**

**Alexander Holladay**
*TERMINATED: 09/11/2025*

represented by **Gary Charles De Pury**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**John Lettman**
*TERMINATED: 09/11/2025*

represented by **Matthew Larosiere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Josh Kiel Stroke**
*TERMINATED: 09/11/2025*

represented by **Matthew Larosiere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Z. Zermay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Peter Celentano**
*TERMINATED: 09/11/2025*

**Third Party Defendant**

**John Elik**
*TERMINATED: 09/11/2025*

represented by **Matthew Larosiere**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Zachary Z. Zermay**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cody Rutledge Wilson**
*TERMINATED: 09/11/2025*

represented by **Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*

12

*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Leia Villasenor Leitner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Defense Distributed**<br>*TERMINATED: 09/11/2025* | represented by | **Leia Villasenor Leitner**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Defcad, Inc.**<br>*TERMINATED: 09/11/2025* | represented by | **Leia Villasenor Leitner**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Charles (Chad) Flores**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David S. Gingras**
(See above for address)
*TERMINATED: 09/08/2025*
*ATTORNEY TO BE NOTICED*

**Federico Andino Reynal**
(See above for address)
*TERMINATED: 09/26/2025*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Dioskouroi LLC**                          represented by   **Charles (Chad) Flores**
*TERMINATED: 09/11/2025*                                     (See above for address)
                                                            *PRO HAC VICE*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **David S. Gingras**
                                                            (See above for address)
                                                            *TERMINATED: 09/08/2025*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Federico Andino Reynal**
                                                            (See above for address)
                                                            *TERMINATED: 09/26/2025*
                                                            *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Matthew Larosiere**                       represented by   **Zachary Z. Zermay**
*TERMINATED: 09/11/2025*                                     (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/06/2024 | 1 | COMPLAINT against All Defendants (Filing fee $405 receipt number BFLMDC–22487885) filed by Matthew Larosiere. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Proposed Summons, # 4 Proposed Summons, # 5 Proposed Summons)(Zermay, Zachary) (Entered: 09/06/2024) |
| 09/06/2024 | 2 | NEW CASE ASSIGNED to Judge Wendy W. Berger and Magistrate Judge Leslie Hoffman Price. New case number: 6:24–cv–1629–WWB–LHP. (AA) (Entered: 09/06/2024) |
| 09/09/2024 | 3 | SUMMONS issued as to All Defendants. (HAI) (Entered: 09/09/2024) |
| 09/09/2024 | 4 | Copyright Report electronically sent to the U.S. Copyright Office. (Attachments: # 1 Complaint) (HAI) (Entered: 09/09/2024) |
| 09/10/2024 | 5 | **NOTICE TO COUNSEL AND PARTIES: The Middle District of Florida's revised Local Rules become effective April 1, 2024, and can be found on the Court's public website https://www.flmd.uscourts.gov/local–rules. Additionally, the undersigned has issued a Standing Order, available at https://www.flmd.uscourts.gov/judges/wendy–berger, that apply to all proceedings before the undersigned. For a just and efficient resolution of this** |

| | | |
|---|---|---|
| | | **case, the parties are DIRECTED to read and comply with the Middle District of Florida's Local Rules and this Court's Standing Orders. See Local Rule 1.01(a). Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Wendy W. Berger on 9/10/2024. (RMF)** (Entered: 09/10/2024) |
| 09/10/2024 | 6 | NOTICE of Local Rule 3.02(a)(2), which requires the parties in every civil proceeding, except those described in subsection (d), to file a case management report (CMR) using the uniform form at www.flmd.uscourts.gov. The CMR must be filed (1) within forty days after any defendant appears in an action originating in this court, (2) within forty days after the docketing of an action removed or transferred to this court, or (3) within seventy days after service on the United States attorney in an action against the United States, its agencies or employees. Judges may have a special CMR form for certain types of cases. These forms can be found at www.flmd.uscourts.gov under the Forms tab for each judge. (Signed by Deputy Clerk). (RMF) (Entered: 09/10/2024) |
| 09/20/2024 | 7 | PROOF of service by Matthew Larosiere (Zermay, Zachary) (Entered: 09/20/2024) |
| 09/20/2024 | 8 | PROOF of service by Matthew Larosiere (Zermay, Zachary) (Entered: 09/20/2024) |
| 09/25/2024 | 9 | WAIVER of service returned executed on 09/24/2024 by Matthew Larosiere as to Cody Rutledge Wilson. (Zermay, Zachary) (Entered: 09/25/2024) |
| 09/25/2024 | 10 | WAIVER of service returned executed on 09/24/2024 by Matthew Larosiere as to Dioskouroi LLC. (Zermay, Zachary) (Entered: 09/25/2024) |
| 10/07/2024 | 11 | MOTION for Chad Flores to appear pro hac vice by All Defendants. (e−portal) (ARL) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/08/2024) |
| 10/08/2024 | 12 | NOTICE TO COUNSEL Chad Flores Local Rule 2.01(c), Special Admission – Pay the Special Admission Fee; Submit a Pro Hac Vice E−File Registration through PACER. Visit www.flmd.uscourts.gov/for−lawyers for details (Signed by Deputy Clerk). (ARL) (Entered: 10/08/2024) |
| 10/08/2024 | 13 | **ORDER granting 11 Unopposed Motion for Special Admission. Charles ("Chad") Flores, Esq., may specially appear in this case as counsel for Defendants. Signed by Magistrate Judge Leslie Hoffman Price on 10/8/2024. (MKH)** (Entered: 10/08/2024) |
| 10/08/2024 | 14 | MOTION for David S. Gingras to appear pro hac vice by All Defendants. (e−portal) (ARL) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/08/2024) |
| 10/08/2024 | 15 | NOTICE TO COUNSEL David S. Gingras Local Rule 2.01(c), Special Admission – Pay the Special Admission Fee; Submit a Pro Hac Vice E−File Registration through PACER. Visit www.flmd.uscourts.gov/for−lawyers for details (Signed by Deputy Clerk). (ARL) (Entered: 10/08/2024) |
| 10/11/2024 | 17 | MOTION for Extension of Time to File Answer re 1 Complaint, by All Defendants. (e−portal) (ARL) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/15/2024) |
| 10/15/2024 | 16 | |

| | | |
|---|---|---|
| | | **ORDER granting 14 Unopposed Motion for Special Admission. David S. Gingras, Esq., may specially appear in this case as counsel for Defendants. Signed by Magistrate Judge Leslie Hoffman Price on 10/15/2024. (MKH)** (Entered: 10/15/2024) |
| 10/15/2024 | 18 | **ENDORSED ORDER granting 17 Defendants' Unopposed Motion for Deadline Extension. The deadline for Defendants to respond to the complaint is extended up to and including November 19, 2024. Counsel is cautioned, however, that future motions that fail to comply with all applicable Local Rules (the present motion fails to comply with Local Rule 3.01(a)) may be stricken or summarily denied without further notice. Signed by Magistrate Judge Leslie Hoffman Price on 10/15/2024. (MKH)** (Entered: 10/15/2024) |
| 10/16/2024 | 19 | MOTION for Federico Andino Reynal to appear pro hac vice by All Defendants. (e–portal) (RN) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/16/2024) |
| 10/16/2024 | 20 | NOTICE TO COUNSEL Federico Andino Reynal Local Rule 2.01(c), Special Admission – Pay the Special Admission Fee; Submit a Pro Hac Vice E–File Registration through PACER. Visit www.flmd.uscourts.gov/for–lawyers for details (Signed by Deputy Clerk). (RN) (Entered: 10/16/2024) |
| 10/21/2024 | 21 | **ORDER granting 19 Unopposed Motion for Special Admission. Federico Andino Reynal, Esq., may specially appear in this case as counsel for Defendants. Signed by Magistrate Judge Leslie Hoffman Price on 10/21/2024. (MKH)** (Entered: 10/21/2024) |
| 10/21/2024 | | ***PRO HAC VICE FEES PAID (Receipt Number 37521 for $150) by attorney Federico Andino Reynal, appearing on behalf of Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. Related document: 19 MOTION for Federico Andino Reynal to appear pro hac vice. (ELA) (Entered: 10/21/2024) |
| 10/23/2024 | | ***PRO HAC VICE FEES PAID (Receipt Number ORL113199 for $150.00) by attorney Chad Flores, appearing on behalf of Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. Related document: 11 MOTION for Chad Flores to appear pro hac vice. (TRF) (Entered: 10/23/2024) |
| 11/07/2024 | 22 | NOTICE of *Lead Counsel* Appearance by Charles (Chad) Flores on behalf of Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson (Flores, Charles (Chad)) (Entered: 11/07/2024) |
| 11/07/2024 | 23 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Defense Distributed. (Flores, Charles (Chad)) (Entered: 11/07/2024) |
| 11/07/2024 | 24 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Defcad, Inc.. (Flores, Charles (Chad)) (Entered: 11/07/2024) |
| 11/07/2024 | 25 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Cody Rutledge Wilson. (Flores, Charles (Chad)) (Entered: 11/07/2024) |
| 11/07/2024 | 26 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Dioskouroi LLC. (Flores, Charles (Chad)) (Entered: 11/07/2024) |
| 11/12/2024 | | |

| | | |
|---|---|---|
| | | ***PRO HAC VICE FEES PAID (Receipt Number ORL113365 for $150) by attorney David S. Gingras, appearing on behalf of Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. Related document: 14 MOTION for David S. Gingras to appear pro hac vice. (EAM) (Entered: 11/12/2024) |
| 11/19/2024 | 27 | NOTICE of Appearance by Federico Andino Reynal on behalf of Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson (Reynal, Federico) (Entered: 11/19/2024) |
| 11/19/2024 | 28 | MOTION to Dismiss the Complaint for Failure to State a Claim Upon Which Relief can be Granted and for Lack of Personal Jurisdiction by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Flores, Charles (Chad)) (Entered: 11/19/2024) |
| 11/19/2024 | 29 | *Defendants'* ANSWER and affirmative defenses to 1 Complaint , COUNTERCLAIM *of Defense Distributed* against Matthew Larosiere, The Gatalog, John Elik, Alexander Holladay, Peter Celentano, Josh Kiel Stroke, John Lettman, The Gatalog Foundation, MAF Corp. by Defense Distributed, Defcad, Inc., Cody Rutledge Wilson, Dioskouroi LLC.(Flores, Charles (Chad)) (Entered: 11/19/2024) |
| 11/20/2024 | 30 | PROPOSED summons to be issued by Defcad, Inc., Defense Distributed. (Gingras, David) (Main Document 30 replaced on 11/21/2024) (GL). Modified on 11/21/2024 to flatten pdf (GL). (Entered: 11/20/2024) |
| 11/20/2024 | 31 | PROPOSED summons to be issued by Defcad, Inc., Defense Distributed. (Gingras, David) (Main Document 31 replaced on 11/21/2024) (GL). Modified on 11/21/2024 to flatten pdf (GL). (Entered: 11/20/2024) |
| 11/20/2024 | 32 | PROPOSED summons to be issued by Defcad, Inc., Defense Distributed. (Gingras, David) (Main Document 32 replaced on 11/21/2024) (GL). Modified on 11/21/2024 to flatten pdf (GL). (Entered: 11/20/2024) |
| 11/20/2024 | 33 | PROPOSED summons to be issued by Defcad, Inc., Defense Distributed. (Gingras, David) (Main Document 33 replaced on 11/21/2024) (GL). Modified on 11/21/2024 to flatten pdf (GL). (Entered: 11/20/2024) |
| 11/20/2024 | 34 | PROPOSED summons to be issued by Defcad, Inc., Defense Distributed. (Gingras, David) (Main Document 34 replaced on 11/21/2024) (GL). Modified on 11/21/2024 to flatten pdf (GL). (Entered: 11/20/2024) |
| 11/21/2024 | 35 | SUMMONS issued as to Peter Celentano, John Elik, Alexander Holladay, John Lettman, Josh Kiel Stroke. (GL) (Entered: 11/21/2024) |
| 11/25/2024 | 36 | PROPOSED summons to be issued by Defcad, Inc., Defense Distributed. (Gingras, David) (Entered: 11/25/2024) |
| 11/27/2024 | 37 | SUMMONS issued as to MAF Corp. (MCB) (Entered: 11/27/2024) |
| 12/03/2024 | 38 | **ORDER: is it ORDERED and ADJUDGED that Defendants' Motion to Dismiss 28 is DENIED as moot. Signed by Judge Wendy W. Berger on 12/3/2024. (RMF)** (Entered: 12/03/2024) |
| 12/05/2024 | 39 | PROPOSED summons to be issued by Defense Distributed. (Gingras, David) (Entered: 12/05/2024) |
| 12/09/2024 | 40 | SUMMONS issued as to The Gatalog Foundation. (RN) (Main Document 40 replaced on 12/9/2024) (MGB). (Modified on 12/9/2024 to flatten PDF) (MGB). |

| | | |
|---|---|---|
| | | (Entered: 12/09/2024) |
| 12/10/2024 | 41 | Joint Motion for Extension of Time to Amend the complaint by Matthew Larosiere. (Attachments: # 1 Exhibit Exhibit A, Proposed First Amended Complaint)(Zermay, Zachary) Modified text on 12/11/2024 (AM). (Entered: 12/10/2024) |
| 12/11/2024 | 42 | **ORDER granting in part and denying in part 41 Joint Motion for Extension for Time and to Amend the Complaint. Plaintiff shall file the proposed amended complaint (Doc. No. 41–1) as a separate docket entry on or before December 13, 2024. Fed. R. Civ. P. 15(a)(1)(B), (2). The deadline for Plaintiff to respond to Defendants' current counterclaims, to the extent appropriate, is extended up to and including December 30, 2024. The remaining requests are DENIED. See PDF Order. Signed by Magistrate Judge Leslie Hoffman Price on 12/11/2024. (MKH)** (Entered: 12/11/2024) |
| 12/11/2024 | 43 | AMENDED COMPLAINT against All Defendants filed by Matthew Larosiere.(Zermay, Zachary) (Entered: 12/11/2024) |
| 12/12/2024 | 44 | Copyright Report electronically sent to the U.S. Copyright Office. (Attachments: # 1 Exhibit Amended Complaint) (LD) (Entered: 12/12/2024) |
| 12/16/2024 | 45 | NOTICE of Appearance by Matthew Larosiere on behalf of John Elik, Josh Kiel Stroke, John Lettman (Larosiere, Matthew) (Entered: 12/16/2024) |
| 12/16/2024 | 46 | NOTICE TO COUNSEL Matthew Larosiere and Zachary Z. Zermay of Local Rule 2.02(a), which states, "The first paper filed on behalf of a party must designate only one lead counsel who – unless the party changes the designation – remains lead counsel throughout the action." Counsel must file a **Notice of Lead Counsel Designation** identifying lead counsel. (Signed by Deputy Clerk). (MLB) (Entered: 12/16/2024) |
| 12/16/2024 | 47 | MOTION to Dismiss Defendant–Counter plaintiff Defense Distributed's Counterclaims (Dkt. No. 29) by John Elik, Josh Kiel Stroke, John Lettman. (Attachments: # 1 Affidavit of John Elik, # 2 Affidavit of Joshua Kiel Stroke, # 3 Affidavit of John Lettman)(Larosiere, Matthew) Modified on 12/18/2024 to edit docket text (JDR). (Entered: 12/16/2024) |
| 12/26/2024 | 48 | MOTION to Dismiss for Lack of Jurisdiction *all claims against Defendant Dioskouroi LLC*, MOTION to Dismiss for Failure to State a Claim *Counts 5 & 6* by All Defendants. (Flores, Charles (Chad)) (Entered: 12/26/2024) |
| 12/27/2024 | 49 | *First Amended* ANSWER and affirmative defenses to 43 Amended Complaint, THIRD PARTY COMPLAINT against MAF Corp., John Lettman, Matthew Larosiere, Peter Celentano, The Gatalog, Josh Kiel Stroke, John Elik, The Gatalog Foundation, Alexander Holladay, COUNTERCLAIM against Matthew Larosiere by Cody Rutledge Wilson, Defense Distributed, Defcad, Inc., Dioskouroi LLC. (Flores, Charles (Chad)) Modified text on 12/30/2024 (GL). (Entered: 12/27/2024) |
| 12/27/2024 | 50 | RESPONSE in Opposition re 47 MOTION to Dismiss Defendant–Counterplaintiff Defense Distributed's Counterclaims (Dkt. No. 29) filed by Defense Distributed. (Flores, Charles (Chad)) (Entered: 12/27/2024) |
| 01/03/2025 | 51 | CASE MANAGEMENT REPORT. (Reynal, Federico) (Entered: 01/03/2025) |
| 01/03/2025 | 52 | AMENDED ANSWER to *Plaintiff Larosiere's* 43 Amended Complaint , Amended THIRD PARTY COMPLAINT *of Defense Distributed* against MAF Corp., The |

| | | |
|---|---|---|
| | | Gatalog, Alexander Holladay, John Lettman, Josh Kiel Stroke, Peter Celentano, John Elik, Amended COUNTERCLAIM *of Defense Distributed* against Matthew Larosiere by Cody Rutledge Wilson, Defense Distributed, Defcad, Inc., Dioskouroi LLC. (Flores, Charles (Chad)) (Entered: 01/03/2025) |
| 01/08/2025 | 53 | First MOTION for Preliminary Injunction and Incorporated Memorandum of Law by Matthew Larosiere. (Attachments: # 1 Exhibit A: Copyright Registrations, # 2 Exhibit B: Declaration of Matthew Larosiere, # 3 Exhibit C: Declaration of John Elik, # 4 Exhibit D: 159 Photographs Copied by Defcad, # 5 Exhibit E: 159 Images as to DD GG and DIO, # 6 Exhibit F: 64 Images BUBAR SF5 KF5 as to Defcad, # 7 Exhibit G: 26 Images as to DD GG and DIO, # 8 Exhibit H: 61 Images PV4 as to Defcad, # 9 Exhibit I: 61 Images PV4 as to DD GG and Dio, # 10 Exhibit J: 63 Hitchhiker Images as to Defcad, # 11 Exhibit K: 4 3D Models as to Defcad, # 12 Exhibit L: Comparison of Textual Works)(Zermay, Zachary) Modified text on 1/9/2025 (BD). (Entered: 01/08/2025) |
| 01/10/2025 | 54 | **ORDER: Defendants shall file a consolidated response to the Motion for Preliminary Injunction on or before January 16, 2025. On or before January 16, 2025, Plaintiff and Defendants named in the Motion shall file a joint notice, not to exceed ten pages, informing this Court if an evidentiary hearing is necessary in this matter. Signed by Judge Wendy W. Berger on 1/10/2025. (RMF)** (Entered: 01/10/2025) |
| 01/13/2025 | 55 | TIME SENSITIVE MOTION for an Extension of the Filing Deadline and Length Limit for Defendant's Consolidated Response to 53 First MOTION for Preliminary Injunction by All Defendants. (Flores, Charles (Chad)) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified on 1/14/2025 to edit text (ELA). (Entered: 01/13/2025) |
| 01/14/2025 | 56 | RESPONSE to Motion re 55 Time Sensitive Motion for an Extension of the Filing Deadline and Length Limit for Defendant's Consolidated Response to 53 First MOTION for Preliminary Injunction filed by Matthew Larosiere. (Zermay, Zachary) Modified on 1/14/2025 to edit text (ELA). (Entered: 01/14/2025) |
| 01/14/2025 | 57 | **ENDORSED ORDER granting in part and denying in part 55 Defendants' Time Sensitive Motion for an Extension of the Filing Deadline and Length Limit for Defendants' Consolidated Response. Defendants' consolidated response and the parties' joint notice may be filed on or before January 22, 2025. In all other respects, the Motion is denied. Signed by Judge Wendy W. Berger on 1/14/2025. (MDJ)** (Entered: 01/14/2025) |
| 01/16/2025 | 58 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 2/28/2025. Joinder of Parties due by 2/28/2025. Discovery due by 5/1/2026 Dispositive motions due by 6/2/2026 Pretrial statement due by 10/5/2026 All other motions due by 9/2/2026 Plaintiff disclosure of expert report due by 3/2/2026 Defendant disclosure of expert report due by 4/2/2026. Trial Status Conference set for 10/13/2026 at 10:00 AM in Orlando Courtroom 3 B before Judge Wendy W. Berger Jury Trial set for the November 2026 trial term commencing on 11/2/2026 at 09:00 AM in Orlando Courtroom 3 B before Judge Wendy W. Berger. Conduct mediation hearing by 5/15/2026. Lead counsel to coordinate dates. Signed by Judge Wendy W. Berger on 1/16/2025. (RMF)** (Entered: 01/16/2025) |
| 01/16/2025 | 59 | |

| | | |
|---|---|---|
| | | **ORDER: the parties are directed to confer, and then advise the Court, on the selection of a mediator, on or before February 18, 2025. Signed by Judge Wendy W. Berger on 1/16/2025. (RMF)** (Entered: 01/16/2025) |
| 01/16/2025 | 60 | RESPONSE in Opposition re 48 MOTION to Dismiss for Lack of Jurisdiction *all claims against Defendant Dioskouroi LLC*, MOTION to Dismiss for Failure to State a Claim *Counts 5 & 6* filed by Matthew Larosiere. (Zermay, Zachary) Modified punctuation on 1/17/2025 (JK). (Entered: 01/16/2025) |
| 01/17/2025 | 61 | **STANDING ORDER on Discovery Motions. Signed by Magistrate Judge Leslie Hoffman Price on 2/7/2022. (MKH)** (Entered: 01/17/2025) |
| 01/17/2025 | 62 | NOTICE of Lead Counsel Designation by Zachary Z. Zermay on behalf of Matthew Larosiere. Lead Counsel: Zachary Z. Zermay. (Zermay, Zachary) (Entered: 01/17/2025) |
| 01/17/2025 | 63 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Matthew Larosiere. (Zermay, Zachary) (Entered: 01/17/2025) |
| 01/17/2025 | 64 | NOTICE of Lead Counsel Designation by Matthew Larosiere on behalf of John Elik, Josh Kiel Stroke, John Lettman. Lead Counsel: Matthew Larosiere. (Larosiere, Matthew) (Entered: 01/17/2025) |
| 01/17/2025 | 65 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by John Elik. (Larosiere, Matthew) (Entered: 01/17/2025) |
| 01/17/2025 | 66 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by John Lettman. (Larosiere, Matthew) (Entered: 01/17/2025) |
| 01/17/2025 | 67 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Josh Kiel Stroke. (Larosiere, Matthew) (Entered: 01/17/2025) |
| 01/17/2025 | 68 | NOTICE of *Lead Counsel* Appearance by Gary Charles De Pury on behalf of Alexander Holladay, MAF Corp. (De Pury, Gary) (Entered: 01/17/2025) |
| 01/17/2025 | 69 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by MAF Corp. (De Pury, Gary) Modified on 1/21/2025 to edit docket text (MSN). (Entered: 01/17/2025) |
| 01/17/2025 | 70 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Alexander Holladay. (De Pury, Gary) (Entered: 01/17/2025) |
| 01/17/2025 | 71 | MOTION to Dismiss for Lack of Jurisdiction *as to out−of−state Counterdefendants*, MOTION to Dismiss for Failure to State a Claim *as to all Counterdefendants*, MOTION for Attorney Fees *as to all Counterdefendants* by John Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, MAF Corp., Matthew Larosiere. (Attachments: # 1 Exhibit A − Affidavit of John Elik, # 2 Exhibit B − Affidavit of Josh Stroke, # 3 Exhibit C − Affidavit of John Lettman)(Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 01/17/2025) |
| 01/21/2025 | 72 | NOTICE TO COUNSEL Zachary Z. Zermay of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (MSN) (Entered: 01/21/2025) |
| 01/22/2025 | 73 | |

| | | |
|---|---|---|
| | | JOINT NOTICE regarding an Evidentiary Hearing on Plaintiff's Motion for a Preliminary Injunction re 57 Order on Motion for Extension of Time to File Response / Reply, Order on Motion for Leave to File Document filed by Cody Rutledge Wilson, Defcad, Inc., Defense Distributed, Dioskouroi LLC. (Flores, Charles (Chad)) Modified on 1/23/2025 to edit text (ELA). (Entered: 01/22/2025) |
| 01/22/2025 | 74 | RESPONSE to Motion re 53 First MOTION for Preliminary Injunction filed by Cody Rutledge Wilson, Defcad, Inc., Defense Distributed, Dioskouroi LLC. (Attachments: # 1 Exhibit A * Document, # 2 Exhibit B * Treatise)(Flores, Charles (Chad)) (Entered: 01/22/2025) |
| 01/24/2025 | 75 | MOTION for Leave to File reply re 74 Response to Plaintiff's Motion for a Preliminary Injunction by Matthew Larosiere. (Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified motion and docket text on 1/27/2025 (EVK). (Entered: 01/24/2025) |
| 01/28/2025 | 76 | RESPONSE in Opposition re 75 MOTION for Leave to File reply re 74 Response to Plaintiff's Motion for a Preliminary Injunction filed by Cody Rutledge Wilson, Defcad, Inc., Defense Distributed, Dioskouroi LLC. (Flores, Charles (Chad)) (Entered: 01/28/2025) |
| 01/28/2025 | 77 | **ENDORSED ORDER granting 75 Plaintiff Matthew Larosiere's Motion for Leave to Reply. Plaintiff may file a reply brief, not to exceed five (5) pages in length, within two (2) business days of the date of this Order. Signed by Magistrate Judge Leslie Hoffman Price on 1/28/2025. (MKH)** (Entered: 01/28/2025) |
| 01/29/2025 | 78 | REPLY to Response to 53 First MOTION for Preliminary Injunction filed by Matthew Larosiere. (Zermay, Zachary) Modified text on 1/30/2025 (BD). (Entered: 01/29/2025) |
| 01/31/2025 | 79 | RESPONSE to 71 MOTION to Dismiss filed by Defense Distributed. (Flores, Charles (Chad)) Modified text on 2/3/2025 (BD). (Entered: 01/31/2025) |
| 02/12/2025 | 80 | MOTION to Stay Discovery *pending resolution of motions to dismiss* by John Elik, Josh Kiel Stroke, John Lettman, Matthew Larosiere. (Attachments: # 1 Exhibit A – DD's RFP to Larosiere, # 2 Exhibit B – DD's RFP to Elik, # 3 Exhibit C – DD's RFP to Lettman, # 4 Exhibit D – DD's RFP Stroke)(Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 02/12/2025) |
| 02/18/2025 | 81 | STATUS Notice Regarding Mediator Selection by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson re 59 Order Directing Compliance (Flores, Charles (Chad)) Modified text on 2/19/2025 (JK). (Entered: 02/18/2025) |
| 02/26/2025 | 82 | RESPONSE in Opposition re 80 MOTION to Stay Discovery *pending resolution of motions to dismiss* filed by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A – Feb. 26 Declaration)(Flores, Charles (Chad)) (Entered: 02/26/2025) |
| 03/06/2025 | 83 | **ORDER denying 80 Plaintiff and Counterdefendants Matthew Larosiere, John Elik, Josh Stroke, and John Lettman's Opposed Motion to Stay Discovery Pending Resolution of Counterdefendants Matthew Larosiere, John Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp's Consolidated Motion to Dismiss Defense Distributed's Counterclaims. Signed by Magistrate Judge Leslie Hoffman Price on 3/6/2025. (MKH)** (Entered: |

| | | |
|---|---|---|
| | | 03/06/2025) |
| 03/18/2025 | 84 | NOTICE by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson re 81 Notice (Other) (Flores, Charles (Chad)) Modified on 3/19/2025 counsel refiled at doc. 85 due to error in PDF (ELA). (Entered: 03/18/2025) |
| 03/19/2025 | 85 | NOTICE by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson re 81 Notice (Other), 59 Order Directing Compliance (Flores, Charles (Chad)) (Entered: 03/19/2025) |
| 03/19/2025 | 86 | PROOF of service by Defense Distributed (Flores, Charles (Chad)) (Entered: 03/19/2025) |
| 04/10/2025 | 87 | MOTION for Clerk's Entry of Default against Peter Celentano by Defense Distributed. (Attachments: # 1 Exhibit)(Reynal, Federico) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 04/10/2025) |
| 04/11/2025 | 88 | **ORDER denying without prejudice 87 Motion for Entry of Default Judgment as to Peter Celentano. Defense Distributed shall file a renewed motion within seven (7) days of this Order, in full compliance with the Local Rules, and addressing the issues identified herein. Signed by Magistrate Judge Leslie Hoffman Price on 4/11/2025. (MKH)** (Entered: 04/11/2025) |
| 04/15/2025 | 89 | **ORDER: it is ORDERED and ADJUDGED that Defendants' Motion to Dismiss 48 is DENIED as moot. Signed by Judge Wendy W. Berger on 4/15/2025. (RMF)** (Entered: 04/15/2025) |
| 04/15/2025 | 90 | **ORDER: it is ORDERED that Donna M. Doyle is appointed as Mediator in this case. Signed by Judge Wendy W. Berger on 4/15/2025. (RMF)** (Entered: 04/15/2025) |
| 04/17/2025 | 91 | **ENDORSED ORDER denying as moot 47 Counterdefendants' Motion to Dismiss Counterclaims, to Strike, and in the Alternative, for a More Definite Statement. Signed by Judge Wendy W. Berger on 4/17/2025. (MDJ)** (Entered: 04/17/2025) |
| 04/17/2025 | 92 | MOTION for Extension the Time for Service upon Counter defendant Peter Celentano and Memorandum in Support by Defcad, Inc. (Attachments: # 1 Exhibit)(Reynal, Federico) Modified on 4/18/2025 to edit the docket text (MLB). (Entered: 04/17/2025) |
| 04/18/2025 | 93 | **ORDER granting 92 Defense Distributed's Motion to Extend the Time for Service Upon Counterdefendant Peter Celentano and Memorandum in Support. The deadline for Defense Distributed to effect service of process on Counter–Defendant Peter Celentano is extended up to and including May 15, 2025. Defense Distributed shall file proof of service on or before that date. Signed by Magistrate Judge Leslie Hoffman Price on 4/18/2025. (MKH)** (Entered: 04/18/2025) |
| 05/04/2025 | 94 | MOTION for Leave to File supplemental memorandum in support of Plaintiff's motion for preliminary injunction by Matthew Larosiere. (Attachments: # 1 Supplement Ex 1 – Proposed Supplemental Memorandum, # 2 Exhibit N – Comparison of Written Works, # 3 Exhibit O – Comparison of Photographic Works, # 4 Exhibit P – Declaration of Larosiere)(Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 05/04/2025) |

| 05/05/2025 | 95 | RETURN of Service Executed for Peter Celentano on May 1, 2025. (Reynal, Federico) Modified on 5/6/2025 to edit the docket text (MLB). (Entered: 05/05/2025) |
|---|---|---|
| 05/11/2025 | 96 | Opposed Emergency MOTION to Quash Improper Subpoenas, for a Protective Order, to Stay Discovery, and For Sanctions by John Elik, Matthew Larosiere, John Lettman, Josh Kiel Stroke. (Attachments: # 1 Exhibit A – Reynal Refusing Copied, # 2 Exhibit B – The Blog Post, # 3 Exhibit C – Pre–Conference Emails, # 4 Exhibit D – Reynal Admitting Undisclosed Subpoena and Flores Refusing Corrective Measures, # 5 Exhibit E – Undisclosed Digital Ocean Subpoena, # 6 Exhibit F – Elik Declaration, # 7 Exhibit G – Zermay Declaration, # 8 Exhibit H – Larosiere Declaration)(Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified text on 5/12/2025 (BD). (Entered: 05/11/2025) |
| 05/12/2025 | 97 | **ORDER denying in part and deferring in part 96 Opposed Emergency Motion to Quash Improper Subpoenas, for a Protective Order, to Stay Discovery, and For Sanctions. See the PDF Order for further details and requirements. Signed by Magistrate Judge Leslie Hoffman Price on 5/12/2025. (ECJ)** (Entered: 05/12/2025) |
| 05/12/2025 | 98 | NOTICE of hearing on motion re 96 MOTION to Quash Improper Subpoenas, for Protective Order and for Sanctions. Motion Hearing set for 6/13/2025 at 10:00 AM in Orlando Courtroom 5 D before Magistrate Judge Leslie Hoffman Price. (ECJ) (Entered: 05/12/2025) |
| 05/12/2025 | 99 | EMERGENCY OBJECTION re 97 Order on Motion to Quash Order on Motion for Protective Order Order on Motion for Sanctions Order on Motion to Stay Discovery by John Elik, Matthew Larosiere, John Lettman, Josh Kiel Stroke by John Elik, Matthew Larosiere, John Lettman, Josh Kiel Stroke. (Zermay, Zachary) Modified text on 5/13/2025 (GL). (Entered: 05/12/2025) |
| 05/19/2025 | 100 | RESPONSE in Opposition re 94 MOTION for Leave to File supplemental memorandum in support of Plaintiff's motion for preliminary injunction filed by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Flores, Charles (Chad)). (Entered: 05/19/2025) |
| 05/28/2025 | 101 | ***STRICKEN PER ORDER 102*** RESPONSE to Motion re 96 Emergency MOTION to Quash Improper Subpoenas, Emergency MOTION for Protective Order, MOTION for Sanctions, MOTION to Stay Discovery filed by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Flores, Charles (Chad)) Modified on 5/28/2025 to edit the docket text (MLB). Modified on 5/29/2025 to strike as directed (RPB). (Entered: 05/28/2025) |
| 05/28/2025 | 102 | **ORDER to strike re: 101 Defense Distributed's Response to the Emergency Motions Regarding Discovery and Emergency Objections to Magistrate Judge Hoffman Price's May 12, 2015 Order. It is ORDERED that on or before close of business today, May 28, 2025, Defense Distributed shall file, as separate documents, its response to Plaintiff's motion to quash (Doc. No. 96) and its response to Plaintiff's emergency objection to the Order entered thereon (Doc. No. 99). Any filing made after this deadline will result in the striking of such late filing, and the underlying motion and/or objection being treated as unopposed. Local Rule 3.01(c). Signed by Magistrate Judge Leslie Hoffman Price on 5/28/2025. (MKH)** (Entered: 05/28/2025) |
| 05/28/2025 | 103 | |

| | | |
|---|---|---|
| | | RESPONSE to Motion re 96 Emergency MOTION to Quash Improper SubpoenasEmergency MOTION for Protective Order MOTION for Sanctions MOTION to Stay Discovery filed by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Flores, Charles (Chad)) (Entered: 05/28/2025) |
| 05/28/2025 | 104 | RESPONSE re 99 Objection *to Magistrate Judge's May 12, 2025 Order* filed by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Flores, Charles (Chad)) (Entered: 05/28/2025) |
| 06/02/2025 | 105 | MOTION for Clerk's Entry of Default against Peter Celentano by Defense Distributed. (Attachments: # 1 Exhibit Exhibits in Support of Defense Distributed's Request for Entry of Default Judgment as to Peter Celentano)(Reynal, Federico) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 06/02/2025) |
| 06/02/2025 | 106 | **ORDER: it is ORDERED and ADJUDGED that Counter–Defendants' Objection 99 is OVERRULED. Signed by Judge Wendy W. Berger on 6/2/2025. (RMF) (Entered: 06/02/2025)** |
| 06/03/2025 | 107 | **ORDER denying without prejudice for failure to comply with Local Rule 3.01(g) 105 Request for Entry of Default Judgment as to Peter Celentano. Defense Distributed shall file a renewed motion within seven (7) days of the date of this Order, in full compliance with the Local Rules. Signed by Magistrate Judge Leslie Hoffman Price on 6/3/2025. (MKH) (Entered: 06/03/2025)** |
| 06/03/2025 | 108 | Joint NOTICE re 96 Emergency MOTION to Quash Improper Subpoenas Emergency MOTION for Protective Order MOTION for Sanctions MOTION to Stay Discovery , 97 Order on Motion to Quash Order on Motion for Protective Order Order on Motion for Sanctions Order on Motion to Stay Discovery by Defcad, Inc., Defense Distributed, Dioskouroi LLC, John Elik, Alexander Holladay, Matthew Larosiere, John Lettman, MAF Corp., Josh Kiel Stroke, Cody Rutledge Wilson (Flores, Charles (Chad)) Modified on 6/4/2025 to edit text. (FLY) (Entered: 06/03/2025) |
| 06/10/2025 | 109 | MOTION for Clerk's Entry of Default against Peter Celentano by Defense Distributed. (Attachments: # 1 Exhibit In Support of Defense Distributed's Renewed Motion for Entry of Default Judgment as to Peter Celentano)(Reynal, Federico) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 06/10/2025) |
| 06/13/2025 | 110 | Minute Entry. In Person Proceedings held before Magistrate Judge Leslie Hoffman Price: MOTION HEARING held on 6/13/2025 re 96 Emergency MOTION to Quash Improper Subpoenas, Emergency MOTION for Protective Order , MOTION for Sanctions , MOTION to Stay Discovery filed by John Lettman, Matthew Larosiere, Josh Kiel Stroke, John Elik. (DIGITAL) (ECJ) (Entered: 06/13/2025) |
| 06/13/2025 | 111 | **ORDER granting in part and denying in part in its remainder 96 Plaintiff and Counter–Defendants Matthew Larosiere, John Elik, Josh Stroke, and John Lettman's Opposed Emergency Motion to Quash Improper Subpoenas, for a Protective Order, to Stay Discovery, and for Sanctions. See PDF Order. Signed by Magistrate Judge Leslie Hoffman Price on 6/13/2025. (MKH) (Entered: 06/13/2025)** |
| 06/20/2025 | 112 | NOTICE of Compliance re 111 Order on Motion to Quash Order on Motion for Protective Order, Order on Motion for Sanctions by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Flores, Charles (Chad). |

| | | |
|---|---|---|
| | | Modified on 6/20/2025 to edit the docket text (MLB). (Entered: 06/20/2025) |
| 06/26/2025 | 113 | TRANSCRIPT of Motion Hearing held on 6/13/25 before Judge Leslie Hoffman Price. Court Reporter/Transcriber: Suzanne L. Trimble RPR, CRR, WA–CCR. Email address: trimblecourtreporter@outlook.com. Telephone number: 4079008775.

NOTICE TO THE PARTIES – The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/17/2025. Redacted Transcript Deadline set for 7/28/2025. Release of Transcript Restriction set for 9/24/2025. (SLT) (Entered: 06/26/2025) |
| 06/27/2025 | 114 | NOTICE by Defcad, Inc., Defense Distributed, Dioskouroi LLC, John Elik, Alexander Holladay, Matthew Larosiere, John Lettman, MAF Corp., Josh Kiel Stroke, The Gatalog Foundation, Cody Rutledge Wilson re 111 Order on Motion to Quash Order on Motion for Protective Order Order on Motion for Sanctions (Attachments: # 1 Appendix Stipulated Protective Order and Mutual Confidentiality Agreement)(Flores, Charles (Chad)) Modified text on 6/27/2025 (GL). (Entered: 06/27/2025) |
| 07/01/2025 | 115 | **ENDORSED ORDER granting 109 Renewed Motion for Entry of Default Judgment as to Peter Celentano. The Clerk of Court is directed to enter default against Counterdefendant Peter Celentano. Signed by Magistrate Judge Leslie Hoffman Price on 7/1/2025. (MKH)** (Entered: 07/01/2025) |
| 07/01/2025 | 116 | Clerk's ENTRY OF DEFAULT as to Peter Celentano. (ECJ) (Entered: 07/01/2025) |
| 08/05/2025 | 117 | NOTICE by Defense Distributed *of Issue Regarding Default Judgment as to Peter Celentano* (Reynal, Federico) (Entered: 08/05/2025) |
| 08/25/2025 | 118 | MOTION for Protective Order by Cody Rutledge Wilson. (Attachments: # 1 Exhibit)(Reynal, Federico) Motions referred to Magistrate Judge Leslie Hoffman Price (chambers notified). Modified on 8/26/2025 as to docket text (ARL). (Entered: 08/25/2025) |
| 08/26/2025 | 119 | RESPONSE in Opposition re 118 MOTION for Protective Order filed by John Elik. (Attachments: # 1 Exhibit A – Communications Concerning Late Production)(Larosiere, Matthew) (Entered: 08/26/2025) |
| 08/26/2025 | 120 | **ORDER denying without prejudice 118 Defendant Cody Wilson's Motion for Protective Order Regarding Document Production. Signed by Magistrate Judge Leslie Hoffman Price on 8/26/2025. (ECJ)** (Entered: 08/26/2025) |
| 09/04/2025 | 121 | MOTION to Compel Complete Responses to Interrogatories by John Elik. (Attachments: # 1 Exhibit A – Eliks Interrogatories to Defense Distributed, # 2 Exhibit B – Defense Distributeds Response to Eliks Interrogatories, # 3 Exhibit C – Eliks Interrogatories to Cody Rutledge Wilson, # 4 Exhibit D – Wilsons Response to Eliks Interrogatories)(Larosiere, Matthew) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 09/04/2025) |
| 09/04/2025 | 122 | |

| | | |
|---|---|---|
| | | MOTION for Discovery *Briefing Schedule & Evidentiary Hearing regarding Federal Rule of Civil Procedure 37(e) Spoliation* by Defense Distributed. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit Exhibit E, # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H)(Flores, Charles (Chad)) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 09/04/2025) |
| 09/05/2025 | 123 | NOTICE of voluntary dismissal by Defense Distributed (Flores, Charles (Chad)) (Entered: 09/05/2025) |
| 09/05/2025 | 124 | **ENDORSED ORDER denying without prejudice 122 Defense Distributed's Short–Form Discovery Motion Regarding Rule 37(e) Spoliation Relief. While the Court is aware of the 500–word limitation on discovery motions, the present motion does not clearly identify the party or parties against whom sanctions are sought, nor identify the sanctions requested. It is also unclear the effect, if any, Defense Distributed's recently–filed Fed. R. Civ. P. 41(a)(1)(A)(i) Notice of Dismissal has on the present motion. See Doc. No. 123. The Court could make assumptions, but that is a dangerous path to travel. Accordingly, if Defense Distributed wishes to file a renewed motion for sanctions under Fed. R. Civ. P. 37(e), it may do so within 14 days of the date of this Order. The motion may follow the normal page limits set forth in Local Rule 3.01(a) – 25 pages – and must include all exhibits Defense Distributed wishes the Court to consider. The parties to whom any such motion is directed may each file a response of no more than 20 pages in length, within 14 days of service. See Local Rules 3.01(b), (c). Any response(s) must also attach all exhibits the party or parties wish the Court to consider. Signed by Magistrate Judge Leslie Hoffman Price on 9/5/2025. (MKH)** (Entered: 09/05/2025) |
| 09/08/2025 | 125 | RESPONSE to Motion re 121 MOTION to Compel Complete Responses to Interrogatories filed by Defense Distributed, Cody Rutledge Wilson. (Reynal, Federico) (Entered: 09/08/2025) |
| 09/08/2025 | 126 | MOTION for David S. Gingras to Withdraw as Attorney by All Defendants. (Gingras, David) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 09/08/2025) |
| 09/08/2025 | 127 | **ENDORSED ORDER re 121 Counter–Defendant John Elik's Short–Form Motion to Compel Complete Responses to Interrogatories, 125 Response. On or before Friday September 12, 2025, John Elik shall file a reply brief addressing the response (Doc. No. 125), and specifically, whether the motion (Doc. No. 121) should be denied because Mr. Elik is no longer a party to the case pursuant to Defense Distributed's voluntary dismissal of all claims against him (Doc. No. 123). The response shall not exceed five (5) pages in length. Alternatively, Mr. Elik may withdraw the motion (Doc. No. 121) on or before September 12, 2025. Failure to timely comply with this Order will result in the summary denial of the motion. Signed by Magistrate Judge Leslie Hoffman Price on 9/8/2025. (MKH)** (Entered: 09/08/2025) |
| 09/08/2025 | 128 | **ORDER granting 126 Motion to Withdraw with Client Consent. Attorney Gringas is hereby TERMINATED as counsel for Defendants. Signed by Magistrate Judge Leslie Hoffman Price on 9/8/2025. (ECJ)** (Entered: 09/08/2025) |
| 09/11/2025 | 129 | **ORDER re 123 Counter and Third–Party Defendant Defense Distributed's Rule 41(a)(1)(A)(i) Notice of Dismissal: Pursuant to Federal Rule of Civil Procedure** |

26

| | | |
|---|---|---|
| | | **41(a)(1) and (c), all counter and third–party claims asserted in the Second Amended Answer with Counterclaims 52 are DISMISSED without prejudice. Counterdefendants' Consolidated Motion to Dismiss Counterclaims 71 is DENIED as moot. The Clerk is directed to terminate all counter and third–party parties in this matter and amend the case style accordingly. Signed by Judge Wendy W. Berger on 9/11/2025. (RMF) (Entered: 09/11/2025)** |
| 09/11/2025 | 130 | NOTICE of WITHDRAWAL of motion re 121 Motion to Compelfiled by John Elik by John Elik (Larosiere, Matthew) (Entered: 09/11/2025) |
| 09/12/2025 | 131 | **ENDORSED ORDER denying as moot 121 Counter–Defendant John Elik's Short–Form Motion to Compel Complete Responses to Interrogatories. The motion has been withdrawn. See Doc. No. 130. Signed by Magistrate Judge Leslie Hoffman Price on 9/12/2025. (MKH) (Entered: 09/12/2025)** |
| 09/15/2025 | 132 | **ORDER: it is ORDERED and ADJUDGED that Plaintiff Matthew Larosiere's Motion for Preliminary Injunctio 53 and Plaintiff's Motion for Leave to File Supplemental Memorandum in Support of Motion for Preliminary Injunction 94 are DENIED. Signed by Judge Wendy W. Berger on 9/15/2025. (RMF) (Entered: 09/15/2025)** |
| 09/19/2025 | 133 | NOTICE of Appearance by Leia Villasenor Leitner on behalf of Defcad, Inc., Cody Rutledge Wilson (Leitner, Leia) (Entered: 09/19/2025) |
| 09/19/2025 | 134 | NOTICE of Appearance by Jura Christine Zibas on behalf of Defcad, Inc., Cody Rutledge Wilson (Zibas, Jura) (Entered: 09/19/2025) |
| 09/19/2025 | 135 | NOTICE of Appearance by Amaris Lilly–Joy Chris Gyebi on behalf of Defcad, Inc., Cody Rutledge Wilson (Gyebi, Amaris) (Entered: 09/19/2025) |
| 09/19/2025 | 136 | MOTION for Sanctions *with Appointment of a Special Master* by Defense Distributed. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Flores, Charles (Chad)) (Entered: 09/19/2025) |
| 09/25/2025 | 137 | MOTION for Federico Reynal to Withdraw as Attorney by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Reynal, Federico) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 09/25/2025) |
| 09/25/2025 | 138 | MOTION for Sanctions *pursuant to § 1927 and the Court's Inherent Authority* by John Elik, Alexander Holladay, Matthew Larosiere, John Lettman, MAF Corp., Josh Kiel Stroke. (Attachments: # 1 Exhibit A – Defendants Productions I, # 2 Exhibit B – Defendants Discovery Responses, # 3 Exhibit C – Affidavit of John Lettman I, # 4 Exhibit D – Transcript of Meet and Confer, # 5 Exhibit E – Composite of Communications Between Counsel, # 6 Exhibit F – Subpoenas, # 7 Exhibit G – Defendants Production II, # 8 Exhibit H – Lettman Affidavit II, # 9 Request for Hearing and Argument)(Zermay, Zachary) (Entered: 09/25/2025) |
| 09/26/2025 | 139 | NOTICE TO COUNSEL Zachary Z. Zermay of Local Rule 2.01(b)(2)(B), which requires members of the Middle District bar to maintain with the clerk a current telephone number, mailing address, and email address. Update your contact information for the Middle District through PACER. (Signed by Deputy Clerk). (MSN) (Entered: 09/26/2025) |
| 09/26/2025 | 140 | **ORDER granting 137 Motion to Withdraw with Client Consent. Attorney Federico Andino Reynal terminated. See the PDF Order for further details and** |

| | | requirements. Signed by Magistrate Judge Leslie Hoffman Price on 9/26/2025. **(ECJ)** (Entered: 09/26/2025) |
|---|---|---|
| 09/30/2025 | 141 | RESPONSE in Opposition re 138 MOTION for Sanctions *pursuant to § 1927 and the Court's Inherent Authority* filed by David Scott Gingras. (Attachments: # 1 Declaration of David S. Gingras)(Gingras, David) (Entered: 09/30/2025) |
| 10/01/2025 | 142 | Consent MOTION for Leave to File reply *to David Gingras' response* by John Elik, Alexander Holladay, Matthew Larosiere, John Lettman, MAF Corp., Josh Kiel Stroke. (Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 10/01/2025) |
| 10/02/2025 | 143 | NOTICE of Appearance by Amaris Lilly–Joy Chris Gyebi on behalf of Defense Distributed (Gyebi, Amaris) (Entered: 10/02/2025) |
| 10/02/2025 | 144 | NOTICE of Appearance by Jura Christine Zibas on behalf of Defense Distributed (Zibas, Jura) (Entered: 10/02/2025) |
| 10/02/2025 | 145 | NOTICE of Appearance by Leia Villasenor Leitner on behalf of Defense Distributed (Leitner, Leia) (Entered: 10/02/2025) |
| 10/03/2025 | 146 | RESPONSE in Opposition re 136 MOTION for Sanctions *with Appointment of a Special Master* filed by Matthew Larosiere. (Attachments: # 1 Exhibit A – Defendants Productions I, # 2 Exhibit B – Affidavit of Lettman, # 3 Exhibit C – Transcript of Meet–and–Confer)(Zermay, Zachary) (Entered: 10/03/2025) |
| 10/03/2025 | 147 | NOTICE of a related action per Local Rule 1.07(c) by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. Related case(s): Yes (Flores, Charles (Chad)) (Entered: 10/03/2025) |
| 10/03/2025 | 148 | **ENDORSED ORDER Granting Matthew Larosiere, John Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp.'s Consolidated Motion for Leave to Reply to David S. Gingras' Doc. 141 Response in Opposition (Doc. No. 142). These former Counter defendants may file a reply brief of no more than five (5) pages in length within seven (7) days from the date of this Order. Signed by Magistrate Judge Leslie Hoffman Price on 10/3/2025. (RN)** (Entered: 10/03/2025) |
| 10/09/2025 | 149 | RESPONSE in Opposition re 138 MOTION for Sanctions *pursuant to § 1927 and the Court's Inherent Authority* filed by Defense Distributed, Federico Reynal, Charles Flores. (Flores, Charles (Chad)) (Entered: 10/09/2025) |
| 10/10/2025 | 150 | REPLY to Response to Motion re 138 MOTION for Sanctions *pursuant to § 1927 and the Court's Inherent Authority as to Response of David Gingras* filed by John Elik, Alexander Holladay, Matthew Larosiere, John Lettman, MAF Corp., Josh Kiel Stroke. (Attachments: # 1 Exhibit A – Affidavit of John Lettman, # 2 Exhibit B – Affidavit of Sean Martin)(Zermay, Zachary) (Entered: 10/10/2025) |
| 10/20/2025 | 151 | **ORDER re 136 MOTION for Sanctions *with Appointment of a Special Master*. It is ORDERED that within fourteen (14) days of the date of this Order, Defense Distributed shall file a reply brief, not to exceed seven (7) pages in length, addressing the issues raised by Plaintiff's response. Signed by Magistrate Judge Leslie Hoffman Price on 10/20/2025. (ECJ)** (Entered: 10/20/2025) |
| 10/31/2025 | 152 | Case Reassigned to Judge Anne–Leigh Gaylord Moe. New case number: 6:24–cv–1629–AGM–LHP. Judge Wendy W. Berger no longer assigned to the case. |

| | | |
|---|---|---|
| | | (LMW) (Entered: 10/31/2025) |
| 11/01/2025 | 153 | MOTION for Sanctions *Pursuant to Rule 11 As To Defendants' Doc. 136 Motion* by Matthew Larosiere. (Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 11/01/2025) |
| 11/03/2025 | 154 | REPLY to Response to Motion re 136 MOTION for Sanctions *with Appointment of a Special Master* filed by Defense Distributed. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Flores, Charles (Chad)) (Entered: 11/03/2025) |
| 11/05/2025 | 155 | NOTICE OF RESCHEDULING HEARING (AS TO PRESIDING JUDGE ONLY): The Trial Status Conference previously scheduled for 10/13/2026, Jury Trial hearing previously scheduled for 11/2/2026 is rescheduled. New scheduling date and time: Trial Status Conference set for 10/13/2026 at 10:00 AM in Orlando Courtroom 3 B before Judge Anne–Leigh Gaylord Moe. Jury Trial set for the November 2026 trial term commencing on 11/2/2026 at 09:00 AM in Orlando Courtroom 3 B before Judge Anne–Leigh Gaylord Moe. (RMF) (Entered: 11/05/2025) |
| 11/05/2025 | 156 | MOTION to Compel Complete Responses to Interrogatories and Requests for Production by All Plaintiffs. (Attachments: # 1 Exhibit A – Wilson's Responses to Interrogatories, # 2 Exhibit B – Wilson's Responses to Requests for Production, # 3 Exhibit C – Defense Distributed's Responses to Interrogatories, # 4 Exhibit D – Defense Distributed's Responses to Requests for Production, # 5 Exhibit E – Defcad's Responses to Interrogatories, # 6 Exhibit F– Defcad's Responses to Requests for Production)(Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 11/05/2025) |
| 11/10/2025 | 157 | Time Sensitive MOTION for Protective Order by Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Leitner, Leia) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 11/10/2025) |
| 11/10/2025 | 158 | RESPONSE in Opposition re 156 MOTION to Compel Complete Responses to Interrogatories and Requests for Production filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A)(Leitner, Leia) (Entered: 11/10/2025) |
| 11/12/2025 | 159 | **ENDORSED ORDER denying without prejudice 157 Defendant Cody Wilson's Time–Sensitive Motion for Protective Order. The motion fails to comply with the Standing Order on Discovery Motions (Doc. No. 61). Signed by Magistrate Judge Leslie Hoffman Price on 11/12/2025. (MKH)** (Entered: 11/12/2025) |
| 11/12/2025 | 160 | MOTION for Protective Order by Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Leitner, Leia) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 11/12/2025) |
| 11/12/2025 | 161 | **ENDORSED ORDER re 160 Defendant, Cody Wilson's Renewed Motion for Protective Order with Incorporated Memorandum of Law. According to the motion, the deposition of Cody Wilson to which this motion is directed, originally scheduled for November 14, 2025, has been canceled. Doc. No. 160, at 1 & n.2. However, it is unclear from the attachments to the motion whether any party intends this deposition to proceed and/or if it has been rescheduled to a different date. In an abundance of caution, it is ORDERED that the deposition of Cody Wilson is hereby SUSPENDED pending resolution of the motion. Plaintiff shall respond as set forth in the Standing Order on Discovery Motions.** |

| | | |
|---|---|---|
| | | **See Doc. No. 61 Signed by Magistrate Judge Leslie Hoffman Price on 11/12/2025. (MKH)** (Entered: 11/12/2025) |
| 11/12/2025 | 162 | **ORDER re 156 Plaintiff Larosiere's Short–Form Motion to Overrule Meritless Objections and Compel Complete Responses to Interrogatories and Requests for Production. Within fourteen (14) days of the date of this Order, the parties shall meet and confer as set forth in this Order. See PDF Order for further requirements and details. Signed by Magistrate Judge Leslie Hoffman Price on 11/12/2025. (MKH)** (Entered: 11/12/2025) |
| 11/14/2025 | 163 | RESPONSE in Opposition re 153 MOTION for Sanctions *Pursuant to Rule 11 As To Defendants' Doc. 136 Motion* filed by Defense Distributed, Charles Flores. (Flores, Charles (Chad)) (Entered: 11/14/2025) |
| 11/17/2025 | 164 | Joint NOTICE Regarding In Person Conference re 162 Order by Matthew Larosiere (Zermay, Zachary) Modified on 11/18/2025 as to docket text (ARL). (Entered: 11/17/2025) |
| 11/17/2025 | 165 | RESPONSE in Opposition re 160 MOTION for Protective Order filed by Matthew Larosiere. (Attachments: # 1 Exhibit A – Transcript of October 31 Conference, # 2 Exhibit B – Defense Counsel's November 7 Letter, # 3 Exhibit C – Defendant's Discovery Requests)(Zermay, Zachary) (Entered: 11/17/2025) |
| 11/18/2025 | 166 | **ENDORSED ORDER re 164 Joint Notice Regarding In–Person Conference. The Joint Notice states that the parties will meet and confer on "Monday November 25, 2025." Doc. No. 164. However, it is not clear whether the parties actually mean Monday November 24, 2025, or Tuesday November 25, 2025. Accordingly, it is ORDERED that the parties shall file an amended Joint Notice on or before 5:00 p.m. today, November 18, 2025, clarifying the date of the meet and confer. Signed by Magistrate Judge Leslie Hoffman Price on 11/18/2025. (MKH)** (Entered: 11/18/2025) |
| 11/18/2025 | 167 | Amended Joint NOTICE by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson re 166 Order 164 Notice (Other) (Leitner, Leia) Modified on 11/18/2025 as to docket text (ARL). (Entered: 11/18/2025) |
| 11/18/2025 | 168 | NOTICE of a related action *pending in the Middle District* per Local Rule 1.07(c) by Matthew Larosiere. Related case(s): Yes (Zermay, Zachary) (Entered: 11/18/2025) |
| 11/19/2025 | 169 | **ORDER denying 153 Plaintiff's Rule 11 Motion for Sanctions Regarding Defendant's Doc. 136 Motion for Rule 37 and 53 Relief and Incorporated Memorandum of Law in Support Thereof. Signed by Magistrate Judge Leslie Hoffman Price on 11/19/2025. (MKH)** (Entered: 11/19/2025) |
| 11/20/2025 | 170 | **ORDER denying 160 Defendant, Cody Wilson's Renewed Motion for Protective Order with Incorporated Memorandum of Law. Plaintiff's request for sanctions for responding is also DENIED. See Fed. R. Civ. P. 37(a)(5)(A)(iii). The suspension on Mr. Wilson's deposition, see Doc. No. 161, is hereby LIFTED. Signed by Magistrate Judge Leslie Hoffman Price on 11/20/2025. (MKH)** (Entered: 11/20/2025) |
| 11/24/2025 | 171 | Second Amended NOTICE by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson re 167 Notice (Other), 162 Order *Second Amended Joint Notice* (Gyebi, Amaris) Modified text on 11/25/2025 (ABM). (Entered: 11/24/2025) |
| 11/25/2025 | 172 | |

| | | |
|---|---|---|
| | | Time Sensitive MOTION to Extend Deadline to File Joint Status Report (Dkt. 162) by Matthew Larosiere. (Zermay, Zachary) Modified text on 11/25/2025 (ABM). (Entered: 11/25/2025) |
| 12/01/2025 | 173 | **ENDORSED ORDER granting 172 Plaintiff's Time Sensitive Motion to Extend Deadline to File Joint Status Report. The deadline for the parties to file their joint status report is extended up to and including December 15, 2025. Signed by Magistrate Judge Leslie Hoffman Price on 12/1/2025. (MKH)** (Entered: 12/01/2025) |
| 12/12/2025 | 174 | NOTICE of Withdrawal of Request for Lanham−Act Prevailing Party Fees by Matthew Larosiere re 138 MOTION for Sanctions *pursuant to § 1927 and the Court's Inherent Authority . (Zermay, Zachary) Modified on 12/12/2025 to edit docket text (ELA). (Entered: 12/12/2025)* |
| 12/15/2025 | 175 | NOTICE by Matthew Larosiere re 162 Order Joint Notice RE: Conferral Attempts Concerning Plaintiff's DOC. 156 MOTION to Compel (Attachments: # 1 Exhibit 11/24/2025 Transcript, # 2 Exhibit 11/24/2025 Transcript, # 3 Exhibit Defendants' Exhibit−1, # 4 Appendix Defendants' Appendix "A")(Zermay, Zachary). (Entered: 12/15/2025) |
| 12/30/2025 | 176 | MOTION to Quash Third−Party Subpoenas *or, in the alternative*, MOTION for Protective Order by Matthew Larosiere. (Attachments: # 1 Exhibit A – Subpoena to Etsy, # 2 Exhibit B – Subpoena to Shopify, # 3 Exhibit C – Subpoena to Registered Agents Inc, # 4 Exhibit D – Declaration of Target of Etsy Subpoena, # 5 Exhibit E – Declaration of Target of Shopify Subpoena, # 6 Exhibit F – Declaration of Target of Registered Agents Inc Subpoena)(Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 12/30/2025) |
| 12/30/2025 | 177 | MOTION to Amend 52 Amended Answer to Complaint Third Party Complaint Counterclaim *with regard to Plaintiff's First Amended Complaint 43;* by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B – Email, # 3 Exhibit C – Defendants' Proposed Third Amended Answer & Affirmative Defenses to 1st Amended Complaint, # 4 Exhibit D – Meet & Confer Emails)(Leitner, Leia) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified on 12/31/2025 to edit text. (LD). (Entered: 12/30/2025) |
| 12/31/2025 | 178 | **ENSDORSED ORDER Upon review of Defendants' Motion for Leave to Amend Defendants' Answer and Affirmative Defenses to Add Additional Affirmative Defenses 177, and in particular the meet and confer emails attached (Doc. No. 177−4), it appears that Plaintiff has not been cooperative in engaging in a good faith conferral as required by Local Rule 3.01(g). Accordingly, on or before January 7, 2026, the parties are directed to engage in a good faith meet and confer in accordance with Local Rule 3.01(g), and Defendants shall file a supplemental conferral certification on or before January 7, 2026 which details Plaintiffs' position on the motion, as well as the manner of conferral. The parties are reminded that purposely refusing to engage in a good faith conferral can result in sanctions. Signed by Magistrate Judge Leslie Hoffman Price on 12/31/2025. (RPB)** (Entered: 12/31/2025) |
| 01/02/2026 | 179 | MOTION for Reconsideration re 178 Order *Directing Conference and Warning Parties* by Matthew Larosiere. (Attachments: # 1 Exhibit A – Transcript of December 30 Conference, # 2 Exhibit B – Emails Between Counsel, # 3 Exhibit C – Transcript of January 2 Conference)(Zermay, Zachary) (Entered: 01/02/2026) |

| | | |
|---|---|---|
| 01/05/2026 | 180 | MEMORANDUM in opposition re 176 Motion to Quash, Motion for Protective Order *Motion to Quash Third Party Subpoenas* filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Leitner, Leia) (Entered: 01/05/2026) |
| 01/06/2026 | 181 | **ORDER denying in part and deferring in part 176 Plaintiff Larosiere's Short–Form Motion to Quash Improper Third–Party Subpoenas. To the extent that Plaintiff seeks to quash the subpoenas under Rule 45, the motion is DENIED. To the extent that Plaintiff seeks a protective order under Rule 26, the motion is DEFERRED. Within fourteen (14) days of the date of this Order, the parties shall each file briefing, not to exceed ten (10) pages in length respectively, addressing the issues set forth in this Order. Signed by Magistrate Judge Leslie Hoffman Price on 1/6/2026. (MKH)** (Entered: 01/06/2026) |
| 01/07/2026 | 182 | Amended MOTION to Amend 178 Order by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A Composite – Larosiere v. Wilson Assignment and Employment Docs, # 2 Exhibit B – 2025–01–13 Email, # 3 Exhibit C – Proposed Amended Answer and Affirmative Defenses, # 4 Exhibit D – Meet and Confer Emails)(Leitner, Leia) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified on 1/8/2026 to edit the docket text (MLB). (Entered: 01/07/2026) |
| 01/12/2026 | 183 | **ORDER denying as moot 177 Defendants' Motion for Leave to Amend Defendants' Answer and Affirmative Defense to Add Additional Affirmative Defenses. Plaintiff shall respond to the amended motion (Doc. No. 182) on or before January 21, 2026. Signed by Magistrate Judge Leslie Hoffman Price on 1/12/2026. (MKH)** (Entered: 01/12/2026) |
| 01/12/2026 | 184 | **ORDER denying 138 Former Counter–Defendants Matthew Larosiere, John Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp's Consolidated Motion for an Award of Reasonable Attorneys' Fees and Related Expenses Against Defense Distributed, Federico Reynal, Chad Flores, and David Gringas. Signed by Magistrate Judge Leslie Hoffman Price on 1/12/2026. (MKH)** (Entered: 01/12/2026) |
| 01/14/2026 | 185 | **ORDER Setting Hearing on Motion 156 Plaintiff Larosiere's Short–Form Motion to Overrule Meritless Objections and Compel Complete Responses to Interrogatories and Requests for Production: Motion Hearing set for 2/10/2026 at 10:00 AM in Orlando Courtroom 5 D before Magistrate Judge Leslie Hoffman Price. See PDF Order for further details and requirements. Signed by Magistrate Judge Leslie Hoffman Price on 1/14/2026. (MKH)** (Entered: 01/14/2026) |
| 01/14/2026 | 186 | **ORDER Setting Hearing on Motion 136 Defense Distributed's Motion for Rule 37(e) Spoliation Relief with Appointment of a Special Master: Evidentiary Hearing set for 2/11/2026 at 10:00 AM in Orlando Courtroom 5 D before Magistrate Judge Leslie Hoffman Price. See PDF Order for further requirements and details. Signed by Magistrate Judge Leslie Hoffman Price on 1/14/2026. (MKH)** (Entered: 01/14/2026) |
| 01/16/2026 | 187 | MEMORANDUM in opposition re 179 Motion for Reconsideration / Clarification filed by Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson. (Leitner, Leia) (Entered: 01/16/2026) |
| 01/20/2026 | 188 | DEFENDANT'S BRIEF re 181 Order on Motion to Quash, Order on Motion for Protective Order filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Gyebi, Amaris) Modified to remove duplicate language on 1/22/2026 (AA). (Entered: 01/20/2026) |
| 01/20/2026 | 189 | MEMORANDUM in support re 181 Order on Motion to Quash, Order on Motion for Protective Order filed by Matthew Larosiere. (Attachments: # 1 Exhibit A – Declaration of M Larosiere, # 2 Exhibit B – Defendant Blog Post Discussing Romanov, # 3 Exhibit C – Defendant Blog Post Discussing Unmasking, # 4 Exhibit D – Defendant's 4:27PM January 20 Production)(Zermay, Zachary) (Entered: 01/20/2026) |
| 01/21/2026 | 190 | MEMORANDUM in opposition re 177 Motion to Amend / Correct / Modify / Supplement filed by Matthew Larosiere. (Attachments: # 1 Exhibit A – September 2025 Email Chain)(Zermay, Zachary) (Entered: 01/21/2026) |
| 01/21/2026 | 191 | MEMORANDUM in opposition re 182 Motion to Amend / Correct / Modify / Supplement filed by Matthew Larosiere. (Attachments: # 1 Exhibit A – September 2025 Email Chain)(Zermay, Zachary) (Entered: 01/21/2026) |
| 01/22/2026 | 192 | **ENDORSED ORDER re 176 Plaintiff Larosiere's Short–Form Motion to Quash Improper Third–Party Subpoenas. Upon consideration, the Court will address this motion and all related filings (see Doc. Nos. 176, 180, 188–89) at the February 10, 2026 hearing scheduled before the undersigned, and the parties shall be prepared to address the same therein. See Doc. No. 185. Signed by Magistrate Judge Leslie Hoffman Price on 1/22/2026. (MKH)** (Entered: 01/22/2026) |
| 01/22/2026 | 193 | **ORDER re 182 Defendants' Amended Motion for Leave to Amend Defendants' Answer and Affirmative Defenses to Add Additional Affirmative Defenses, 190 Plaintiff's Response. It is ORDERED that on or before 5:00 p.m. on Wednesday January 28, 2026, Defendants shall file a reply brief, not to exceed seven (7) pages in length, addressing the issues raised by Plaintiff's response. In addition, the reply brief must specifically address, by citation to evidence and legal authority in support, the issues set forth in this Order. See PDF Order. Signed by Magistrate Judge Leslie Hoffman Price on 1/22/2026. (MKH)** (Entered: 01/22/2026) |
| 01/25/2026 | 194 | OBJECTION re 184 Order on Motion for Sanctions by John Elik, Alexander Holladay, Matthew Larosiere, John Lettman, MAF Corp., Josh Kiel Stroke by John Elik, Alexander Holladay, Matthew Larosiere, John Lettman, MAF Corp., Josh Kiel Stroke. (Zermay, Zachary) (Entered: 01/25/2026) |
| 01/28/2026 | 195 | REPLY to Response to Motion re 182 Amended MOTION to Amend 178 Order filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit Composite Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Leitner, Leia) (Entered: 01/28/2026) |
| 01/28/2026 | 196 | OBJECTION re 185 Order Setting Hearing on Motion *insofar as it Sustains Defendants' Definitional and Control Objections* by Matthew Larosiere by Matthew Larosiere. (Zermay, Zachary) (Entered: 01/28/2026) |
| 01/29/2026 | 197 | **ENDORSED ORDER re 182 Defendants' Amended Motion for Leave to Amend Defendants' Answer and Affirmative Defenses to Add Additional Affirmative Defenses. Upon consideration, the Court will address this motion and all related** |

| | | |
|---|---|---|
| | | **filings (see Doc. Nos. 182, 190, 195) at the February 10, 2026 hearing scheduled before the undersigned, and the parties shall be prepared to address the same therein. See Doc. No. 185. Signed by Magistrate Judge Leslie Hoffman Price on 1/29/2026. (MKH)** (Entered: 01/29/2026) |
| 01/29/2026 | 198 | **ENDORSED ORDER denying as moot 179 Plaintiff's Motion for Reconsideration of the December 31, 2025 Endorsed Order (Doc. 178) Regarding Rule 3.01(g) Conferral. The motion is directed to an order requiring conferral (Doc. No. 178), the subsequent conferral has already occurred and Defendants have filed an amended motion (Doc. No. 182), mooting the initial motion to which the conferral order was directed (Doc. No. 177), and rendering Plaintiff's request for reconsideration related thereto (Doc. No. 179) moot. Signed by Magistrate Judge Leslie Hoffman Price on 1/29/2026. (MKH)** (Entered: 01/29/2026) |
| 02/03/2026 | 199 | MEMORANDUM in opposition re 194 Objection filed by David Scott Gingras. (Gingras, David) (Entered: 02/03/2026) |
| 02/04/2026 | 200 | DEFENDANT'S BRIEF re 185 Order Setting Hearing on Motion *(Defendants' Supplemental Briefing in Support of Plaintiff's Motion to Overrule Objections)* filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A – Privilege Log – Volume 1 Production, # 2 Exhibit B – Production Chart– Volume 1)(Leitner, Leia) Modified docket text on 2/5/2026 (JG). (Entered: 02/04/2026) |
| 02/04/2026 | 201 | PLAINTIFF'S BRIEF re 185 Order Setting Hearing on Motion filed by Matthew Larosiere. (Attachments: # 1 Exhibit A – Email Communications Concerning Production, # 2 Exhibit B – Defendants' Production Chart, # 3 Exhibit C – Defendants' Proposed ESI Protocol)(Zermay, Zachary) (Entered: 02/04/2026) |
| 02/06/2026 | 202 | NOTICE of Lead Counsel Designation by Leia Villasenor Leitner on behalf of Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. Lead Counsel: Leia V. Leitner. (Leitner, Leia) (Entered: 02/06/2026) |
| 02/06/2026 | 203 | Amended NOTICE of Appearance by Charles (Chad) Flores on behalf of Defcad, Inc., Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson (Flores, Charles (Chad)) Modified text on 2/9/2026 (LAW). (Entered: 02/06/2026) |
| 02/06/2026 | 204 | Witness List by Matthew Larosiere. (Zermay, Zachary) (Entered: 02/06/2026) |
| 02/06/2026 | 205 | NOTICE by Matthew Larosiere re 185 Order Setting Hearing on Motion *regarding parties' ongoing conferral* (Attachments: # 1 Exhibit A – Communications between counsel, # 2 Exhibit B – Communications between counsel, # 3 Exhibit C – Communications between counsel, # 4 Exhibit D – Communications between counsel)(Zermay, Zachary) (Entered: 02/06/2026) |
| 02/06/2026 | 206 | Witness List by Defense Distributed. (Leitner, Leia) (Entered: 02/06/2026) |
| 02/06/2026 | 207 | Exhibit List *for Evidentiary Hearing on Defense Distributed's Motion for Rule 37(e) Spoliation Relief* by Defense Distributed. (Gyebi, Amaris) (Entered: 02/06/2026) |
| 02/10/2026 | 208 | Minute Entry. In Person Proceedings held before Magistrate Judge Leslie Hoffman Price: MOTION HEARING held on 2/10/2026 re 156 MOTION to Compel Complete Responses to Interrogatories and Requests for Production filed by Matthew Larosiere, 182 Amended MOTION to Amend 178 Order filed by Cody Rutledge Wilson, Dioskouroi LLC, Defcad, Inc., Defense Distributed, 176 MOTION to Quash |

| | | |
|---|---|---|
| | | Third–Party Subpoenas *or, in the alternative* MOTION for Protective Order filed by Matthew Larosiere. Court Reporter: Heather Suarez (ECJ) (Entered: 02/10/2026) |
| 02/11/2026 | <u>209</u> | Minute Entry. In Person Proceedings held before Magistrate Judge Leslie Hoffman Price: Evidentiary Hearing held on 2/11/2026. For reasons stated on the record, the hearing was canceled. Court Reporter: Heather Suarez (ECJ) (Entered: 02/11/2026) |
| 02/13/2026 | 210 | STRICKEN and REMOVED from Docket per <u>214</u> ORDER. NOTICE by Defense Distributed re <u>136</u> MOTION for Sanctions *with Appointment of a Special Master*, <u>154</u> Reply to Response to Motion, <u>186</u> Order Setting Hearing on Motion (Attachments: # 1 Exhibit A, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66, # 68 Exhibit 67, # 69 Exhibit 68, # 70 Exhibit 69, # 71 Exhibit 70, # 72 Exhibit 71, # 73 Exhibit 72, # 74 Exhibit 73, # 75 Exhibit 74, # 76 Exhibit 75, # 77 Exhibit 76, # 78 Exhibit 77, # 79 Exhibit 78)(Zibas, Jura) Modified text on 2/13/2026 (MCB). Modified on 2/17/2026 to edit the docket text (MLB). (Entered: 02/13/2026) |
| 02/13/2026 | <u>211</u> | **ORDER denying <u>182</u> Defendants' Amended Motion for Leave to Amend Defendants' Answer and Affirmative Defenses to Add Additional Affirmative Defenses. As stated at the hearing, the objections period related to this Order shall run from the date of this written Order. Fed. R. Civ. P. 72(a). Signed by Magistrate Judge Leslie Hoffman Price on 2/13/2026. (MKH)** Modified on 2/13/2026 (MKH). (Entered: 02/13/2026) |
| 02/13/2026 | <u>212</u> | **ORDER granting in part and denying in part in its remainder <u>176</u> Plaintiff Larosiere's Short–Form Motion to Quash Improper Third–Party Subpoenas. See PDF Order. As stated at the hearing, the objections period related to this Order, to include the rulings incorporated and previously made, see Doc. No. 181, shall run from the date of this written Order. See Fed. R. Civ. P. 72(a). Signed by Magistrate Judge Leslie Hoffman Price on 2/13/2026. (MKH)** Modified on 2/13/2026 (MKH). (Entered: 02/13/2026) |
| 02/13/2026 | <u>213</u> | **ORDER granting in part and denying in part <u>156</u> Plaintiff Larosiere's Short–Form Motion to Overrule Meritless Objections and Compel Complete Responses to Interrogatories and Requests for Production. See PDF Order. As stated at the hearing, the objections period related to this Order, to include the rulings incorporated and previously made, see Doc. No. 185, shall run from the date of this written Order. See Fed. R. Civ. P. 72(a). Signed by Magistrate Judge Leslie Hoffman Price on 2/13/2026. (MKH)** Modified on 2/13/2026 (MKH). (Entered: 02/13/2026) |
| 02/13/2026 | <u>214</u> | |

35

| | | |
|---|---|---|
| | | **ORDER and Direction to Clerk of Court denying without prejudice 136 Defense Distributed's Motion for Rule 37(e) Spoliation Relief with Appointment of a Special Master. Within thirty (30) days from the date of this Order, Defense Distributed may file a renewed motion for spoliation sanctions, as set forth in this Order. See PDF Order for further requirements and details. The "Notice of Filing" (Doc. No. 210) and all attachments (Doc. Nos. 210–1 through Doc. No. 210–79) are hereby STRICKEN, and the Clerk is DIRECTED to remove them from the docket. Signed by Magistrate Judge Leslie Hoffman Price on 2/13/2026. (MKH)** (Entered: 02/13/2026) |
| 02/20/2026 | 215 | NOTICE of compliance re 213 Order on Motion to Compel *(Notice of Partial Compliance)* by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson (Attachments: # 1 Exhibit Exhibit A – Amended Privilege Log (Wilson, Def Dist, Defcad))(Leitner, Leia) (Entered: 02/20/2026) |
| 02/24/2026 | 216 | MOTION for Miscellaneous Relief, specifically Permission to serve Deposition Subpoena to be served upon C. Christensen without restriction by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A – Joint Notice of Mutually Agreed to Protective Order – Christensen Subpoena, # 2 Exhibit B – Communication, # 3 Exhibit C – USDC Subpoena – Testify at Depo – Clay Christensen (3–25–2026))(Gyebi, Amaris) Modified text on 2/25/2026 (LAW). (Entered: 02/24/2026) |
| 02/24/2026 | 217 | RESPONSE in Opposition re 216 MOTION for Miscellaneous Relief, specifically Permission to serve Deposition Subpoena to be served upon C. Christensen without restriction filed by Matthew Larosiere. (Attachments: # 1 Exhibit A – Declaration of Zachary Zermay)(Zermay, Zachary) (Entered: 02/24/2026) |
| 02/25/2026 | 218 | NOTICE of Filing by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson re 216 MOTION for Miscellaneous Relief, specifically Permission to serve Deposition Subpoena to be served upon C. Christensen without restriction (Attachments: # 1 Exhibit A – Joint Notice of Mutually Agreed Protective Order, # 2 Exhibit B – Correspondence re Joint Notice Agreement)(Gyebi, Amaris) Modified on 2/26/2026 to edit duplicate text. (JVC) (Entered: 02/25/2026) |
| 02/25/2026 | 219 | **ENDORSED ORDER denying as moot 216 Motion for Miscellaneous Relief, in light of the 218 Notice of Filing withdrawing the motion. Signed by Magistrate Judge Leslie Hoffman Price on 2/25/2026. (MKH)** (Entered: 02/25/2026) |
| 02/27/2026 | 220 | TRANSCRIPT of Motion Hearing re: 156 Plaintiff's Larosiere's Short–Form Motion to Overrule Meritless Objections and Compel Complete Responses to Interrogatories and Requests for Production, 176 Plaintiff Larosiere's Short–Form Motion to Quash Improper Third–Party Subpoenas, and 182 Defendants' Amended Motion for Leave to Amend Defendants' Answer and Affirmative Defenses to Add Additional Affirmative Defenses held on 02/10/2026 before Judge Leslie Hoffman Price. Court Reporter: Heather Suarez, RDR, CRR, FCRR, FPR–C. Email address: heather@stenosuarez.com. Telephone number: (407) 801–8921. NOTICE TO THE PARTIES – The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such notice is filed, the transcript may be made remotely available to the public without redaction after ninety (90) calendar days. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through |

| | | |
|---|---|---|
| | | the Court Reporter. Redaction Request due 3/20/2026. Redacted Transcript Deadline set for 3/30/2026. Release of Transcript Restriction set for 5/28/2026. (HLS) (Entered: 02/27/2026) |
| 02/27/2026 | 221 | NOTICE of Filing Affidavit of Cody R. Wilson in Compliance with Court's Order by Cody Rutledge Wilson re 213 Order on Motion to Compel (Leitner, Leia) Modified on 3/2/2026 to edit docket text (JDR). (Entered: 02/27/2026) |
| 02/27/2026 | 222 | NOTICE of Compliance with Amended Privilege Log pursuant to the Court's Order by Defense Distributed, Dioskouroi LLC, Cody Rutledge Wilson (Leitner, Leia) Modified on 3/2/2026 (JDR). (Entered: 02/27/2026) |
| 02/27/2026 | 223 | NOTICE of List of all Nicknames, Usernames, and topics for Slack Production by Cody Rutledge Wilson re 213 Order on Motion to Compel (Leitner, Leia) Modified on 3/2/2026 to edit docket text (JDR). (Entered: 02/27/2026) |
| 02/27/2026 | 224 | NOTICE of compliance re 213 Order on Motion to Compel *Slack Chat Custodians* by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson (Gyebi, Amaris) (Entered: 02/27/2026) |
| 02/27/2026 | 225 | OBJECTION re 213 Order on Motion to Compel *Privileged Communications and Documents*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Gyebi, Amaris) Modified on 3/2/2026 to edit docket text (JDR). (Entered: 02/27/2026) |
| 02/27/2026 | 226 | NOTICE on Plaintiff's position as to proposed custodians by Matthew Larosiere re 213 Order on Motion to Compel < (Attachments: # 1 Exhibit A – Communications between counsel)(Zermay, Zachary) Modified on 3/2/2026 to edit docket text (JDR). (Entered: 02/27/2026) |
| 02/27/2026 | 227 | OBJECTION re 213 Order on Motion to Compel *insofar as it Sustains Defendants' Definitional Objections and NOTICE of Withdrawal of (Doc. 196) Objection as Moot*. (Attachments: # 1 Exhibit A – Defendants Amended Responses Subject to Definition)(Zermay, Zachary) (Entered: 02/27/2026) |
| 03/02/2026 | 228 | **ORDER. It is ORDERED that on or before 5:00 p.m. on Thursday March 5, 2026, Defendants Cody Wilson, Defcad, Inc., and Defense Distributed shall file on the docket their own proposed list of custodians for the Slack chat search. Failure to comply will result in the imposition of sanctions without further notice. Signed by Magistrate Judge Leslie Hoffman Price on 3/2/2026. (MKH) (Entered: 03/02/2026)** |
| 03/02/2026 | 229 | Amended Notice of Filing of Custodians for Slack Chat Search by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson re 213 Order on Motion to Compel 228 Order (Gyebi, Amaris) Modified docket text on 3/3/2026 (JOS). (Entered: 03/02/2026) |
| 03/05/2026 | 230 | Time Sensitive MOTION for Sanctions *under Rule 37(b) for Failing to Comply With (Doc. 213)* by Matthew Larosiere. (Attachments: # 1 Exhibit A – Wilson's Amended Response to RFPs, # 2 Exhibit B – Wilson's Published Uses of Other Names, # 3 Exhibit C – Declaration of Matthew Larosiere, # 4 Exhibit D – Communications between counsel)(Zermay, Zachary) (Entered: 03/05/2026) |
| 03/05/2026 | 231 | MOTION to Compel Compliance with Rule 26(a)(1) by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Leitner, Leia) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/05/2026) |

| 03/06/2026 | 232 | **ORDER re ESI Protocol. Signed by Magistrate Judge Leslie Hoffman Price on 3/6/2026. (MKH)** (Entered: 03/06/2026) |
|---|---|---|
| 03/06/2026 | 233 | **STANDING ORDER REQUIRING DISCLOSURE OF THIRD–PARTY LITIGATION FUNDING. Signed by Judge Anne–Leigh Gaylord Moe on 3/6/2026. (RMF)** (Entered: 03/06/2026) |
| 03/06/2026 | 234 | MOTION to Compel Plaintiff's complete responses to Defendants' Second Request for Production and Privilege Log by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Leitner, Leia) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/06/2026) |
| 03/09/2026 | 235 | MOTION to Compel Plaintiff's Short–Form Motion to Overrule Meritless Objections and Compel Complete Responses to Plaintiff's Second Set of Discovery by Matthew Larosiere. (Attachments: # 1 Exhibit 1 Exhibit A – Composite of Materials Previously Provided and Defendants' Public Statements, # 2 Exhibit Defendant, Cody Wilson's Responses and Objections to Plaintiff's Second Set of Requests for Production, # 3 Exhibit Defendant, DEFCAD Inc.'s Answers and Objections to Plaintiff's Second Set of Interrogatories, # 4 Exhibit D – Defendant, Defense Distributed's Answers and Objections to Plaintiff's Second Set of Interrogatories, # 5 Exhibit E – Defendant DEFCAD, Inc's Responses and Objections to Plaintiff's Second Requests for Production, # 6 Exhibit F – Declaration of Attorney Zachary Z. Zermay, # 7 Exhibit G – Defendant, Defense Distributed's Responses and Objections to Plaintiff's Second Set of Requests for Production)(Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified on 3/10/2026 to edit docket text (MSN). (Entered: 03/09/2026) |
| 03/10/2026 | 236 | MOTION to Stay Discovery *regarding Compliance with Order to Produce Privileged Communications* by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Gyebi, Amaris) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/10/2026) |
| 03/10/2026 | 237 | MEMORANDUM in opposition re 230 Motion for Sanctions filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Leitner, Leia) (Entered: 03/10/2026) |
| 03/10/2026 | 238 | CERTIFICATE of counsel re 230 Time Sensitive MOTION for Sanctions *under Rule 37(b) for Failing to Comply With (Doc. 213) regarding ongoing conferral attempts* by Zachary Z. Zermay on behalf of Matthew Larosiere (Zermay, Zachary) (Entered: 03/10/2026) |
| 03/10/2026 | 239 | MOTION for Protective Order *regarding Redaction of Third Party/ Sensitive Information* by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit Exhibit A)(Gyebi, Amaris) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/10/2026) |
| 03/10/2026 | 240 | MOTION for Miscellaneous Relief, specifically to De–Designate Certain Documents as "Highly Confidential – Attorneys' Eyes Only" by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Leitner, Leia) (Entered: 03/10/2026) |
| 03/10/2026 | 241 | RESPONSE in Opposition re 231 MOTION to Compel Compliance with Rule 26(a)(1) filed by Matthew Larosiere. (Attachments: # 1 Exhibit A – Defendants Letters With Responses Integrated, # 2 Exhibit B – Declaration of Zachary Z |

| | | |
|---|---|---|
| | | Zermay, # 3 Exhibit C – Second Amended Initial Disclosures)(Zermay, Zachary) (Entered: 03/10/2026) |
| 03/11/2026 | 242 | Certification of No Third–Party Litigation Funding re 233 Standing Order by Zachary Z. Zermay on behalf of Matthew Larosiere (Zermay, Zachary) Modified on 3/13/2026 to edit docket text. (WLB). (Entered: 03/11/2026) |
| 03/11/2026 | 243 | RESPONSE in Opposition re 234 MOTION to Compel Plaintiff's complete responses to Defendants' Second Request for Production and Privilege Log filed by Matthew Larosiere. (Zermay, Zachary) (Entered: 03/11/2026) |
| 03/13/2026 | 244 | MEMORANDUM in opposition re 235 Motion to Compel *Responses to Plaintiff's Second Set of Discovery* filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A)(Leitner, Leia) (Entered: 03/13/2026) |
| 03/13/2026 | 245 | MEMORANDUM in opposition re 227 Objection filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Gyebi, Amaris) (Entered: 03/13/2026) |
| 03/14/2026 | 246 | CERTIFICATE of compliance re 233 Standing Order by Dioskouroi LLC. (Flores, Charles (Chad)) (Entered: 03/14/2026) |
| 03/16/2026 | 247 | NOTICE by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson re 233 Standing Order *(Defendants' Verified Disclosure of Third–Party Litigation Funding)* (Leitner, Leia) (Entered: 03/16/2026) |
| 03/16/2026 | 248 | RESPONSE in Opposition re 236 MOTION to Stay Discovery *regarding Compliance with Order to Produce Privileged Communications* filed by Matthew Larosiere. (Zermay, Zachary) (Entered: 03/16/2026) |
| 03/16/2026 | 249 | RESPONSE in Opposition re 239 MOTION for Protective Order *regarding Redaction of Third Party/ Sensitive Information* filed by Matthew Larosiere. (Zermay, Zachary) (Entered: 03/16/2026) |
| 03/16/2026 | 250 | RESPONSE in Opposition re 240 MOTION for Miscellaneous Relief, specifically to De–Designate Certain Documents as "Highly Confidential – Attorneys' Eyes Only" filed by Matthew Larosiere. (Attachments: # 1 Exhibit Declaration of John Elik)(Zermay, Zachary) (Entered: 03/16/2026) |
| 03/19/2026 | 251 | **ORDER granting in part and denying in part 230 Time Sensitive Plaintiff's Short–Form Motion for Sanctions Under Rule 37(b)(2); denying 236 Defendants' Motion to Stay Compliance; denying 239 Defendants' Motion for Protective Order. See PDF Order for further requirements and details. Signed by Magistrate Judge Leslie Hoffman Price on 3/19/2026. (MKH)** (Entered: 03/19/2026) |
| 03/20/2026 | 252 | **ORDER granting in part and denying in part 231 Defendants' Motion to Compel Compliance with Rule 26(a)(1) Disclosures. See PDF Order. Signed by Magistrate Judge Leslie Hoffman Price on 3/20/2026. (MKH)** (Entered: 03/20/2026) |
| 03/21/2026 | 253 | Time Sensitive MOTION for Protective Order *regarding Plaintiff's Rule 30(b)(6) Deposition Notices* by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Leitner, Leia) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/21/2026) |

| | | |
|---|---|---|
| 03/21/2026 | 254 | Time Sensitive MOTION for Protective Order *regarding Plaintiff's Rule 30(b)(6) Deposition Notices* by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Leitner, Leia) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/21/2026) |
| 03/22/2026 | 255 | NOTICE regarding Plaintiff's Rule 30(b)(6) Deposition Notices by Defcad, Inc., Defense Distributed re 254 Time Sensitive MOTION for Protective Order, 253 Time Sensitive MOTION for Protective Order (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gyebi, Amaris) Modified docket text on 3/23/2026 (JOS). (Entered: 03/22/2026) |
| 03/23/2026 | 256 | MOTION to Compel Responses to Plaintiff's Second Set of Discovery by Matthew Larosiere. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Zermay, Zachary) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified docket text on 3/23/2026 (JOS). (Entered: 03/23/2026) |
| 03/23/2026 | 257 | **ENDORSED ORDER denying as moot 253 Defendants' Time–Sensitive Motion for Protective Order Regarding Plaintiff's Rule 30(b)(6) Deposition Notices, denying as moot 254 Defendants' Time–Sensitive Motion for Protective Order Regarding Plaintiff's Rule 30(b)(6) Deposition Notices, in light of 255 Defendants' Notice. Signed by Magistrate Judge Leslie Hoffman Price on 3/23/2026. (MKH)** (Entered: 03/23/2026) |
| 03/23/2026 | 258 | **ENDORSED ORDER re 256 Plaintiff's Motion to Overrule Objections and Compel Responses to Plaintiff's Second Set of Discovery. Given the request for supplemental briefing, Doc. No. 256, at 1; see also Doc. No. 61 paras. 6–7, it is ORDERED that within seven (7) days of the date of this Order, Plaintiff may file a supplemental brief in support of the motion, not to exceed twenty (20) pages in length. Within seven (7) days of Plaintiff's supplemental briefing, Defendants may file a response to the motion and supplement, not to exceed twenty (20) pages in length. Signed by Magistrate Judge Leslie Hoffman Price on 3/23/2026. (MKH)** (Entered: 03/23/2026) |
| 03/23/2026 | 259 | **ENDORSED ORDER re 234 Defendants' Short Form Motion to Compel Complete Responses to Defendants' Second Requests for Production. Upon consideration, it is ORDERED that within seven (7) days of the date of this Order, Defendants shall file a reply brief, not to exceed seven (7) pages in length. In reply, Defendants shall address the issues raised by Plaintiff's response (Doc. No. 243), and shall identify with specificity each issue that remains outstanding for resolution by the Court, with citation to applicable legal authority in support. Signed by Magistrate Judge Leslie Hoffman Price on 3/23/2026. (MKH)** (Entered: 03/23/2026) |
| 03/23/2026 | 260 | **ENDORSED ORDER re 235 Plaintiff's Short–Form Motion to Overrule Meritless Objections and Compel Complete Responses to Plaintiff's Second Set of Discovery. Upon consideration, it is ORDERED that within seven (7) days of the date of this Order, Plaintiff shall file a reply brief, not to exceed seven (7) pages in length. In reply, Plaintiff shall address the issues raised by Defendants' response (Doc. No. 244), to specifically include whether supplemental production by Defendants has occurred and whether Plaintiff was to/has narrowed the definitions outlined in response. The reply shall identify with specificity which discovery requests remain at issue for resolution by the Court, with argument and citation to applicable legal authority in support. Signed by Magistrate Judge** |

| | | |
|---|---|---|
| | | **Leslie Hoffman Price on 3/23/2026. (MKH)** (Entered: 03/23/2026) |
| 03/23/2026 | 261 | **ORDER denying 240 Defendants' Motion to De−Designate Certain Documents As "Highly Confidential−Attorneys' Eyes Only." Signed by Magistrate Judge Leslie Hoffman Price on 3/23/2026. (MKH)** (Entered: 03/23/2026) |
| 03/23/2026 | 262 | Unopposed MOTION for Chad Flores to appear telephonically *at mediation* by Dioskouroi LLC. (Flores, Charles (Chad)) (Entered: 03/23/2026) |
| 03/24/2026 | 263 | NOTICE of mediation conference/hearing to be held on Friday, March 27, 2026 at 9:00AM before Donna M. Doyle. (Zermay, Zachary) (Entered: 03/24/2026) |
| 03/26/2026 | 264 | Short−Form MOTION to Overrule Objections and Compel Production (Documents Responsive to Third Party Subpoena) by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gyebi, Amaris) Motions referred to Magistrate Judge Leslie Hoffman Price. Modified on 3/27/2026 to edit docket text. (WLB). (Entered: 03/26/2026) |
| 03/27/2026 | 265 | Short−Form MOTION for Miscellaneous Relief, specifically to De−Designate Defendants' Blanket Confidentiality Designations as Confidential or Highly Confidential by Matthew Larosiere. (Attachments: # 1 Exhibit A − Communications Concerning Mass Designation)(Zermay, Zachary) Modified on 3/27/2026 to edit docket text. (WLB). (Entered: 03/27/2026) |
| 03/27/2026 | 266 | Short−Form MOTION for Miscellaneous Relief, specifically to Seal Under Local Rule 1.11 as to Exhibits re 265 Short−Form MOTION for Miscellaneous Relief, specifically to De−Designate Defendants' Blanket Confidentiality Designations as Confidential or Highly Confidential by Matthew Larosiere. (Zermay, Zachary) Modified on 3/27/2026 to edit docket text. (WLB). (Entered: 03/27/2026) |
| 03/27/2026 | 267 | MOTION for Sanctions Under Rule 37(b) for Failing to Comply With re 232 Order by Matthew Larosiere. (Attachments: # 1 Exhibit A − Communications between counsel)(Zermay, Zachary) Modified on 3/27/2026 to edit docket text. (WLB). (Entered: 03/27/2026) |
| 03/27/2026 | 268 | **STRICKEN per Endorsed Order 269.** MEMORANDUM in opposition re 256 Motion for Sanctions filed by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Attachments: # 1 Exhibit A)(Leitner, Leia) Modified text on 3/30/2026 (BD). (Entered: 03/27/2026) |
| 03/30/2026 | 269 | **ENDORSED ORDER striking 268 Defendants' Response to 256 Motion to Compel. The Court ordered supplemental briefing on this motion, and thus Defendants' response is premature and in non−compliance with that Order. See Doc. No. 258. Signed by Magistrate Judge Leslie Hoffman Price on 3/30/2026. (MKH)** (Entered: 03/30/2026) |
| 03/30/2026 | 270 | NOTICE of settlement *(Joint)* by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson (Leitner, Leia) (Entered: 03/30/2026) |
| 03/30/2026 | 271 | TIME−SENSITIVE JOINT MOTION to Stay *All Pending Deadlines* by Defcad, Inc., Defense Distributed, Cody Rutledge Wilson. (Leitner, Leia) Modified on 3/31/2026 to edit text and to note that Chambers has been notified. (JVC) (Entered: 03/30/2026) |
| 03/30/2026 | 272 | REPLY to Response to Motion re 234 MOTION to Compel Plaintiff's complete responses to Defendants' Second Request for Production and Privilege Log *pursuant to Court Order (Dkt. 251)* filed by Defcad, Inc., Defense Distributed, Cody Rutledge |

| | | |
|---|---|---|
| | | Wilson. (Gyebi, Amaris) (Entered: 03/30/2026) |
| 03/31/2026 | 273 | **ENDORSED ORDER dismissing the case with prejudice and without costs, pursuant to Local Rule 3.09(b) of the Middle District of Florida. The Court, having been advised by the 270 Joint Notice of Settlement that the case has been settled in its entirety, dismisses the case subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate any pending motions and close this case. Signed by Judge Anne–Leigh Gaylord Moe on 3/31/2026. (TAH)** (Entered: 03/31/2026) |
| 03/31/2026 | 274 | MEDIATION report Hearing held on March 27, 2026. Hearing outcome: Settled.. (Doyle, Donna) (Entered: 03/31/2026) |
| 04/01/2026 | 275 | NOTICE of Local Rule 1.11(e), which provides that, unless an order states another time, a seal under Rule 1.11 expires ninety days after a case is closed and all appeals are exhausted. To prevent the content of a sealed item from appearing on the docket after the seal expires, a party or interested non–party must move for relief before the seal expires. (Signed by Deputy Clerk). (BD) (Entered: 04/01/2026) |
| 04/01/2026 | 276 | Copyright Report electronically sent to the U.S. Copyright Office. (Attachments: # 1 Copy of Order 273) (BD) (Entered: 04/01/2026) |
| 04/23/2026 | 277 | NOTICE OF APPEAL as to 273, Order 184 Order on Motion for Sanctions by John Elik, Alexander Holladay, John Lettman, MAF Corp., Josh Kiel Stroke. Filing fee $605, receipt number AFLMDC–24841373. ***Case Stayed. (Larosiere, Matthew) (Entered: 04/23/2026) |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATTHEW LAROSIERE,

      Plaintiff,

v.

      Case No:   6:24-cv-1629-AGM-LHP

CODY RUTLEDGE WILSON,
DEFCAD, INC., DEFENSE
DISTRIBUTED, and DIOSKOUROI
LLC,

      Defendants

---

## ORDER

Before the Court is Former Counter-Defendants Matthew Larosiere, John Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp's Consolidated Motion for an Award of Reasonable Attorneys' Fees and Related Expenses Against Defense Distributed, Federico Reynal, Chad Flores, and David Gringas. Doc. No. 138.[1] David Gringas has responded in opposition, Doc. No. 141, as have Defense Distributed and its other counsel, Doc. No. 149. The Former

---

[1] The movants self-identify as "Former Counter-Defendants," although some are former counter-defendants, and some were third-party defendants. For simplicity's sake, this Order refers to them collectively as "Former Counter-Defendants."

43

Counter-Defendants have also filed an authorized reply to David Gringas' response. Doc. No. 150. Upon consideration, and for the reasons that follow, the motion (Doc. No. 138) will be **DENIED**.[2]

The Former Counter-Defendants seek sanctions under two legal bases: 28 U.S.C. § 1927 and the Court's inherent authority. Doc. No. 138.[3]

Section 1927 "is not a 'catch-all' provision for sanctioning objectionable conduct by counsel." *Peterson v. BMI Refractories*, 124 F.3d 1386, 1396 (11th Cir. 1997).[4] "For sanctions under section 1927 to be appropriate, something more than a lack of merit is required." *Amlong & Amlong, P.A. v. Denny's Inc.*, 500 F.3d 1230, 1242 (11th Cir. 2007) (quoting *Schwartz v. Millon Air, Inc.*, 341 F.3d 1220, 1225 (11th

---

[2] Because the Former Counter-Defendants seek non-dispositive sanctions, Doc. No. 138, and the undersigned is denying the motion in any event, the undersigned issues this order, rather than a report and recommendation. *See, e.g.*, *Taverna Imports, Inc. v. A&M Wine & Spirits, Inc.*, No. 15-24198-CIV, 2018 WL 11227736, at *4 (S.D. Fla. Dec. 20, 2018) (magistrate judge has authority to issue order on non-dispositive sanctions).

[3] The motion also includes a request for fees for opposing the dismissed Lanham Act claim. Doc. No. 138, at 22–23. However, the Former Counter-Defendants thereafter withdrew this request. Doc. No. 174.

[4] "Section 1927 only applies to attorneys or persons admitted to conduct cases in a court of law." *Smith v. Grand Bank & Tr. of Fla.*, No. 04-80343, 2005 WL 6106148, at *7 (S.D. Fla. Apr. 28, 2005) (citing *Avirgan v. Hull*, 932 F.2d 1572, 1582 (11th Cir. 1991)). Accordingly, as argued in response to the motion, the Former Counter-Defendants' motion under § 1927 is not properly directed against Defense Distributed. In this regard, the motion will be denied, and this Order shall not be construed as any finding that sanctions under § 1927 against Defense Distributed could be assessed. Because the Former Counter-Defendants also seek sanctions under the Court's inherent authority, however, the Court addresses Defense Distributed and its counsel collectively throughout this Order.

- 2 -

Cir. 2003)). The movant must demonstrate: (1) that the attorney engaged in unreasonable and vexatious conduct; (2) that the unreasonable and vexatious conduct multiplied the proceedings, and (3) that the dollar amount of the sanction bears a financial nexus to the excess proceedings. *Peterson*, 124 F.3d at 1396. To multiply proceedings "unreasonably and vexatiously" within the meaning of the statute, an attorney's conduct must be "so egregious that it is tantamount to bad faith." *Amlong*, 500 F.3d at 1239 (citations and quotation marks omitted). However, "it is clear from the statutory language and the case law that for purposes of § 1927, bad faith turns not on the attorney's subjective intent, but on the attorney's objective conduct." *Id.*

The court's inherent power "is both broader and narrower than other means of imposing sanctions." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 46 (1991). While other sanction mechanisms only reach certain individuals or conduct, "the inherent power extends to a full range of litigation abuses" and "must continue to exist to fill in the interstices." *Id.* The court must exercise its inherent power with "restraint and discretion." *Id.* at 44. To justify the use of inherent power, "the party moving for sanctions must show *subjective* bad faith." *Hyde v. Irish*, 962 F.3d 1306, 1310 (11th Cir. 2020) (emphasis in original) (citations omitted). "This standard can be met either (1) with direct evidence of . . . subjective bad faith or (2) with evidence of conduct so egregious that it could only be committed in bad faith." *Id.* (internal

- 3 -

quotation marks and citation omitted). "Evidence of recklessness alone won't suffice." *Id.* (citation omitted). "When considering sanctions [against an attorney] under the court's inherent power, the threshold of bad faith conduct is at least as high as the threshold of bad faith conduct for sanctions under § 1927." *Peer v. Lewis*, 606 F.3d 1306, 1316 (11th Cir. 2010). "So sanctions that are impermissible under § 1927 are also impermissible under a district court's inherent powers." *Amlong*, 500 F.3d at 1252.

The Former Counter-Defendants' motion is premised on the conduct of Defense Distributed, its former counsel David Gringas, and its counsel Federico Reynal and Chad Flores as follows: (1) Defense Distributed filed allegedly "frivolous and baseless shotgun-style" third-party claims/counterclaims, to include false statements by Attorney Gringas; (2) during the pendency of the third-party claims/counterclaims, Defense Distributed and its counsel engaged in "abusive discovery tactics and noticing depositions across the country – none of which they ever intended on conducting", and when faced with a motion to compel, voluntarily dismissed the third-party claims/counterclaims, with discovery revealing that the third-party claims/counterclaims lacked merit; (3) they failed to engage in good faith conferrals in this case; and (4) they filed allegedly unsupported

- 4 -

pleadings/motions alleging spoliation and improperly suggested that appointment of a special master was appropriate.   Doc. No. 138.[5]

Upon consideration, and for several reasons argued in response to the motion, Doc. Nos. 141, 149, the Court finds the Former Counter-Defendants' motion unpersuasive.   First, as to the filing of the third-party claims/counterclaims alone, the Court never ruled on same, and simply filing a pleading—the merits of which were never addressed—cannot alone form the basis for sanctions under § 1927, nor does it warrant sanctions under the Court's inherent authority.[6]   *See Peer*, 606 F.3d at 1314 (focus under § 1927 is on delay or multiplication of proceeds after the filing of the initial pleading); *Macort v. Prem, Inc.*, 208 F. App'x 781, 786 (11th Cir. 2006)

---

[5] The Former Counter-Defendants also make two additional arguments that merit little discussion.   First, they contend that Defense Distributed multiplied proceedings as it relates to default sought against a third-party Defendant Peter Celentano, who never appeared in the case.   Doc. No. 138, at 13–14.   Not only is this argument unsupported by legal authority, but the "notice of issue" about which the Former Counter-Defendants complain reflects the process explicitly contemplated by the Court's Local Rules.   Doc. No. 117; Local Rule 1.10(c).

Second, the Former Counter-Defendants argue that Defendants "repeatedly filed doomed motions" because they twice filed motions to dismiss in conjunction with answers.   Doc. No. 138, at 14.   Again, however, the motion cites no legal authority to support the argument, nor does it demonstrate how these allegedly procedurally improper motions—only one of which was responded to by Plaintiff alone, *see* Doc. Nos. 28, 38, 48, 60, 89—evidence bad faith or multiplication of the proceedings warranting sanctions in favor of all Former Counter-Defendants.

[6] Although the Former Counter-Defendants point out that the third-party claims and counterclaims were amended, that amendment was necessitated by Plaintiff's amendment to the complaint, by agreement of the parties.   *See* Doc. Nos. 41–43. Accordingly, the Court does not find that distinction material.

- 5 -

("As an initial matter, the language of § 1927 makes clear that it only applies to unnecessary filings after the lawsuit has begun. . . . As a result, we can consider only whether § 1927 sanctions are merited by conduct following the initial filing of this suit."); *Benavides v. Miami Atlanta Airfreight, Inc.*, 612 F. Supp. 2d 1236, 1242 (S.D. Fla. 2008) ("[T]here is nothing more to Defendant's pending argument other than a lack of merit to Plaintiff's case. Sanctions under § 1927 are not appropriate under those circumstances."); *see also Nesbeth v. MasterCard Worldwide*, No. 09-62042-CIV, , at *6 (S.D. Fla. Sept. 28, 2010) ("Although a party's filing of a Complaint may form the basis for sanctions pursuant to Rule 11 of the Federal Rules of Civil Procedure, such conduct does not provide this Court with an avenue through which to award sanctions pursuant to 28 U.S.C. § 1927."); *see generally Amlong*, 500 F.3d at 1239 ("[T]he court's inherent power to issue sanctions for vexatious conduct by attorneys does not reach further than § 1927.").[7]

---

[7] As the non-movants point out, the Former Counter-Defendants do not move for any relief under Rule 11, nor do they allege compliance with the requirements thereof.

To the extent that the Former Counter-Defendants point to the voluntary dismissal to suggest evidence of bad faith, Doc. No. 123, the Court agrees with the non-movants that the motion fails to demonstrate how this constitutes bad faith, even in light of the allegation that the third-party claims/counterclaims have been refiled elsewhere. *See, e.g.*, *Daniels v. Gov't Emps. Ins. Co.*, No. 8:19-cv-2612-KKM-SPF, 2022 WL 504016, at *2 (M.D. Fla. Feb. 19, 2022) ("Rule 41 gives plaintiffs a right to voluntarily dismiss. . . . Rule 41 and the caselaw contemplate that a plaintiff may do so without prejudice, with the intent to refile elsewhere, and for a litigation advantage. . . . Thus, it is not evidence of bad faith that Plaintiffs dismissed with intent to refile elsewhere.").

Further, the Court agrees with the non-movants that the Former Counter-

- 6 -

Second, the Former Counter-Defendants contend that Defendants engaged in bad faith discovery and refused to engage in good faith conferrals regarding same. But the docket reflects no ruling on any discovery matter regarding the third-party claims/counterclaims. *See* Doc. No. 131 (denying as moot only discovery motion directed to third-party claims/counterclaims based on the voluntary dismissal of the counterclaim); *see also* Doc. No. 124 (ordering further briefing on the spoliation issue). Thus, the motion rests on pure conjecture, and simply asks the Court to adopt the motion's view of the discovery. Without more, this too provides no basis for sanctions under § 1927 or the Court's inherent authority. *See, e.g., Daniels v.*

---

Defendants' attempt to incorporate all arguments made by a previous motion to dismiss, *see* Doc. No. 138, at 5, Doc. No. 149, at 17–18; *see also* Doc. No. 71, is improper, and this argument will not be considered. Local Rule 3.01(h). The undersigned also notes that the Court denied the motion to dismiss as moot in light of the voluntary dismissal, and thus never reached the merits of the motion. *See* Doc. No. 129. This distinguishes the situation from *Carlson v. Town of Mountain Vill., Colorado*, No. 17-CV-02887-PAB-STV, 2020 WL 1304490, at *2 (D. Colo. Mar. 19, 2020) on which Former Counter-Defendants rely, where the court issued a substantive ruling on motions to dismiss prior to the voluntary dismissal. Moreover, and notably, "[i]n the Tenth Circuit, sanctions under § 1927 do not require a finding of bad faith." *Carlson*, 2020 WL 1304490, at *3 (citing *Hamilton v. Boise Cascade Express*, 519 F.3d 1197, 1202 (10th Cir. 2008)).

The remaining cases on which the Former Counter-Defendants rely are also distinguishable, as they too concern cases where substantive rulings were made on the merits of the allegedly offending pleading/counterclaim. *See R. Prasad Indus. v. Douglas*, 673 F. App'x 676, 677 (9th Cir. 2016) (claims asserted found to be not authorized by the Federal Rules of Civil Procedure or based on lawful conduct under relevant law); *Riddle & Assocs., P.C. v. Kelly*, 414 F.3d 832, 834 (7th Cir. 2005) (motion to dismiss counterclaims granted); *Pelletier v. Zweifel*, 921 F.2d 1465, 1470 (11th Cir. 1991) (some claims dismissed and summary judgment granted on others); *Am. Honda Motor Co. v. Motorcycle Info. Network, Inc.*, No. 5:04-cv-12-Oc-10GRJ, 2008 WL 906739, at *1 (M.D. Fla. Apr. 2, 2008) (summary judgment on counterclaims).

- 7 -

*Gov't Emps. Ins. Co.*, No. 8:19-cv-2612-KKM-SPF, 2022 WL 504016, at *1 (M.D. Fla. Feb. 19, 2022) ("[I]t was not unreasonable or vexatious for Plaintiffs . . . to pursue discovery during their time in federal court. These are normal litigation behaviors."); *NCC Bus. Servs., Inc. v. Lemberg & Assocs., LLC*, No. 3:13-CV-795-J-39MCR, 2015 WL 5553773, at *6 (M.D. Fla. Sept. 18, 2015) (rejecting argument that efforts in conducting discovery prior to voluntary dismissal were sanctionable under § 1927); *Yarbrough v. Credit Control Servs., Inc.*, No. 09-61136-CIV, 2011 WL 860435, at *10 (S.D. Fla. Feb. 12, 2011), *report and recommendation adopted*, 2011 WL 860431 (S.D. Fla. Mar. 9, 2011) ("[W]hile Yarbrough's or his counsel's actions with respect to discovery might be subject to sanctions under Rule 37 of the Federal Rules of Civil Procedure, such rules do not necessarily equate sanctionable conduct with bad faith. While the existence of Rule 37 does not preclude the Court from taking its own action to sanction a party or its counsel for bad faith, the undersigned does not find that a sufficient basis has been evidenced for such a ruling."); *see also Jackson v. Cooper Lighting, LLC*, No. 1:11-CV-067 WLS, 2013 WL 1501611, at *4, 5 (M.D. Ga. Apr. 10, 2013) (refusing to accept conjecture to support imposition of sanctions under § 1927 and likewise finding no reason to use inherent powers to impose sanctions).

Third, to the extent that the Former Counter-Defendants rely on Defense Distributed's allegations of spoliation and the request for sanctions/appointment

- 8 -

of a special master related thereto, the spoliation allegations were either voluntarily dismissed with the third-party claims/counterclaims, or submitted against the Former Counter-Defendants in a previously denied motion. *See* Doc. Nos. 52, 122–24. And the spoliation motion against Plaintiff remains pending, *see* Doc. No. 136; thus, the motion in this regard is premature, as what Plaintiff in essence seeks is a substantive ruling on the spoliation issue by way of the motion for sanctions. *See generally Restless Media GmbH v. Johnson*, No. 22-CV-80120-RAR, 2023 WL 2424948, at *1 (S.D. Fla. Mar. 9, 2023) ("[A] motion for sanctions is not the appropriate vehicle for challenging the merits of a claim.").

For all of these reasons, the motion (Doc. No. 138) will be **DENIED**. To the extent that there is an appropriate basis for any renewed motion for sanctions by the Former Counter-Defendants, any such motion may be filed within **thirty (30) days** of entry of final judgment in this case, if appropriate. *See, e.g.*, *Mohamad v. Lawgical Insight LLC*, No. 6:24-cv-2354-JSS-LHP, 2025 WL 3158903, at *2 (M.D. Fla. Nov. 12, 2025) (collecting cases) (ordering that any renewed motion for sanctions under Rule 11, 28 U.S.C. § 1927, and/or the Court's inherent authority could be filed only at the conclusion of the litigation).

**DONE** and **ORDERED** in Orlando, Florida on January 12, 2026.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants: Matthew Larosiere (larosieremm@gmail.com), Zachary Z. Zermay
(zach@zermaylaw.com), Charles (Chad) Flores (chad-flores-7646@ecf.pacerpro.com,
chad@chadflores.law, service@chadflores.law), Jura Christine Zibas
(cheryl.kujawski@wilsonelser.com, jura.zibas@wilsonelser.com), Donna Marie Canina Doyle
(admin@mediatefirstinc.com), Leia Villasenor Leitner (cheryl.kujawski@wilsonelser.com,
leia.leitner@wilsonelser.com, leiavleitner@gmail.com), Amaris Lilly-Joy Chris Gyebi
(amaris.gyebi@wilsonelser.com, amarisgyebi@yahoo.com, cheryl.kujawski@wilsonelser.com),
Gary Charles De Pury (gary@depury.com), David S. Gingras (david@gingraslaw.com), Judge
Anne-Leigh Gaylord Moe (chambers_flmd_moe@flmd.uscourts.gov), Magistrate Judge Leslie
Hoffman Price (chambers_flmd_hoffman@flmd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:26985685@flmd.uscourts.gov
Subject:Activity in Case 6:24-cv-01629-AGM-LHP Larosiere v. Wilson et al Order
```
Content–Type: text/html

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered on 3/31/2026 at 12:38 PM EDT and filed on 3/31/2026

| | |
|---|---|
| **Case Name:** | Larosiere v. Wilson et al |
| **Case Number:** | 6:24–cv–01629–AGM–LHP |
| **Filer:** | |
| **Document Number:** | 273(No document attached) |

**Docket Text:**
 **ENDORSED ORDER dismissing the case with prejudice and without costs, pursuant to Local Rule 3.09(b) of the Middle District of Florida. The Court, having been advised by the [270] Joint Notice of Settlement that the case has been settled in its entirety, dismisses the case subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate any pending motions and close this case. Signed by Judge Anne–Leigh Gaylord Moe on 3/31/2026. (TAH)**

**6:24–cv–01629–AGM–LHP Notice has been electronically mailed to:**

Donna Marie Canina Doyle     admin@mediatefirstinc.com

Leia Villasenor Leitner     Leia.Leitner@wilsonelser.com, Cheryl.Kujawski@wilsonelser.com, leiavleitner@gmail.com

Jura Christine Zibas     jura.zibas@wilsonelser.com, cheryl.kujawski@wilsonelser.com

Amaris Lilly–Joy Chris Gyebi     amaris.gyebi@wilsonelser.com, Cheryl.Kujawski@wilsonelser.com, amarisgyebi@yahoo.com

Gary Charles De Pury    gary@depury.com

Zachary Z. Zermay    zach@zermaylaw.com

Matthew Larosiere    larosieremm@gmail.com

Charles (Chad) Flores    chad@chadflores.law, chad–flores–7646@ecf.pacerpro.com, service@chadflores.law

David S. Gingras (Terminated)    david@gingraslaw.com

**6:24–cv–01629–AGM–LHP Notice has been delivered by other means to:**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff,*

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE        DISTRIBUTED,        and
DIOSKOUROI LLC,

*Defendants.*

_____

Defense Distributed,

Counterplaintiff/ Third-
Party Plaintiff,

v.

The Gatalog, Matthew Larosiere, John Elik,
Alexander Holladay, Peter Celentano, Josh
Kiel Stroke, John Lettman, and MAF Corp.

Counterdefendants.

_____/

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure,

Notice is given that Former Counter-Defendants/Third-Party Defendants John

Elik, Alexander Holladay, Josh Kiel Stroke, John Lettman, and MAF Corp.

appeal to the United States Court of Appeals for the Eleventh Circuit from the

1

55

Court's March 31, 2026 Order (Doc. 273) dismissing this action with prejudice, terminating all pending motions, and directing the Clerk to close the case, and from prior orders that merge into that final order, including specifically the Court's January 12, 2026 Order denying Former Counter-Defendants' Consolidated Motion for an Award of Reasonable Attorneys' Fees and Related Expenses Against Defense Distributed, Federico Reynal, Chad Flores, and David Gringas. (Doc. 184).

Respectfully submitted,

DATED:  April 23, 2026

| | |
|---|---|
| */s/Gary C. De Pury* | */s/Matthew Larosiere* |
| Gary C. De Pury, Esq. | Matthew Larosiere, Esq. |
| Law Offices of Gary De Pury, P.A. | Fla Bar No. 1005581 |
| 21035 Leonard Road | 6964 Houlton Circle |
| Lutz, Florida 33558 | Lake Worth, FL 33467 |
| Email: Gary@DePury.com | Email: larosieremm@gmail.com |
| Tel: (813) 607-6404 | Telephone: 561-452-7575 |
| *Counsel for Holladay and MAF Corp.* | *Counsel for Elik, Stroke, and Lettman* |

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  April 23, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.


_/s/Matthew Larosiere_____
Matthew Larosiere, Esq.