UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE №: 6:24-cv-01629

MATTHEW LAROSIERE,

*Plaintiff*,

v.

CODY RUTLEDGE WILSON, DEFCAD, Inc.,
DEFENSE         DISTRIBUTED,         and
DIOSKOUROI LLC,

*Defendants*.

_____

Defense Distributed,

Counterplaintiff/ Third-
Party Plaintiff,

v.

The Gatalog, Matthew Larosiere, John Elik,
Alexander Holladay, Peter Celentano, Josh
Kiel Stroke, John Lettman, and MAF Corp.

Counterdefendants.

_____/

## CERTIFICATE OF NO TRANSCRIPTS

Pursuant to the April 27, 2026 order of the Eleventh Circuit Court of

Appeals, Appellants Holladay, MAF Corp., Elik, Stroke, and Lettman hereby

give notice that there were no hearings in the District Court pertinent to the

1

matter on appeal, and thus none are being ordered. *See* 11th Cir. I.O.P. 2 to

FRAP 10.

Respectfully submitted,


DATED:  May 11, 2026


| | |
|---|---|
| */s/Gary C. De Pury*_____ | */s/Matthew Larosiere*_____ |
| Gary C. De Pury, Esq. | Matthew Larosiere, Esq. |
| Law Offices of Gary De Pury, P.A. | Fla Bar No. 1005581 |
| 21035 Leonard Road | 6964 Houlton Circle |
| Lutz, Florida 33558 | Lake Worth, FL 33467 |
| Email: Gary@DePury.com | Email: larosieremm@gmail.com |
| Tel: (813) 607-6404 | Telephone: 561-452-7575 |
| *Counsel for Holladay and MAF Corp.* | *Counsel for Elik, Stroke, and Lettman* |

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  May 11, 2026 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Matthew Larosiere*_____
Matthew Larosiere, Esq.

3